AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Sarah Beth CLENDANIEL<br>and<br>Brandon Clint RUSSELL | )<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

Case No.    23-mj-00434-MJM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 12 through February 2, 2023   in the county of   Baltimore   in the
District of   Maryland   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1366 | Conspiracy to Destroy an Energy Facility |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Patrick W. Straub*
*Complainant's signature*

Patrick W. Straub, FBI, Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   2 2 23

*Judge's signature*

City and state:      Baltimore, Maryland

Hon. Matthew J. Maddox, U.S Magistrate Judge
*Printed name and title*