IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| BRANDON CLINT RUSSELL, | *  Crim. No. JKB-23-0056 |
| Defendant. | * |
| | * |

* * * * * * * * * * * * * * * * * *

**SUPPLEMENTAL SCHEDULING ORDER**

Due to scheduling complications, the Court is setting in a hearing in another matter on Friday, July 19, 2024. Accordingly, the Court hereby will not be sitting for the trial in this matter on that date. All other previously scheduled dates and deadlines remain unchanged.

DATED this 20 day of June, 2024.

BY THE COURT:

_____
James K. Bredar
United States District Judge