## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| | * | Crim. No. 23-00056-JKB |
| BRANDON CLINT RUSSELL, | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court held a Telephone Status Conference on June 21, 2024. For the reasons stated in that Conference, it is ORDERED that all dates and deadlines previously established in this case, and that have not passed, are VACATED. The Court sets in the following new dates and deadlines:

| June 24, 2024 | Deadline for Defendant's reply in support of Defendant's Motion to Compel (ECF No. 107). |
|---|---|
| **June 27, 2024, 10:00 a.m.** | **Motions Hearing.** The Court anticipates considering the Government's Motions (ECF Nos. 99, 113), the Defendant's Motion (ECF No. 113), and the related Motion to Seal (ECF No. 101). The Court will also consider the "Proposed Sealed Document" (ECF No. 112) and the related Motion to Seal (ECF No. 111); this latter portion of the proceeding may take place *ex parte* in whole or in part. |
| October 18, 2024 | Deadline for filing motions *in limine*. |
| October 18, 2024 | Deadline for receipt in chambers of proposed voir dire, proposed preliminary jury instructions (start of trial), proposed final jury instructions (end of trial), and a proposed jury verdict form; these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers: MDD_JKBChambers@mdd.uscourts.gov. |
| | Government and defense counsel shall meet and confer with respect to proposed voir dire, jury instructions, |

and a verdict form, and to the fullest extent possible make joint submissions. Counsel shall identify any matters of disagreement through supplemental filings. The most recent revision of the undersigned's standard jury instructions in criminal cases is available to the parties upon request to chambers.

October 23, 2024 — Deadline for responses to motions *in limine*.

**October 30, 2024, 2:15 p.m.** — **Pretrial Conference.** Defendant and all trial counsel must be present.

**November 12, 2024, 9:30 a.m.** — Begin **Jury Trial**, Courtroom 5A.

Counsel shall appear in court at 9:15 a.m. to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection.

November 26, 2024 (on or before) — Jury Trial scheduled to conclude.

It is FURTHER ORDERED that:

1. Mr. Flowers is excused from personal attendance at all further proceedings in this case.

2. The Government has represented to Defendant and to the Court that it is not withholding any *Jencks* material. Accordingly, the Court will not set in a pretrial date for disclosure of *Jencks* material.

3. The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings.

4. It is the Court's understanding that the Government will file an appropriate motion to exclude time pursuant to the Speedy Trial Act.

5. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

2

DATED this __21__ day of June, 2024.

BY THE COURT:

James K. Bredar
United States District Judge