IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :  CRIMINAL NO. JKB-23-0056 |
| | : |
| BRANDON CLINT RUSSELL, | : |
| | : |
| Defendant. | : |
| | : |

...oOo...

AMENDED ORDER

Upon consideration of the Government's Motion to Amend Seventh Motion for Order Regarding Speedy Trial Status, it is this 23 day of June, 2024,

**FOUND**; pursuant to 18 U.S.C. § 3161(c)(1) § 3161(h)(1)(D), that the computation of the period of time in which the defendants must be tried began on March 22, 2023; and it is further

**FOUND**; that the ends of justice will be served by excluding the time from March 22, 2023, until November 12, 2024, in calculating the time period in which the defendants must be tried, and outweigh the best interest of the public in a speedy trial, in that:

1. Under the provisions of the Speedy Trial Act, the Court may continue a defendant's trial beyond the seventy-day period if the interests of justice served by such a delay outweigh the interests of the defendant, and the public, in a speedy trial.

2. The discovery in this case is voluminous and multiple pretrial motions are pending. Additional time is needed to review that discovery and prepare for trial in light of future rulings by this Court on the pending motions or, alternatively, reach a pretrial resolution.

3. A plea disposition in this case would serve the interests of justice because it

would allow the parties to enter into a mutually acceptable and beneficial disposition and would also preserve the resources that might otherwise be expended in a trial. Additional time is also needed to allow the defense, in the exercise of due diligence, to continue to review the voluminous electronic discovery and effectively prepare for trial. Accordingly, the interests of justice served by such a delay do outweigh the interests of the defendant and the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

It is therefore **ORDERED**, that the Government's Seventh Motion for Order Regarding Speedy Trial Status shall be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that pursuant to 18 U.S.C. §3161(h)(7), the period of time between March 22, 2023, and November 12, 2024, shall be, and the same hereby is, **EXCLUDED** from the computation of time in which the defendants must be tried on the Indictment.

James K. Bredar
Senior United States District Judge