IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| BRANDON CLINT RUSSELL, | *   Crim. No. JKB-23-0056 |
| Defendant. | * |

* * * * * * * * * * * * *

**ORDER**

The Court has reviewed the Parties' Motions (ECF No. 178, 179, 180) and the Government's Unopposed Motion for Continuance and Eighth Motion for Order Regarding Speedy Trial Status (the "Motion to Continue") (ECF No. 181). It is ORDERED that:

1. A HEARING on the Motion to Continue is set in for **tomorrow, October 22, 2024, at 2:00 p.m., in Courtroom 5A**.

    a. All Trial Counsel for the Government, together with their supervisor, SHALL APPEAR.

    b. The Defendant and his Counsel SHALL APPEAR.

    c. The Government SHALL PREPARE the necessary come-up FORTHWITH.

2. The Court previously ordered the Parties to submit their proposed jury voir dire, preliminary jury instructions, final jury instructions, and jury verdict form no later than Friday, October 18, 2024. (ECF No. 122.) No such submissions were made.[1] The Parties are reminded that no changes to the schedule of this case are permitted unless

---

[1] The parties submitted earlier versions of these jury materials on June 20, 2024. (ECF Nos. 116–120.) However, the Court subsequently granted a joint request to reschedule the trial from July to November, and in the order setting new deadlines, the Court expressly required the parties to submit jury materials again. (*See* ECF No. 122 at 2–3.)

authorized by the Court, and then only for good cause shown. (*See* ECF No. 122 at 2.)

The parties SHALL SUBMIT the delinquent jury materials FORTHWITH.

DATED this 21 day of October, 2024.

BY THE COURT:

James K. Bredar
United States District Judge
