

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Joseph Baldwin*
*Assistant United States Attorney*
*Joseph.Baldwin@usdoj.gov*

*Mailing Address:*
*6500 Cherrywood Lane, Suite 200*
*Greenbelt, MD 20770-1249*

*Office Location:*
*6406 Ivy Lane, 8th Floor*
*Greenbelt, MD 20770-1249*

DIRECT: 301-344-4238
MAIN: 301-344-4433
FAX: 301-344-4516

October 21, 2024

The Honorable James K. Bredar
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re:   *United States v. Brandon Clint Russell*, Crim. No. JKB-23-0056
      Request for Telephone Conference

Dear Judge Bredar:

I write to request, on behalf of counsel for the Government and for the defendant, that you grant the parties a teleconference as soon as possible.

Briefly, the Order at Docket 182 requires the presence of all trial counsel and the Government's supervisor in court tomorrow for a 2:00 p.m. hearing. Government co-counsel Michael Aubin is currently appearing in a trial before Judge Rubin in *United States v. Igor Yasinov*, Crim. No. 22-00448, and will not be able to attend the hearing tomorrow. Lead defense counsel is currently in Florida and is researching arrangements to be here for a 2:00 p.m. hearing.

Very truly yours,

Erek L. Barron
United States Attorney

/s/  Joseph Baldwin
Joseph Baldwin
Assistant United States Attorney