IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| BRANDON CLINT RUSSELL, | * | Crim. No. JKB-23-0056 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon a review of the correspondence from the Government dated October 21, 2024 (ECF No. 183), it is ORDERED that the Hearing on the Government's Motion to Continue (ECF No. 181) is RESCHEDULED for **12:30 p.m. tomorrow, Tuesday, October 22, 2024**.[1] Government trial counsel and the Defendant are required to be present. Lead defense counsel may appear in person or virtually.

DATED this 21st day of October, 2024.

BY THE COURT:

/s/ JAMES K. BREDAR
James K. Bredar
United States District Judge

---

[1] The undersigned has consulted with Judge Rubin. The Court expects that Government counsel will be excused from the trial before Judge Rubin in Crim. No. JRR-22-00448 at 12:30 p.m. in order to accommodate this Hearing.