IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| BRANDON CLINT RUSSELL, | * | Crim. No. JKB-23-0056 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Earlier today, Tuesday, October 22, 2024, the Court held a hearing on the Government's Unopposed Motion for Continuance and Eighth Motion for Order Regarding Speedy Trial Status (the "Motion to Continue"). (ECF No. 181.) For the reasons stated in open court, it is ORDERED as follows:

1. The Motion to Continue (ECF No. 181) is GRANTED, as there is good cause to continue the trial from November 12, 2024, to January 27, 2025.

2. Pursuant to 18 U.S.C. §§ 3161(c)(1) & 3161(h)(1)(D), the computation of the period of time in which the Defendant must be tried began on March 22, 2023. The ends of justice will be served by excluding the time from March 22, 2023, until January 27, 2025, in calculating the time period within which the Defendant must be tried. These interests outweigh the interest of the public in a speedy trial under the particular circumstances of this case. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7), the period of time between March 22, 2023, and January 27, 2025, shall be EXCLUDED from the computation of time within which the Defendant must be tried on the Indictment.

3. The previous Scheduling Order (ECF No. 122, *as amended by* ECF No. 124) is VACATED, and the Court now sets in the following new dates and deadlines:

| | |
|---|---|
| November 5, 2024 | Deadline for the Government to file any Response to the Defendant's Motion in Limine (ECF No. 178) |
| November 12, 2024 | Deadline for the Defendant to file any Reply in support of his Motion in Limine (ECF No. 178) |
| January 3, 2025 | Deadline for filing any further motions in limine. |
| January 3, 2025 | Deadline for receipt in chambers of proposed voir dire, proposed preliminary jury instructions (start of trial), proposed final jury instructions (end of trial), and a proposed jury verdict form; these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers: MDD_JKBChambers@mdd.uscourts.gov.<br><br>Government and defense counsel shall meet and confer with respect to proposed voir dire, jury instructions, and a verdict form (the "jury materials"), and to the fullest extent possible make joint submissions. Counsel shall identify any matters of disagreement through supplemental filings. The most recent revision of the undersigned's standard jury instructions in criminal cases is available to the parties upon request to chambers.<br><br>Alternatively, the parties may submit a joint filing indicating that they adopt, without changes, the jury materials filed on October 21, 2024. (ECF Nos. 184–188.) |
| January 7, 2025 | Deadline for responses to further motions in limine. |
| **January 13, 2025 at 1:30 p.m.** | **Pretrial Conference and *Lafler* Hearing**, Courtroom 5A. The Defendant and all trial counsel must be present. |
| **January 27, 2025, 9:30 a.m.** | Begin **Jury Trial**, Courtroom 5A. Counsel shall appear in court at 9:15 a.m. to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection. Trial is scheduled to |

2

conclude on or before February 7, 2025. The Court may or may not sit on Fridays.

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this 22 day of October, 2024.

BY THE COURT:

*/s/ James K. Bredar*
James K. Bredar
United States District Judge

3