IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

CASE NO.: 1:23-CR-00056-JKB

vs.

BRANDON CLINT RUSSELL,

_____/

**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE 404(B) EVIDENCE AND REFERENCES TO NEO-NAZISM OR THE ATOMWAFFEN DIVISION**

THIS CAUSE having come before the Court pursuant to Brandon Russell's Unopposed Motion for Extension of Time to File Reply to Government's Response to Defendant's Motion in Limine to Exclude 404(b) Evidence and References to Neo-Nazism or the Atomwaffen Division, the Court having reviewed said Motion, and being otherwise full advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant's Unopposed Motion is Granted.

2. Counsel for Mr. Russell shall file its Reply no later than November 22, 2024.

DONE AND ORDERED at Baltimore, Maryland this __12__ day of November, 2024.

JAMES K. BREDAR
United States District Judge

COPIES FURNISHED TO:
Counsel of Record