IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-23-056 |
| BRANDON CLINT RUSSELL, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**JOINT NOTICE OF ADOPTION OF JURY MATERIALS**

The parties respectfully give notice to the Court, pursuant to the Court's Order of October 22, 2024, that the parties adopt the jury materials filed on October 21, 2024 at ECF Nos. 184-188. Counsel for the Defendant, Mr. Ian Goldstein, has reviewed and agrees to this notice.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: JOSEPH BALDWIN
*Digitally signed by JOSEPH BALDWIN*
*Date: 2025.01.02 17:50:35 -05'00'*

Joseph R. Baldwin
Michael F. Aubin
Assistant United States Attorneys