IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   Criminal No. JKB-23-056 |
| BRANDON CLINT RUSSELL, | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon further review of the proposed voir dire in this case, the Court now dockets an updated and edited edition. Absent objection from a party, the voir dire attached to this order will be the version actually employed when the trial commences on January 27, 2025.

SO ORDERED.

DATED this **22** day of January, 2025.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge