IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| | * | Crim. No. JKB-23-0056 |
| BRANDON CLINT RUSSELL, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court, having conducted the Rule 30 jury instructions conference, and having resolved all pending issues and objections with respect to the proposed jury instructions, now publishes to the docket the jury instructions actually to be given in this case. (The Court dockets a set of the instructions including relevant citations as Attachment 1, as well as a "clean" version, replicating the copy actually delivered to the jury room, as Attachment 2.)

The Clerk shall docket this Order and these final jury instructions.

DATED this __3__ day of February, 2025.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge