IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| BRANDON CLINT RUSSELL, | * CRIMINAL NO. JKB-23-0056 |
| Defendant. | * |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

12:17 pm, Feb 04 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___R.M.___ Deputy

*******

## VERDICT FORM

**Count One: Conspiracy to Damage an Energy Facility**

How do you find the defendant, BRANDON CLINT RUSSELL, as to COUNT ONE of the Indictment, conspiracy to damage an energy facility?

Guilty __✓__         Not Guilty _____

The foregoing constitutes the unanimous verdict of the jury.

2/3/2025
_____          **SIGNATURE REDACTED**
Date                                    _____
                                        Foreperson