```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
 2                    BALTIMORE DIVISION

 3   _____
                                     )
 4   UNITED STATES OF AMERICA,       )
                                     )
 5        Plaintiff,                 )
                                     )Criminal No. 1:23-cr-0056-JKB
 6   vs.                             )
                                     )
 7   BRANDON CLINT RUSSELL,          )
                                     )
 8        Defendant.                 )
     _____)
 9

10                  EXCERPT OF PROCEEDINGS
            TRIAL TESTIMONY OF CHRISTOPHER JACKSON
11          BEFORE THE HONORABLE JAMES K. BREDAR
                    JANUARY 29, 2025
12

13   APPEARANCES:

14        ON BEHALF OF THE PLAINTIFF:
            Ian J. Goldstein, Esquire
15
          ON BEHALF OF THE DEFENDANT:
16          Michael Aubin, Esquire
            Joseph Baldwin, Esquire
17
          ALSO PRESENT:
18          Special Agent TerryAnn Burns, FBI
            Special Agent Steve Thames, FBI
19          Jonathan Gerstell, Law Clerk
            Aurek Ranson, Law Clerk
20

21

22        (Computer-aided transcription of stenotype notes)

23                   Reported by:
              Ronda J. Thomas, RMR, CRR
24            Federal Official Reporter
           101 W. Lombard Street, 4th Floor
25             Baltimore, Maryland 21201
```

<u>**INDEX**</u>

<u>**January 29, 2025**</u>

<u>PLAINTIFF'S WITNESSES:</u>                        <u>PAGE:</u>

Christopher Jackson

   Direct by Mr. Aubin                        3
   Redirect by Mr. Aubin                     133

1  (9:48 a.m.)

2          **THE COURT:**  Your witness, sir.

3          **MR. AUBIN:**  Thank you, Your Honor.

4                    **DIRECT EXAMINATION**

5  BY MR. AUBIN:

6  **Q.**  Good morning.

7  **A.**  Good morning.

8  **Q.**  Mr. Jackson, are you familiar with the application

9  Telegram?

10  **A.**  Yes.

11  **Q.**  What is Telegram?

12  **A.**  It's an application for messaging whether in group or

13  private messaging.

14  **Q.**  Do you use Telegram yourself?

15  **A.**  Yes.

16  **Q.**  With respect to this case, did you use Telegram?

17  **A.**  Yes.

18  **Q.**  What did you use it for?

19  **A.**  I communicated with people in both public and private

20  chats as well as one-on-one communications.

21  **Q.**  Did you do that on your own or was it in conjunction with

22  any organizations?

23  **A.**  No, I did it on behalf of the FBI as a confidential human

24  source.

25  **Q.**  All right.  Now, as a confidential human source, does that

1  make you an employee of the FBI?

2  **A.**   No.

3  **Q.**   Can you describe the nature of your arrangement with the

4  FBI?

5  **A.**   I am essentially tasked to go into online spaces, whether

6  it be on Telegram or in other places, to identify potentially

7  illegal activity or those that would like to do violence.

8  **Q.**   About how long have you worked with the FBI as a

9  confidential human source?

10  **A.**   Around four years.

11          **THE COURT:**  Four years?

12          **THE WITNESS:**  Yes, sir.

13          **THE COURT:**  Thank you.  Next question.

14  BY MR. AUBIN:

15  **Q.**   In working on behalf of the FBI, did you ever receive

16  payment?

17  **A.**   Yes.

18  **Q.**   Do you recall approximately how much money you have

19  received in the last four years?

20  **A.**   I've received approximately $70,000.  However, about

21  40,000 of that was actual payment; 30,000 was reimbursements

22  for various expenses that I've had in the course of this work.

23  **Q.**   What type of expenses?  What do they cover?

24  **A.**   Keeping my phone plan active.  Purchasing a separate phone

25  for use in this.  Apple store credit for various apps, if

1  needed, in the course of this.  Plane tickets when needed to go

2  to a meeting or something of that nature.

3  **Q.**   Now, I want to direct you back to Telegram.  Can you

4  describe how you interact with other users on the app?

5  **A.**   There are a couple of different ways that you can.  There

6  are channels which are one-way broadcast if you're -- the owner

7  of that can push out a message or a picture or text.  There are

8  private chats or group chats that are smaller and are more

9  interactive.  You can talk back and forth.  And then there are

10  like I described before one-on-one communications, direct

11  messages.

12  **Q.**   All right.  Now, with regard to channels, were you a

13  member of any channels?

14  **A.**   Yes.

15  **Q.**   What about the group chats?

16  **A.**   Yes.

17  **Q.**   Now, with regard to these group chats and channels, are

18  there limitations or parameters that anyone can set for these

19  channels or group chats?

20  **A.**   Yes.  The owner of these group chats or channels can

21  control the level of interaction that can be had and channels

22  that you can perhaps comment on a post, but there's as I said

23  not that back and forth.

24       In group chats you can change whether members of the group

25  chat are allowed to send pictures.  Some restrict you to only

texts.  The owner of the group can choose certain people to

post anonymously without using their actual username.

You could also put security messages in.  Disappearing

messages, a message that will, you know, it's posted, it's

available for five minutes and after that it disappears.

And they can also control who comes -- who is allowed into

the room, the membership of the group chat.

**Q.** Did you need to create an account to use Telegram?

**A.** Yes.

**Q.** And in creating your account, did it require you to have

unique identifiers, like a username?

**A.** Yes, both a username and a display name.

**Q.** As it relates to this case in 2022, what were your

username and display names?

**A.** My username was @repenttotheprimitive and my display name

was Teddy K.

**Q.** Now, in working with the FBI, who determined which chats

to enter?

**A.** In general, I was tasked -- well, there's two situations.

I could be tasked to enter a certain chat, which I was on

occasion.  There could be a specific person that the FBI was

interested in and wanted me to either observe or communicate

with.

In other cases I would be invited into a new group chat

that I would join as part of this ongoing, you know, work that

 1   I was doing.  So some were kind of organic, others were

 2   directed.

 3   **Q.**   Whether organic or directed, were all of these actions

 4   taken with the notice of the FBI?

 5   **A.**   Yes.

 6   **Q.**   Do you recall ever seeing any member in any of these group

 7   chats named Homunculus?

 8   **A.**   Yes.

 9   **Q.**   Do you recall the first time you saw Homunculus in a group

10   chat?

11   **A.**   Yes, it was around June 2022.

12   **Q.**   Do you recall the name of the group chat?

13   **A.**   It was RWBC_chat.

14   **Q.**   What first drew Homunculus to your attention?

15   **A.**   He was posting images from a publication I had not seen

16   before that was -- he referred to it as "Make It Count".

17   **Q.**   I'm going to show you Government's Exhibit 101.

18        Is this the reference to "Make It Count" that you were

19   just testifying about?

20   **A.**   I apologize, I'm not -- oh, there we go.  It just popped

21   up.  Yes, this is the reference.

22   **Q.**   Can you read it from the top beginning with the name

23   Homunculus?

24   **A.**   "Hey guys, new mil accel type of PDF just dropped.  Make

25   It Count."

1          Then it goes on to say, "This is the first posting of it

2    anywhere.  From an anonymous source apparently.  Post it

3    around.  Title is 'Make It Count.'"

4    Q.   What are we -- this is a photograph?  What are we seeing

5    here?  What is depicted in Government's Exhibit 101?

6    A.   This is a link to a file-sharing site that hosted -- that

7    would host pictures or PDFs or images.

8    Q.   Let me ask this a different way.  The screen that we see

9    depicted in 101, what kind of screen is it?

10   A.   Oh, this is a group chat on Telegram that I took a picture

11   of.

12   Q.   All right.  Is that on a phone or is that on a computer?

13   A.   This is on a laptop.

14   Q.   On a laptop.  When you documented -- well, first, let me

15   ask you this:  Did you document the communications related to

16   Homunculus?

17   A.   I documented communications, relevant communications that

18   would be of interest.

19   Q.   Did that include communications with Homunculus?

20   A.   Yes.

21   Q.   How did you do so?

22   A.   I use a separate device to take a picture of the screen of

23   what I'm working on.

24   Q.   All right.  Now, in this instance, did you use a separate

25   device to take pictures of a laptop screen, is that what you

1   testified about?

2   **A.**   Yes, based on what I could see here, I used a phone to

3   take a picture of the laptop screen.

4   **Q.**   Do you recall when about this was taken?

5   **A.**   This would have been taken on or around June 2022.

6   **Q.**   Did you have a chance to view or download "Make It Count"?

7   **A.**   Yes.

8   **Q.**   I'm going to show you Government's Exhibit 102.  102 is a

9   14-page document.

10      Do you recognize this?

11   **A.**   Yes.

12   **Q.**   I'm going to go one by one with each page.

13      Well, how do you recognize this?

14   **A.**   These are similar to what I just described.  Photos that I

15   took of the document and the images that were at that

16   file-sharing link in the previous exhibit.

17   **Q.**   At the file-sharing link?

18   **A.**   Correct.

19   **Q.**   So you had to click on the link?

20   **A.**   Correct.  Clicking on the link brought you, if I recall,

21   to a separate screen that you then had to click on this file.

22   It was the item in the file.

23   **Q.**   I'll go through each page one at a time.  You let me know

24   when you're ready.  All right.  Page 1, page 2, page 3, page 4.

25      Let me ask you about page 4.  Was page 4 redacted or were

1  you able to see the entirety of page 4?

2  A.    No, the photographs that I provided had no redactions.

3  Q.    Showing you page 5.  Same?  No redactions?

4  A.    Same.

5  Q.    Page 6, page 7, page 8, page 9, page 10, page 11, page 12,

6  page 13, and page 14.

7        Do you recognize all of the contents of Government's

8  Exhibit 102?

9  A.    Yes, I do.

10 Q.    Now, as a result of these posts, did you continue to

11 observe or monitor Homunculus?

12 A.    Yes.

13 Q.    In monitoring the activity of Homunculus, did you continue

14 to take photographs of communications from online?

15 A.    Yes.

16 Q.    I want to direct you to Government's Exhibit 103.

17       What are we seeing here?

18 A.    This is a photo that I took of a group chat conversation

19 and on Telegram.

20 Q.    Can you read beginning with Homunculus, "You too,

21 brother."

22 A.    "You too brother.  I'll say this though, I wish these

23 people would instead go for situations like the Metcalf sniper

24 attack."

25       Responding to a previous message there, "Interesting.  I

1    hope we have riots this summer.  This is needed.  Agitate

2    towards that goal."

3    **Q.**    I'm going to skip on down to the next page.  If you can

4    continue with the quote chat that has Homunculus?

5    **A.**    So Homunculus is -- you can see the message that's being

6    responded to is a message from Homunculus.  It's cut off, but

7    it says, "Be sure to follow us on Gab," and I can see it's the

8    logo next to it that shows that it is from "The American

9    Futurist."

10         A user replies, "I'm starting to think these guys are

11   sus."  And then links to a different Telegram chat.

12         Then Homunculus replies, "Who?  AFN?  Or American

13   Futurist?  I write for American Futurist."

14         The user who we can actually now see his username is BAN,

15   replies, saying, "Really?  What's up with them promoting AFN?"

16         Homunculus replies saying, "The admin knows their leader

17   personally.  He was a good friend of one of the AWD leaders,

18   Cameron.  They're like three-quarters of the way there it seems

19   and are fertile ground for promoting revolutionary content and

20   ideas.  More so than a lot of these other dumb groups."

21   **Q.**    Now, in reviewing the communications of Homunculus, did

22   there come a time where you began to interact with him

23   directly?

24   **A.**    Yes.

25   **Q.**    Showing you page 3.  The green chat bubble up there, whose

1  chat, whose communications are those?

2  **A.**    Those are mine.  The green on the right are mine.

3  **Q.**    Can you read the entirety of page 3?

4  **A.**    "Mornings are my thing lately," is my first message there.

5      Homunculus replied, "Posting it on 4Chan would be a good

6  idea too."

7      I replied, "Good call.  Maybe bring in some normies and

8  autists."

9      Homunculus replied, "Yea."

10      I stated, "I honestly haven't been on there in years

11  though.  Not sure what the scene is like anymore."

12      Homunculus stated, "If gonna post it on 4Chan, best to

13  post all 14 images or whatever individually."

14      I asked, "Can't you just post the links?  Maybe just Tweet

15  that shit out.  See if Elon bans you, LOL."

16      Homunculus replied, "You can.  But the idiots on there

17  will be like, 'I'm not clicking that,' plus the individual

18  images are easier to disseminate.  Hold on.  Here they are."

19      That followed with a link to 16Chan.

20      And he stated, "Save the image files."

21  **Q.**    Now, were you able to access the link at 16Chan?

22  **A.**    Yes.

23  **Q.**    I'm going to show you page 4 of Government's 103.

24      What is depicted on page 4 of the exhibit?

25  **A.**    This is a post on 16Chan showing pages that I recognize as

1  "Make It Count" the PDF.

2  **Q.**   What is 16Chan?

3  **A.**   16Chan is a image board that you are able to post

4  essentially anonymously and you can post images, you can post

5  texts.  It's a discussion board.

6  **Q.**   Going to page 5 of Government's 103.

7      What do we see here?

8  **A.**   This is another direct message between myself and the user

9  Homunculus.

10  **Q.**   Is this a continuation of the last communication?

11  **A.**   Yes.

12  **Q.**   It looks a little bit different here.  Can you describe

13  why it might look different?

14  **A.**   Based on the appearance, I can tell that this was taken on

15  a cell phone rather than on a laptop screen.  The camera

16  doesn't interact well with the laptop screen.  You get those

17  weird lines.

18  **Q.**   I didn't ask this earlier, but can you access Telegram

19  through both computer as well as phone?

20  **A.**   Yes.

21  **Q.**   Throughout the course of the observation and interaction

22  with Homunculus, did you use both?

23  **A.**   Yes.

24  **Q.**   All right.  Now, showing you Government's Exhibit 104.

25  Can you describe what we're seeing here?

A.    This is another screenshot from a group chat with the user Homunculus.

Q.    Can you read from the top, please?

A.    "Looks like mega deleted the file," followed by -- I can't quite make out precisely what it is but I believe that would be an error message showing that the file was deleted.  Yes.  That is a error message from the mega site, the file-sharing site, showing that that file had been deleted.

       Homunculus went on to say, "Gay.  It needs to be uploaded on something that won't do that to it."  And then followed this up saying, "To all the people that reposted the mega.nz 'Make It Count' PDF, Mega banned it.  We need alternative site file host site."

Q.    Going on to page 2 of Government's 104.  Can you continue reading.

A.    The user BAN replied, "Someone give me the actual PDF itself and then, yeah, I'll send it to like 50 places."

       Homunculus replied, "One sec."

       And then the channel, the owner of the channel replied, posting as the channel, replied with a link to the PDF saying, "Mega nuked the original upload so I'm posting it here.  Enjoy Terrorbros, 88."

       And Homunculus replied to that saying, "Oh, sweet.  There we go."

Q.    On to next page, page 3 of Government's 104.

 1  A.    BAN replied saying, "Hell, yeah."

 2        Homunculus stated, "Also, all of the individual images

 3  have been posted here."  Once again with the 16Chan link.  "We

 4  should post all of those too."

 5        The user Bobbie Bowie replied to an earlier message where

 6  Homunculus stated "anonymous source," and the user Bobbie Bowie

 7  asked, "Did it just get sent to you randomly or what?"

 8        And Homunculus stated, "A friend of mine made it who

 9  wishes to stay anonymous."

10  Q.    Next page.  If you may continue reading beginning with

11  Homunculus, my apologies, your communication to Homunculus.

12  A.    I replied to an earlier post from Homunculus asking if he

13  had ever put it on 4Chan.  Homunculus replied, "No, I didn't.

14  Would be cool if someone did, though."

15        I asked, "Why not?"

16        And he said, "Because unfortunately I'm busy at the

17  moment."

18  Q.    And before we read at page 5, this group chat, can you

19  describe the dynamic?  How many people generally are speaking

20  at once?

21  A.    At once, there can be sometimes in these channels almost

22  two or three conversations going on simultaneously.  It's like

23  a text group chat if you've got some with your family.

24  Sometimes someone is not quite following the thread, and

25  they'll reply to an earlier message or something like that.

 1  Q.   Thank you.  Can you read beginning with "Homonculus"?

 2  A.   "Okay, thank you.  Can you help me with the 4Chan thread,

 3  please?"

 4       RWBC_chat, the channel owner, replied to this with, "Don't

 5  they block you from using a VPN?"

 6       And Homunculus replied saying, "Yea, unless you have 4Chan

 7  account.  It didn't used to be this way."

 8  Q.   All right.  On to page 6.

 9  A.   Homunculus stated, "What we need to do is get it on 4Chan,

10  that hasn't happened yet."

11       RWBC_chat asked, "Why don't you post it."

12       To which homunculus stated, "I'm not home.  I'll ask

13  someone to."

14       The user Alfr8o replied to that message saying, "Put it on

15  /pol/ and /k/."

16       To which Homunculus said, "Putting it on /pol/ now.  Once

17  up, will post the link here."

18  Q.   Showing you Government's 104, page 7.  Can you read

19  beginning at Unread Messages?

20  A.   Homunculus posted a link to a 4Chan to a specific post on

21  4Chan, specifically the /pol/ board, and said, "Here, almost

22  done.  Keep thread bumped."

23  Q.   Are you familiar with /pol/?

24  A.   Yes.

25  Q.   What is /pol/?

1  A.    /Pol/ is a board on 4Chan.  4Chan has a variety of

2  different -- it's a discussion forum that has a variety of

3  different subforums effectively.  /Pol/ is one of them.  And it

4  refers to politically incorrect.

5  Q.    Were you able to access the link?

6  A.    Yes.

7  Q.    I'm going to show you Government's Exhibit 105.

8        What do we see here?

9  A.    This is the post -- this is the site to which that link

10  showed.  It is a post on the /pol/ board with the title "Make

11  It Count."

12  Q.    All right.  Now, I'm going to transition to another

13  interaction with Homunculus.  Well, first, let me ask you to

14  read something this right here.  What is the date that is

15  listed in the highlighted area of Government's Exhibit 105?

16  A.    June 2nd, 2022.

17  Q.    My apologies, this is a multi-page exhibit.  Let's scroll

18  through to page 2.  Do you recognize that as well?

19  A.    Yes.

20  Q.    Page 3, do you recognize that?

21  A.    Yes.

22  Q.    Now, I'm going to transition to another conversation with

23  Homunculus.  To be clear here, did you ever meet Homunculus in

24  person?

25  A.    No.

 1  Q.    Solely interacted with him through Telegram and other

 2  online forms?

 3  A.    Yes.

 4  Q.    Did you ever have any phone communications with him?

 5  A.    A voice call through the Telegram application, yes.

 6  Q.    We'll get to that.  Showing you Government's Exhibit 106.

 7  What are we seeing here?

 8  A.    This is a -- another screenshot from a Telegram group

 9  chat, specifically RWBC.

10  Q.    Can you read from the top starting at "rape"?

11  A.    "Rape/Cameron is a good friend of mine," this is the post

12  from Homunculus, to which I replied, "Actually I don't know the

13  guy.  Just going off of what I've read."

14        Homunculus stated, "He's a solid guy."

15        I asked, "How do you know him?  Were you AW?"

16  Q.    I'm going to stop you right there.  I'm going to go to

17  page 2 of Government's 106.  Can you read beginning with

18  "Homunculus"?

19  A.    Homunculus replied to my previous message which stated,

20  "Were you AW?"

21        And he said, "Yes."

22  Q.    Now, did there come a time in this group chat where

23  Homunculus wished Brandon Russell happy birthday?

24  A.    Yes.

25  Q.    Showing you Government's Exhibit 107.

1          What is 107?

2  **A.**    This is again a screenshot from the group chat RWBC.

3  **Q.**    Can you read from Homunculus?

4  **A.**    "Brandon Russell Bday was yesterday.  Founder of AWD.

5  Wish him happy Bday everyone.  Revolution always.  Hail

6  Atomwaffen."

7  **Q.**    Can you read the following Homunculus?

8  **A.**    After that he stated, "He's doing good from what I hear."

9  **Q.**    Now -- thank you.

10         In your experience in this group chat and other group

11 chats, were there times where people were added to group chats

12 that were otherwise private or locked?

13 **A.**    Yes.

14 **Q.**    Did that occur in this instance?

15 **A.**    Yes.

16 **Q.**    Showing you Government's Exhibit 108.

17         Can you read from Woed Raider?

18 **A.**    Woed Raider wrote, "If someone wants to add

19 @ouroboros_bloodcrest2 back he has a new account."

20         RWBC_chat replied, "Added back."

21         Homunculus, "Thank you guys."

22         And RWBC_chat tagged him, and said, "Welcome back,

23 brother."

24         Homunculus replied, "Fucking telegram kikes banned me.

25 Like fourth time now."

 1  Q.    I'll go to page 2 of Government's Exhibit 108.

 2        What are we seeing here at page 2?

 3  A.    This is the user profile for a Telegram user.

 4  Q.    What specific user?

 5  A.    For the user Homunculus.

 6  Q.    What is the username?

 7  A.    The username is @ouroboros_bloodcrest2.

 8  Q.    How did you get to this screen?

 9  A.    You can click on the profile picture of the name of an

10  individual on a chat or a channel.

11  Q.    I'm going to go back up to first page.  Can you show

12  specifically -- and you can actually write on the screen -- can

13  you show where you would click the locations that you just

14  described?

15  A.    So if you clicked here (indicating), that would bring you

16  to the page in the next -- I don't know if that's the next

17  exhibit or the next page.

18  Q.    I believe it's the next page.

19        MR. GOLDSTEIN:  Objection.  Testimony.

20        THE COURT:  Private channel.

21     (Whereupon, the following conference was held at the

22  bench:)

23        THE COURT:  So the objection is to the form and

24  Mr. Aubin offering a clue, is that it?

25        MR. GOLDSTEIN:  That he's essentially testifying, yes.

```
1              THE COURT:  Okay.  So it's sustained.  Don't do that,
2     Mr. Aubin.
3          (Whereupon, the bench conference was concluded.)
4     BY MR. AUBIN:
5     Q.  I'm going to direct you back to page 2 of Government's
6     Exhibit 108.  Is that what you were referring to?
7     A.  Yes.
8     Q.  Going back to page 1 of Government's 108.  You had
9     indicated that there was two separate ways that you could click
10    on a profile.  Can you circle the other place that you
11    referenced?
12    A.  You can also click on the name, which is often tricky
13    because it's small but you can click on that as well.
14    Q.  Okay.  Thank you.
15         Did you ever document an ouroboros_bloodcrest3?
16    A.  Yes.
17    Q.  Showing you Government's Exhibit 109.
18         Can you read from the top?
19    A.  The Telegram user with display name Raccoon wrote, "This
20    should be helpful," and forwarded a message from The American
21    Futurist Fans of North America.  And what is visible is a link
22    to openinframap.org.
23    Q.  I'm going to show you page 2 of Government's Exhibit 109.
24         What is page 2 depicting?
25    A.  This is the Telegram profile page for the user described
```

1  before with the display name Raccoon, and it shows the username

2  ouroboros_bloodcrest3.

3  **Q.**   How do we get to this?

4  **A.**   On the same way I described before, by clicking on the

5  profile picture or the name.

6  **Q.**   What do we see here listed for the username?

7  **A.**   Ouroboros_bloodcrest3.

8  **Q.**   Throughout the course of your monitoring and interacting

9  with the defendant -- I'm going to direct you, my apologies, to

10 page 1 of 109 -- did the user Homunculus or Raccoon post

11 openinframap.org multiple times?

12 **A.**   Yes.

13 **Q.**   Showing you Government's Exhibit 110.

14     What do we see here?

15 **A.**   This is an individual.  It doesn't show who is in this

16 chat right now, but they are forwarding a message from the user

17 Ouroboros, where he's -- the message that's being forwarded is

18 an openinframap.org and the information after that slash shows

19 you that it's specific coordinates, it's a specific place on

20 that map.

21 **Q.**   Now, in addition to posting Open Infra Map, did the user

22 Ouroboros make references to cascading failure?

23 **A.**   Yes.

24 **Q.**   I'm going to show you Government's Exhibit 111.

25     What do we see here?

1  A.    This is, again, a Telegram post from the user in a group

2  chat from the user Ouroboros.

3  Q.    Can you read beginning at "Ouroboros admin"?

4  A.    "Well, I don't condone anything illegal but for those

5  wanting to understand how the grid works, with all this strain

6  on that regions grid, if a substation or two went down there,

7  there would be a very high likelihood of a cascading failure

8  where something fails and the rest of the grid picks up the

9  slack but it's too much to bear so it all fails.  Just read the

10  Wiki article and look at animation to get better

11  understanding."

12  Q.    Now, did there come a time when you began to communicate

13  with Ouroboros directly in things like a private channel?

14  A.    Yes.

15  Q.    I'll show you Government's Exhibit 112.

16        What is Government's Exhibit 112?

17  A.    This is a private chat between myself and the user

18  Ouroboros.

19  Q.    What are we seeing?  My apologies, can you read it from

20  the top?

21  A.    The user Ouroboros asked, "Have you read Hard Reset?"

22        To which I replied, "Of course, I actually helped BTC with

23  some editing on it."

24        He replied, "Awesome.  Well, yea, that is a must read."

25        I replied talking about the editing, "Nothing major, just

1  spell checking and shit, but I was happy to help."

2      He then replied, "Everyone needs to read that, especially

3  the infrastructure N words section."

4      And I replied, "Yeah, man.  That's the weakest point of

5  the system."

6  Q.   And go to the next page.

7  A.   You'll see the post above is cut off slightly, but I

8  recognize it as a post from the channel CrimePilled that

9  discusses the use of mylar balloons.  The bottom of this say --

10  this means -- sorry, mylar balloons to melt a high voltage

11  line.

12      It says, "This means they can short transformers and melt

13  wires just by coming near a high-voltage line.  Mylar balloons

14  are available at the dollar store, which means they are very

15  cheap and easy to acquire.  Have fun."  And below is a link to

16  the channel I referenced before, CrimePilled.

17  Q.   I'm going to direct you to Government's Exhibit 18.  Stop

18  for a second.

19      What is Government's Exhibit 18?

20  A.   This is a video contained in that post referenced before

21  about the mylar balloons.

22      (Video playing.)

23  Q.   I'll stop it right there.  Directing back to Government's

24  112.  Can you begin reading at the green message?

25  A.   Replying to his post, I said, "I've seen this one before.

 1  Never tried it though."

 2      The user stated, "It's easy, but easy to miss.  That's why

 3  you should get a roll of twine and attach to the bottom of the

 4  strings so if they miss lines you can pull them back into

 5  place."

 6      I replied, "Smart.  I might have to fuck around this

 7  weekend."

 8  Q.  Showing you the next page.

 9  A.  He replied -- this was a screenshot that was just taken

10  slightly later to show an additional message at the bottom to

11  which the user replied -- "Based.  Buy everything with cash to

12  be safe."

13      And you can see I gave that post a thumbs up.

14  Q.  Now, did there come a time when he sent you the

15  CrimePilled video again?

16  A.  Yes.

17  Q.  Showing you Government's Exhibit 113.

18      Do you know approximately how much time elapsed between

19  them?

20  A.  I couldn't recall.  It was substantial.  It was more than,

21  you know, a couple of minutes.  It was days, perhaps weeks.

22  Maybe even months.  I can't recall.

23  Q.  Thank you.  Can you read from the top?

24  A.  "Yes, on wire."

25      And then he, the user, asked, "What part of country are

1  you in?"

2      And then again forwarded that -- this is the top half of

3  the post that we saw the bottom half of in the previous

4  exhibit.

5  Q.    Scrolling to page 2.  My apologies, page 3.  Can you read?

6  A.    This is the bottom half of that same post and the user

7  stated, "Try this before applying."

8      I was replying to his previous question as to where, what

9  part of the country I was in.  I stated, "I'm in the

10 Mid-Atlantic," and then replying to his message, "try this

11 before applying," I said, "I'll give it a go.  Went looking for

12 mylar balloons once and couldn't find any that didn't look gay.

13 Never got around to looking again.  Will try again."

14 Q.    Showing you page 4.  You may continue.

15 A.    "I think Walmart has them," again, this is from the

16 user -- "I think Walmart has them, if not Party City --"

17         THE COURT:  Stop.  Private channel.

18      (Whereupon, the following conference was held at the

19 bench:)

20         THE COURT:  He equivocated as to who the other user

21 is.  So get that straightened out.

22         MR. AUBIN:  Yes, Your Honor.

23      (Whereupon, the bench conference was concluded.)

24 BY MR. AUBIN:

25 Q.    Mr. Jackson, throughout the course of your interaction

1  with the user that is depicted in Government's 113, did they

2  have a consistent name?

3  A.    No, they did not.

4  Q.    What different names did you interact with this user with?

5  A.    Homunculus, Ouroboros with various spellings and

6  characters, Raccoon.  I believe those are the three, at the

7  very least the three primary ones.

8  Q.    How do you know that you were speaking to the same person?

9  A.    Based off of context, based off of their role in the group

10 chats.  But most clearly, when you have a direct message with

11 somebody on Telegram, if the user changes the username, the

12 content remains there.  The conversation is the same

13 conversation it was before but the name at the top would

14 change.  Additionally, there's a unique identifier that does

15 not change whether you change your username or your display

16 name.

17 Q.    Was the unique identifier consistent in this case --

18 A.    Yes.

19 Q.    -- for Ouroboros_bloodcrest3?

20 A.    When it was Ouroboros_bloodcrest3, yes.

21 Q.    All right.  If you may continue with, "I think Walmart."

22 A.    "I think Walmart has them, if not Party City.  But pro

23 tip, buy a reel of twine to tie them to the bottom of the

24 strings so if you miss you can pull them back into place, you

25 know."

 1          Then posted a link again openinframap.org.  "Should help,
 2   too," in reference to that.
 3          And I stated, "I'll try Walmart.  Party City had them but
 4   they all had gay shit written on them."
 5   Q.    Scrolling to page 25 of Government's 113.
 6   A.    The user stated, "They're going to be vaporized."
 7          I said, "Fair enough."
 8          The user then replied to a previous post of mine that
 9   stated, "Do I need to hit anything specific" -- there was a
10   part of this cut off -- "or just" -- I believe it said "or just
11   anywhere," but I can't speak to that precisely without seeing
12   it.
13          Stating, "Well, these are best for hitting the lines and
14   causing the breakers at the substation to trip.  Cutting off
15   power in that area till some wagey comes and turns it back on."
16          I replied, "Got it.  So somewhere between a populated area
17   and a substation?"
18          He said, "Yeah, look at the map."
19          And I replied, "Will do."
20   Q.    Down to page 6 of Government's 113.  If you can continue
21   reading?
22   A.    The user stated, "Putting holes in transformers though is
23   the greatest thing someone can do but that takes a bit more
24   planning and stuff."
25   Q.    Did there come a time -- well, let me ask you this:

1  Throughout the course of the communications that you read, did

2  you ever bring up substations?

3  A.    I replied to messages of his about substations.

4  Q.    Now, did there come a time after this conversation where

5  you took some photographs near a substation?

6  A.    Yes.

7  Q.    Showing you Government's 114.  What do we see here?

8  A.    These are three photos that I took of an electric

9  substation.  And you'll see I'm depicted in the third photo.

10  Q.    Can you read beginning at "Did a little"?

11  A.    "Did a little scouting."

12       The user replied, "Beautiful and perfect.  Surrounded by

13  wooded area."

14       To which I replied, "Exactly."

15  Q.    Page 2?

16  A.    The user stated, "Looks big and very important, too."

17       I said, "I took my time and scouted out and approached

18  through the woods.  No cameras, less than a mile to the road."

19       To which the user said, "Perfect."

20  Q.    Page 3?

21  A.    The user posted an image and asked, "Do you see any of

22  these there?"

23  Q.    Let's stop for a second.  Showing you Government's

24  Exhibit 47, side by side.

25       Is Government's Exhibit 47 the image that is depicted

1  within the screen grab in Government's Exhibit 114, page 3?

2  A.  Yes.

3  Q.  If you can continue after "You see any of these there"?

4  A.  I replied to him saying, "I think there may have been

5  around the other side.  What is that?"

6      The user stated, "That is the transformer.  That is the

7  most important thing there."

8      I asked, "Would there be just one or multiple?"

9      To which he said, "Depends.  Watch this video."

10 Q.  Next page?

11 A.  And posted a link to a YouTube video entitled, "How Do

12 Substations Work."  I stated, "I'll watch now."

13 Q.  I'll pause this for a second again.  Let me show you,

14 hopefully side by side, Government's Exhibit 44.

15     Is 44 the depiction of the thumbnail from 114?

16 A.  Yes.

17 Q.  All right.  Going to page 5 of 114.  Can you tell me what

18 is depicted at the top of page 5 of Government's 114?

19 A.  This is a YouTube video entitled, "What is electrical

20 substation and its elements."

21 Q.  Can you continue reading?

22 A.  The user stated, "This might be better.  You just need to

23 research what everything is at a typical substation."

24 Q.  Scrolling to page 6 of Government's 114.

25 A.  "When I'm done doing what I'm doing, I will analyze the

 1  pics you sent."

 2      I replied, "Got it.  Thanks."

 3  Q.    What are we seeing after that?

 4  A.    This is one of the pictures that I took that has been

 5  annotated with different colored circles.

 6  Q.    I'm going to zoom in a bit.  What are the colors of the

 7  circles that are annotated?

 8  A.    Red, yellow and purple.

 9  Q.    All right.  Can you read the message from the user below

10  the photograph?

11  A.    "Red look like capacitor banks.  Yellow, circuit breaker.

12  Purple can't really tell because behind everything might be the

13  transformers."

14  Q.    Scrolling down a bit.  What is page 7 of Government's 114?

15  A.    This is just the full view of the photo that was sent by

16  the user Ouroboros.  What we saw previously was the thumbnail.

17  This is what you get if you click on it.

18  Q.    Page 8.  If you can continue reading?

19  A.    "I'll have to get another angle to figure it out."

20      The user asks, "Why don't you just look from Google Maps."

21      I said, "I think I can loop around to the back area there

22  without too much trouble.  Can you tell what it is from above?"

23      They stated, "Yes," to which I replied, "But also if I

24  can't get to it in real life it doesn't really do me much

25  good."

1  **Q.**   Page 9.

2  **A.**   The user --

3  **Q.**   Sorry, can you read from the top?

4  **A.**   The user stated, "You can sent me aerial photo."

5      I said, "Let me find it.  Phone sucks.  Let me break out

6  the laptop."

7      Then I sent what is a Google Map screenshot of the

8  location that I had taken photographs of, and stated, "The view

9  from my pictures is from the woods off to the right."

10      The user stated, "Can you zoom in a bit, specifically

11  those four rectangles --"

12  **Q.**   Going to page 10 of Government's 114.

13  **A.**   "-- in middle."

14      I said, "What part do you want to see.  Got it."  And then

15  I provided the zoomed-in image that the user requested, and

16  said, "That's as close as it will go."

17      The user said, "The shadows confirm it.  They are the

18  transformers."

19  **Q.**   Page 11 of 114.

20  **A.**   I replied with an emoji of an "okay" sign.

21      The user asked, "Do you know what a brass catcher is?"

22      I asked, "For a rifle?"

23      They said, "Yeah."

24      I said, "Yep."

25      The user gave a winky face, "Leave nothing."

1        I said, "One transformer or do I need all of them?"

2        The user asked, "Why not all?"

3   **Q.**   Showing you page 12.

4   **A.**   Following up on that the user said, "You know, these are

5   custom-made and could take almost a year to replace if there

6   isn't any stocked replacements, which they likely don't have."

7        I replied with this meme image of Anders Breivik, and

8   asked, "Center mass or go for the connection points.  I assume

9   the larger the caliber the better?"

10  **Q.**   Page 13.

11  **A.**   The user replied to my ask about the -- both of my

12  questions, saying "Center mass, bigger, more penetrating round

13  the better."

14       And I said, "Understood."

15  **Q.**   Go down to page 14 of Government's 114.

16       Can you read beginning with "Should we wait?"

17  **A.**   "Should we wait until then for greater effect?"

18  **Q.**   My apologies, the line above it.

19  **A.**   "Not crazy cold.  Will drop below freezing by winter

20  though."

21  **Q.**   Continue.

22  **A.**   "Should we wait until then for greater effect?"

23       The user replied, "Look at the graphic I just sent.  Do

24  you understand the concept?"

25       I said, "Cascading failure, yeah."

1      They said, "So with that in mind, you'd want to do a tiny

2  bit of tomfoolery when there's greatest strain on grid, like

3  when everyone is using electricity to either heat or cool their

4  homes."

5      I said, "Definitely missed the opportunity at the peak of

6  summer.  Lots of AC units.  Will think about it a bit.  How

7  great would it be to do it during the Super Bowl?"

8  Q.   Scrolling down to page 15.

9  A.   The user replied, "Nice.  Ha-ha."

10 Q.   Page 16.

11 A.   "When is Super Bowl?  In February, I think.  I think it's

12 best to way till when it gets colder than normal and everyone

13 has heat cranked up."

14 Q.   Can you stop just for a second.  Who is the person who's

15 saying that?

16 A.   I'm sorry, that is the user Ouroboros.

17 Q.   Okay.  You can continue.

18 A.   So he stated, "I think it's best to wait until everyone

19 gets colder than normal and everyone has the heat cranked up."

20     I replied to that saying, "Yeah, it's early February.

21 That's pretty much as cold as it gets here."

22 Q.   Page 17.

23 A.   The user Ouroboros, again this is a private chat, stated,

24 "Cleared chat for security."

25     And I replied, "Good call."

 1   Q.   In clearing the chat for security, were you able to access
 2   the prior chats?

 3   A.   No, he deleted all of the previous messages.

 4   Q.   All right.  The photographs that we were viewing, in
 5   proximity to when the conversation was occurring, when were you
 6   taking those photographs?

 7   A.   Either as it was occurring or generally as soon as I saw
 8   it.  Sometimes I wouldn't -- I'd step away from the phone or
 9   the computer and I'd see this message 20 minutes after it was
10   sent, but I would take the screenshot as soon as I saw it.

11   Q.   Now, you made a reference to February.  Do you recall
12   about when this chat was occurring?

13   A.   This would have been late summer, early fall.  I couldn't
14   put a precise date on it.  But the latter half of the year.

15   Q.   I'm going to show you Government's Exhibit 115.

16        Below the photograph, what do we see here?

17   A.   The user wrote, "Happy Halloween," and asked, "Did you
18   reapply?"

19   Q.   Do you recall approximately when this was?

20   A.   It was on Halloween.

21   Q.   Okay.  Showing you Government's Exhibit 116.

22        Throughout the course of Halloween and November, did
23   Ouroboros maintain an active status in group chat?

24   A.   Yes.

25   Q.   With regard to 116, what do we see here?  Can you read

 1  Ouroboros on down?

 2  **A.**    This is, once again, the user Ouroboros forwarding from

 3  the Telegram channel The American Futurist Fans of North

 4  America forwarding -- the visible part of the message shows

 5  openinframap.org.  And he had added the comment -- sorry, the

 6  original post had the comment, "Pretty cool maps."

 7  **Q.**    I was touching the wrong laptop, sorry.  We see this

 8  highlighted portion, what does that say?

 9  **A.**    It says "admin."

10  **Q.**    What does that mean?

11  **A.**    It means that the user that is posting there, in this case

12  Ouroboros, had been designated an administrator or a leader of

13  the channel that was being posted.

14  **Q.**    Now, throughout the course of this time frame, did you

15  continue to engage with Ouroboros?

16  **A.**    Yes.

17  **Q.**    Did he ever ask you any questions?

18  **A.**    Yes.

19  **Q.**    I'm going to show you Government's Exhibit 117.

20       Did those questions include information about the weather

21  in the area where you were located?

22  **A.**    Yes.

23  **Q.**    All right.  Can you begin with, "Okay, I got you."

24  **A.**    The user wrote, "Okay, I got you.  It snowing there yet?"

25       I'm replying to an earlier message saying, "Plus easy way

 1  to budget."  Then went on replying to the question about

 2  snowing.  I said, "Nah, not even close.  It's weirdly warm."

 3      The user asked, "When does it start?"

 4      I, continuing my previously thought, was saying "75

 5  today," saying "It's weirdly warm."

 6      He asked, "Normally?"

 7      I said, "Probably late December, early January."

 8  Q.  I'm going to scroll down a page.

 9  A.  The user wrote, "I think you should wait until like a week

10  after it starts snowing for that other thing we talked about."

11      I said, "Yea, that's what I was thinking.  People always

12  crank the heat when it first starts snowing, then they see the

13  bill and back off."

14      And the user replied, "Yea, exactly."

15  Q.  Scrolling to page 3 of Government's 117.

16  A.  I wrote, "I'm scouting out backup locations too."

17      The user replying on the previous line of discussion said,

18  "Goal is for when most people are using max electricity."

19      Again, this is where it gets a little jumbled.  These were

20  two different conversations going on at the same time.  I'm

21  replying to my -- I'm following up my previous thought on

22  backup locations saying "either backup or follow on."

23      The user then replied to my message about backup locations

24  saying, "Perfect."  And I said, "Depends."

25      Again, it's a little jumbled, but that was in -- "depends"

1  was referring to the backup or follow on, depending.

2       The user replied saying, "Follow on could lead to

3  cascading failure costing billions of dollars."

4  Q.   Page 4 of Government 117.  Can you read what's depicted

5  there?

6  A.   The user posts a link to a Wikipedia page about cascading

7  failure.  And also replied to an earlier message of mine where

8  I stated, "Also going to 3D print a brass catcher," he replied

9  to that with the message, "Very nice."

10 Q.   Showing you page 5 of Government's 117.  Can you read

11 beginning at -- you can read from the top.

12 A.   The message is cut off.  I said something about "Test

13 today at the range but spent 40 minutes fucking around with the

14 printer and gave up.  Being four to five beers deep probably

15 didn't help.  Ha-ha."

16      The user replied, "Ha-ha.  You know the Gardening PDF?

17 Are any of those near you?"

18      I replied, "Yea, I know the PDF.  Any of what though?

19 Maybe I should reread after the grid lesson you gave me.

20 Thought that was what we were talking about already."

21 Q.   Scroll down to page 2.  What is depicted -- not page 2,

22 page 6.  My apologies.  What is depicted in Government's 117,

23 page 6?

24 A.   This is a screenshot showing most of a list of 15 --

25 copied from the Gardening PDF of 15 substations entitled, "The

1  Fifteen."

2  **Q.**   Let me show you, hopefully side by side, Government's

3  Exhibit 25B.

4       Can you take a look at Government's 117, page 6, and

5  Government's 25B.  And let me know when you're done looking at

6  both.

7  **A.**   Yes.

8  **Q.**   Do they appear to be mirrored information?

9  **A.**   Yes.

10 **Q.**   All right.  With regard to Government's 117, I'm scrolling

11 down to page 8 of Government's 117.  With regard to 25B, I'll

12 scroll down to page 2.  Again, can you take a look at

13 Government's 117 at page 8 and again 25B at page 2.  And let me

14 know when you're done.

15      What do they appear to be?

16 **A.**   It appears that the information from the exhibit on the

17 right was copied into the Telegram chat of which I took a

18 screenshot on the left.

19 **Q.**   Okay.  Thank you.  Scrolling down to page 9 of 117.  Can

20 you read your response?

21 **A.**   Replying to the lists I wrote, "Lemme look.  The Virginia

22 and Pennsylvania ones maybe.  I'm driving.  Will search later."

23      The user wrote, "Okay."

24      I later replied, "A couple of them are like three hours

25 away.  Far by viable."

1  Q.    Showing you page 10 of Government's 117.

2  A.    The user wrote, "Well, hell, if they're on either of those

3  lists they're super important."

4        I replied, "Probably better protected though."

5        The user stated, "You'd be surprised."

6        I asked, "Didn't the guy who wrote that PDF get fedded?"

7        He, continuing his thought from above where he said "You'd

8  be surprised," stated, "Take a look at this, this is one of the

9  biggest in the country."  And there's a Google Maps link below.

10 Q.    Scroll the next page.

11 A.    Replying to the Google Maps link, I said, "Damn, that's

12 right off the road.  Well, maybe I'll do some Google scouting

13 on the ones close to me.  If it looks viable I could pay it a

14 visit."

15       He replied to my message about his location saying, "Yea,

16 LMFAO, these mother fuckers are so vulnerable."

17 Q.    Page 12 of Government's 117.

18 A.    The user posted another link to Open Infra Map, again you

19 can see it's a specific coordinate based on the URL, and said,

20 "Here's that same substation on the Infra Map," and then posted

21 another annotated photo.

22 Q.    I'm going to zoom in on the photograph.  You reference

23 annotations, where is that depicted in the zoomed-in portion?

24 A.    The four red circles.

25 Q.    Can you continuing reading, please?

1  A.   Continuing his thought on the picture in that substation,
2  he said, "Transformers.  This is a lot.  Wow, 17."
3  Q.   I'll zoom back in.  The circled area, how many items are
4  contained in the circled area?
5  A.   17.
6  Q.   You may continue reading at page 13.
7  A.   He continued, saying, "I love looking at this shit.  Holy
8  shit.  Two from that list in Virginia are like right next to
9  each other," with a screenshot of a map of some sort below that
10  and a Open Infra Map link, again showing specific coordinates.
11  Q.   Thank you.  Do you recall speaking to him through the
12  winter months?
13  A.   Yes.
14  Q.   Showing you Government's Exhibit 118.  Can you read from
15  the top?
16  A.   The user wrote, "That'd be fucking excellent."
17       I stated -- I replied, "Blow the power for the whole area
18  in the middle of the game."
19       He stated, "People will lose their shit."
20       Later the user asked, "How are you?"
21       I said, "Well, got out of the city for a little bit which
22  was definitely needed."
23       The user replied saying, "Good.  Good.  Yeah, a city will
24  suck the soul out of you.  You're still reading *Siege*, right?
25  Once you're done with that I'll talk to them to get you as a

 1  full member in NSRF.  We should call sometime."

 2  Q.   Scrolling down to page 2 of Government's 118.

 3  A.   "Yeah, man, let's do it.  I didn't do a full reread of

 4  *Siege*.  Mostly skipped around."

 5       The user asked, "You've read it before though right?"

 6       I said, "Oh, yeah.  Several times."

 7       The user said, "Okay, good.  I will talk to the guys and

 8  get them to make you a full member if you would like."

 9       I said, "That would great, man.  The initiatives seem like

10  a good bunch but I want to start doing more."

11  Q.   Let me show you side by side Government's Exhibit 22.

12       Are you familiar with that?

13  A.   Yes.

14  Q.   What is that?

15  A.   This is the book *Siege* by James Mason that I understood to

16  be referenced in the chat.

17  Q.   Beginning again at Government's 118, page 3.

18  A.   This is -- it's one additional message here that said,

19  "Sounds great.  I'll talk with them," in reference to making me

20  a full member of NSRF.

21  Q.   Going to page 4.

22  A.   The user continuing that line of thought said, "I think

23  you got to do a prop run.  You got a printer?"

24       I said, "Yeah, but I'll use a public one to be safe."

25       They said, "Sounds good."

1    I said, "I read some shit about unique watermarks."

2    They said, "Okay."

3    I replied, "Probably BS but can't be too careful."

4  Q.    Page 5.

5  A.    "Got several new people" -- from the user -- "Got several

6  new people will be joining the initiates chat soon."

7    I replied, "Sick.  Anyone in my area?"

8    He said, "One I know is in the Carolina area.  The others

9  I'm not sure yet."

10    I said, "Carolina could be closish or really far,

11  depending on where."

12    The user said, "I'll find out more.  Gotta get some bros

13  for you to hang out with."

14    I said, "I know.  I'm lonely up here in lib heaven."

15    He said, "LOL.  I think a guy who became a full member

16  recently is in Maryland."

17    I said, "Oh, shit.  That would be awesome.  Let me know if

18  you can hook it up."

19    He said, "Is that close?" in reference to Maryland.

20  Q.    Page 6 of Government's 118?

21  A.    I said, "I'm in Maryland and the state isn't that big."

22  He replied, "Brooo."

23    I said, "Could be a few hours max."

24    He then stated, "Also, I didn't mention this before, but

25  someone else I know in Maryland, not connected to NSRF or

1    anything, is going to be doing the same thing as you."

2        I asked, "The thing I sent pictures about?"

3        He, continuing his thought, said, "Which will greatly

4    amplify its effects."

5        And then replying to my question of "the thing I sent

6    pictures about," he said, "Yes."

7        I asked, "Should we be coordinating timing?"

8    Q.    Now, were there further communications related to an

9    individual in Maryland?

10   A.    Yes.

11   Q.    Showing you Government's Exhibit 119.  What do we see

12   here?

13   A.    This is a continuation of a private chat with the user.

14   Q.    Can you read it, please.  My apologies.

15   A.    I stated, "If you have other folks in my area let me know

16   about them."

17       The user said, "You should do a highway overpass banner."

18       I, continuing my thought, said, "I'm down to travel too."

19       I replied to his message about the highway overpass

20   banner.  I said, "I thought about it, but I'm not looking to

21   attract attention while I still plan the other thing."  And

22   then I stated, "I did another scouting run."

23   Q.    Page 2 of Government's 119.

24   A.    The user replied to my message about looking to attract --

25   not looking to attract attention and planning the other thing

1  saying, "Okay, then just meet up with crypted after I talk with

2  him."

3        The user then asked -- replied to my message about the

4  scouting run asking how it went.  I said, "All good.  I mostly

5  wanted to check that they didn't add any security after all of

6  the other incidents."

7  Q.    Showing you Government's 119 at page 3.

8  A.    I continued that thought saying "Nothing I could see.  And

9  my approach is still viable."

10       The user said, "Lovely, that's great to hear."

11       I said, "I was a bit worried."

12       The user said, "Remember the opsec and shit is golden."

13       I continued my thought about being a bit worried, "Since

14  the news was talking about this stuff all the time for a

15  while."

16       Replying to his message about opsec, I said, "Oh, yea."

17  Then I said, "I just want to maximize impact.  Would love to

18  coordinate and get multiple at the same time.  Cascading

19  failure."

20  Q.    Showing you page 4.

21  A.    The user stated, "Of course I knew someone else but

22  they've had a wrench thrown in their plans, unfortunately.  So

23  we'll see if they can get back up to speed in time."

24       I said, "Let me know.  I'd be willing to delay if you

25  think that person is serious and can be trusted."

1    The user stated, "I know 100 percent they are."

2  Q.    Page 5 of Government's 119.

3  A.    I stated, "Then let's make it happen.  If they can be

4  trusted, two is better than one."

5    The user replied, "Okay.  Super Bowl meme is funny.  But

6  coordination is much more impactful."

7    I said, "Agreed, unless we can pull off both.  Ha-ha."

8    They said, "This person might, I don't know yet, but might

9  need help fixing their shit."

10    I asked, "What do they need help with?"

11    And the user replied, "They were a felon and had their

12  weapon stolen.  Now struggling to get a new one."

13  Q.    Page 6.

14  A.    "Got the money," this is the user referring to continuing

15  the point about the individual they identified as a felon, "Got

16  the money, but still hard.  Two people cucked out on them for

17  going to gun store to get the one they ordered."

18    I asked, "Why did they bail, sketched out?"

19    To which the user said, "Yea, they were a friend and a

20  family member."

21    I said, "So all he needs is someone to buy the thing?"

22    The user said, "Yes."

23  Q.    Page 7 of 119.

24  A.    I said, "That shouldn't be too hard."

25    And the user asked me, "Could you help?"

1  Q.    Page 8.

2  A.    I said, "I'd like to meet the guy first or at least talk

3  to him."

4  Q.    The user replied, "It's not a guy, LOL.  But yea, sure."

5  Followed by an emoji.  And then wrote, "Wrong one," as in they

6  put the wrong emoji.

7  A.    I said, "Just make sure everything is legit.  But I don't

8  see why not."

9       And the user posted a GIF of many camouflaged with masks

10  on and then wrote "Based."

11  Q.    Skipping over page 9 to page 10.  Sorry, this is a bit out

12  of order.  119, page 11.

13  A.    Message, "Based.  This is what a true underground movement

14  looks like, LOL."

15       I replied, "Hell yeah, man.  Making connections and making

16  moves."

17       The user stated, "She was so fucking sad when the gun got

18  stolen.  And then the two people cucked out on her.  Like, it's

19  been rough."

20       I said, "This is why society is collapsing.  We can't help

21  people when they're down.  We just kick them to the curb."

22       And the user stated, "Yes."

23  Q.    Now, based on this communication with the user, were you

24  able to communicate with another person?

25  A.    Yes.

1  Q.   Do you recall the name of that individual?

2  A.   They used the username Nythra88 on Telegram.

3  Q.   We'll discuss that a bit further.  Did the user,

4  Ouroboros, reach out to you to confirm that you spoke to

5  Nythra88?

6  A.   Yes.

7  Q.   Showing you Government's Exhibit 120.  What's the date

8  here?

9  A.   January 12th.

10 Q.   Can you read from the user?

11 A.   The user asked, "Hey, did she contact you?"

12      I replied, "Yes, we were chatting last night."

13      The user replied, "Okay.  That's cool."

14 Q.   During that conversation, were you able to speak to the

15 user Ouroboros orally?

16 A.   Yes.

17 Q.   What led to that conversation -- strike that.

18      Did you coordinate the conversation?

19 A.   Yes.

20 Q.   Showing you Government's Exhibit 121.  What do we see

21 here?

22 A.   You can see I missed a call from the user.  And I said,

23 "Sorry, got caught up with something.  Can talk in 15 minutes

24 or so if that's still cool?"

25      The user said, "Yea, shouldn't be too long call, I don't

 1  think anyway."  To which I gave a thumbs up.

 2       Shortly afterwards, I messaged, "Ready when you are."  And

 3  you can see that we spoke for 13 minutes.

 4       The user stated, "Good talk."

 5       And I once again gave a thumbs up, and said, "Thanks for

 6  making time."

 7       And the user said, "No problem."

 8  Q.  The call that is referenced in the highlighted portions

 9  here on page -- excuse me, on Government's 121, was that

10  recorded?

11  A.  Yes.

12  Q.  Playing Government's Exhibit 122.  Let me ask you this

13  before I play it, have you had an opportunity to listen to the

14  recording?

15  A.  Yes.

16  Q.  Who were the individuals who took part in the recording?

17  A.  Myself and the user who variously went by Homunculus,

18  Ouroboros, Raccoon, the user the previous conversations were

19  with.

20  Q.  In preparation for trial, did you listen with the

21  government, myself, and our team to a number of recordings?

22  A.  Yes.

23  Q.  All right.  Is what is depicted at Government's 122 the

24  entirety of the recording or just an excerpt?

25  A.  No, it is an excerpt of the conversation.

1  Q.   Playing Government's Exhibit 122.

2          MR. GOLDSTEIN:  Objection.

3          THE COURT:  How long is the excerpt?

4          MR. AUBIN:  Approximately nine minutes.

5          THE COURT:  Okay.  You may proceed.

6          MR. GOLDSTEIN:  Objection, Your Honor.

7      (Whereupon, the following conference was held at the

8  bench:)

9          MR. GOLDSTEIN:  Judge, I would object.  If the

10 government is going to play the conversation, they should play

11 the entire conversation, not just a cherrypicked part of the

12 conversation.

13         THE COURT:  You'll get your chance on cross if that's

14 what you want to do.  Overruled.

15     (Whereupon, the bench conference was concluded.)

16 BY MR. AUBIN:

17 Q.   I'll start from the beginning and press play.

18 Government's 122.

19     (Phone call playing.)

20 Q.   After that phone conversation, did you continue

21 communicating with the user?

22 A.   Yes.

23 Q.   Showing you Government's Exhibit 123.  What do we see

24 here?

25 A.   This is the Telegram user profile for the user Homunculus.

1  Q.   Can you read the lower portion?  First, can you read the

2  ID?

3  A.   5290590696.

4  Q.   Can you read the bio section?

5  A.   "When I'm good, I'm really good.  But when I'm bad, I'm

6  better."

7  Q.   Showing you Government's Exhibit 124.  What do we see

8  here?

9  A.   On January 20th I wrote, "Clearing chat," to which he sent

10 an emoji-type message.

11      Then he asked, "Did you start printing?"

12      And then I asked, "For what our friend wants?"

13 Q.   Scrolling to page 22 of 124.

14 A.   He replied, "Yes."

15      I said, "Not yet.  But I'm ready to whenever."

16 Q.   Page 3 of 124.

17 A.   "Sooner the better my man."

18      I said, "Agreed.  Need to sort out a few things with her

19 on accessories.  The lower itself shouldn't take much more than

20 a day of printing time.  And that's if I go for pretty Gucci

21 settings."

22 Q.   When you said, "Sooner the better, my man," who was saying

23 that?

24 A.   Sorry, the user Homunculus said "Sooner the better, my

25 man."

1  Q.   Can you continue at "Okay, sounds good."

2  A.   The user stated, "Okay, sounds good.  That's good to hear.

3  I guess get started then.  Very cool stuff.  Are you using the

4  Hoffman design?"

5       I said, "That's my first thought.  I've printed one before

6  successfully so no need to experiment."

7       Then he asked, "Hoffman?"

8       And I said, "Yes."

9  Q.   Scrolling to page 4 of 124.

10 A.   The user said, "Oh, cool.  And it's a good, stable and

11 reliable design?"

12      I said, "It's really well reviewed.  I've only put 150

13 rounds through mine personally but people have done a lot more

14 with no problems."

15      The user said, "Okay, cool."  And then asked, "What

16 material do you print with?"

17      I replied, "I did the last one PLA+, eSun specifically.

18 They also sell a reinforcement kit that could be helpful."

19 Q.   Scrolling to page 5.

20 A.   The user replied to my message about the reinforcement

21 kit, and said, "I was told by someone else that you definitely

22 want that, especially since this is .308."

23      I said, "Sounds good to me."

24      They replied, "And this can work with standard upper?"

25      I said, "Yup, they are pretty much compatible with

 1   everything."

 2       The user said, "Okay."

 3   Q.   Now, I'm going to show you Government's Exhibit 125.  What

 4   is 125?

 5   A.   This is a private chat between myself and the user

 6   Homunculus.

 7   Q.   Can you read it from the top, please?

 8   A.   "Hey, what's up," this is the user speaking.

 9       I replied, "Loving the book.  Prewar Japanese shit is

10   legit.  On the other thing, the two of us had a good call

11   earlier this week.  And I think everything is falling into

12   place.  I might buy something pre-made instead of printing but

13   I've got that side sorted out."

14       The user replied, "Okay.  Sounds good.  Everything else is

15   fine too."  Winky face.

16       I replied to that too asking, "Like location?"

17       The user said, "Yes, don't worry."

18       I replied, "Perfect.  That's the part I haven't really

19   done anything on."

20       And the user said, "Yeah, don't worry."

21       I said, "So if you and her have that sorted out, that's

22   perfect."

23   Q.   Throughout this time that you're communicating with

24   Homunculus, is Homunculus remaining active in group chats?

25   A.   Yes.

1   **Q.**    Showing you Government's Exhibit 126.  What do we see

2   here?

3   **A.**    This is a post by the user M G in the group chat Cat

4   Enjoyers Anonymous.  They posted a link to a SITE Enterprise

5   articling that's entitled, "Neo-Nazis Continue To Claim Only A

6   Few Substation Attacks Are Needed To Collapse Grid."

7   **Q.**    Can you scroll down to page 2.

8   **A.**    M G wrote, "Hey, I think I know which post they're

9   referring to," to which Homunculus replied, "Post it," smiley

10  face.

11  **Q.**    Scrolling down to page 3.

12  **A.**    The user M G said, "Might not be these, looking for

13  others."

14       Homunculus wrote, "Probably those.  I don't know.  Keep it

15  up guys," with a smiley face.

16          **MR. AUBIN:**  Court's brief indulgence, Your Honor.

17          **THE COURT:**  Yes.

18  **BY MR. AUBIN:**

19  **Q.**    Showing you Government's Exhibit -- I believe this is 42.

20  My apologies.  Court's brief indulgence.

21       We'll move on.

22       Showing you Government's Exhibit 127.  What do we see

23  here?

24  **A.**    This is a group chat between myself and the user

25  Homunculus.

1   Q.   Can you read it from the portion that says "Teddy K"?

2   A.   The user in reply to my message asked, "Is it snowing?"

3        And then in reply to my message that I'm spending a lot of

4   time preparing for the thing mentally and logistically, the

5   user said, "That's good."  They then asked, "You finished the

6   print?"

7        I said, "Yeah, but I'm not 100 percent sure about it and

8   the reinforcement kit is really delayed.  I'm looking into just

9   picking something up at a gun show.  The print is still my

10  preference, but I need to be prepared."

11       The user then replied, "Okay.  You know best," smiley

12  face.

13  Q.   Showing you page 2 of Government's 127.

14  A.   I replied, "Right now I'm mostly thinking about the plan

15  itself."

16       The user said, "Okay."

17       I said, "You probably would have good advice on this.  I'm

18  thinking about opsec for the recon and how we can maximize

19  propaganda after the fact."

20       The user said, "Don't worry about the second part, that

21  adds a ton more risk.  The first part, why not drive those

22  towns at night and day and just see what it's like, the feel of

23  the area, et cetera."

24       I said, "That's what we were talking about.  Our friend

25  suggested we try to do it with multiple cars so they don't see

1    us on cameras so I'm trying to see if I can borrow a car."

2  **Q.**    Page 3.

3  **A.**    The user replied, "Smart."

4        I said, "It was her idea.  I'm not worried about her

5    mentally as long as she can hold up physically."

6        He said, "Okay.  You are a very dedicated person."

7        I said, "This whole thing has given me a mission.  When I

8    have something to really focus on, I can be effective.  I don't

9    worry about other bullshit now.  I think about this."

10        The user asked, "What about your child on the way?"

11        I said, "I'll still be there for her, even if things go

12    badly, I'll be there for her."

13        The user said, "Yeah, I mean, just in terms of your focus.

14    That is also something to drive you."

15  **Q.**    Page 4, continue reading, please.

16  **A.**    I said, "But there isn't much I can do for her right now,

17    ha-ha.  We've worked hard to save money so that my wife can

18    stop working at least for a few years.  That's the most

19    important thing in my opinion."

20        The user said, "That's good to hear."

21        I said, "I'll be honestly though, I'm nervous about being

22    a parent and being able to put all of my effort into this is

23    really helping, ha-ha."

24        The user said, "I gotcha."

25        I said, "I want to make sure this is everything it can be.

1  I've read about a few attempts recently that didn't have much

2  effect.  So I want to make sure it's done right."

3      The user said, "Yeah, it's been studied so don't fret."

4      I said, "These specific five?"

5      The user said, "Look at the map, Dude."

6  Q.  On to page 5.  Please continue.

7  A.  I said, "So that's the part I don't get.  What's with the

8  one all the way up by Pennsylvania, does that have something to

9  do with the cascading?"

10     The user said, "Watch this video."

11 Q.  On to page 6.

12 A.  The user posted a YouTube video entitled, "Grid v. Gun

13 Fire:  What really happened with the substation attack in North

14 Carolina?"

15 Q.  You can skip over the next line.  If you can read your

16 line.

17 A.  I replied to that saying, "Watching now."

18     And the user replied, "Clearing chat."

19 Q.  Moving on to page 7.  My apologies, it's out of order as

20 well.  Page 8.

21 A.  So you can see the chat has been cleared.

22     I said, "Okay.  So I watched that, and I'm looking at the

23 map.  I think I get it."

24     The user said, "Cool."

25     I said, "But I only see four lines, not fully getting the

1    fifth.  Is the one up north to stop rerouting?  You know the

2    one I'm talking about?"

3    **Q.**    On to page nine.

4    **A.**    The user said, "Yes," in reply to my question "You know

5    the one I'm talking about?"

6    **Q.**    Page 10.

7    **A.**    "It's a hard one though."

8    **Q.**    Page 11.

9    **A.**    "Driving at the moment so give me a minute."

10        Oh, apology, I missed a message there.

11        He said, "It's a hard one there."

12        I asked, "What do you mean?"

13        The user said, "Look at it from Google Maps."

14        "Driving at the moment so give me a minute."

15    **Q.**    Thank you.  Going to page 12 of Government's 127.

16    **A.**    I message, "Sure.  Trying to find it on maps.  Can talk if

17    easier."

18        The user replied to my message about trying to find it on

19    maps, they said, "You can, it's not so difficult."

20        I said, "Yeah, I've got it up now.  It looks like it's in

21    a pretty rural area, good road access, wooded areas.  I would

22    like it to be closer to a major highway but that has its ups

23    and downs."

24    **Q.**    Scrolling to page 13 of Government's 127.

25    **A.**    The user stated, "Yeah, hard part is they have three-sided

 1  firewalls.  Look at them."

 2  Q.  Scrolling to page 14 of 127.

 3  A.  I said, "Oh, shit.  Yeah.  This is that one.  Our friend

 4  mentioned that one, but she -- mentioned that one did, but she

 5  didn't say which one.  Hard to tell until you fully zoom in."

 6  Q.  Page 15.

 7  A.  I continued saying, "She has a plan for that one, right?

 8  Or do I need to work on that part?"

 9  Q.  Scrolling to page 16.

10  A.  The user asked, "Do you see the walls I mentioned?"

11      I said, "Yes, I do.  They only have three sides though."

12      The user said, "Yes, it is only ever like that, but it can

13  possibly present a vantage point issue from either treeline on

14  either side."

15      I said, "Okay.  That's not a huge deal though.  We can

16  work around it, right?"

17      The user said, "Yeah, probably.  Just won't be as easy as

18  the others is all."

19      I wrote, "Okay.  I'm going to stop stressing about this.

20  Probably overthinking."

21  Q.  Showing you page 17.

22  A.  The user said, "Yeah, bro.  Relax.  Take it easy."

23      I said, "I know.  I just like to plan out all the details,

24  but I overdo it sometimes."

25  Q.  Did you have any further communications with Brandon

1  Russell?

2  **A.**   No.

3  **Q.**   My apologies, with the user Ouroboros?

4  **A.**   No.

5  **Q.**   Now, there was a time where you referenced a username

6  Nythra88, on what platform did you interact with that user?

7  **A.**   I interacted with the same individual on Wire and

8  Telegram.  They were Nythra on Telegram.

9  **Q.**   Showing you Government 128.  What do we see here?

10  **A.**   This is the user profile page for the Telegram user Nythra

11  88.

12  **Q.**   Can you read the ID number as well?

13  **A.**   1812346981.

14  **Q.**   Did you begin recording your communications with Nythra88

15  as well?

16  **A.**   Yes.

17  **Q.**   Showing you Government's 129.  What are we seeing here?

18  **A.**   This is the first message that was sent to me by the

19  Telegram user Nythra88.

20  **Q.**   Can you read it from the top, please.

21  **A.**   The user reached out to me, and said, "Hey, what's up?"

22       I said, "Hey, how are you?"

23       They said, "Well, actually I'm sick right now.  LOL."

24       "How are you?"

25       I said, "Sorry to hear it.  Just got over a bug myself.

1   Once a year every year, ha-ha."

2       They said, "Yeah, I hear you, LOL, this is the worst I've

3   been in a long time."

4       I replied, "Rough."  And then said, "So I am assuming you

5   are the person that Raccoon told me about that needs some

6   help?"

7       The user replied, "Yes, that is correct, LOL.  And you

8   live in Maryland?"

9   Q.   All right.  Do you recall when this conversation took

10  place?

11  A.   I couldn't give you the precise date.  It was either very

12  late 2022 or early 2023, December or January.  I can't remember

13  which side of the new year it was.

14  Q.   Is there anything that would help you refresh your

15  recollection as to when that occurred?

16  A.   If I had the dates.  It was shortly after the conversation

17  that I had with the user Ouroboros so it would have been within

18  a day or so of the time when the user Ouroboros told me that

19  his associate would reach out.

20  Q.   I'm going to show you Government's 120 that's been

21  previously admitted.

22  A.   There we go.  Then it would have been very likely on

23  January 12th as the day after January 12th I told the user

24  Ouroboros that I was chatting last night with that person.

25  Q.   All right.  I'm going to go back to Government's 129.

1  Scrolling down to page 2 of Government's 129.

2  A.    I replied to their message about living in Maryland

3  saying, "Yep, D.C. suburbs.  You?"

4  Q.    Page 3.

5  A.    They stated, "Right now I live near Baltimore."

6         They replied to my message about the D.C. suburbs saying,

7  "Hmmm, LOL, I feel like we've talked about this before.  I had

8  said I was planning on moving to Florida or maybe West Virginia

9  or North Carolina.  Do you remember that?"

10 Q.    Page 4.

11 A.    I said, "My dumbass moved here for a job.  Big mistake

12 trying to get out.  But my family is here now too so it's

13 tough."

14        They replied to my message about my family saying, "Yeah,

15 I know all about that, believe me.  You have kids then?"

16        I said, "Not yet.  But coming soon, a few months."

17        They replied, "Damn, on one hand I want to congratulate

18 you.  But on the other, I want to say sorry because I know how

19 hard it is getting out of this shithole state with prices for

20 kids and property skyrocketing."

21 Q.    Showing you page 5.

22 A.    They replied to my message saying "My dumbass moved here

23 for a job," saying, "I remember you saying that when we talked

24 before."

25        I said, "Yeah, it was a bad decision, but I think I can

1  get out soon."

2      They said, "That would definitely be best."

3      The next morning I said, "Passed out early last night.

4  That's the goal," replying to what would be best.  I asked,

5  "How about you?  You hear for the long-term?"

6      They replied to my message saying, "LOL, nice.  Well, for

7  now I guess.  Prices are too high anywhere else I would go."

8  Q.   Page 6.

9  A.   That message continued, "Except for West Virginia, but

10 there's another wish with that, especially with my kids."

11     The user then said, "I've got to say, between our

12 conversations before and the fact that you never pushed to meet

13 me or even talk much, et cetera, not to mention our

14 geolocation, I feel much letter about talking to you.  When

15 Raccoon first told me about you, I was pretty wary for obvious

16 reasons, LOL."

17     I said, "Yeah, suspicion is what keeps us safe.  I'm quite

18 careful unless I know someone can vouch for people."

19 Q.   Continuing on to page 7.

20 A.   "And Raccoon obviously vouched for you."

21 Q.   Page 8.

22 A.   The user replied to my message saying "Suspicion is what

23 keeps us safe," saying, "Exactly.  I don't want to associate

24 with someone who's not cautious.  But at the same time it sucks

25 because I never want to be the first one to reach out of your

1  safety bubble either.  Normally I stay to myself.  I'm only in

2  a few chats and have always been more of a lone-wolf type.

3  Unfortunately, circumstances right now have made that

4  difficult."

5      They also replied to my message stating that Raccoon

6  obviously vouched for you, saying, the user said, "I've known

7  him for a few years and also in person.  He was the reason I

8  was trying to move to Florida."

9  Q.   Page 9.

10  A.   I replied to her message about safety bubble and

11  associating saying, "Exactly, it's a trade-off.  You can either

12  have perfect opsec and never be able to coordinate anything, or

13  you have to take a risk.  It's all about calculated risk."

14      I replied to her message about West Virginia saying, "I

15  like West Virginia but that's mostly for camping.  Never

16  actually spent time in towns."

17  Q.   You can stop there.  Did you continue communicating with

18  her, with Nythra88 --

19  A.   Yes.

20  Q.   -- through private conversations?

21  A.   Yes.

22  Q.   Showing you Government's Exhibit 130.  Can you read from

23  "so before"?

24  A.   "So before we go too far down the philosophy rabbit hole,

25  which I want to continue, Raccoon said you needed some help.

 1  Let me know what I can do."

 2       The user said, "To be honest, I found it much more helpful

 3  to use certain psychological manipulations on my children than

 4  a lot of other tactics.  Sorry, my phone died while typing

 5  this."

 6       They then replied to my message about "Raccoon saying you

 7  needed some help" with, "It's sort of a long story, but to

 8  simplify, I have felonies.  So I was going to have someone else

 9  purchase this rifle for me.  I already paid for it and

10  everything.  The stupid cunt had no issues initially, and I

11  already paid for it and had it shipped to the store --"

12  Q.  Continue, page 2?

13  A.  "-- using a card in my mother's name.  Well, this stupid

14  bitch got scared.  Even though I told her to just report it

15  stolen.  I guess I'm going to have to get that refunded even

16  though I have to pay a 25 percent restocking fee.  It's been

17  sitting there for months.  And at first it was just laziness on

18  her part.  But then apparently she told her fucking parents and

19  they got in her head.  I already bought a sight and magnifier

20  too so you can only fucking imagine how pissed I am.  That's

21  not even half of it.  If you only knew the half, it would make

22  the most controlled person want to do something to catch a

23  murder charge.  It's a good thing I'm an extremely controlled

24  person.  So basically I need someone to purchase a rifle for

25  me.  I think it would make more sense to cancel the other

1  purchase since the payment is in my mother's name.  I'd rather

2  there be no connections because if you report it stolen, and

3  for some reason I eventually get caught, well, no one is going

4  to believe that the payment came from my mother's name, you

5  know?  Even though this has cost me much time, energy, and

6  money, I'm starting to believe that perhaps things were meant

7  to happen this way.  If they hadn't then we wouldn't be --"

8  **Q.**   Into page 4.

9  **A.**   "-- having this conversation right now.  And a joint

10  effort will have much bigger impact than individual ones."

11      I replied, "Agreed on the joint effort.  So let me get

12  this straight.  You have the cash, just need somebody to buy

13  the rifle in their name.  The rifle itself is Maryland legal

14  and all that?"

15      They replied, "Yes.  Yeah.  I had one already before that

16  someone built but my stupid ass nephew got it along with my

17  fucking eotech taken."

18      I asked, "How did he manage that LMAO."

19  **Q.**   All right.  Now, did there come a time when you all began

20  to communicate through the Wire app?  I think you made

21  reference to this before?

22  **A.**   Yes.

23          **THE COURT:**  Mr. Aubin, why don't we stop there and

24  take the morning break.

25      Ladies and gentlemen, we're about to take a recess.  Do

 1  not discuss the case with anyone during the recess.  Do not

 2  discuss it even among yourselves.  You must wait until after

 3  you've heard all of the evidence and closing arguments and my

 4  instructions as to the law.  Do not allow yourselves to be

 5  exposed to any news articles or reports that touch upon this

 6  case or the issues that it presents, or any articles or reports

 7  that relate to any of the participants in the case.  Avoid all

 8  contact with any of the participants in the trial.  Do not make

 9  any independent investigation of the law or the facts of the

10  case.  Do not look up anything on the internet.  Do not consult

11  an encyclopedia or a dictionary.

12        Fifteen minutes.  Take the jury out.

13        (Jury exits at 11:31 a.m.)

14          THE COURT:  Sir, you can depart through the sidebar.

15  Be seated, please.

16        Any matters to address outside the hearing, Mr. Aubin?

17          MR. AUBIN:  None from the government.

18          THE COURT:  Mr. Goldstein?

19          MR. GOLDSTEIN:  No, Your Honor.

20          THE COURT:  Fifteen minutes.

21          THE CLERK:  All rise.  This Honorable Court now stands

22  in recess.

23        (A recess was taken from 11:32 a.m. to 11:53 a.m.)

24          THE COURT:  Are we ready for the jury, Mr. Aubin?

25          MR. AUBIN:  Yes, Your Honor.

1             THE COURT:  Are we, Mr. Goldstein?

2             MR. GOLDSTEIN:  Yes, Your Honor.

3             THE COURT:  About how much more do we have with this

4  witness?

5             MR. AUBIN:  We have at least an hour of audio and him

6  reading through some exhibits.  So I would anticipate him going

7  through probably lunch before -- depending on when the court is

8  inclined to take lunch.

9             THE COURT:  I have a bench meeting.  So we'll take

10 lunch at about five of 1:00.  And we'll be out for about an

11 hour and 15 minutes.

12            MR. AUBIN:  I may be able to get done right before

13 then, but it all depends on the pace.

14            THE COURT:  Okay.  Also, let's go on the private

15 channel.  Be seated, please.

16        (Whereupon, the following conference was held at the

17 bench:)

18            THE COURT:  Mr. Aubin, earlier you made a request for

19 this witness to enter and exit the courtroom with a mask on.

20 That surprised me.  And I didn't have an opportunity to reflect

21 on that or consider the implications.  It was a short notice,

22 and in that short amount of time I didn't understand exactly

23 what you meant by a mask.  I didn't know if you meant some kind

24 of a ski mask or some kind of other thing.  It occurred to me,

25 as I was listening to him testify for an hour and a half,

 1  perhaps you meant something just like a COVID mask?  So, I

 2  don't have any problem with him coming in and out of the

 3  courtroom with a COVID mask on.  I don't think he should

 4  testify with that on, but I don't think that was your request.

 5          MR. AUBIN:  That's correct.  That was not our request.

 6          THE COURT:  The other thing I would point out is that

 7  by using this side door process and with him just tilting his

 8  head ever so slightly in the direction of the bench, I think

 9  he's effectively concealing the appearance of his face and head

10  from the gallery as he enters and exits the courtroom.  That

11  can't be accomplished while he's actually on the witness stand,

12  but that's the problem we face.  The Sixth Amendment guarantees

13  the defendant the right to confrontation and to a public trial.

14  We're balancing the interests in this proceeding as best we

15  can.

16       But my judgment is that we've gone as far as we can with

17  the qualification that if he wants to wear what I would call a,

18  you know, a COVID mask, a surgical mask, whatever, as he enters

19  and exits the courtroom, that's fine.  And the same provision

20  can be made with respect to others in his category, however you

21  want to do it.

22          MR. AUBIN:  Thank you, Your Honor.

23          THE COURT:  Those are the limits.

24          MR. GOLDSTEIN:  Your Honor, I would please just note

25  my objection for the record, my continuing objection to anyone

 1  wearing masks.

 2       **THE COURT:**  Yeah, so you're objecting to his wearing a

 3  mask as he enters and exits the courtroom but not while he's

 4  testifying.

 5       **MR. GOLDSTEIN:**  Correct.

 6       **THE COURT:**  We've got jurors wearing masks.  Do you

 7  want me to stop that?

 8       **MR. GOLDSTEIN:**  No, but the juror's credibility is not

 9  an issue and, quite frankly --

10       **THE COURT:**  Go ahead.

11       **MR. GOLDSTEIN:**  He's making an effort to cover his

12  face.  It draws attention to him.  They know he's a

13  confidential witness.  I think it's prejudicial.  We litigated

14  this at great length in pretrial motion so I won't belabor the

15  point.  But I would like to make a standing objection to any

16  one of these undercover, covert witnesses wearing masks.

17       **THE COURT:**  Okay.  And I'll make this record, and that

18  is that any witness for whatever reason, fear of disease,

19  contamination, et cetera, in the post COVID era who wants to

20  wear a mask in the public place, including this courtroom, is

21  going to be permitted to do so with the exception that when a

22  person is actually testifying that raises special problems and,

23  in general, I won't permit that.

24       But other witnesses might choose to wear a mask too as

25  they pass through this crowded courtroom in the dead of winter

 1  when there is influenza and even COVID in our community.

 2      So I don't have any concerns about people wearing medical

 3  or COVID-type masks.  I'm not going to permit somebody to walk

 4  in here with a ski mask on.  I'm sorry that I may have

 5  misinterpreted a little bit what the government's request was.

 6  But I should have been given more notice.

 7      All right.  We'll stop there.

 8      (Whereupon, the bench conference was concluded.)

 9          THE COURT:  Bring the jury in and let's bring the

10  witness in.

11          THE CLERK:  All rise for the jury.

12      (Jury enters at 11:58 a.m.)

13          THE COURT:  Could I see the CSO at the bench?

14      (There was a discussion held off the record.)

15          THE COURT:  Okay.  Next question, Mr. Aubin.

16          MR. AUBIN:  Thank you, Your Honor.

17  BY MR. AUBIN:

18  Q.   I believe before our break we stopped partially through

19  Government's 130.  Can we put that back up?  You can scroll

20  down to page -- I believe it's page 4.  Sound familiar?  Does

21  that look familiar?

22  A.   Yes.

23  Q.   Prior to the break, did you finish reading the bottom of

24  page 4?

25  A.   Yes.

1  Q.   I'm going to scroll to page 5 of Government's 130.  Can

2  you continue reading, please?

3  A.   In response to my question "How did he manage that," the

4  user said, "Long story, but it was his fucking girlfriend who

5  was supposed to purchase it for me."

6      I replied, "Ugh.  Have you thought about a printed or

7  milled rifle?  I've done some pretty decent lowers."

8      They replied, "I've thought about a lot of stuff, but

9  don't have the space, tools, or experience to do that.  But the

10 biggest reasons that I'm running short on time and I'd rather

11 have something fast that I know is going to be reliable.  The

12 first one I had was built but it's more than just milling it.

13 The gas tube/system had to be worked out just right too.  The

14 person who built mine had too much gas at first and then too

15 little before finally getting it to fire and function reliably.

16 It took several months all in all."

17 Q.   Page 6 of Government's Exhibit 130.

18 A.   I asked, "What is your timeline?  I can help you build

19 something reliable if you want.  That would be better/safer

20 than putting someone's name to it."

21     In response to my question, "What is your timeline," the

22 user said, "Well, in full disclosure, I only have a full months

23 left to live.  I'm not entirely sure how long.  I'm only going

24 to grow weaker, and I still need to train in the meantime."

25     I asked, "What do you mean, are you sick," to which they

1  said, "My kidneys are failing."

2      And I said, "I'm sorry to hear that."

3  **Q.**   Scroll to the next page, page 7.

4  **A.**   They said, "Me too, but I'm at peace with it.  As long as

5  I can accomplish something worthwhile before I meet death, if

6  you get my meaning?"

7      I replied, "Absolutely.  I'd be honored to help."

8      They said, "Thank you so much.  I was a little worried

9  that me telling you might spook you or something.  I haven't

10 told many people at all.  Raccoon knows and a couple of people

11 in my family and that's it.  Everyone wants me to basically do

12 whatever it takes to survive.  Even if it that means being

13 sick, crippled, and chained to a hospital for the rest of my

14 life.  I refuse."

15 **Q.**   On to the next page, page 8.

16 **A.**   I replied, "I won't pretend I can understand what you've

17 gone through to get to this point but I agree with you.  At

18 some point being alive isn't living."

19     They replied, "That's how I feel, being willing to do all

20 this shit, that shit, and subject yourself to Jewish butchers

21 is not love of life.  It is fear of death.  There's a massive

22 difference.  My life has been, well, not very pretty and

23 certainly not an easy one.  Because of that, I haven't gotten

24 to do much neither for pleasure and fun, nor for my own sense

25 of duty, unfortunately.  I haven't felt like my life has meant

1  all that much and for the last several years have made a solemn

2  promise that if I couldn't manage to have a meaningful or

3  impactful life, I'd damn well have a death worthy of resources

4  I've used.  Some claim my life has been meaningful, but it

5  doesn't feel that way to me at all.  You can't know how much I

6  appreciate you for helping me to keep that promise.  I'm not

7  dead yet and I intend to make the most out of what I have

8  left."

9  Q.    Can we stop just for a second.  I just want the record to

10  reflect that we are now on page 9 of Government's 130.  You can

11  continue.

12  A.    Replying to her message, I stated, "I like that phrase.

13  Fear of death is definitely not living.  So let's start

14  planning.  What do we need to do and how long do we have to do

15  it?"

16      They stated, "Well, I'd like to have the rifle within the

17  next couple of weeks.  I think everything else we should talk

18  about on voice or in person.  I'm still in the process of

19  getting my license too.  That is an important detail of all of

20  this as well.  I should have it within the next few weeks."

21  Q.    On to page 10.

22  A.    "I'm hoping to accomplish as much as possible before June

23  at the latest.  Hopefully not just in this state either."

24      I replied to her message about having the rifle with

25  "Agreed.  That timeline sounds good to me.  I'm not opposed to

1  meeting up, but if we do voice let's do it on a different app.

2  Split things up for opsec."

3       They said, "That is fine with me.  I can download Wire

4  again.  I'm not opposed to meeting up either, but right now I'm

5  up at my mom's in Cecil County and don't have a vehicle.  Once

6  I get my license, I'll have free access to a vehicle.  It will

7  practically be mine, just not in my name."

8  Q.   On to page 11.

9  A.   "So for now, to meet in person would either require you to

10 come up here or wait until I get back to Baltimore?"

11      I said, "Yea, download wire again.  Cecil is a bit far.  I

12 don't mind driving but that's way up there."

13      They said, "Yeah, I know LMAO."

14      Then in response to "download wire again" they said, "No

15 problem, I'll do that by this evening."

16 Q.   Page 12.

17 A.   I replied, "I'm teddyk3489 on Wire."

18      They said, "Okay.  I'm trying to download it now.  My old

19 account on there stopped working because I guess I had it on

20 too many devices.  But it wouldn't actually let me remove them

21 from any either.  Even though it kept saying to.  It's so damn

22 buggy, LOL."

23      Then later, "I sent you a request on Wire."

24 Q.   Did you, in fact, receive a request on Wire?

25 A.   Yes.

1  Q.    Showing you Government's Exhibit 131.

2        What do we see here?

3  A.    This is the user profile page for the Wire user Kali1889.

4  Q.    And it's a photograph of that?

5  A.    It's a photograph of that page.

6  Q.    Throughout the course of your communication with users

7  Kali1889 and Nythra88, go back and forth between the respective

8  applications?

9  A.    Yes.

10 Q.    Let me show you Government's Exhibit 132.

11       What do we see here?

12 A.    This is a picture I took of a conversation on Wire between

13 myself and the Kali user that we were discussing.

14 Q.    If you can read from the top, please?

15 A.    I wrote, "Good morning, sister."

16       They deleted a message, and then wrote, "Good day to you,

17 brother."

18       I asked, "How are you feeling today?"

19       They said, "Still a little sick, but better than I was,

20 especially mentally after I got fucked over by my nephew's

21 girlfriend and all that.  I was in a really bad place mentally

22 not knowing how I was going to make this shit happen, you

23 know."

24 Q.    I want to stop for a second.  You made a reference that

25 appeared to be deleted.  What is your understanding of the

1  parameters that one can set with regard to messages in Wire?

2  **A.**    So one is able to delete a message manually in Wire and

3  also to set disappearing messages.  Disappearing messages have

4  a timer whether it's one minute, two minutes, an hour, a week.

5  In this case you can see this is a deleted message.  This was

6  manually deleted.

7  **Q.**    When it's manually deleted, does that mean it's deleted

8  from both users?

9  **A.**    Correct.

10  **Q.**    Correct.  I'm going to scroll down to page 2 of

11  Government's 132.  You may continue.

12  **A.**    The user Kali said "Still a little sick."

13       Apologize, I did that one already.

14       I replied saying, "Thought I responded to this last night.

15  My bad.  I get that.  You need to stay mentally strong.  Can we

16  do a voice call tonight to discuss planning?  Maybe we can sort

17  out some details and check with our mutual friend to see if it

18  makes sense."

19  **Q.**    What is the date of this communication?

20  **A.**    That is dated January 16th.

21  **Q.**    On to page 3.  If you can continue reading.

22  **A.**    They replied, "Yeah, that works for me.  Just let me know

23  what time."

24  **Q.**    All right.  Now, again, you had indicated you had gone

25  back and forth, vacillated a bit between Telegram and Wire; is

1  that correct?

2  A.    Yes.

3  Q.    Showing you Government's Exhibit 133.

4        What do we see here?

5  A.    This is a screenshot of the Telegram communication between

6  myself and the user Nythra88, who I know to be the same as the

7  user Kali on Wire.

8  Q.    Can you read the words after "today"?

9  A.    "The afternoon got messed up," this is a message from me,

10 "The afternoon got messed up.  Can we talk at 8:00 tonight?  If

11 there's a better time for you let me know."

12       They said, "8 is fine, 7 would be better, but 8 will

13 work."

14       I stated, "I'll try for 7, might be a bit after.  Talk

15 soon."

16 Q.    On to page 2.

17 A.    They said, "That's fine.  Talk to you then."

18 Q.    I'm showing you Government's Exhibit 134.

19       Do you recognize what's depicted in 134?

20 A.    Yes.

21 Q.    What is depicted in 134?

22 A.    This is a screenshot of the conversation between myself

23 and the Wire user Kali.

24 Q.    Can you describe what is depicted, or if you can read what

25 is depicted in 134?

1  A.   It begins with a link to a Palmetto State Armory, what

2  appears to be a upper, .308, a .308 caliber upper, with a --

3  there's a bit of a description in there, generation 3, the

4  model number, et cetera, with an M-Lok upper.

5      The user stated, "I think this would be a good upper and a

6  good price.  Just got to find a lower to fit.  I obviously want

7  a few upgrade parts, a decent, lightweight single-stage

8  trigger, stock and grip.  If possible, one with a smaller grip

9  to fit my hand.  I'm about to do some research on that."

10     They then sent a link again to Palmetto State Armory for

11  the gen 3, effectively the matching lower, also in .308 with an

12  over-molded grip.  Stated, "This lower should fit it."

13  Q.   On to the next page.

14  A.   The next is a link to magazines also from Palmetto State

15  Armory.  Stated, "I don't know about these mags, if they can be

16  purchased in this state or not.  Stupid law."

17  Q.   On to the next page.

18  A.   This is a message that appears to be copied from some type

19  of news report or bulletin of some sort.

20  Q.   On to the next page, page 4 of Government's 134.

21  A.   You can see at the top that I called the user.  And then

22  subsequently on the 19th they once again deleted a message and

23  dropped the same three links as previously to the Palmetto

24  State Armory, the gun parts, the upper, the lower, and the

25  magazines.

1   Q.   This conversation with the user, was it coordinated

2   exclusively through Wire or was Telegram also part of the

3   coordination?

4   A.   Telegram was being used as well simultaneously.

5   Q.   Showing you Government's Exhibit 135.  Do you see the

6   dates here?

7   A.   Yes.

8   Q.   Can you start down toward the beginning of January 17.

9   A.   "Still good to talk?  Figured I'd hit you here since Wire

10  is a pain."  That's from me.

11       They replied, "I'm so sorry.  I went to drop my son off

12  and got stuck in traffic for nearly two hours."

13       I said, "Wow, that sucks.  Still want to talk tonight?"

14       They said, "Yeah, we can real quickly.  I was about to go

15  to be though.  Gotta get up early."

16  Q.   Next page.

17  A.   They said, "Tomorrow would be better.  Got nothing going

18  on tomorrow."

19       I said, "We can do tomorrow.  Let me know how the morning

20  goes.  Maybe in the afternoon.  Maybe in the evening."

21       They said, "I'll leave it up to you though.  I feel badly

22  about missing tonight."

23       I said, "I'll let you know."  And then replied saying,

24  "It's okay.  I understand."

25       They said, "Okay, sounds perfect.  I only got stuff in the

1   early afternoon.  I'll be free after 3."

2        I gave a thumbs-up to that message.

3        And they said, "Any time after that I'm good."

4   Q.   Page 3.

5   A.   This is a continuation of that conversation when I said --

6   they said, "Fine, talk to you then."

7        I said, "Give me a few minutes.  Let me know when you are

8   ready."

9        I attempted to call.  They did not pick up or -- either

10  didn't pick up or ignored the call.

11       And said, "Hey, sorry, coming right now."

12       I said, "No problem, call me on the other app."

13       They said, "Okay."

14       Then, 31 minutes later, I said, "I lost you."

15  Q.   In the intervening period, did you, in fact, have a voice

16  call with the use Nythra88/Kali1889?

17  A.   Yes.

18  Q.   Again, in preparation for your testimony today, did you

19  have an opportunity to listen to that conversation?

20  A.   Yes.

21  Q.   And were selected excerpts taken from that conversation?

22  A.   Yes.

23  Q.   We're viewing Government 136.

24        MR. GOLDSTEIN:  Same objection as to excerpts.

25        THE COURT:  Overruled.

 1          (Phone call playing.)

 2   Q.   Is Government 136B also another extract from that

 3   conversation?

 4   A.   Yes.

 5          (Phone call playing.)

 6   Q.   Did there come a time when you in fact lost communication?

 7   A.   Yes.

 8   Q.   Were you able to call her back?

 9   A.   Excuse me?

10   Q.   My apologies.  Were you able to make contact with her?

11   A.   Yes.

12          MR. AUBIN:  Court's brief indulgence.  Let me get back

13   to the exhibit.

14          THE COURT:  Yes.

15   BY MR. AUBIN:

16   Q.   Is that the portion of Government's 135 of page 3 where it

17   says, "I lost you"?

18   A.   Yes.

19   Q.   Scrolling down to page 4, can you read that?

20   A.   The user said, "Hey, not sure what happened.  Fuck, I

21   guess my Wi-Fi is fucked up or something.  This isn't going

22   through either."

23        I said, "Okay.  We can continue another time.  I think we

24   got a lot done though.  Need to talk timing and procurement

25   next."

1          They said, "We can call now, I think."

2          I tried calling in Wire but no one answered.

3          I said, "Try again.  I'm here."

4          They said, "K."

5          I replied, "Can you hear me?"

6          "No, it's still just ringing.  Did you answer it?  Ha-ha,

7   Wire is so buggy."

8          I said, "Yeah, it sucks."

9          Then you can see an outgoing call on Telegram seven

10  minutes long.

11  Q.    Government's 137.  Is Government 137 an excerpt of the

12  conversation on Telegram?

13  A.    Yes.

14         (Phone call playing.)

15  Q.    Did you continue to communicate with Nythra88 or Kali via

16  Telegram and Wire after that conversation?

17  A.    Yes.

18  Q.    Showing you Government 188.  Excuse me, 138, not 188.

19  Sorry.

20  A.    This is a message that I sent to the user Kali on Wire.

21  The top is a picture of an AR style, the Hoffman 3D printed

22  lower that I had described on the printing bed of a 3D printer

23  with the text, "The list looks good.  A few questions.  I've

24  had mixed experiences with PMAGs.  Is there a reason you picked

25  these specific ones?"

1        Next question was "Thoughts on barrel length?"

2        Then I said, "I could definitely print something similar

3    to this lower.  Check this one out.  I made it a few weeks

4    back.  I can definitely print a grip.  You mentioned a Glock.

5    Are you good on that?"

6    Q.    Page 2.

7    A.    This is the user Kali replying to my message saying,

8    "Yeah, price, and it seemed the simplest quickest solution

9    since it's already milled out and just has to be bolted

10   together.  But it was more than just an example.  The main

11   things are that I want an ambidextrous/rear-charging.  I know

12   it's expensive but I was thinking of getting a Radian Raptor

13   charging handle.  It's worth it, especially if I'm going to get

14   a suppresser, AR10 with an M-Lok hand-guard and a decent

15   trigger.  I was thinking about JP Enterprise's AR adjustable

16   trigger.  Not a featherweight trigger, but maybe like a 4.5 PSI

17   or so, a good grip and foregrip.  I'd like to get the foregrip

18   that has the bipod on it.  Those are really are my main things.

19   As for the barrel and all that, I'd like it to be 16 and

20   18 inches.  I'm short is the main reason."

21   Q.    We can shoot down to page 3 to the section that reads "I

22   want the M-Lok."

23   A.    "I want the M-Lok specifically because I already have some

24   accessories made for M-Lok, and I'm set on .308 caliber because

25   I have a ton of ammunition for it as well.  I also have several

1  magazines but I'm not sure if they will fit with the model --"

2  Q.   Onto the next page.

3  A.   "-- fit with the model you're building or what exact model

4  they fit with.  If not, no big deal.  I can buy more of those.

5  Also, yes, I'm good on the 9-millimeter, except the only thing

6  I'd like for it is a silencer.  And I doubt you could print

7  this, but if it's possible, a decent inner pants holster.  The

8  one I have sucks and my other holster is great but impossible

9  for concealed.  It's a drop leg holster."

10  Q.   Did you further continue your conversation on Wire?

11  A.   Yes.

12  Q.   Showing you Government's 139.  Can you read the date

13  listed?

14  A.   January 21st.

15  Q.   Continuing reading, please.

16  A.   "Is your address D.C.?  Can you buy 30 round mags there?"

17  Q.   Page 2.

18  A.   I said, "No, I'm in Maryland so we're good there.  So let

19  me recap your list and I can get started on some things."

20  There's a numbered list.  "One, PSA .308 upper.  Upgraded

21  trigger.  3D printed lower, I recommend the Hoffman.

22  Reinforcement kit for the Hoffman, Raccoon's suggestion.

23  PMAGs, how many?  Angled foregrip, printed.  Ambidextrous

24  charging handle, Radian Raptor."

25  Q.   Can I stop you for a second, there's a portion there that

 1  says "Raccoon's suggestion"?

 2  A.    Yes.

 3  Q.    Can I show you Government's Exhibit 124.  Scrolling down

 4  to page 3, is this the reference to the Hoffman design?

 5  A.    This is a reference to the Hoffman design and I believe --

 6  yeah, this is a reference to a Hoffman design.

 7  Q.    124, who is that conversation with?

 8  A.    124, that is with the user I believe at the time the

 9  screen name was Ouroboros, but the user I knew as Ouroboros,

10  Homunculus, and Raccoon.

11  Q.    Thank you.  Government's 139 at page -- actually, we'll

12  skip on to page 3.  Can you read beginning "Is that all

13  correct."

14  A.    "Is that all correct?"  I then asked, "Also, what do you

15  have for ammo?"  They said, "Yes, that is what I had.  Wow,

16  LOL, good memory."

17  Q.    Who is "they" in this instance?

18  A.    I'm sorry, that was the user Kali.

19  Q.    Can you read from the top of Government's 139, page 4?

20  A.    The user Kali wrote, "A couple of quick questions real

21  quick please.  Don't take offense.  I'm just being upfront

22  about my anxieties here.  One, it shocked me that you

23  remembered all that from glancing at that the other night but

24  also that you live in Maryland and have built rifles and stuff,

25  but don't know the law about mags being 20 rounds or under."

1    I said, "No, it's just fine.  I wrote the stuff you wanted

2  since our messages auto delete.  If I'm going to order/print

3  this stuff I knew I'd need it.  Don't worry, that list will go

4  into the fire pit once things are ready.  On the mags, you

5  gotta know the law.  It's actually illegal to buy or sell

6  anything over 10 in Maryland but it's not illegal to possess.

7  You just have to drive to Virginia and you can buy" -- I

8  believe it says them -- "or have a friend order them."

9  Q.  Going down one more page.

10  A.  Yep.  And that finishes the way I described.

11  Q.  Scrolling down to page 6.

12  A.  They said, "Yeah, I know.  That's why I was asking if you

13  lived in D.C. and what the law is there.  Your response about

14  it being fine because you lived in Maryland kind of sketched

15  out me.  Not gonna lie."

16    I said, "I'm pretty sure all that stuff is illegal in D.C.

17  Part of why I don't live there.  I'm in the suburbs but

18  technically in Maryland.  If I lived 10 miles south half my

19  basement would be illegal.  Ha-ha."

20  Q.  At page 7, can you describe the image that we see?

21  A.  This is a link -- this is a continuation, the same group

22  chat.  The user Kali sent a link to opticsplanet.com for what

23  appears to be a JP Enterprise trigger as described above.

24  Q.  Skipping two pages to page 9.  What do we see here?

25  A.  This is a continuation of the Wire conversation.

1  Q.    Can you read at beginning at "perfect."  Or, my apologies,

2  can you read at "Can you go through"?

3  A.    From the beginning?  Sorry.

4  Q.    The phrase "Can you go through?"

5  A.    "Can you go through and send me links for the things I

6  should be ordering.  I've got that one, the mags, and the upper

7  already.  I need the charging handle, the M-Lok, the holster,

8  and whatever you want for an adjustable stock.  I need to make

9  sure everything is compatible.  Once I do that, I'll start the

10 print on the hand grip and the lower itself."

11 Q.    And --

12 A.    "And then I'll start working suppressors.  There are a few

13 options, and I want to do some research for the rifle.  The

14 Glock is probably easier, but I need to do some work there.

15 You said it's 9-millimeter.  Threaded barrel?  What model?"

16 Q.    The user Kali replied, "Sorry, I'll do that all later

17 tonight.  I'm in a huge hurry night now.  Got a bunch going on.

18 I'll send all that stuff later.  Okay."

19 A.    I said, "No worries.  Send it over and I'll start ordering

20 stuff."

21 Q.    Did there come a time where she did that?

22 A.    Yes.

23 Q.    Showing you Government's 140.  What do we see here?

24 A.    This is a link to a brownells.com website for a rifle

25 trigger parts, specifically for AR-15 .308 AR adjustable

1  trigger system as described above.

2      They said, "I was thinking this should be good for the

3  trigger --"

4  Q.   Let me stop you there.  Do these provide links to gun

5  parts?

6  A.   Yes.

7  Q.   Showing you page 2.  Can you read the portion, reading

8  "Radian"?

9  A.   This is a link to a spicetac.com for a Radian Raptor AR10

10  charging handle.  And they asked, the user Kali asked, "What

11  else do you need links for?  I can't even remember right now.

12  I feel like I could just crawl into a hole after dealing with

13  the BS of my family and my kids' school which is only halfway

14  done now today."

15  Q.   Stop just for a second.  Can you read the portion down at

16  the bottom that begins with UTG?

17  A.   "UTG D grip with ambi quick release deployable bipod."

18  Q.   Is that also a gun part?

19  A.   Yes.

20  Q.   Showing you page 4 of Government's Exhibit 140.  Can you

21  begin reading at the "seven minutes ago."

22  A.   I sent, "This looks good.  Got a few questions.  Can you

23  chat?"

24      The user Kali said, "Yes, sorry.  On phone with mom and

25  children.  Can you give me like five minutes?"

1    I said, "Do your thing."

2    They said, "Thank you.  I'm getting off phone with them

3    now and then I gotta leave house because loser I live with.

4    Long story there."

5    **Q.**    Showing you page 5.  What does the top of page 5 reflect?

6    **A.**    That at that time the user Kali called me on Wire.

7            **MR. AUBIN:**  Your Honor, may we enter the private chat,

8    the private channel?

9            **THE COURT:**  Yes.

10    (Whereupon, the following conference was held at the

11    bench:)

12            **THE COURT:**  Mr. Aubin.

13        **MR. AUBIN:**  Your Honor, at this time we're going to

14    have a number of audio exhibits.  And I think with the court's

15    timing I didn't want to do that beforehand.

16            **THE COURT:**  Sounds right.  Thank you.

17    (Whereupon, the bench conference was concluded.)

18            **THE COURT:**  Ladies and gentlemen, this is a good

19    moment to take our lunch.  Do not discuss the case with anyone.

20    Do not discuss the case even among yourselves.  Do not allow

21    yourselves to be exposed to any news articles or reports that

22    touch upon the case or any issues it present, or any articles

23    or reports that relate to any of the participants in the case.

24    Avoid all contact with any of the participants in the trial.

25    Do not make any independent investigation of the law or the

 1  facts of the case.  Do not look up anything related to the case

 2  or its participants on the internet.  Do it not consult an

 3  encyclopedia or a dictionary.

 4       We'll be on lunch and recess for an hour and 15 minutes

 5  until 10 minutes past 2:00.  Take the jury out.

 6       (Jury exits at 12:54 p.m.)

 7            **THE COURT:**  You may exit.

 8            **THE WITNESS:**  Thank you, Your Honor.

 9            **THE COURT:**  Be seated, please.  I'll see the court

10  security officer.  Husher.

11       (There was a discussion held off the record.)

12            **THE COURT:**  Recess.

13            **THE CLERK:**  This Honorable Court now stands in recess.

14       (A recess was taken from 1:00 p.m. to 2:28 p.m.)

15            **THE COURT:**  Are we ready for the jury, Mr. Aubin?

16            **MR. AUBIN:**  Yes, Your Honor.

17            **THE COURT:**  Bring the jury in.

18            **THE CLERK:**  All rise for the jury.

19       (Jury enters at 2:30 p.m.)

20            **THE COURT:**  Be seated, please.  Do we have our

21  witness?

22            **MR. AUBIN:**  Yes, Your Honor.

23            **THE COURT:**  Sir, you may resume the stand.  You remain

24  under oath.

25       Mr. Aubin, next question.

1           **MR. AUBIN:**  Thank you, Your Honor.

2  **BY MR. AUBIN:**

3  **Q.**   Mr. Jackson, when we last left, I believe we were at

4  Government's Exhibit 140.  Scrolling down to the end of 140.

5  We last left at the top where it indicated, well -- sorry, you

6  can't see it.  That would probably be helpful if you could see

7  it.  Thank you, Ms. Maldeis.

8       Page 5 of 140, can you read the top portion where it says

9  "Kali"?

10  **A.**   Excuse me, I missed the last part?

11  **Q.**   Where it says "Kali"?

12  **A.**   Yes.  So the top portion says "Kali called," indicated

13  that the user Kali called me.

14  **Q.**   All right.  And in your review with us, did you have a

15  chance to review a recorded call between you and Kali?

16  **A.**   Yes.

17  **Q.**   The substance of the call, was it approximately two hours

18  or so?

19  **A.**   Approximately, yes.

20  **Q.**   Were you able to listen to excerpts of that call?

21  **A.**   Yes.

22  **Q.**   I'm going to play for you 141B.

23       (Phone call playing.)

24  **Q.**   I'm also going to play another excerpt, 141C.

25       (Phone call playing.)

1  Q.    141D.

2        (Phone call playing.)

3  Q.    My apologies, it has an autoplay function.  Government's

4  141E.

5        (Phone call playing.)

6  Q.    Government 141F.

7        (Phone call playing.)

8  Q.    Apologies, the screen went dark.  Going back approximately

9  10 seconds, the screen went dark.

10        (Phone call playing.)

11  Q.    Now playing Government's 141G.

12        (Phone call playing.)

13  Q.    All right.  Thank you.  I'm going to continue showing you

14  Government's 140 at page 5.  Was this subsequent to that

15  conversation?  Was this after the conversation?

16  A.    Yes.

17  Q.    Beginning at Thursday, January 26, what do we see here?

18  A.    The Wire user Kali sent me a link to -- to purchase a

19  barrel for a Glock 19 threaded.  Stated, "This is the secondary

20  barrel I have.  But as I said, I don't necessarily need a

21  holster for that.  The pistol model is P80.  I need a Glock 19

22  holster that's P80 compatible."

23  Q.    Showing you Government's Exhibit 142.

24  A.    This is a screenshot from my Wire chat with user Kali.

25  Q.    Can you begin with "If you still can."

1   A.   "If you still can in like 45 minutes or so --"

2   Q.   My apologies, the text above that.

3   A.   The user Kali wrote:  "Actually, things changed and I can

4   talk tonight.  If you still can in, like, 45 minutes or so."

5        I replied, "Give me a minute.  Need to figure out if I can

6   get back in time for that."

7        Kali said, "Okay, that's fine, no problem."

8        To which I said, "Yea, I should be good.  I'm almost done

9   here and will be home around then.  Can you send me the map

10  before we call so I can take a look at what we're talking

11  about.  I'm a visual learner LOL."

12       The user Kali replied, "Yes, just give me like five

13  minutes and I'll send."

14  Q.   Page 2.

15  A.   The user Kali sent openinframap.org, a link to the Open

16  Infra Map, "Here's the map.  Look at Baltimore and see if you

17  can figure out what I want to do.  I want to try to do five in

18  one day."

19  Q.   I'm showing you Government's 143.  What is 143?

20  A.   It's a continuation of the same conversation, I believe.

21  Q.   And can you read from the top where Kali is listed?

22  A.   "Yes, of course.  I take opsec and comsec very seriously

23  and am also, I don't know, just sort of naturally good with

24  that stuff.  Like intuition, you know.  I mean, early in some

25  of our conversations I did get a little worried because of some

1  of the things you said/questions asked and, I don't know.  You

2  are actually a bit more difficult to read than a lot of people

3  especially through text and on phone, et cetera.  And I've

4  never done anything like this or talked about it with anyone,

5  other than just meme'g and stuff and have never felt such high

6  stakes.  So a bit of paranoia is only natural, LOL.  On the

7  other hand, it was weird because things you said that could be

8  interpreted as concerning or off normally were countered by

9  other things that put me at ease, LOL.  So it was kind of

10  confusing."

11  Q.    Next page.

12  A.    "And not gonna lie, stressful for a few days while talking

13  to you.  But I've resolved those anxieties.  I'll just link

14  them to you.  About to leave in the next 10 to 15 minutes or so

15  so we can talk."

16  Q.    We can pause there for a second.

17       Did there come a time throughout this written conversation

18  where you initiated one additional call with Kali?

19  A.    Yes.

20  Q.    And is it split into two separate excerpts that you've had

21  an opportunity to listen to?

22  A.    Yes.

23  Q.    Playing Government's Exhibit 144.

24       (Phone call playing.)

25  Q.    I'm going to pause this for a second, and I prematurely

 1  exited Government's Exhibit 143.

 2       Prior to this call, did you continue to respond to user

 3  Kali on Wire?

 4  A.   Yes.

 5  Q.   Can you read your response to her message?

 6  A.   "To be honest, I felt a little bit of the same, but I

 7  trust Raccoon.  Also you were just a calming person somehow.

 8  Ha-ha.  Still good to talk?  I'm back home.  Do you mean you

 9  can talk in 15 minutes or you only have 15 minutes to talk?"

10  Q.   Page 3.

11  A.   "Ha-ha, yeah, yes, an actual woman.  Cool.  So ready in

12  like five to 10.  You still good?"

13  Q.   Now, there were references to a number of locations.  You

14  heard Reisterstown, Norrisville.  What we see here on page

15  141 -- excuse me -- page 3 of Government's Exhibit 143, what do

16  those links represent?

17  A.   These are five links to Open Infra Map.  As before, you

18  can see that they are specific coordinates and those correspond

19  to the locations that she described to me in the phone call

20  that we were just listening to.

21  Q.   I'm going to continue playing Government's 144.

22       (Phone call playing.)

23  Q.   I'm going to pause it right there, pausing Government's

24  Exhibit 144.  I want to reference Government 127.  Scroll down.

25  Page 13 of Government's 127.  Down at the bottom where it says

1  "Yeah."  Can you read that again?  I know you've read it

2  before.  Can you read that again?

3  A.    "Yeah, hard part is that they have three-sided firewalls.

4  Look at them."

5  Q.    To the best of your recollection of the exhibits, did you

6  provide the user that information?

7  A.    No.

8  Q.    Who was the user in this communication?

9  A.    This is the user Homunculus.

10 Q.    Can you read the subsequent lines?

11 A.    "Oh shit.  Yea, this is that one.  Our friend mentioned

12 that one, but she didn't say which one.  Hard to tell until you

13 fully zoom in."

14 Q.    All right.  Thank you.

15        Replaying Government's 144.

16        (Phone call playing.)

17 Q.    I'm going to pause it right there.

18        Did you also listen to an excerpt from Government's 144, a

19 second excerpt?

20 A.    Yes.

21 Q.    I'm going to go to a specific one, 144B.  Move forward a

22 little bit to the 13-minute mark.

23        (Phone call playing.)

24 Q.    Do you recall the date of this call?

25 A.    It would have been in, I believe, the third week of

1    January.  I couldn't -- I couldn't give you the exact date

2    without referencing materials.

3    **Q.**    All right.  Now, did you have any additional

4    communications with user Kali Nythra?

5    **A.**    Following that, I do not believe so.

6    **Q.**    Did you have any additional communications with the user

7    Homunculus to the extent that you can recall?

8    **A.**    No.

9    **Q.**    Now, Mr. Jackson, are you employed?

10   **A.**    Yes.

11   **Q.**    What do you do professionally?

12   **A.**    I'm a researcher.

13   **Q.**    And in your employment, does your research ever touch on

14   the area of extremism or domestic terrorism?

15   **A.**    Yes.

16   **Q.**    How long have you worked for your employer?

17   **A.**    Approximately one year.

18   **Q.**    When did your involvement in this case end?

19   **A.**    Approximately two years ago.

20   **Q.**    Did you ever work for your employer throughout the course

21   of this investigation?

22   **A.**    No.

23           **MR. AUBIN:**  Court's brief indulgence.

24           **THE COURT:**  Yep.

25           **MR. AUBIN:**  Nothing further, Your Honor.

1      THE COURT:  Cross-examination.

2                      **CROSS-EXAMINATION**

3    **BY MR. GOLDSTEIN:**

4    Q.   Good afternoon, Mr. Jackson.

5    A.   Good afternoon.

6    Q.   So let's go back to the beginning of your testimony and

7    how you came to have this relationship with the FBI.

8         How did you become a, for lack of a better word, an FBI

9    informant?

10   A.   I was approached and asked if it would be something I was

11   interested in participating in.

12   Q.   Just randomly selected?  Or was there some reason why they

13   selected you?

14   A.   I can't speak to what caused them to do so.

15   Q.   Well, you didn't think it was strange that one day an FBI

16   agent approaches you, and says, "Hey, do you want to get

17   involved in some domestic terrorism?"

18           MR. AUBIN:  Objection.

19           THE COURT:  Overruled.  It's cross-examination.

20           THE WITNESS:  I was acquainted with the individual,

21   with the agent who approached me.

22   **BY MR. GOLDSTEIN:**

23   Q.   Was he a friend of yours?

24   A.   We knew each other.

25   Q.   Okay.  And you said that in your current employment you're

 1  a researcher.  What were you doing for employment, if anything,

 2  during the time that you were worked for the FBI?

 3          **MR. AUBIN:**  Objection.  May we --

 4          **THE COURT:**  Private channel.

 5      (Whereupon, the following conference was held at the

 6  bench:)

 7          **THE COURT:**  Mr. Aubin.

 8          **MR. AUBIN:**  Yes, Your Honor.  I'm trying to pull up

 9  the order but I believe these questions are in contravention of

10  the court's order asking about identifying information,

11  including employment of the witness.

12          **MR. GOLDSTEIN:**  Your Honor, the Government opened the

13  door by asking him about his employment.

14          **THE COURT:**  Overruled.

15      (Whereupon, the bench conference was concluded.)

16  **BY MR. GOLDSTEIN:**

17  **Q.**   Okay.  So, sir, again, what were you doing, if anything,

18  for employment during the time that you were working for the

19  FBI?

20  **A.**   At the time that I was approached I was a federal

21  contractor.

22  **Q.**   Okay.  Were you a federal government employee?

23  **A.**   No.

24  **Q.**   And what type of contractor were you?

25  **A.**   I was employed as a -- in a policy position.

1  Q.    I'm sorry, a what?

2  A.    A policy position.

3  Q.    What does that mean?

4  A.    My job was to review and write policy.

5  Q.    For who?

6          MR. AUBIN:  Objection, Your Honor.

7          THE COURT:  Private channel.

8      (Whereupon, the following conference was held at the

9  bench:)

10         MR. AUBIN:  Your Honor --

11         THE COURT:  ECF Number 134, pages 5 and 6, the court's

12 ruling on this issue pretrial.  The Defendant has to be given

13 the opportunity to confront his accusers and reasonably

14 cross-examine the witnesses testifying against him but the

15 court did establish a limit, and that is that questions that

16 are reasonably calculated to lead to the exposure of the

17 witness's personally identifying information are barred.  That

18 was the court's ruling.

19     So the question is, Mr. Goldstein, how far are you

20 planning to go with this?  And the question for you, Mr. Aubin,

21 is having heard where Mr. Goldstein is headed, how is it and

22 why is it that answers to those questions are reasonably likely

23 to lead to the exposure of the witness's personal identifying

24 information, which I have previously ruled is off limits.

25     First you, Mr. Goldstein.

 1           MR. GOLDSTEIN:  Your Honor, I have no intention of

 2    trying to get anything that would lead to the witness's

 3    identification.

 4           MR. AUBIN:  I'm sorry, Your Honor.  I can't hear him.

 5           MR. GOLDSTEIN:  Can you hear me now?

 6           THE COURT:  Loud and clear.  Maybe your battery is

 7    dying.  I turned the volume up.  Try again.

 8           MR. GOLDSTEIN:  Your Honor, I have no interest in

 9    getting into -- asking him anything that's going to expose who

10    he is.  The Government opened the door about his employment.

11    He's given me a very vague answer that he worked making policy.

12    I just want to know what type of policy.

13           THE COURT:  So we'll go on to a sealed record at this

14    point remaining on the private channel.

15        (Sealed portion at Page 102/Line 15 through Page 104/Line

16    15.)

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15          (End of sealed portion.)

16          (Whereupon, the bench conference was concluded.)

17              **THE COURT:**  Mr. Goldstein, you may inquire.

18  **BY MR. GOLDSTEIN:**

19  **Q.**   Sir, you said you worked for a private contractor,

20  correct?

21  **A.**   Yes.

22  **Q.**   How many people worked for that contractor?

23  **A.**   I couldn't tell you the exact number.

24  **Q.**   Would it be five?  Would it be a hundred.  Would it be

25  thousands?

 1  **A.**    It would be closer to thousands than a hundred.

 2          **THE COURT:**  Back on the private channel.

 3      (Whereupon, the following conference was held at the

 4  bench:)

 5          **THE COURT:**  Mr. Aubin, the answer was closer to

 6  thousands.

 7          **MR. AUBIN:**  I'm sorry, Your Honor, I was just turning

 8  back on.

 9          **THE COURT:**  The answer was closer to thousands.  So I

10  don't see how questions about that contractor or even its

11  identity would likely reveal the identity of the witness.  I'll

12  give you the last word.

13          **MR. AUBIN:**  I think with regard to the information

14  that was provided in *Jencks* and any cross-references to

15  individuals who work for potentially that organization who also

16  worked in --

17          **THE COURT:**  Back on a sealed record.

18      (Sealed portion at Page 105/Line 18 through Page 106/Line

19  4.)

20

21

22

23

24

25

1

2

3

4      (End of sealed portion.)

5      (Whereupon, the bench conference was concluded.)

6          THE COURT:  Ladies and gentlemen, I have a legal issue

7  to sort out with the lawyers.  So we're going to take the

8  afternoon recess a little bit early.

9      During the recess do not discuss the case with anyone.  Do

10  not discuss the case even among yourselves.  Do not allow

11  yourselves to be exposed to any news articles or reports that

12  touch upon the case or issues that it presents.  Avoid all

13  contacts with any of the participants in the trial.  Do not

14  make any independent investigation of the law or the facts of

15  the case.  Do not look up anything on the internet.  Do not

16  consult an encyclopedia or a dictionary.

17      Take the jury out.  It'll be at least 10 minutes, possibly

18  longer than that, ladies and gentlemen.

19      (Jury exits at 3:25 p.m.)

20          THE COURT:  Be seated, please.  Pass up the *Jencks*.

21          MR. AUBIN:  I think we'll need to -- Your Honor, we'll

22  need to print it out.  It's approximately 200 pages.

23          THE COURT:  Do you have a printer in the courtroom?

24          MR. AUBIN:  We have one in our satellite office.  I

25  can tell the court that it was provided as an exhibit to the

1  motion sent to the court.  I believe it's at docket entry 197.

2  We redacted, but we also provided a copy to the court that was

3  sealed that I believe has all of the information contained.  I

4  just need to find it.  I'm trying to connect to the internet

5  right now.

6          THE COURT:  97.  I'll see if I can pull it up right

7  here.

8          MR. AUBIN:  It might have been an *ex parte* filing but

9  there was *Jencks* provided to defense counsel.

10          MR. GOLDSTEIN:  Judge, I can't --

11          THE COURT:  Well, is whatever you're directing me to

12  identical to the *Jencks* that you provided to defense counsel

13  consistent with the court's order?

14          MR. AUBIN:  I believe my colleague will need to go

15  print that out.  I don't think it's a one-to-one correlation.

16          THE COURT:  All right.  We'll take a -- how long is it

17  gonna take to print 200 pages?

18          MR. BALDWIN:  Your Honor, probably 10, 15 minutes.

19          THE COURT:  We'll reconvene at 3:45.  Recess.

20          THE CLERK:  All rise.  This Honorable Court now stands

21  in recess.

22      (A recess was taken from 3:28 p.m. to 3:48 p.m.)

23          THE COURT:  I've reviewed the *Jencks*.  Either way I

24  don't think this is a big issue in either direction.

25      On the one hand, the *Jencks* material seems to have been

1  generated in the relatively recent past and not when the

2  witness was previously employed, nor during the time that he

3  was working on this case.  Am I wrong about that?

4          MR. AUBIN:  No, Your Honor.

5          THE COURT:  Okay.  So the utility of it in determining

6  his identity would seem to be pretty limited.  For another

7  thing, the *Jencks* material doesn't appear to be in the public

8  domain.  Am I right about that?

9          MR. AUBIN:  Partially.  There is the larger --

10          THE COURT:  Yep, I saw the two batches.

11          MR. AUBIN:  The 200 pages or so are not in the public

12  domain, the 23 pages are.

13          THE COURT:  Let me see that.  Well, let me just say

14  that I'm not convinced that revealing the identity of the

15  former employer creates any significant issue for the witness.

16          MR. AUBIN:  Could we be --

17          THE COURT:  I am sensitive to it.  I am being careful.

18  On the other hand, I'm also not convinced that it really tells

19  us much of any great relevance to the issues that are in play

20  here.

21      The value of this would be as to impeachment.  The

22  defendant [sic] has testified at some length but really just as

23  a conduit for the admission of admittedly voluminous records of

24  communications in which he was a participant, but as a forecast

25  in the pretrial phase of the case his individual credibility

1  only minimally in play.  Wasn't asked his opinion of anything.

2  So there's a relevancy issue.

3      Anyway, the way I'm going to resolve it, Mr. Goldstein, is

4  you can ask more questions about the nature of the business and

5  the company.  You cannot ask its name.

6          **MR. GOLDSTEIN:**  Okay.

7          **THE COURT:**  And we'll get a greater complexion of the

8  business.  Beyond that, we're going to move on.  This is not

9  terribly relevant.

10     Bring the witness in.  Bring the jury in.

11         **THE CLERK:**  All rise for the jury.

12     (Jury enters at 3:52 p.m.)

13         **THE COURT:**  Be seated, please.

14     Mr. Goldstein, you may continue.

15         **MR. GOLDSTEIN:**  Thank you, Your Honor.

16  **BY MR. GOLDSTEIN:**

17  **Q.**   Mr. Jackson, when we left off I was asking you about your

18  employment prior to your work with the FBI, and you said you

19  worked for a contractor?

20  **A.**   At the time, yes.

21  **Q.**   And can you remind me again --

22         **THE COURT:**  Do you want to rephrase that question?

23  Private channel.

24     (Whereupon, the following conference was held at the

25  bench:)

Cross of C. Jackson by Goldstein
Case 1:23-cr-00056-JKB   Document 234   Filed 03/18/25   Page 110 of 161
110

1          THE COURT:  Didn't you mean that you wanted to inquire

2     about his employment at the time that he was working with the

3     FBI?  In other words, his prior position, not his current

4     position.

5          MR. GOLDSTEIN:  That's what I said, his prior

6     position.

7          THE COURT:  You said before he was working with the

8     FBI.  Are you seeking to find out what his employment was at

9     the time that he was recruited by the FBI and became involved

10    in this case?

11         MR. GOLDSTEIN:  Yes.

12         THE COURT:  So that's not prior to the time he was

13    working for the FBI, it's while he was working for the FBI,

14    isn't it?

15         MR. GOLDSTEIN:  Well, no.  I'm asking what he was

16    doing before he started working for the FBI.  That's -- I'm

17    confused.

18         THE COURT:  We both are.  Well, let's get -- maybe

19    we're confused on the time sequence.  I thought he was employed

20    with the government contractor.  I thought the testimony was he

21    was employed with the government contractor and was recruited

22    by working for that contractor to become a human source for the

23    FBI.

24         MR. GOLDSTEIN:  I don't think we got to that point.

25         THE COURT:  Okay.

 1          MR. GOLDSTEIN:  He said he was recruited.  I only

 2    asked like one question before this all started.

 3          THE COURT:  All right.  Well, let's back up and see

 4    what happens.

 5          MR. GOLDSTEIN:  Okay.

 6       (Whereupon, the bench conference was concluded.)

 7          THE COURT:  Mr. Goldstein.

 8          MR. GOLDSTEIN:  Thank you.

 9    BY MR. GOLDSTEIN:

10    Q.   Mr. Jackson, before you began your work with the FBI, what

11    did you do?  Where did you work?

12    A.   As I said, I was employed as a federal contractor.

13    Q.   Okay.  What was the nature of the contractor that you

14    worked for, without telling us the name of the contractor?

15    A.   The nature of the contractor?  They had a large number of

16    different federal contracts.

17    Q.   I'm trying to get an idea of what you were doing for a

18    living?

19    A.   On a day-to-day basis I was advising on economic

20    sanctions.

21    Q.   Okay.  Nothing to do with domestic terrorism or anything

22    like that?

23    A.   Correct.  Nothing to do with domestic terrorism.

24    Q.   Thank you.  Now, at some point you began working with the

25    FBI.  Did you approach them?  Or did they approach you?

1  A.   I was approached.

2  Q.   And this is by the person you said was a friend of yours?

3  A.   An acquaintance.

4  Q.   Were you still working with the contractor at the time or

5  had you left that employment?

6  A.   I was still working with the contractor at the time.

7  Q.   Was there a particular reason that he chose you?

8  A.   I couldn't speak to what he was thinking.

9  Q.   Okay.  And did you continue your work with the contractor

10  while you were working for the FBI or did that end?

11  A.   I continued my work.

12  Q.   So this was basically a second job?

13  A.   Essentially, yes.

14  Q.   Okay.  So they initiated contact with you, correct?

15  A.   Correct.

16  Q.   And what did they tell you?  What did they ask you?

17       MR. AUBIN:  Objection.

18       THE COURT:  Basis?

19       MR. AUBIN:  Calls for hearsay.

20       THE COURT:  Overruled.  You may answer.

21       THE WITNESS:  Could you repeat the question, please.

22  BY MR. GOLDSTEIN:

23  Q.   Sure.  When you were approached by the FBI, what did they

24  ask of you?  What did they tell you?

25       THE COURT:  That was two different questions.  Choose

1  one.

2  **BY MR. GOLDSTEIN:**

3  **Q.**   What did they ask of you?

4  **A.**   They asked if I would want to work as a confidential human

5  source.

6  **Q.**   Okay.  Did they explain to you the nature of what you

7  would be doing?

8  **A.**   Yes.

9  **Q.**   Okay.  And obviously you agreed to do it, correct?

10 **A.**   Correct.

11 **Q.**   Okay.  At the time, were you told that you were going to

12 be paid for your services?

13 **A.**   I understood there might be compensation.  However, it was

14 made clear that it would be irregular and there was no formal

15 agreement for payment.

16 **Q.**   Okay.  So you testified on direct examination that you

17 were paid approximately $70,000; is that correct?

18 **A.**   I actually -- 30,000 of that was, as I described,

19 reimbursements.  In terms of what I actually, for lack of a

20 better term, put in the bank, it would be around $40,000.

21 **Q.**   Okay.  So you spent $30,000 out of your pocket working on

22 this case?

23 **A.**   Not just on this case, sir.  That was over the course of

24 four years.

25 **Q.**   Okay.  So those numbers don't just apply to this

 1  investigation?  You were doing other work?

 2  A.    Correct.

 3  Q.    Gotcha.  Okay.  Thank you.  All right.

 4       So you said on direct examination that when you went into

 5  these chatrooms and you were looking for domestic terrorism,

 6  sometimes it was directed by the FBI and sometimes it was

 7  organic, correct?

 8  A.    Yes.

 9  Q.    So when you came across Homunculus or Raccoon, who -- was

10  that an organic --

11  A.    Yes.

12  Q.    -- situation?

13  A.    Yes.  I was not directed to locate or find or interact

14  with the user Homunculus at that time.

15  Q.    Okay.  Or any other specific username or name of a person?

16  A.    Correct.  Nobody that I would identify with the user

17  Homunculus.

18  Q.    Okay.  So you come across this, basically looking through

19  these chatrooms that we've talked about?

20  A.    Correct.

21  Q.    And you were tasked with going online specifically to look

22  for illegal activity and specifically violent activity,

23  correct?

24  A.    As I understand it, yes.

25  Q.    And when you went into this chatroom, and you started

1    communicating with -- I'll just say Homunculus for ease -- you

2    started to -- you started to strike up a conversation with him,

3    correct?

4    A.    Correct.

5    Q.    And he talked to you about his ideas, correct?

6    A.    Correct.

7    Q.    His ideas about domestic terrorism?

8    A.    I don't believe he used that term, but effectively yes.

9    Q.    He talked to you about his ideology, correct?

10   A.    Correct.

11   Q.    And he showed you -- he pointed you to some websites,

12   things of that nature?

13   A.    I don't believe he directed me to any websites apart from

14   the ones that we've discussed in the -- the text messages that

15   were shown.

16   Q.    Those are the ones I'm talking about.

17   A.    Yes.

18   Q.    And those websites are publicly available, correct?

19   A.    Correct.

20   Q.    If I Googled infrastructure or whatever, I could find

21   those and access those on my own, correct?

22   A.    Correct.

23   Q.    You didn't need to get that information from Mr. Russell?

24   A.    Correct.

25   Q.    He was sharing information with you about an idea that he

1    felt passionate about it, correct?

2    A.    Yes.

3    Q.    What about the publications *Siege*, ""Make It Count"," were

4    those things available out in the internet as well?

5    A.    At the time -- at the first time that "Make It Count" was

6    shared, that was not, to my knowledge, publicly available as

7    described in the message in the exhibits earlier.  This was the

8    first time it was being shared.

9    Q.    Was it just shared with you or other people?

10   A.    It was shared with the entire group chat there.

11   Q.    Did other people talk about it?

12   A.    Yes.

13   Q.    Did they hold similar beliefs?

14   A.    Yes.

15   Q.    The people in these chatrooms were basically all on the

16   same page; is that fair to say?

17   A.    Yes.

18   Q.    And so you begin to start asking Homunculus pointed

19   questions about what we'll refer to as domestic terrorism; is

20   that fair to say?

21   A.    I'd want to know -- I don't know exactly what questions

22   that refers to.

23   Q.    Well, you start asking him about cascading failures and

24   locations of substations or power stations?

25   A.    In those cases I was responding to him bringing that topic

1  up.

2  Q.   Okay.

3  A.   He was -- so I guess I was asking questions about things

4  that he had brought up to me.

5  Q.   Okay.  But he never said to you "Hey, this is something

6  you should go do," did he?

7  A.   I would need to refer to the specific exhibits for his

8  language, but it was heavily implied, if not said outright that

9  carrying out those acts was encouraged at the very least and,

10  as you saw during that conversation, there was talk of being

11  admitted to a group.  And at one point he directed me to --

12  with respect to the mylar balloons, to do that with the mylar

13  balloons, to short out a substation with those in order to gain

14  acceptance to that group.

15  Q.   Okay.  But the issue of mylar balloons has nothing to do

16  with the charged conspiracy, does it?

17  A.   I can't speak to what the charge of conspiracy is, but

18  that was the first time that he discussed substations with me

19  which became a consistent theme throughout this.

20  Q.   But you were part of the conspiracy, right?  You were

21  supposed to be a co-conspirator?

22  A.   Yes.

23  Q.   So Mr. Russell wasn't going to participate in the

24  conspiracy, was he?

25  A.   I -- I can't speak to what the legal definition of

1  conspiracy is.  So I'd want some clarification of what

2  participating in a conspiracy is.

3  Q.   Let me ask you this:  Was the person you were

4  communicating with, to your knowledge, had they ever been to

5  Maryland?

6  A.   No.

7  Q.   Were they ever planning to come to Maryland?

8  A.   I -- I can't speak to what he may or may not have been

9  planning.

10  Q.   As far as you know, was he ever planning to come to

11  Maryland in connection with the discussions that you had?

12  A.   No.

13  Q.   And ultimately these acts that we talked about, the

14  shooting out of the power stations, that was going to be

15  accomplished by two people, correct?

16  A.   Correct.

17  Q.   By you and by Kali or Nythra?

18  A.   Correct.

19  Q.   Not -- not the person that you were speaking to named

20  Homunculus or Raccoon or Ouroboros?

21  A.   That was not his role in the group.

22  Q.   Well, he didn't have a role in the group, did he?

23  A.   I mean, we consistently discussed his role in this, you

24  know, in this whatever you would like to call it.  You've

25  referred to it as the conspiracy.  I mean, he was the one -- he

 1  was advising me.  He was the one that connected me.

 2  Q.   Let me stop you there --

 3  A.   I don't know what defines a role in the group but if --

 4  Q.   Let me stop you there.  When he's providing you

 5  information, it's mainly because you're asking him questions,

 6  correct?

 7  A.   He solicited information and answered my questions.

 8  Q.   Okay.  For example, when you tried to pump him for

 9  information about the locations of the substations, his

10  response to you was "Look at the map, Dude," right?

11  A.   I mean, in that context, as I remember it, when he said

12  "look at the map," he was implying that it would be obvious

13  once I looked at the map what he was talking about.  Not that I

14  should look at the map and determine it for myself.  That was

15  my understanding of that statement.

16  Q.   But when you were asking him for locations of substations,

17  he wasn't giving them to you, was he?

18  A.   He -- I do not believe he ever directly communicated the

19  coordinates of a substation to me.

20  Q.   Or the name or the location?

21  A.   He gave the details of one of them.  As you remember the

22  discussion of the three-sided firearm.

23  Q.   Right.  It was --

24  A.   A discussion --

25  Q.   He spoke --

```
 1              THE COURT:  Let the witness finish his answer.  You
 2   may finish, sir.
 3              THE WITNESS:  That was one instance in which I
 4   understood that we were talking about a specific substation.
 5   BY MR. GOLDSTEIN:
 6   Q.   Okay.  That was before you got in touch with Kali or
 7   Nythra?
 8   A.   No, that was following.
 9   Q.   That was following, okay.
10        And ultimately it was Kali or Nythra who was the one that
11   provided you with this list of substations which she told you
12   she selected, correct?
13   A.   I would have to refer to the materials to confirm whether
14   she told me that she selected them.  However, she did tell
15   him -- she did send them to me.  I do not recall whether she
16   specifically told me she selected them.
17   Q.   She provided them to you, correct?
18   A.   Correct, she provided them to me.
19   Q.   No one else, correct?
20   A.   Correct.
21   Q.   Did you ever meet with Homunculus in person?
22   A.   No.
23   Q.   You had one voice call with him, correct?
24   A.   There were two voice calls.
25   Q.   Okay.  We heard one of them?
```

1    A.    Yes.

2    Q.    And you asked this person if he was AW or Atomwaffen,

3    correct?

4    A.    Correct.

5    Q.    Were you aware that Atomwaffen had disbanded in 2013?

6    A.    I couldn't speak to the precise date again, but, yes, I'm

7    aware that the Atomwaffen Division has disbanded.

8    Q.    Had long disbanded before this investigation began,

9    correct?

10    A.    Yes.

11    Q.    So what was the point of asking him about Atomwaffen?

12    A.    At the time I was trying to determine, not necessarily his

13    identity, but where he fit within this ecosystem of people that

14    I was talking to.  He was -- that was to learn more about him.

15    Q.    And when he's posting this information, these links to

16    this website or whatever, these are in chatrooms that other

17    people are in as well, correct?

18    A.    Correct.

19    Q.    So this information isn't just being provided directly to

20    you, it's being provided to everybody in the chat?

21    A.    Yes.

22    Q.    And when we -- well, you read to the jury a text regarding

23    cascading failure, do you remember that?

24    A.    Yes.

25    Q.    And Mr. -- whoever -- it was Ouroboros I think you were

1  communicating with at the time, said specifically, "I don't

2  condone anything illegal," didn't he?

3  A.    If that is -- I don't recall the specific text but if

4  that's in the exhibit and that's part of the conversation then

5  yes.

6  Q.    Well, you read it?

7  A.    I can't recall everything that I read.  I was reading for

8  quite awhile this morning.

9  Q.    It seems that you went through a lot of effort to try to

10 get Homunculus involved in the conspiracy by asking him

11 questions and seeking information as opposed to this

12 information being provided to you voluntarily?

13            MR. AUBIN:  Objection.

14 Q.    Is that fair?

15            THE COURT:  Sustained.  Either rephrase or ask another

16 question.

17 BY MR. GOLDSTEIN:

18 Q.    During the conversations that you had with Homunculus

19 about the idea of attacking power stations, there was never any

20 discussion of him being involved in attacking power stations

21 personally, was there?

22 A.    No.

23 Q.    Now, you were pumping him for information.  Were you doing

24 that on your own or was that at the direction of the FBI?

25 A.    At times during this investigation I was tasked

 1  specifically.  At times I was operating with an understanding

 2  of what the FBI was looking to learn.  And at times I was

 3  operating as you said originally.  So I'd need more specifics

 4  about what -- at what stage.

 5  **Q.**   Well, you said at the initial stage it was organically,

 6  correct?

 7  **A.**   Correct.

 8  **Q.**   After that you were proactively communicating with this

 9  person, correct?

10  **A.**   Yes.

11  **Q.**   So that would be intentional, correct?

12  **A.**   Yes.

13  **Q.**   So my question is, were you tasked by the FBI with asking

14  certain questions with obtaining particular information, or

15  were you just running loose doing whatever you thought was

16  appropriate?

17  **A.**   At -- on numerous occasions I was given specific tasks to

18  find out this specific detail or that specific detail.  At

19  times I was tasked to continue the conversation and see where

20  he goes.

21  **Q.**   Okay.  And you gave him and the female the impression that

22  you were really excited about this, correct?

23  **A.**   Yes.

24  **Q.**   You made the comment, I just want -- "I just want to

25  maximize impact," correct?

 1  A.   Yes.

 2  Q.   That's your statement, not -- not either of the

 3  individuals you're communicating with?

 4  A.   Correct.

 5  Q.   All right.  And at some point you make contact with this

 6  person Kali or Nythra, correct?

 7  A.   She made contact with me.

 8  Q.   She made contact with you.  Okay.  Do you remember when

 9  that was?  Is that the January date of '23?

10  A.   That would have been January, yes, sir.

11  Q.   And you spent a lot of time talking to her, correct?

12  A.   About six to eight hours on the phone I'd say over a

13  couple of weeks.

14  Q.   One conversation alone was two hours, right?

15  A.   Yes.

16  Q.   And during those conversations, that's when the actual

17  planning of this plot was undertaken, correct?

18  A.   That was when we discussed it, yes.

19  Q.   That's when you discussed the details of the rifle and the

20  Glock and the holster and the brass catchers and all of the

21  things that Nythra wanted in order to accomplish this feat,

22  correct?

23  A.   Correct.

24  Q.   And your understanding was that she was interested in

25  doing this as one final great act before she died, correct?

 1  A.    Correct.

 2  Q.    She told you she had a terminal illness?

 3  A.    Yes.

 4  Q.    Okay.  So it seems at that point things really

 5  transitioned from your communications with Homunculus to more

 6  detailed and specific communications with Nythra or Kali, would

 7  that be fair to say?

 8  A.    After she introduced me to her, yes.

 9  Q.    And when you're talking to her about it, she was -- she

10  was expressing to you that this was her idea, correct?

11  A.    I'm not sure she ever specifically told me that.

12  Q.    Well, didn't she tell you:  I'm determined to do this.  I

13  wouldn't -- I would have done it on my own.  When you were

14  talking about doing it with her?

15  A.    Yes.

16  Q.    So she didn't have a co-conspirator, she was just going to

17  go out and attack power stations, correct?

18  A.    Correct.

19           MR. AUBIN:  Objection, Your Honor.

20           THE COURT:  Basis?

21           MR. AUBIN:  Calls for legal definition of a

22  co-conspirator.

23           THE COURT:  Overruled.

24  BY MR. GOLDSTEIN:

25  Q.    So it was just going to be her as a lone wolf, correct?

1  A.    I can't speculate as to what she said, what she would have

2  done.  But, yes, she said she would have done it alone if I was

3  not there.

4  Q.    That had been her plan, correct?

5  A.    That's what she told me.

6  Q.    Not that she was planning it with Homunculus or Raccoon?

7  She was going to do it on her own, correct?

8            MR. AUBIN:  Objection.  Calls for speculation.

9            THE COURT:  Overruled.

10            THE WITNESS:  She never mentioned a co-conspirator to

11  me.

12  BY MR. GOLDSTEIN:

13  Q.    Okay.  You took several shots at her asking her about

14  Raccoon, Homunculus.  Asking her questions like has Raccoon

15  given you any target yet, correct?

16  A.    Yes.

17  Q.    Why is it that you're so focused on Raccoon when this

18  attack is being discussed and coordinated between you and

19  Nythra?

20  A.    That was part of my tasking was to understand the role of

21  any other individuals in this incident.

22  Q.    And you're reporting your progress with your handler at

23  the FBI along the way?

24  A.    Yes.

25  Q.    And they're giving you directions?

 1  **A.**   Yes.

 2  **Q.**   And they're giving you questions to ask or information to

 3  seek?

 4  **A.**   Yes.  Generally the latter.  They leave latitude for how I

 5  would want to phrase something.

 6  **Q.**   Did they ever tell you, "Hey, we need more specific

 7  information about Homunculus or Raccoon"?

 8  **A.**   I mean, at times I was asked for more information on

 9  Homunculus or Raccoon, but can you specify what you mean by

10  more specific information?

11  **Q.**   Well, over a course of weeks and months you're

12  communicating with this individual and you're asking pointed

13  questions about cascading failures and power substations.  Is

14  that coming from you or is that coming from the FBI?

15  **A.**   As I said, I was tasked to find the role of any other

16  people participating in this attack.  Whether there were, what

17  their role was.

18  **Q.**   But you told them about your communications with Raccoon

19  from the beginning, right?

20  **A.**   Yes.

21  **Q.**   And did they give you advice as to how to pursue him?

22  **A.**   Can you be more specific?

23  **Q.**   Yeah.  Did they tell you what information you needed to

24  get out of him in order to bring him into this conspiracy?

25          **MR. AUBIN:**  Objection.

1          **THE COURT:**  Rephrase the question.

2   BY MR. GOLDSTEIN:

3   Q.   What information did the FBI provide you when you told

4   them that you had been having these conversations with Raccoon?

5   A.   What information did they provide me?  They --

6   Q.   What did they tell you they wanted you to do?

7   A.   As I said, to find -- initially as he began asking me

8   about -- really encouraging me to carry out, you know, some

9   type of sabotage on a substation, initially via mylar balloons,

10  subsequently by shooting them, they asked me to go along with

11  it, to figure out what the plan was.  If there's an attack

12  planned, you know, what is the time, date and location?  Are

13  there other people that he's talking to that are trying to do

14  the same thing?  If he recruited me to do it, has he recruited

15  anybody else to do it?  And subsequently that was discovered.

16  Q.   During the course of your investigation, were you taking

17  notes?

18  A.   I largely -- I might have had scrap paper of some sort but

19  the documentation was -- was exclusively, if not almost

20  exclusively, the screenshots that you've seen.  There could be,

21  you know, something that I jotted down on a piece of paper at

22  some point that was later, you know, that was later taken in a

23  screenshot or something of that nature.

24  Q.   I'm talking about handwritten notes?

25  A.   I'm sure there's -- there could have been something that

1   was, you know, jotted down of, you know, hit up Homunculus

2   tomorrow or something like that as a reminder to myself, but no

3   notes of substance.

4   **Q.**   Would it refresh your recollection if I showed you your

5   notes?

6   **A.**   It would.

7           **MR. GOLDSTEIN:**  May I approach, Your Honor?

8           **THE COURT:**  You may.

9           **MR. AUBIN:**  May I see them?

10  **BY MR. GOLDSTEIN:**

11  **Q.**   Just take a look at that quickly.  Take all the time you

12  want and let me know if that refreshes your recollection?

13  **A.**   These do appear to be notes --

14          **THE COURT:**  Don't say anything until we have finished

15  the exercise of your looking at the documents and then handing

16  them back to counsel.  Take as much time as you need, look them

17  over.  When you're finished, hand them back to the lawyer.

18  **BY MR. GOLDSTEIN:**

19  **Q.**   Having reviewed what I just showed you, does that refresh

20  your recollection as to whether or not you had taken written

21  notes?

22  **A.**   Yes.

23  **Q.**   And did you?

24  **A.**   Yes.

25  **Q.**   And in those notes, were you writing notes to yourself

1  about things to ask about?

2  **A.**   I did see in one case, at least one case there, there were

3  notes of what I would like to ask about in a future call.

4  **Q.**   Okay.  Now, for example, you make a note that you still

5  need to figure out --

6          MR. AUBIN:  Objection.

7          THE COURT:  Sustained.  Not in evidence.  Haven't

8  satisfied the requirements of Rule 613.  Don't have a denial on

9  the part of the witness.

10     Next question.

11         MR. GOLDSTEIN:  Understood.  Thank you.

12 BY MR. GOLDSTEIN:

13 **Q.**   The questions in your notes that you wrote to yourself,

14 were those questions that you made up or questions that were

15 provided to you by the government?

16 **A.**   I would have to look at them again and plum my memory.  I

17 can't speak to -- this is two years ago.  I can't remember

18 specifically what it is.

19         THE COURT:  Would it refresh your recollection to look

20 at your notes again, sir?

21         THE WITNESS:  It may.

22         THE COURT:  Hand the documents to the witness.  Take

23 as much time as you need with the documents.  Once you're

24 finished, signal that you are, hand the paper back to the

25 lawyer, and we will continue.

1    Next question.

2  BY MR. GOLDSTEIN:

3  Q.    Does that refresh your recollection?

4  A.    Yes.

5  Q.    And my question was whether or not the questions that you

6  were writing notes about to yourself were questions that you

7  came up with or questions that were given to you by the FBI?

8  A.    In looking at those, I remember at least one of those was

9  something that I had personally brainstormed to come up with as

10  I was, essentially, thinking through what I was going to say on

11  the next call.  And at least one of those was in a similar, it

12  was a note to myself going into the next call that I had

13  discussed with an FBI agent prior as we were essentially

14  thinking through what that would look like.

15  Q.    So you were tasked by the FBI at least on one occasion to

16  ask specific questions to obtain specific information, correct?

17  A.    By specific question, I was never, to my recollection,

18  given a word-for-word question to ask.  But specific

19  information where they were looking to obtain, and I would

20  think through the best questions to obtain that.

21  Q.    Based upon what the FBI told you you needed?

22  A.    Yes.

23  Q.    The whole time that you're discussing the plan with

24  Homunculus, you're talking about your plan, correct?

25  A.    Excuse me?

1  Q.   The whole time that you're talking with Homunculus,

2  chatting with Homunculus about this -- about what you intended

3  to do, you're talking about your plan, correct?

4  A.   My plan as in I would be the one to carry it out.

5  Q.   Okay.

6  A.   At the beginning he was giving me specific guidance on

7  what to do.

8  Q.   He was giving you things that were publicly available,

9  correct?

10  A.   In several cases he annotated photos that I took that were

11  not publicly available.

12  Q.   Like making a circle on something?

13  A.   Showing me where certain components were on an electrical

14  substation.

15  Q.   That was because you asked, right?

16  A.   If I -- it might be good to review the record here, but I

17  believe that I took the picture and he then -- I don't believe

18  I asked him.  I believe the question that he asked upon seeing

19  the picture was "Did you see any transformers?"  I said, "I

20  don't know," again, I'm paraphrasing here, I don't have them if

21  front of me, "I don't know.  What would they look like?"  And

22  he replied back with that annotated picture.

23  Q.   Okay.  All right.  Toward the end of your investigation,

24  before you stopped speaking with Kali, the two of you were

25  ramping up very specific details on what you were going to do

1  before, correct?

2  A.    Yes.

3  Q.    How you were going to do the recon together, correct?

4  A.    Yes.

5  Q.    What cars you were going to drive?

6  A.    Yes.

7  Q.    Which substations you were going to hit?

8  A.    Yes.

9  Q.    Having brass catchers and scattering rounds, other rounds

10  that were gathered from other caliber bullets to throw off law

11  enforcement, correct?

12  A.    Yes.

13  Q.    And those conversations are all between you and Kali,

14  correct?

15  A.    Correct.

16  Q.    And while Brandon Russell seemed excited about your plan,

17  the plan was for you and Kali to go out and blow up these power

18  stations, wasn't it?

19  A.    Yes.

20          MR. GOLDSTEIN:  No further questions.

21          THE COURT:  Redirect.

22                      REDIRECT EXAMINATION

23  BY MR. AUBIN:

24  Q.    Court's brief indulgence.  I kind of just need to set back

25  up.

1    While we're waiting for this, Mr. Jackson, did you know

2 what a substation looked like before your communications with

3 the user Homunculus?

4         MR. GOLDSTEIN:  Objection.  Relevance.

5         THE COURT:  Overruled.

6         THE WITNESS:  I --

7         THE COURT:  It's directly relevant.

8         THE WITNESS:  I generally knew what a substation was.

9 I couldn't -- I couldn't tell you if it was an electrical

10 substation or a plumbing outlet.  I knew that something called

11 a substation existed.

12 BY MR. AUBIN:

13 Q.  Let me show you Government's 113.  My apologies, 114.

14     Is that you posting the picture of the transformer?

15 A.  No.

16 Q.  Is that you asking "Do you see any of these"?

17 A.  No.

18 Q.  What do you say in response to the picture?

19 A.  I said, "What is that?"

20 Q.  Did you learn at that time that it was a transformer?

21 A.  Yes.

22 Q.  Similarly, at 113, scrolling down to page 4, who's the

23 person who posts openinframap.org?

24 A.  The user, I believe at the time, was using Homunculus.

25 Q.  Is this a group chat or is this a communication between

 1  you two of you?

 2  A.    No, this is a direct communication.

 3  Q.    Okay.  You heard on cross-examination about the defendant

 4  posting this in group chats, a group dynamic.  Did the

 5  defendant also post this individually?

 6  A.    Yes.

 7  Q.    Similarly, how many different times did the defendant post

 8  CrimePilled or send you directly CrimePilled?

 9  A.    He sent it directly to me twice.

10  Q.    Did you ask for it?

11  A.    No.

12  Q.    How did you learn of Nythra or Kali?

13  A.    I was told about it by the user Homunculus, about her by

14  the user Homunculus.

15  Q.    Showing you government's exhibit -- court's brief

16  indulgence.  I'm showing you Government's Exhibit 119.  119,

17  page 4.  Can you read the portion underneath Unread Messages?

18  A.    "Of course I knew someone else but they've had a wrench

19  thrown into their plans unfortunately.  So we'll see if they

20  can get back up to speed in time."

21  Q.    This information in, I believe Government's 118, about an

22  individual from Maryland, can you read that at page 118?

23  Excuse me, Government's Exhibit 118, page 6 at "also"?

24  A.    "Also, I didn't mention this before, but someone else I

25  know in Maryland, not connected to NSRF or anything, is gonna

 1  be doing the same thing as you."

 2  **Q.**   Can you read it all the way through down to the "yes"?

 3  **A.**   "The thing I sent pictures about?"

 4      Then he continued in the same, following up on the

 5  previous message, "which will greatly amplify its effects."

 6  And then replying to "the thing I sent pictures about" with

 7  "yes."

 8  **Q.**   If not for the defendant, would you have known that any

 9  other individual was planning --

10          **MR. GOLDSTEIN:**  Objection.  Leading.

11          **THE COURT:**  Don't lead.  Rephrase.

12  **BY MR. AUBIN:**

13  **Q.**   Did you know of any other individuals in Maryland

14  conducting the same conduct?

15  **A.**   No.

16  **Q.**   How did you learn of this?

17  **A.**   I was told by the user Homunculus.

18  **Q.**   And, specifically, what were you tasked with doing

19  initially for the person in Maryland?

20  **A.**   To make contact with them and to purchase them a firearm

21  for the purposes of this attack.

22  **Q.**   At whose behest?

23  **A.**   I was asked to do that by the user Homunculus.

24  **Q.**   Now, on cross-examination you were asked if you

25  transitioned exclusively to communications with the user

 1  Nythra88 and Kali --

 2          MR. GOLDSTEIN:  Objection.  That's a misstatement.

 3  BY MR. AUBIN:

 4  Q.   You were asked --

 5          THE COURT:  Hold on.  Rephrase the question.

 6          MR. AUBIN:  Yes, Your Honor.

 7  BY MR. AUBIN:

 8  Q.   On cross-examination you were asked about the nature of

 9  your communications with Nythra/Kali.  Do you recall that?

10  A.   Yes.

11  Q.   And during your conversations with the user -- I'll just

12  go with Nythra for these purposes.  For Nythra, were they

13  exclusive only to Nythra, or did you also communicate

14  contemporaneous or at the same time with Homunculus?

15          MR. GOLDSTEIN:  Objection.  Leading.

16          THE COURT:  Overruled.  You may answer.

17          THE WITNESS:  I was communicating with both

18  simultaneously.

19  BY MR. AUBIN:

20  Q.   In communicating with the FBI, did anyone ever tell you to

21  get Homunculus?

22  A.   No.

23          MR. GOLDSTEIN:  Objection.  Leading.

24          THE COURT:  That's not a leading question.  Overruled.

25  BY MR. AUBIN:

 1    Q.    You --

 2              **THE COURT:**  You may restate the question.

 3              **MR. AUBIN:**  Yes, Your Honor.

 4    BY MR. AUBIN:

 5    **Q.**    In your communications with the FBI, did anyone ever tell

 6    you to, quote, "get Homunculus"?

 7    **A.**    No.

 8    **Q.**    Was Homunculus the only person that you were monitoring or

 9    observing or interacting with?

10    **A.**    No.

11              **MR. AUBIN:**  Court's brief indulgence.

12              **THE COURT:**  Yes.

13              **MR. AUBIN:**  I have nothing further, Your Honor.  Thank

14    you.

15              **THE COURT:**  May the witness be excused, Mr. Goldstein?

16              **MR. GOLDSTEIN:**  Yes, Your Honor.

17          (Excerpt concluded.)

18

19

20

21

22

23

24

25

CERTIFICATE OF OFFICIAL REPORTER

I, Ronda J. Thomas, Registered Merit Reporter, Certified Realtime Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing EXCERPT is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 17th day of March 2025.

*Ronda J. Thomas*

Ronda J. Thomas, RMR, CRR
Federal Official Reporter

**MR. AUBIN: [9]**
3/3 26/22 50/4
54/16 67/17 67/25
68/5 68/12 69/5
69/22 71/16 82/12
90/7 90/13 91/16
91/22 92/1 98/23
98/25 99/18 100/3
100/8 101/6 101/10
102/4 105/7 105/13
106/21 106/24 107/8
107/14 108/4 108/9
108/11 108/16
112/17 112/19
122/13 125/19
125/21 126/8 127/25
129/9 130/6 137/6
138/3 138/11 138/13
**MR. BALDWIN: [1]**
107/18
**MR. GOLDSTEIN: [35]**
20/19 20/25 50/2
50/6 50/9 67/19
68/2 69/24 70/5
70/8 70/11 81/24
100/12 102/1 102/5
102/8 107/10 109/6
109/15 110/5 110/11
110/15 110/24 111/1
111/5 111/8 129/7
130/11 133/20 134/4
136/10 137/2 137/15
137/23 138/16
**THE CLERK: [6]**
67/21 71/11 91/13
91/18 107/20 109/11
**THE COURT: [105]**
3/2 4/11 4/13 20/20
20/23 21/1 26/17
26/20 50/3 50/5
50/13 54/17 66/23
67/14 67/18 67/20
67/24 68/1 68/3
68/9 68/14 68/18
69/6 69/23 70/2
70/6 70/10 70/17
71/9 71/13 71/15
81/25 82/14 90/9
90/12 90/16 90/18
91/7 91/9 91/12
91/15 91/17 91/20
91/23 98/24 99/1
99/19 100/4 100/7
100/14 101/7 101/11
102/6 102/13 104/17
105/2 105/5 105/9
105/17 106/6 106/20
106/23 107/6 107/11
107/16 107/19
107/23 108/5 108/10
108/13 108/17 109/7
109/13 109/22 110/1
110/7 110/12 110/18
110/25 111/3 111/7
112/18 112/20
112/25 120/1 122/15
125/20 125/23 126/9
128/1 129/8 129/14
130/7 130/19 130/22
133/21 134/5 134/7
136/11 137/5 137/16
137/24 138/2 138/12
138/15
**THE WITNESS: [10]**

---

4/12 91/8 99/20
126/10 126/19
129/1 137/6 137/8
137/17

**$**

**$30,000 [1]**   113/21
**$40,000 [1]**   113/20
**$70,000 [2]**   4/20
113/17

**'**

**'23 [1]**   124/9
**'I'm [1]**   12/17
**'Make [2]**   8/3 14/11

**.**

**.308 [7]**   52/22 79/2
79/2 79/11 84/24
85/20 88/25

**/**

**/k [1]**   16/15
**/pol [8]**   16/15
16/16 16/21 16/23
16/25 17/1 17/3
17/10

**1**

**10 [13]**   10/5 32/12
40/1 47/11 58/6
74/21 87/6 91/5
93/9 95/14 96/12
106/17 107/18
**10 miles [1]**   87/18
**100 percent [2]**
46/1 55/7
**101 [4]**   1/24 7/17
8/5 8/9
**102 [3]**   9/8 9/8
10/8
**102/Line [1]**   102/15
**103 [3]**   10/16 12/23
13/6
**104 [4]**   13/24 14/14
14/25 16/18
**104/Line [1]**   102/15
**105 [2]**   17/7 17/15
**105/Line [1]**   105/18
**106 [2]**   18/6 18/17
**106/Line [1]**   105/18
**107 [2]**   18/25 19/1
**108 [4]**   19/16 20/1
21/6 21/8
**109 [3]**   21/17 21/23
22/10
**11 [5]**   10/5 32/19
47/12 58/8 75/8
**110 [1]**   22/13
**111 [1]**   22/24
**112 [3]**   23/15 23/16
24/24
**113 [6]**   25/17 27/1
28/5 28/20 134/13
134/22
**114 [11]**   29/7 30/1
30/15 30/17 30/18
30/24 31/14 32/12
32/19 33/15 134/13
**115 [1]**   35/15
**116 [2]**   35/21 35/25
**117 [12]**   36/19
37/15 38/4 38/10
38/22 39/4 39/10
39/11 39/13 39/19

---

40/1 40/17
118/17 118/22
137/4 137/6 137/8
137/21 137/25
135/22 135/23
**119 [8]**   44/11 44/23
45/7 46/2 46/23
47/12 135/16 135/16
**11:31 [1]**   67/13
**11:32 [1]**   67/23
**11:53 [1]**   67/23
**11:58 [1]**   71/12
**12 [5]**   10/5 33/3
40/17 58/15 75/16
**120 [2]**   48/7 61/20
**121 [2]**   48/20 49/9
**122 [4]**   49/12 49/23
50/1 50/18
**123 [1]**   50/23
**124 [7]**   51/7 51/13
51/16 52/9 86/3
86/7 86/8
**125 [2]**   53/3 53/4
**126 [1]**   54/1
**127 [7]**   54/22 55/13
58/15 58/24 59/2
96/24 96/25
**128 [1]**   60/9
**129 [3]**   60/17 61/25
62/1
**12:54 [1]**   91/6
**12th [3]**   48/9 61/23
61/23
**13 [6]**   10/6 33/10
41/6 49/3 58/24
96/25
**13-minute [1]**   97/22
**130 [5]**   64/22 71/19
72/1 72/17 74/10
**131 [1]**   76/1
**132 [2]**   76/10 77/11
**133 [1]**   78/3
**134 [6]**   78/18 78/19
78/21 78/25 79/20
101/11
**135 [2]**   80/5 82/16
**136 [1]**   81/23
**136B [1]**   82/2
**137 [2]**   83/11 83/11
**138 [1]**   83/18
**139 [3]**   85/12 86/11
86/19
**14 [4]**   10/6 12/13
33/15 59/2
**14-page [1]**   9/9
**140 [6]**   88/23 89/20
92/4 92/4 92/8
93/14
**141 [1]**   96/15
**141B [1]**   92/22
**141C [1]**   92/24
**141D [1]**   93/1
**141E [1]**   93/4
**141F [1]**   93/6
**141G [1]**   93/11
**142 [1]**   93/23
**143 [4]**   94/19 94/19
96/1 96/15
**144 [5]**   95/23 96/21
96/24 97/15 97/18
**144B [1]**   97/21
**15 [14]**   34/8 38/24
38/25 48/23 59/6
68/11 88/25 91/4
95/14 96/9 96/9
102/15 102/16

---

107/18
**158/25 [1]**   52/12
**16 [3]**   34/16 69/5
84/19
**16Chan [6]**   12/19
12/21 12/25 13/2
13/3 15/3
**16th [1]**   77/20
**17 [5]**   34/22 41/2
41/5 59/21 80/8
**17th [1]**   139/12
**18 [3]**   24/17 24/19
105/18
**18 inches [1]**   84/20
**1812346981 [1]**
60/13
**188 [2]**   83/18 83/18
**19 [2]**   93/19 93/21
**197 [1]**   107/1
**19th [1]**   79/22
**1:00 [2]**   68/10
91/14
**1:23-cr-0056-JKB [1]**
1/5

**2**

**20 [2]**   35/9 86/25
**200 [3]**   106/22
107/17 108/11
**2013 [1]**   121/5
**2022 [5]**   6/13 7/11
9/5 17/16 61/12
**2023 [1]**   61/12
**2025 [3]**   1/11 2/2
139/12
**20th [1]**   51/9
**21201 [1]**   1/25
**21st [1]**   85/14
**22 [2]**   42/11 51/13
**23 [1]**   108/12
**25 [1]**   28/5
**25 percent [1]**
65/16
**25B [4]**   39/3 39/5
39/11 39/13
**26 [1]**   93/17
**28 [1]**   139/6
**29 [2]**   1/11 2/2
**2:00 [1]**   91/5
**2:28 [1]**   91/14
**2:30 [1]**   91/19
**2nd [1]**   17/16

**3**

**30 [1]**   85/16
**30,000 [2]**   4/21
113/18
**31 [1]**   81/14
**3:25 [1]**   106/19
**3:28 [1]**   107/22
**3:45 [1]**   107/19
**3:48 [1]**   107/22
**3:52 [1]**   109/12
**3D [4]**   38/8 83/21
83/22 85/21

**4**

**4.5 [1]**   84/16
**40 [1]**   38/13
**40,000 [1]**   4/21
**42 [1]**   54/19
**44 [2]**   30/14 30/15
**45 [2]**   94/1 94/4
**47 [2]**   29/24 29/25
**4Chan [10]**   12/5

---

12/12 15/13 16/2
16/6 16/9 16/20
16/21 17/1 17/1
**4th [1]**   1/24

**5**

**50 [1]**   14/17
**5290590696 [1]**   51/3

**6**

**613 [1]**   130/8

**7**

**75 [1]**   37/4
**753 [1]**   139/7

**8**

**88 [2]**   14/22 60/11
**8:00 [1]**   78/10

**9**

**9-millimeter [2]**
85/5 88/15
**97 [1]**   107/6
**9:48 [1]**   3/1

**A**

**a.m [5]**   3/1 67/13
67/23 67/23 71/12
**able [14]**   10/1
12/21 13/3 17/5
35/1 47/24 48/14
56/22 64/12 68/12
77/2 82/8 82/10
92/20
**about [137]**   4/8
4/20 5/15 7/19 9/1
9/4 9/25 23/25
24/21 29/3 33/11
34/6 35/12 36/20
37/1 37/10 37/23
38/6 38/12 38/20
40/15 43/1 44/2
44/6 44/16 44/19
44/20 44/24 45/3
45/13 45/14 45/16
46/15 52/20 55/7
55/14 55/18 55/20
55/24 56/4 56/9
56/9 56/10 56/21
57/1 58/2 58/5
58/18 59/19 61/5
62/2 62/6 62/7
62/14 62/15 63/5
63/14 63/15 64/10
64/13 64/14 65/6
66/25 68/3 68/10
68/10 71/2 72/6
72/8 74/18 74/24
79/9 79/15 80/14
80/22 84/15 86/22
86/25 87/13 94/11
95/4 95/14 100/10
100/13 102/10
105/10 108/3 108/8
109/4 109/17 110/2
114/19 115/5 115/7
115/15 116/15 125/25
116/1 116/3 116/11
118/13 119/9 119/13
120/4 121/11 121/14
122/19 123/4 123/22
124/12 125/9 125/14
126/13 127/7 127/13

---

# A

**about...** 127/18 128/8 128/24 130/1 130/1 130/3 131/6 131/24 132/2 132/2 132/3 133/16 135/3 135/13 135/13 135/21 136/3 136/6 137/8

**above [8]** 24/7 31/22 33/18 40/7 87/23 89/1 94/2 139/9

**above-entitled [1]** 139/9

**Absolutely [1]** 73/17

**AC [1]** 34/6

**accel [1]** 7/24

**acceptance [1]** 117/14

**access [7]** 12/21 13/18 17/5 35/1 58/21 75/6 115/21

**accessories [2]** 51/19 84/24

**accomplish [3]** 73/5 74/22 124/21

**accomplished [2]** 69/11 118/15

**account [5]** 6/8 6/10 16/7 19/19 75/19

**accusers [1]** 101/13

**acquaintance [1]** 112/3

**acquainted [1]** 99/20

**acquire [1]** 24/15

**across [2]** 114/9 114/18

**act [1]** 124/25

**actions [1]** 7/3

**active [3]** 4/24 35/23 53/24

**activity [4]** 4/7 10/13 114/22 114/22

**acts [2]** 117/9 118/13

**actual [5]** 4/21 6/2 14/16 96/11 124/16

**actually [15]** 11/14 18/12 20/12 23/22 60/23 64/16 69/11 70/22 75/20 86/11 87/5 94/3 95/2 113/18 113/19

**add [2]** 19/18 45/5

**added [3]** 19/11 19/20 36/5

**addition [1]** 22/21

**additional [5]** 25/10 42/18 95/18 98/3 98/6

**Additionally [1]** 27/14

**address [2]** 67/16 85/16

**adds [1]** 55/21

**adjustable [3]** 84/15 88/8 88/25

**admin [3]** 11/16 23/3 36/9

**administrator [1]** 36/12

**admission [1]** 108/23

**admitted [2]** 61/21 117/11

**admittedly [1]** 108/23

**advice [2]** 55/17 127/21

**advising [2]** 111/19 119/1

**aerial [1]** 32/4

**AFN [2]** 11/12 11/15

**after [26]** 6/5 19/8 22/18 29/4 30/3 31/3 35/9 37/10 38/19 45/1 45/5 50/20 55/19 61/16 61/23 67/2 76/20 78/8 78/14 81/1 81/3 83/16 89/12 93/15 123/8 125/8

**afternoon [7]** 78/9 78/10 80/20 81/1 99/4 99/5 106/8

**afterwards [1]** 49/2

**again [37]** 15/3 19/2 23/1 25/15 26/2 26/13 26/13 26/15 28/1 30/13 34/23 36/2 37/19 37/25 39/12 39/13 40/18 41/10 42/17 75/14 77/24 79/10 79/22 81/18 83/3 97/1 97/2 100/17 102/7 109/21 121/6 130/16 130/20 132/20

**against [1]** 101/14

**agent [5]** 1/18 1/18 99/16 99/21 131/13

**Agitate [1]** 11/1

**ago [3]** 89/21 98/19 130/17

**agree [1]** 73/17

**agreed [5]** 46/7 51/18 66/11 74/25 113/9

**agreement [1]** 113/15

**ahead [1]** 70/10

**aided [1]** 1/22

**Alfr8o [1]** 16/14

**alive [1]** 73/18

**all [85]** 3/25 5/12 7/3 8/12 8/24 9/24 10/7 12/13 13/24 14/11 15/2 15/4 16/8 17/12 23/5 23/9 27/21 28/4 30/17 31/9 33/1 33/2 35/3 35/4 36/23 39/10 45/4 45/5 45/14 46/21 49/23 56/22 57/8 59/18 59/23 61/9 61/25 62/15 64/13 66/14 66/19 66/19 67/3 67/7 67/21 68/13 71/7 71/11 72/16 72/16 73/10 73/19 74/1 74/5 74/19 76/21 77/24 84/19 86/12 86/14 86/23 87/16 88/16

**admitted [2]** 88/18 90/24 91/18 93/13 93/13 93/13 98/4 104/8 107/6 107/16 107/20 109/11 111/2 111/3 114/3 116/15 124/5 124/20 129/11 132/23 133/13 136/2

**allow [3]** 67/4 90/20 106/10

**allowed [2]** 5/25 6/6

**almost [5]** 15/21 16/21 33/5 94/8 128/19

**alone [2]** 124/14 126/2

**along [3]** 66/16 126/23 128/10

**already [9]** 38/20 65/9 65/11 65/19 66/15 77/13 84/9 84/23 88/7

**also [35]** 1/17 6/3 6/6 15/2 21/12 31/23 38/7 38/8 43/24 52/18 56/14 64/5 64/7 68/14 77/3 79/11 79/14 80/2 82/2 84/25 85/5 86/14 86/24 89/18 92/24 94/23 96/7 97/18 105/15 107/2 108/18 135/5 135/23 135/24 137/13

**alternative [1]** 14/12

**always [3]** 19/5 37/11 64/2

**am [8]** 4/5 61/4 65/20 94/23 108/3 108/8 108/17 108/17

**ambi [1]** 89/17

**ambidextrous [2]** 84/11 85/23

**ambidextrous/rear-ch arging [1]** 84/11

**Amendment [1]** 69/12

**AMERICA [3]** 1/4 21/21 36/4

**American [5]** 11/8 11/12 11/13 21/20 36/3

**ammo [1]** 86/15

**ammunition [1]** 84/25

**among [3]** 67/2 90/20 106/10

**amount [1]** 68/22

**amplify [2]** 44/4 136/5

**analyze [1]** 30/25

**Anders [1]** 33/7

**angle [1]** 31/19

**Angled [1]** 85/23

**animation [1]** 23/10

**annotated [5]** 31/5 31/7 40/21 132/10 132/22

**annotations [1]** 40/23

**anonymous [4]** 8/2 15/6 15/9 54/4

**anonymously [2]** 6/2

**another [16]** 13/4 13/6 13/24 13/25 14/2 17/12 18/8 31/19 40/18 40/21 44/22 47/24 63/10 82/2 82/23 92/24 108/6 122/15

**answer [7]** 83/6 102/11 105/5 105/9 112/20 120/1 137/16

**answered [2]** 83/2 119/7

**answers [1]** 101/22

**anticipate [1]** 68/6

**anxieties [2]** 86/22 95/13

**any [50]** 3/22 5/13 7/6 7/6 18/4 26/12 29/21 30/3 33/6 36/17 38/17 38/18 45/5 59/25 67/5 67/6 67/7 67/8 67/9 67/16 69/2 70/15 70/18 71/2 75/21 81/3 90/21 90/22 90/22 90/23 90/24 90/25 98/3 98/6 105/14 106/11 106/13 106/14 108/10 108/19 114/15 115/13 122/19 126/15 126/21 127/15 132/19 134/16 136/8 136/13

**anybody [1]** 128/15

**anymore [1]** 12/11

**anyone [9]** 5/18 43/7 67/1 69/25 90/19 95/4 106/9 137/20 138/5

**anything [20]** 23/4 28/9 44/1 53/19 61/14 64/12 67/10 87/6 91/1 95/4 100/1 100/17 102/2 102/9 106/15 109/1 111/21 122/2 129/14 135/25

**anyway [2]** 49/1 109/3

**anywhere [3]** 8/2 28/11 63/7

**apart [1]** 115/13

**apologies [17]** 15/11 17/17 22/9 23/19 26/5 33/18 38/22 44/14 54/20 57/19 60/3 82/10 88/1 93/3 93/8 94/2 134/13

**apologize [2]** 7/20 77/13

**apology [1]** 58/10

**app [4]** 5/4 66/20 75/1 81/12

**apparently [2]** 8/2 65/18

**appear [4]** 39/8 39/15 108/7 129/13

**appearance [2]** 13/14 69/9

**APPEARANCES [1]** 1/13

**appeared [1]** 76/25

**appears [4]** 39/16 59/18 79/18 87/23

**Apple [1]** 4/25

**application [3]** 3/8 3/12 18/5

**applications [1]** 76/8

**apply [1]** 113/25

**applying [2]** 26/7 26/11

**appreciate [1]** 74/6

**approach [4]** 45/9 111/25 111/25 129/7

**approached [6]** 29/17 99/10 99/21 100/20 112/1 112/23

**approaches [1]** 99/16

**appropriate [1]** 123/16

**approximately [12]** 4/18 4/20 25/18 35/19 50/4 92/17 92/19 93/8 98/17 98/19 106/22 113/17

**apps [1]** 4/25

**AR [4]** 83/21 84/15 88/25 88/25

**AR-15 [1]** 88/25

**AR10 [2]** 84/14 89/9

**are [96]** 3/8 5/5 5/6 5/6 5/7 5/8 5/8 5/9 5/17 5/25 8/4 8/4 9/14 10/17 11/10 11/19 12/1 12/2 12/2 12/4 12/18 12/18 13/3 15/19 16/23 18/7 20/2 22/16 23/19 24/14 24/14 25/25 27/6 28/13 29/8 31/3 31/6 31/7 32/17 33/4 37/18 38/17 39/24 40/16 41/3 41/8 41/20 42/12 46/1 49/2 52/3 52/25 54/6 56/6 60/17 60/22 60/24 61/5 63/7 67/24 68/1 69/23 72/25 73/1 74/10 76/18 81/7 84/5 84/11 84/18 84/18 87/4 88/12 91/15 95/2 96/17 96/18 98/9 100/9 101/16 101/17 101/19 101/22 108/11 108/12 108/19 110/8 110/18 115/16 115/18 121/16 121/17 128/12 128/13 130/24 133/13

**area [15]** 17/15 28/15 28/16 29/13 31/21 36/21 41/3 41/4 41/17 43/7 43/8 44/15 55/23 58/21 98/14

**areas [1]** 58/21

**arguments [1]** 67/3

**Armory [4]** 79/1 79/10 79/15 79/24

**around [13]** 4/10

141

## A

around... [2]
8/3 9/5 25/6 26/13
30/5 31/21 38/13
42/4 59/16 94/9
113/20

**arrangement [1]** 4/3
**article [1]** 23/10
**articles [5]** 67/5
67/6 90/21 90/22
106/11
**articling [1]** 54/5
**as [106]** 3/20 3/20
3/23 3/25 4/8 5/22
6/13 6/25 7/16
10/10 12/25 13/19
13/19 14/20 17/18
21/13 24/8 26/8
26/20 32/16 32/16
34/21 34/21 35/7
35/7 35/7 35/10
35/10 41/25 44/1
46/15 47/5 56/5
56/5 57/19 59/17
59/17 60/12 60/15
61/15 61/23 67/4
68/25 69/10 69/14
69/16 69/16 69/18
70/3 70/24 73/4
73/4 74/20 74/22
74/22 78/6 79/23
80/4 81/24 84/19
84/25 86/9 87/23
89/1 93/20 95/8
96/17 100/25 106/25
108/21 108/22
108/24 111/12
111/12 113/4 113/18
114/24 116/4 116/6
116/19 117/10
118/10 118/10
118/25 119/11
119/21 121/17
122/11 123/3 124/25
125/25 126/1 127/15
127/21 128/7 128/7
129/2 129/16 129/16
129/20 130/23
130/23 131/9 131/13
132/4 136/1
**ask [23]** 8/8 8/15
9/25 13/18 16/12
17/13 28/25 33/11
36/17 49/12 109/4
109/5 112/16 112/24
113/3 118/3 122/15
127/2 130/1 130/3
131/16 131/18
135/10
**asked [58]** 12/14
15/7 15/15 16/11
18/15 23/21 25/25
29/21 30/8 32/21
32/22 33/2 33/8
35/17 37/3 37/6
40/6 41/20 42/5
44/2 44/7 45/3
46/10 46/18 46/25
48/11 51/11 51/12
52/7 52/15 55/2
55/5 56/10 58/12
59/10 63/4 66/18
72/18 72/25 76/18
86/14 89/10 89/10
95/1 99/10 109/1

111/2 113/4 121/2
126/22 131/8 132/15
136/23 136/24 137/4
137/8
**asking [22]** 15/12
45/4 53/16 87/12
100/10 100/13 102/9
109/17 110/15
116/18 116/23 117/3
119/5 119/16 121/11
122/10 123/13
126/13 126/14
127/12 128/7 134/16
**asks [1]** 31/20
**ass [1]** 66/16
**associate [2]** 61/19
63/23
**associating [1]**
64/11
**assume [1]** 33/8
**assuming [1]** 61/4
**Atlantic [1]** 26/10
**Atomwaffen [5]** 19/6
121/2 121/5 121/7
121/11
**attach [1]** 25/3
**attack [7]** 10/24
57/13 125/17 126/18
127/16 128/11
136/21
**attacking [2]**
122/19 122/20
**Attacks [1]** 54/6
**attempted [1]** 81/9
**attempts [1]** 57/1
**attention [4]** 7/14
44/21 44/25 70/12
**attract [3]** 44/21
44/24 44/25
**Aubin [17]** 1/16 2/6
2/6 3/5 20/24 21/2
66/23 67/16 67/24
68/18 71/15 90/12
91/15 91/25 100/7
101/20 105/5
**audio [2]** 68/5
90/14
**Aurek [1]** 1/19
**autists [1]** 12/8
**auto [1]** 87/2
**autoplay [1]** 93/3
**available [7]** 6/5
24/14 115/18 116/4
116/6 132/8 132/11
**Avoid [3]** 67/7
90/24 106/12
**AW [3]** 18/15 18/20
121/2
**aware [2]** 121/5
121/7
**away [2]** 35/8 39/25
**AWD [2]** 11/17 19/4
**awesome [2]** 23/24
43/17
**awhile [1]** 122/8

## B

**back [39]** 5/3 5/9
5/23 19/19 19/20
19/22 20/11 21/5
21/8 24/23 25/4
27/24 28/15 31/21
37/13 41/3 45/23
61/25 71/19 75/10

76/7 77/25 82/8
86/7 97/8 99/6
105/2 105/8 105/17
111/3 129/16 129/17
130/24 132/22
133/24 135/20
**backup [5]** 37/16
37/22 37/22 37/23
38/1
**bad [4]** 51/5 62/25
76/21 77/15
**badly [2]** 56/12
80/21
**bail [1]** 46/18
**balancing [1]** 69/14
**Baldwin [1]** 1/16
**balloons [9]** 24/9
24/10 24/13 24/21
26/12 117/12 117/13
117/15 128/9
**BALTIMORE [5]** 1/2
1/25 62/5 75/10
94/16
**BAN [3]** 11/14 14/16
15/1
**bank [1]** 113/20
**banks [1]** 31/11
**banned [2]** 14/12
19/24
**banner [2]** 44/17
44/20
**bans [1]** 12/15
**barred [1]** 101/17
**barrel [5]** 84/1
84/19 88/15 93/19
93/20
**based [10]** 9/2
13/14 25/11 27/9
27/9 40/19 47/10
47/13 47/23 131/21
**basement [1]** 87/19
**basically [5]** 65/24
73/11 112/12 114/18
116/15
**basis [3]** 111/19
112/18 125/20
**batches [1]** 108/10
**battery [1]** 102/6
**Bday [2]** 19/4 19/5
**be [130]** 4/6 5/21
6/20 6/21 6/24 8/18
11/7 12/5 12/17
14/5 14/9 15/14
15/21 16/7 17/23
21/20 23/7 25/12
28/6 30/8 30/22
31/12 34/7 39/8
39/15 40/5 40/8
41/16 42/16 42/24
43/3 43/6 43/10
43/17 43/23 44/1
44/7 45/24 45/25
46/3 46/24 48/25
52/18 54/12 55/10
56/18 56/11 56/12
56/21 56/25 58/22
59/17 63/2 63/4
63/25 64/12 65/2
66/2 66/7 67/4
67/15 68/10 68/12
68/15 69/11 69/20
70/21 72/11 72/13
72/19 73/7 75/7
76/25 78/6 78/12

78/14 79/2 79/5
79/9 79/16 80/15
80/25 81/7 89/5
84/19 87/19 87/23
88/6 89/2 90/21
91/4 91/9 91/20
92/6 94/8 94/9 95/7
96/6 99/10 101/12
104/24 104/24
104/24 105/1 106/11
106/17 106/20 108/6
108/7 108/16 108/21
109/13 113/7 113/12
113/13 113/14
113/20 117/21
118/14 119/12
123/11 125/7 125/25
127/22 128/20
129/13 132/4 132/16
136/1 138/15
**bear [1]** 23/9
**Beautiful [1]** 29/12
**became [3]** 43/15
110/9 117/19
**because [16]** 15/16
21/13 31/12 62/18
63/25 66/2 73/23
75/19 84/23 84/24
87/14 90/3 94/25
95/7 119/5 132/15
**become [2]** 99/8
110/22
**bed [1]** 83/22
**been [29]** 9/5 12/10
14/8 15/3 30/4 31/4
35/13 36/12 47/19
57/3 57/21 61/3
61/17 61/20 61/22
64/2 65/16 71/6
73/22 74/4 97/25
107/8 107/25 118/4
118/8 124/10 126/4
128/4 128/25
**beers [1]** 38/14
**before [43]** 1/11
5/10 7/16 15/18
22/1 22/4 24/16
24/20 24/25 26/7
26/11 27/13 42/5
62/7 62/24 63/12
64/23 64/24 66/15
66/23 66/7 68/12
71/18 72/15 73/5
74/22 94/10 96/17
97/2 110/7 110/16
111/2 111/10 120/6
121/8 124/25 124/24
133/1 134/2 135/24
**beforehand [1]**
90/15
**began [7]** 11/22
23/12 66/19 111/10
111/24 121/8 128/7
**begin [6]** 24/24
36/23 60/14 89/21
93/25 116/18
**beginning [20]** 7/22
10/20 15/10 16/1
16/19 18/17 23/3
29/10 33/16 38/11
42/17 50/17 80/8
86/12 88/1 88/3
93/17 99/6 127/19
132/6

**begins [2]** 79/1
**behalf [4]** 1/14
1/15 3/23 4/15
**behest [1]** 136/22
**behind [1]** 31/12
**being [22]** 11/5
22/17 36/13 38/14
45/13 56/21 56/22
73/12 73/18 73/19
80/4 86/21 86/25
87/14 108/17 116/8
117/10 121/19
121/20 122/12
122/20 126/18
**belabor [1]** 70/14
**beliefs [1]** 116/13
**believe [29]** 14/5
20/18 27/6 28/10
54/19 62/15 66/4
66/6 71/18 71/20
86/5 86/8 87/8 92/3
94/20 97/25 98/5
100/9 107/1 107/3
107/14 115/8 115/13
119/18 132/17
132/17 132/18
134/24 135/21
**below [6]** 24/15
31/9 33/19 35/16
40/9 41/9
**bench [21]** 20/22
21/3 26/19 26/23
50/8 50/15 68/9
68/17 69/8 71/8
71/13 90/11 90/17
100/6 100/15 101/9
104/16 105/4 106/5
109/25 111/6
**best [10]** 12/12
28/13 34/12 34/18
55/11 63/2 63/4
69/14 97/5 131/20
**better [17]** 23/10
30/22 33/9 33/13
40/4 46/4 51/6
51/17 51/22 51/24
72/19 76/19 78/11
78/12 80/17 99/8
113/20
**better/safer [1]**
72/19
**between [16]** 13/8
23/17 25/18 28/16
53/5 54/24 63/11
76/7 76/12 77/25
78/5 78/22 92/15
126/18 133/13
134/25
**Beyond [1]** 109/8
**big [5]** 29/16 43/21
62/11 85/4 107/24
**bigger [2]** 33/12
66/10
**biggest [2]** 40/9
72/10
**bill [1]** 37/13
**billions [1]** 38/3
**bio [1]** 51/4
**bipod [2]** 84/18
89/17
**birthday [1]** 18/23
**bit [22]** 13/12
28/23 31/6 31/14
32/10 34/2 34/6

**B**

bit... [16] 45/11
45/11 45/13 47/11
48/3 71/5 75/11
77/25 78/14 79/3
95/2 95/6 96/6
97/22 106/8
bitch [1] 65/14
block [1] 16/5
bloodcrest2 [2]
19/19 20/7
bloodcrest3 [5]
21/15 22/2 22/7
27/19 27/20
blow [2] 41/17
133/17
board [5] 13/3 13/5
16/21 17/1 17/10
Bobbie [2] 15/5
15/6
bolted [1] 84/9
book [2] 42/15 53/9
borrow [1] 56/1
both [10] 3/19 6/12
13/19 13/22 33/11
39/6 46/7 77/8
110/18 137/17
bottom [9] 24/9
25/3 25/10 26/3
26/6 27/23 71/23
89/16 96/25
bought [1] 65/19
Bowie [2] 15/5 15/6
Bowl [3] 34/7 34/11
46/5
brainstormed [1]
131/9
BRANDON [5] 1/7
18/23 19/4 59/25
133/16
brass [4] 32/21
38/8 124/20 133/9
break [4] 32/5
66/24 71/18 71/23
breaker [1] 31/11
breakers [1] 28/14
BREDAR [1] 1/11
Breivik [1] 33/7
brief [7] 54/16
54/20 82/12 98/23
133/24 135/15
138/11
bring [9] 12/7
20/15 29/2 71/9
71/9 91/17 109/10
109/10 127/24
bringing [1] 116/25
bro [1] 59/22
broadcast [1] 5/6
Brooo [1] 43/22
bros [1] 43/12
brother [4] 10/21
10/22 19/23 76/17
brought [2] 9/20
117/4
brownells.com [1]
88/24
BS [2] 43/3 89/13
BTC [1] 23/22
bubble [3] 11/25
64/1 64/10
budget [1] 37/1
bug [1] 60/25
buggy [2] 75/22
83/7

build [1] 72/18
building [1] 85/3
built [4]
72/12 72/14 86/24
bulletin [1] 79/19
bullets [1] 133/10
bullshit [1] 56/9
bumped [1] 16/22
bunch [2] 42/10
88/17
Burns [1] 1/18
business [2] 109/4
109/8
busy [1] 15/16
butchers [1] 73/20
buy [9] 25/11 27/23
46/21 53/12 66/12
85/4 85/16 87/5
87/7

**C**

calculated [2]
64/13 101/16
caliber [4] 33/9
79/2 84/24 133/10
call [45] 12/7 18/5
34/25 42/1 48/22
48/25 49/8 50/19
53/10 69/17 77/16
81/9 81/10 81/12
81/16 82/1 82/5
82/8 83/1 83/9
83/14 92/15 92/17
92/20 92/23 92/25
93/2 93/5 93/7
93/10 93/12 94/10
95/18 95/24 96/2
96/19 96/22 97/16
97/23 97/24 118/24
120/23 130/3 131/11
131/12
called [5] 79/21
90/6 92/12 92/13
134/10
calling [1] 83/2
calls [4] 112/19
120/24 125/21 126/8
calming [1] 96/7
came [4] 66/4 99/7
114/9 131/7
camera [1] 13/15
cameras [2] 29/18
56/1
Cameron [2] 11/18
18/11
camouflaged [1]
47/9
camping [1] 64/15
can [209]
can't [23] 12/14
14/4 25/22 28/11
31/12 31/24 43/3
47/20 61/12 69/11
74/5 89/11 92/6
99/14 102/4 107/10
117/17 117/25 118/8
122/7 126/1 130/17
130/17
cancel [1] 65/25
cannot [1] 109/5
capacitor [1] 31/11
car [1] 56/1
card [1] 65/13
careful [3] 43/3
63/18 108/17

Carolina [4] 43/8
44/10 124/14 124/18
carry [2] 128/6
132/4
carrying [1] 117/9
cars [2] 55/25
133/5
cascading [10]
22/22 23/7 33/25
38/3 38/6 45/18
57/9 116/23 121/23
127/13
case [27] 3/16 6/13
27/17 36/11 67/1
67/6 67/7 67/10
77/5 90/19 90/20
90/22 90/23 91/1
91/1 98/18 106/9
106/10 106/12
106/15 108/3 108/25
110/10 113/22
113/23 130/2 130/2
cases [3] 6/24
116/25 132/10
cash [2] 25/11
66/12
Cat [1] 54/3
catch [1] 65/22
catcher [2] 32/21
38/8
catchers [2] 124/20
133/9
category [1] 69/20
caught [2] 48/23
66/3
caused [1] 99/14
causing [1] 28/14
cautious [1] 63/24
Cecil [2] 75/5
75/11
cell [1] 13/15
Center [2] 33/8
33/12
certain [5] 6/1
6/20 65/3 123/14
132/13
certainly [1] 73/23
CERTIFICATE [1]
138/19
Certified [1] 139/4
certify [1] 139/6
cetera [2] 55/23
63/13 70/19 79/4
95/3
chained [1] 73/13
chance [3] 9/6
50/13 92/15
change [4] 5/24
27/14 27/15 27/15
changed [1] 94/3
changes [1] 27/11
channel [19] 14/19
14/19 14/20 16/4
20/10 20/20 23/13
24/8 24/16 26/17
36/3 36/13 68/15
90/8 100/4 101/7
102/14 105/2 109/23
channels [8] 5/6
5/12 5/13 5/17 5/19
5/20 5/21 15/21
characters [1] 27/6
charge [2] 65/23
117/17
charged [1] 117/16

charging [5] 84/11
84/12 85/7 88/7
89/10
chat [50] 5/25 6/7
6/20 6/24 7/10 7/12
7/13 8/10 10/18
11/4 11/11 11/25
12/1 14/1 15/18
15/23 16/4 16/11
18/9 18/22 19/2
19/10 19/20 19/22
20/10 22/16 23/2
23/17 34/23 34/24
35/1 35/12 35/23
39/17 42/16 43/6
44/13 51/9 53/5
54/3 54/24 57/18
57/21 87/22 89/23
90/7 93/24 116/10
121/20 134/25
chatroom [1] 114/25
chatrooms [4] 114/5
114/19 116/15
121/16
chats [17] 3/20 5/8
5/8 5/15 5/17 5/19
5/20 5/24 6/17 7/7
19/11 19/11 27/10
35/2 53/24 64/2
135/4
chatting [3] 48/12
61/24 132/2
cheap [1] 24/15
check [3] 45/5
77/17 84/3
checking [1] 24/1
cherrypicked [1]
50/11
child [1] 56/10
children [2] 65/3
89/25
choose [3] 6/1
70/24 112/25
chose [1] 112/7
CHRISTOPHER [2]
1/10 2/5
circle [2] 21/10
132/12
circled [2] 41/3
41/4
circles [3] 31/5
31/7 40/24
circuit [1] 31/11
circumstances [1]
64/3
city [5] 26/16
27/22 28/3 41/21
41/23
claim [2] 54/5 74/4
clarification [1]
118/1
clear [3] 17/23
102/6 113/14
cleared [2] 34/24
57/21
clearing [3] 35/1
51/9 57/18
clearly [1] 27/10
Clerk [2] 1/19 1/19
click [8] 9/19 9/21
20/9 20/13 21/9
21/12 21/13 31/17
clicked [1] 20/15
clicking [3] 9/20
12/17 22/4

CLINT [1] 1/7
close [4] 32/16
39/7 40/13 43/19
closer [4] 58/22
105/1 105/5 105/9
closing [1] 67/3
closish [1] 43/10
clue [1] 20/24
co [4] 117/21
125/16 125/22
126/10
co-conspirator [4]
117/21 125/16
125/22 126/10
cold [2] 33/19
34/21
colder [2] 34/12
34/19
Collapse [1] 54/6
collapsing [1]
47/20
colleague [1]
107/14
colored [1] 31/5
colors [1] 31/6
come [15] 11/22
18/22 23/12 25/14
28/25 29/4 66/19
75/10 82/6 88/21
95/17 114/18 118/7
118/10 131/9
comes [2] 6/6 28/15
coming [6] 24/13
62/16 69/2 81/11
127/14 127/14
comment [4] 5/22
36/5 36/6 123/24
communicate [6]
6/22 23/12 47/24
66/20 83/15 137/13
communicated [2]
3/19 119/18
communicating [11]
50/21 53/23 64/17
115/1 118/4 122/1
123/8 124/3 127/12
137/17 137/20
communication [10]
13/10 15/11 47/23
76/6 77/19 78/5
82/6 97/8 134/25
135/2
communications [24]
3/20 5/10 8/15 8/17
8/17 8/19 10/14
11/21 12/1 18/4
29/1 44/8 59/25
60/14 98/4 98/6
108/24 125/5 125/6
127/18 134/2 136/25
137/9 138/5
community [1] 71/1
company [1] 109/5
compatible [3]
52/25 88/9 93/22
compensation [1]
113/13
complexion [1]
109/7
components [1]
132/13
computer [4] 1/22
8/12 13/19 35/9
Computer-aided [1]
1/22

**C**

comsec [1]   62/3 62/6
concealed [1]   85/9
concealing [1]   69/9
concept [1]   33/24
concerning [1]   95/8
concerns [1]   71/2
concluded [10]   21/3
26/23 50/15 71/8
90/17 100/15 104/16
106/5 111/6 138/17
condone [2]   23/4
122/2
conduct [1]   136/14
conducting [1]
136/14
conduit [1]   108/23
conference [19]
20/21 21/3 26/18
26/23 50/7 50/15
68/16 71/8 90/10
90/17 100/5 100/15
101/8 104/16 105/3
106/5 109/24 111/6
139/10
confidential [5]
3/23 3/25 4/9 70/13
113/4
confirm [1]   32/17
48/4 120/13
conformance [1]
139/10
confront [1]   101/13
confrontation [1]
69/13
confused [2]   110/17
110/19
confusing [1]   95/10
congratulate [1]
62/17
conjunction [1]
3/21
connect [1]   107/4
connected [3]   43/25
119/1 135/25
connection [2]   33/8
118/11
connections [2]
47/15 66/2
consider [1]   68/21
consistent [4]   27/2
27/17 107/13 117/19
consistently [1]
118/23
conspiracy [9]
117/16 117/17
117/20 117/24 118/1
118/2 118/25 122/10
127/24
conspirator [4]
117/21 125/16
125/22 126/10
consult [3]   67/10
91/2 106/16
contact [9]   48/11
67/8 82/10 90/24
112/14 124/5 124/7
124/8 136/20
contacts [1]   106/13
contained [3]   24/20
41/4 107/3
contamination [1]
70/19
contemporaneous [1]
137/14

content [2]   11/19
80/1 126/18
contents [1]   10/7
context [2]   27/9
119/11
continuation [6]
13/10 44/13 81/5
87/21 87/25 94/20
continue [37]   10/10
10/13 11/4 14/14
15/10 26/14 27/21
28/20 30/3 30/21
31/18 33/21 34/17
36/15 41/6 50/20
52/1 54/5 56/15
57/6 64/17 64/25
65/12 72/2 74/11
77/11 77/21 82/23
83/15 85/10 93/13
96/2 96/21 109/14
112/9 123/19 130/25
continued [7]   41/7
45/8 45/13 59/7
63/9 112/11 136/4
continuing [11]
37/4 40/7 40/25
41/1 42/22 44/3
44/18 46/14 63/19
69/25 85/15
contractor [16]
100/21 100/24
104/19 104/22
105/10 109/19
110/20 110/21
110/22 111/12
111/13 111/14
111/15 112/4 112/6
112/9
contracts [1]
111/16
contravention [1]
100/9
control [2]   5/21
6/6
controlled [2]
65/22 65/23
conversation [38]
10/18 17/22 27/12
27/13 29/4 35/5
48/14 48/17 48/18
49/25 50/10 50/11
50/12 50/20 61/9
61/16 66/9 76/12
78/22 80/1 81/5
81/19 81/21 82/3
83/12 83/16 85/10
86/7 87/25 93/15
93/15 94/20 95/17
115/2 117/10 122/4
123/19 124/14
conversations [11]
15/22 37/20 49/18
63/12 64/20 94/25
122/18 124/16 128/4
133/13 137/11
convinced [2]
108/14 108/18
cool [10]   15/14
34/3 36/6 48/13
48/24 52/3 52/10
52/15 57/24 96/11
coordinate [4]
40/19 45/18 48/18
64/12
coordinated [2]

coordinates [4]
22/15 41/10 96/18
119/19
coordinating [1]
44/7
coordination [2]
46/6 80/3
copied [3]   38/25
39/17 79/18
copy [1]   107/2
correct [80]   9/18
9/20 61/7 69/5 70/5
77/9 77/10 78/1
86/13 86/14 104/20
111/23 112/14
112/15 113/9 113/10
113/17 114/2 114/7
114/16 114/20
114/23 115/3 115/4
115/5 115/6 115/9
115/10 115/18
115/19 115/21
115/22 115/24 116/1
118/15 118/16
118/18 119/6 120/12
120/17 120/18
120/19 120/20
120/23 121/3 121/4
121/9 121/17 121/18
123/6 123/7 123/9
123/11 123/22
123/25 124/4 124/6
124/11 124/17
124/22 124/23
124/25 125/1 125/10
125/17 125/18
125/25 126/4 126/7
126/15 131/16
131/24 132/3 132/9
133/1 133/3 133/11
133/14 133/15 139/7
correlation [1]
107/15
correspond [1]
96/18
cost [1]   66/5
costing [1]   38/3
could [24]   6/3 6/20
6/21 9/2 21/9 33/5
38/2 40/13 43/10
43/23 45/8 46/25
52/18 71/13 84/2
85/6 89/12 92/6
95/7 108/16 112/21
115/20 128/20
128/25
couldn't [12]   25/20
26/12 35/13 61/11
74/2 98/1 98/1
104/23 112/8 121/6
134/9 134/9
counsel [3]   107/9
107/12 129/16
Count [8]   7/16 7/18
7/25 9/6 13/1 17/11
116/3 116/5
Count' [1]   14/12
Count.' [1]   8/3
countered [1]   95/8
country [3]   25/25
26/9 40/9
County [1]   75/5
couple [7]   5/5
25/21 39/24 73/10

74/17 86/20 124/13
20/23 22/13
23/22 26/25 29/1
35/22 36/14 45/21
76/6 94/22 98/20
113/23 127/11
128/16 135/18
court [11]   1/1
67/21 68/7 91/9
91/13 101/15 106/25
107/1 107/2 107/20
139/10
court's [12]   54/16
54/20 82/12 90/14
98/23 100/10 101/11
101/18 107/13
133/24 135/15
138/11
courtroom [8]   68/19
69/3 69/10 69/19
70/3 70/20 70/25
106/23
cover [2]   4/23
70/11
covert [1]   70/16
COVID [6]   69/1 69/3
69/18 70/19 71/1
71/3
COVID-type [1]   71/3
cr [1]   1/5
crank [1]   37/12
cranked [2]   34/13
34/19
crawl [1]   89/12
crazy [1]   33/19
create [1]   6/8
creates [1]   108/15
creating [1]   6/10
credibility [2]
70/8 108/25
credit [1]   4/25
CrimePilled [5]
24/8 24/16 25/15
135/8 135/8
Criminal [1]   1/5
crippled [1]   73/13
cross [9]   50/13
99/1 99/2 99/19
101/14 105/14 135/3
136/24 137/8
cross-examination
[6]   99/1 99/2
99/19 135/3 136/24
137/8
cross-examine [1]
101/14
cross-references [1]
105/14
crowded [1]   70/25
CRR [2]   1/23 139/16
crypted [1]   45/1
CSO [1]   71/13
cucked [2]   46/16
47/18
cunt [1]   65/10
curb [1]   47/21
current [2]   99/25
110/3
custom [1]   33/5
custom-made [1]
33/5
cut [4]   11/6 24/7
28/10 38/12
Cutting [1]   28/14

**D**

of.161 [1]   62/3 62/6
85/16 87/13 87/16
damn [4]   40/11
62/17 74/3 75/21
dark [2]   93/8 93/9
date [11]   17/14
35/14 48/7 61/11
77/19 85/12 97/24
98/1 121/6 124/9
139/12
dated [2]   77/20
139/12
dates [2]   61/16
80/6
day [10]   51/20
55/22 61/18 61/23
76/16 94/18 99/15
111/19 111/19
139/12
days [2]   25/21
95/12
dead [2]   70/25 74/7
deal [2]   59/15 85/4
dealing [1]   89/12
death [4]   73/5
73/21 74/3 74/13
December [2]   37/7
61/12
decent [4]   72/7
79/7 84/14 85/7
decision [1]   62/25
dedicated [1]   56/6
deep [1]   38/14
defendant [10]   1/8
1/15 22/9 69/13
101/12 108/22 135/3
135/5 135/7 136/8
defense [2]   107/9
107/12
defines [1]   119/3
definitely [7]   34/5
41/22 52/21 63/2
74/13 84/2 84/4
definition [2]
117/25 125/21
delay [1]   45/24
delayed [1]   55/8
delete [2]   77/2
87/2
deleted [1]   14/4
14/6 14/8 35/3
76/16 76/25 77/5
77/6 77/7 77/7
79/22
denial [1]   130/8
depart [1]   67/14
depending [3]   38/1
43/11 68/7
depends [4]   30/9
37/24 37/25 68/13
depicted [8]   8/5
8/9 12/24 27/1 29/9
29/25 30/18 38/4
38/21 38/22 40/23
49/23 78/19 78/21
78/24 78/25
depicting [1]   21/24
depiction [1]   30/15
deployable [1]
89/17
describe [7]   4/3
5/4 13/12 13/25
15/19 78/24 87/20
described [12]   5/10

**D**

**described [11]**
9/14 20/14 21/25
22/4 83/22 87/10
87/23 89/1 96/19
113/18 116/7
**description [1]**
79/3
**design [5]**   52/4
52/11 86/4 86/5
86/6
**designated [1]**
36/12
**detail [3]**   74/19
123/18 123/18
**detailed [1]**   125/6
**details [5]**   59/23
77/17 119/21 124/19
132/25
**determine [2]**
119/14 121/12
**determined [2]**   6/17
125/12
**determining [1]**
108/5
**device [2]**   8/22
8/25
**devices [1]**   75/20
**dictionary [1]**
67/11 91/3 106/16
**did [121]**   3/16 3/18
3/21 3/23 4/15 6/8
6/10 8/15 8/19 8/21
8/24 9/6 10/10
10/13 11/21 13/22
15/7 15/14 17/23
18/4 18/22 19/14
20/8 21/15 22/10
22/21 23/12 25/14
27/1 27/3 27/4
28/25 29/1 29/4
29/10 29/11 35/17
35/22 36/14 36/17
36/20 44/22 46/18
48/3 48/11 48/18
49/20 50/20 51/11
52/17 59/4 59/25
60/6 60/14 64/17
66/18 66/19 71/23
72/3 75/24 77/13
81/9 81/15 81/18
82/6 83/6 83/15
85/10 88/21 88/21
92/14 94/25 95/17
96/2 97/5 97/18
98/3 98/6 98/18
98/20 99/8 101/15
111/11 111/11
111/25 111/25 112/9
112/10 112/16
112/16 112/23
112/24 113/3 113/6
116/11 116/13 117/6
118/22 120/14
120/15 120/21 127/6
127/21 127/23 128/3
128/5 128/6 129/23
130/2 132/19 134/1
134/20 135/4 135/7
135/10 135/12
136/13 136/16
137/13 137/20 138/5
**didn't [25]**   13/18
15/13 16/7 26/12
38/15 40/6 42/3

43/24 45/5 57/1
56/2 56/3 58/23
60/23 61/19 90/15
97/12 99/15 110/1
115/23 118/22 122/2
125/12 125/16
135/24
**died [2]**   65/4
124/25
**difference [1]**
73/22
**different [14]**   5/5
8/8 11/11 13/12
13/13 17/2 17/3
27/4 31/5 37/20
75/1 111/16 112/25
135/7
**difficult [3]**   58/19
64/4 95/2
**direct [13]**   2/6 3/4
5/3 5/10 10/16 13/8
21/5 22/9 24/17
27/10 113/16 114/4
135/2
**directed [6]**   7/2
7/3 114/6 114/13
115/13 117/11
**directing [2]**   24/23
107/11
**direction [3]**   69/8
107/24 122/24
**directions [1]**
126/25
**directly [7]**   11/23
23/13 119/18 121/19
134/7 135/8 135/9
**disappearing [3]**
6/3 77/3 77/3
**disappears [1]**   121/5
**disbanded [3]**   121/5
121/7 121/8
**disclosure [1]**
72/22
**discovered [1]**
128/15
**discuss [8]**   48/3
67/1 67/2 77/16
90/19 90/20 106/9
106/10
**discussed [7]**
115/14 117/18
118/23 124/18
124/19 126/18
131/13
**discusses [1]**   24/9
**discussing [2]**
76/13 131/23
**discussion [8]**   13/5
17/2 37/17 71/14
91/11 119/22 119/24
122/20
**discussions [1]**
118/11
**disease [1]**   70/18
**display [6]**   6/12
6/14 6/15 21/19
22/1 27/15
**disseminate [1]**
12/18
**DISTRICT [4]**   1/1
1/1 139/5 139/6
**DIVISION [2]**   1/2
121/7
**do [169]**
**docket [1]**   107/1

**document [4]**   8/15
**documentation [1]**
128/19
**documented [2]**   8/14
8/17
**documents [3]**
129/15 130/22
130/23
**does [14]**   3/25
27/14 36/8 36/10
37/3 57/8 71/20
77/7 90/5 98/13
101/3 117/16 129/19
131/3
**doesn't [5]**   13/16
22/15 31/24 74/5
108/7
**doing [18]**   7/1 19/8
30/25 30/25 42/10
44/1 100/1 100/17
110/16 111/17 113/7
114/1 122/23 123/15
124/25 125/14 136/1
136/18
**dollar [1]**   24/14
**dollars [1]**   38/3
**domain [2]**   108/8
108/12
**domestic [7]**   98/14
99/17 111/21 111/23
114/5 115/7 116/19
**don't [54]**   16/4
16/11 18/12 20/16
21/1 23/4 31/20
33/6 46/8 47/7
48/25 53/17 53/20
54/14 55/20 55/25
56/8 57/3 57/7
63/23 66/23 69/2
69/3 69/4 71/2 72/9
75/5 75/12 79/15
86/21 86/25 87/3
87/17 93/20 94/23
95/1 105/10 107/15
107/24 110/24
113/25 115/8 115/13
116/21 119/3 122/1
122/3 129/14 130/8
132/17 132/20
132/20 132/21
136/11
**done [17]**   16/22
30/25 39/5 39/14
41/25 52/13 53/19
57/2 68/12 72/7
82/24 89/14 94/8
95/4 125/13 126/2
126/2
**door [3]**   69/7
100/13 102/10
**doubt [1]**   85/6
**down [35]**   11/3 23/6
28/20 31/14 33/15
34/8 36/1 37/8
38/21 39/11 39/12
39/19 42/2 44/18
47/21 54/7 54/11
62/1 64/24 71/20
77/10 80/8 82/19
84/21 86/3 87/9
87/11 89/15 92/4
96/24 96/25 128/21
129/1 134/22 136/2
**download [5]**   9/6

75/3 75/11 75/14
**downs [1]**   58/23
**draws [1]**   70/12
**drew [1]**   7/14
**drive [4]**   55/21
56/14 87/7 133/5
**driving [4]**   39/22
58/9 58/14 75/12
**drop [3]**   33/19
80/11 85/9
**dropped [2]**   7/24
79/23
**Dude [2]**   57/5
119/10
**dumb [1]**   11/20
**dumbass [2]**   62/11
62/22
**during [13]**   34/7
48/14 67/1 100/2
100/18 106/9 108/2
117/10 122/18
122/25 124/16
128/16 137/11
**duty [1]**   73/25
**dying [1]**   102/7
**dynamic [2]**   15/19
135/4

**E**

**each [4]**   9/12 9/23
41/9 99/24
**earlier [9]**   13/18
15/5 15/12 15/25
36/25 38/7 53/11
68/18 116/7
**early [9]**   34/20
35/13 37/7 61/12
63/3 80/15 81/1
94/24 106/8
**ease [2]**   95/9 115/1
**easier [3]**   12/18
58/17 88/14
**easy [7]**   24/15 25/2
25/2 36/25 59/17
59/22 73/23
**ECF [1]**   101/11
**economic [1]**   111/19
**ecosystem [1]**
121/13
**editing [2]**   23/23
23/25
**effect [3]**   33/17
33/22 57/2
**effective [1]**   56/8
**effectively [4]**
17/3 69/9 79/11
115/8
**effects [2]**   44/4
136/5
**effort [5]**   56/22
66/10 66/11 70/11
122/9
**eight [1]**   124/12
**either [20]**   6/22
34/3 35/7 37/22
40/2 59/13 59/14
61/11 64/1 64/11
74/23 75/4 75/9
75/21 81/9 82/22
107/23 107/24
122/15 124/2
**elapsed [1]**   25/18
**electric [1]**   29/8
**electrical [3]**

30/19 132/13 134/9
**electricity [2]**
37/1 37/18
**elements [1]**   30/20
**Elon [1]**   12/15
**else [2]**   43/25
45/21 52/21 53/14
63/7 65/8 74/17
89/11 120/19 128/15
135/18 135/24
**emoji [4]**   32/20
47/5 47/6 51/10
**emoji-type [1]**
51/10
**employed [6]**   98/9
100/25 108/2 110/19
110/21 111/12
**employee [2]**   4/1
100/22
**employer [3]**   98/16
98/20 108/15
**employment [11]**
98/13 99/25 100/1
100/11 100/13
100/18 102/10
109/18 110/2 110/8
112/5
**encouraged [1]**
117/9
**encouraging [1]**
128/8
**encyclopedia [3]**
67/11 91/3 106/16
**end [6]**   92/4 98/18
104/15 106/4 112/10
132/23
**energy [1]**   66/5
**enforcement [1]**
133/11
**engage [1]**   36/15
**Enjoy [1]**   14/21
**Enjoyers [1]**   54/4
**enough [1]**   28/7
**enter [4]**   6/18 6/20
68/19 90/7
**Enterprise [2]**   54/4
87/23
**Enterprise's [1]**
84/15
**enters [6]**   69/10
69/18 70/3 71/12
91/19 109/12
**entire [1]**   50/11
116/10
**entirely [1]**   72/23
**entirety [3]**   10/1
12/3 49/24
**entitled [6]**   30/11
30/19 38/25 54/5
57/12 139/9
**entry [1]**   107/1
**eotech [1]**   66/17
**equivocated [1]**
26/20
**era [1]**   70/19
**error [2]**   14/6 14/7
**especially [6]**   24/2
52/22 63/10 76/20
84/13 95/3
**Esquire [3]**   1/14
1/16 1/16
**essentially [6]**   4/5
13/4 20/25 112/13
131/10 131/13
**establish [1]**

145

**E**

**establish [1]**
101/15

**eSun [1]**   52/17

**et [5]**   55/23 63/13
70/19 79/4 95/3

**even [16]**   25/22
37/2 56/11 63/13
65/14 65/15 65/21
66/5 67/2 71/1
73/12 75/21 89/11
90/20 105/10 106/10

**evening [2]**   75/15
80/20

**eventually [1]**   66/3

**ever [21]**   4/15 7/6
15/13 17/23 18/4
21/15 29/2 36/17
59/12 69/8 98/13
98/20 118/4 118/7
118/10 119/18
120/21 125/11 127/6
137/20 138/5

**every [1]**   61/1

**everybody [1]**
121/20

**everyone [7]**   19/5
24/2 34/3 34/12
34/18 34/19 73/11

**everything [12]**
25/11 30/23 31/12
47/7 53/1 53/11
53/14 56/25 65/10
74/17 88/9 122/7

**evidence [2]**   67/3
130/7

**ex [1]**   107/8

**exact [3]**   85/3 98/1
104/23

**exactly [6]**   29/14
37/14 63/23 64/11
68/22 116/21

**examination [10]**
3/4 99/1 99/2 99/19
113/16 114/4 133/22
135/3 136/24 137/18

**examine [1]**   101/14

**example [3]**   84/10
119/8 130/4

**excellent [1]**   41/16

**except [2]**   63/9
85/5

**exception [1]**   70/21

**excerpt [10]**   1/10
49/24 49/25 50/3
83/11 92/24 97/18
97/19 138/17 139/7

**excerpts [4]**   81/21
81/24 92/20 95/20

**excited [2]**   123/22
133/16

**exclusive [1]**
137/13

**exclusively [4]**
80/2 128/19 128/20
136/25

**excuse [7]**   49/9
82/9 83/18 92/10
96/15 131/25 135/23

**excused [1]**   138/15

**exercise [1]**   129/15

**exhibit [70]**   7/17
8/5 9/8 9/16 10/8
10/16 12/24 13/24
17/7 17/15 17/17
18/6 18/25 19/16
20/10 21/6 21/6
22/24 23/15 23/16
22/24 24/15 25/17
26/4 29/24 29/25
30/1 30/14 35/15
35/21 36/19 39/3
39/16 41/14 42/11
44/11 48/7 48/20
49/12 50/1 50/23
51/7 53/3 54/1
54/19 54/22 64/22
72/17 76/1 76/10
78/3 78/18 80/5
82/13 86/3 89/20
92/4 93/23 95/23
96/1 96/15 96/23
106/25 122/4 135/15
135/16 135/23

**Exhibit 101 [2]**
7/17 8/5

**Exhibit 102 [2]**   9/8
10/8

**Exhibit 103 [1]**
10/16

**Exhibit 104 [1]**
13/24

**Exhibit 105 [1]**
17/7 17/15

**Exhibit 106 [1]**
18/6

**Exhibit 107 [1]**
18/25

**Exhibit 108 [3]**
19/16 20/1 21/6

**Exhibit 109 [1]**
21/17

**Exhibit 110 [1]**
22/13

**Exhibit 111 [1]**
22/24

**Exhibit 112 [1]**
23/16

**Exhibit 113 [1]**
25/17

**Exhibit 114 [1]**
30/1

**Exhibit 115 [1]**
35/15

**Exhibit 116 [1]**
35/21

**Exhibit 117 [1]**
36/19

**Exhibit 118 [2]**
41/14 135/23

**Exhibit 119 [2]**
44/11 135/16

**Exhibit 120 [1]**
48/7

**Exhibit 121 [1]**
48/20

**Exhibit 122 [2]**
49/12 50/1

**Exhibit 123 [1]**
50/23

**Exhibit 124 [2]**
51/7 86/3

**Exhibit 125 [1]**
53/3

**Exhibit 126 [1]**
54/1

**Exhibit 127 [1]**
54/22

**Exhibit 130 [2]**

**Exhibit 131 [1]**
6/1

**Exhibit 132 [1]**
76/10

**Exhibit 133 [1]**
78/3

**Exhibit 134 [1]**
78/18

**Exhibit 135 [1]**
80/5

**Exhibit 140 [2]**
89/20 92/4

**Exhibit 142 [1]**
93/23

**Exhibit 143 [1]**
96/1 96/15

**Exhibit 144 [2]**
95/23 96/24

**Exhibit 18 [1]**
24/17 24/19

**Exhibit 25B [1]**
39/3

**Exhibit 44 [1]**
30/14

**Exhibit 47 [1]**
29/24 29/25

**exhibits [5]**   68/6
90/14 97/5 116/7
117/7

**existed [1]**   134/11

**exit [2]**   68/19 91/7

**exited [1]**   96/1

**exits [6]**   67/13
69/10 69/19 70/3
91/6 106/19

**expenses [2]**   4/22
4/23

**expensive [1]**   84/12

**experience [2]**
19/10 72/9

**experiences [1]**
83/24

**experiment [1]**   52/6

**explain [1]**   113/6

**expose [1]**   102/9

**exposed [3]**   67/5
90/21 106/11

**exposure [2]**   101/16
101/23

**expressing [1]**
125/10

**extent [1]**   98/7

**extract [1]**   82/2

**extremely [1]**   65/23

**extremism [1]**   98/14

**F**

**face [8]**   32/25
53/15 54/10 54/15
55/12 69/9 69/12
70/12

**fact [5]**   55/19
63/12 75/24 81/15
82/6

**facts [3]**   67/9 91/1
106/14

**failing [1]**   73/1

**fails [2]**   23/8 23/9

**failure [7]**   22/22
23/7 33/25 38/3
38/7 45/19 121/23

**failures [2]**   116/23
127/13

**fair [5]**   28/7

**fall [1]**   35/9

**falling [1]**   53/11

**familiar [5]**   3/8
16/23 42/12 71/20
71/21

**family [6]**   15/23
46/20 62/12 62/14
73/11 89/13

**Fans [2]**   21/21 36/3

**far [7]**   39/25 43/10
64/24 69/16 75/11
101/19 118/10

**fast [1]**   72/11

**FBI [40]**   1/18 1/18
3/23 4/1 4/4 4/8
4/15 6/17 6/21 7/4
99/7 99/8 99/15
100/2 100/19 109/18
110/3 110/8 110/9
110/13 110/13
110/16 110/23
111/10 111/25
112/10 112/23 114/6
122/24 123/2 123/13
126/23 127/14 128/3
131/7 131/13 131/15
131/21 137/20 138/5

**fear [2]**   70/18
73/21 74/13

**feat [1]**   124/21

**featherweight [1]**
84/16

**February [3]**   34/11
34/20 35/11

**fedded [1]**   40/6

**federal [6]**   1/24
100/20 100/22
111/12 111/16
139/16

**fee [1]**   65/16

**feel [7]**   55/22 62/7
63/14 73/19 74/5
80/21 89/12

**feeling [1]**   76/18

**felon [2]**   46/11
46/15

**felonies [1]**   65/8

**felt [4]**   73/25 95/5
96/6 116/1

**female [1]**   123/21

**fertile [1]**   11/19

**few [16]**   43/23
51/18 54/6 56/18
57/1 62/16 64/2
64/7 74/20 79/7
81/7 83/23 84/3
88/12 89/22 95/12

**Fi [1]**   82/21

**Fifteen [3]**   39/1
67/12 67/20

**fifth [1]**   58/1

**figure [5]**   31/19
94/5 94/17 128/11
130/5

**Figured [1]**   80/9

**file [10]**   8/6 9/16
9/17 9/21 9/22 14/4
14/6 14/7 14/8
14/12

**file-sharing [4]**
8/6 9/16 9/17 14/7
14/23 127/13

**files [1]**   12/20

**filing [1]**   107/8

**116/16 116/20**

**final [1]**   124/25

**finally [1]**   72/15

**find [13]**   26/12
32/5 43/12 58/16
58/18 79/6 107/4
110/8 114/13 115/20
123/18 127/15 128/7

**fine [9]**   53/15
69/19 75/3 78/12
78/17 81/6 87/1
87/14 94/7

**finish [3]**   71/23
120/1 120/2

**finished [4]**   55/5
129/14 129/17
130/24

**finishes [1]**   87/10

**fire [3]**   57/13
72/15 87/4

**firearm [2]**   119/22
136/20

**firewalls [2]**   59/1
97/3

**first [22]**   7/9 7/14
8/1 8/14 12/4 17/13
20/11 37/12 47/2
51/1 52/5 55/21
60/18 63/15 63/25
65/17 72/12 72/14
101/25 116/5 116/8
117/18

**fit [7]**   79/6 79/9
79/12 85/1 85/3
85/4 121/13

**five [10]**   6/5 38/14
57/4 68/10 89/25
94/12 94/17 96/12
96/17 104/24

**fixing [1]**   46/9

**Floor [1]**   1/24

**Florida [2]**   62/8
64/8

**focus [2]**   56/8
56/13

**focused [1]**   126/17

**folks [1]**   44/15

**follow [4]**   11/7
37/22 38/1 38/2

**followed [4]**   12/19
14/4 14/10 47/5

**following [17]**
15/24 19/7 20/21
26/18 33/4 37/21
50/7 68/16 90/10
98/5 100/5 101/8
105/3 109/24 120/8
120/9 136/4

**forecast [1]**   108/24

**foregoing [1]**   139/7

**foregrip [3]**   84/17
84/17 85/23

**form [1]**   20/23

**formal [1]**   113/14

**format [1]**   139/9

**former [1]**   108/15

**forms [1]**   18/2

**forth [4]**   5/9 5/23
76/7 77/25

**forum [1]**   17/2

**forward [1]**   97/21

**forwarded [3]**   21/20
22/17 26/2

**forwarding [3]**
22/16 36/2 36/4

**found [1]**   65/2

**F**

**Founder [1]** 1/14
**four [8]** 4/10 4/11
4/19 32/11 38/14
40/24 57/25 113/24
**fourth [1]** 19/25
**frame [1]** 36/14
**frankly [1]** 70/9
**free [2]** 75/6 81/1
**freezing [1]** 33/19
**fret [1]** 57/3
**friend [12]** 11/17
15/8 18/11 46/19
51/12 55/24 59/3
77/17 87/8 97/11
99/23 112/2
**front [1]** 132/21
**fuck [2]** 25/6 82/20
**fucked [2]** 76/20
82/21
**fuckers [1]** 40/16
**fucking [8]** 19/24
38/13 41/16 47/17
65/18 65/20 66/17
72/4
**full [8]** 31/15 42/1
42/3 42/8 42/20
43/15 72/22 72/22
**fully [3]** 57/25
59/5 97/13
**fun [2]** 24/15 73/24
**function [2]** 72/15
93/3
**funny [1]** 46/5
**further [7]** 44/8
48/3 59/25 85/10
98/25 133/20 138/13
**future [1]** 130/3
**Futurist [5]** 11/9
11/13 11/13 21/21
36/3

**G**

**Gab [1]** 11/7
**gain [1]** 117/13
**gallery [1]** 69/10
**game [1]** 41/18
**Gardening [2]** 38/16
38/25
**gas [2]** 72/13 72/14
**gathered [1]** 133/10
**gave [9]** 25/13
32/25 38/14 38/19
49/1 49/5 81/2
119/21 123/21
**gay [3]** 14/9 26/12
28/4
**gen [1]** 79/11
**general [2]** 6/19
70/23
**generally [4]** 15/19
35/7 127/4 134/8
**generated [1]** 108/1
**generation [1]** 79/3
**gentlemen [4]** 66/25
90/18 106/6 106/18
**geolocation [1]**
63/14
**Gerstell [1]** 1/19
**get [53]** 13/16 15/7
16/9 18/6 20/8 22/3
23/10 25/3 26/21
31/7 31/19 31/24
40/6 41/25 42/8
43/12 45/18 45/23

46/12 46/17 50/13
46/22 47/17 47/23
49/12 54/2 57/23
66/3 66/11 68/12
73/6 73/17 75/6
75/10 77/15 80/15
82/12 84/13 84/17
85/19 94/6 94/25
99/16 102/2 109/7
110/18 111/17
115/23 122/10
127/24 135/20
137/21 138/6
**gets [4]** 34/12
34/19 34/21 37/19
**getting [7]** 57/25
62/19 72/15 74/19
84/12 90/2 102/9
**GIF [1]** 47/9
**girlfriend [2]** 72/4
76/21
**give [12]** 14/16
26/11 58/9 58/14
61/11 81/7 89/25
94/5 94/12 98/1
105/12 127/21
**given [8]** 56/7 71/6
101/12 102/11
123/17 126/15 131/7
131/18
**giving [5]** 119/17
126/25 127/2 132/6
132/8
**glancing [1]** 86/23
**Glock [5]** 84/4
88/14 93/19 93/21
124/20
**go [39]** 4/5 5/1
7/20 9/12 9/23
10/23 14/24 18/16
20/1 20/11 24/6
26/11 32/16 33/8
33/15 51/20 56/11
61/22 61/25 63/7
64/24 68/14 70/10
76/7 80/14 87/3
88/2 88/4 88/5
97/21 99/6 101/20
102/13 107/14 117/6
125/17 128/10
133/17 137/12
**goal [3]** 11/2 37/18
63/4
**goes [3]** 8/1 80/20
123/20
**going [84]** 7/17 9/8
9/12 11/3 12/23
13/6 14/14 15/22
17/7 17/12 17/22
18/13 18/16 18/16
20/11 21/5 21/8
21/23 22/9 22/24
24/17 28/6 30/17
31/6 32/12 35/15
36/19 37/8 37/20
38/8 40/22 42/21
44/1 46/17 50/10
53/3 58/15 59/19
61/20 61/25 65/8
65/15 66/3 68/6
70/21 71/3 72/1
72/11 72/23 76/22
77/10 80/17 82/21
84/13 87/2 87/9
88/17 90/13 92/22

92/24 93/8 93/13
96/22 99/21 99/22
96/25 100/4 101/1
106/7 109/3 109/8
113/11 114/21
117/23 118/14
125/16 125/25 126/7
131/10 131/12
132/25 133/3 133/5
133/7
**golden [1]** 45/12
**Goldstein [11]** 1/14
67/18 68/1 101/19
101/21 101/25
104/17 109/3 109/14
111/7 138/15
**gone [3]** 69/16
73/17 77/24
**gonna [5]** 12/12
87/15 95/12 107/17
135/25
**good [53]** 3/6 3/7
11/17 12/5 12/7
18/11 19/8 31/25
34/25 41/23 41/23
42/7 42/10 42/25
45/4 49/4 51/5 51/5
52/1 52/2 52/2
52/10 52/23 53/10
53/14 55/5 55/17
56/20 58/21 65/23
74/25 76/15 76/16
79/5 79/6 80/9 81/3
83/23 84/5 84/17
85/5 85/18 86/16
89/2 89/22 90/18
94/8 94/23 96/8
96/12 99/4 99/5
132/16
**Google [6]** 31/20
32/7 40/9 40/11
40/12 58/13
**Googled [1]** 115/20
**got [37]** 15/23
26/13 28/16 31/2
32/14 36/23 36/24
41/21 42/23 42/23
43/5 43/5 46/14
46/15 47/17 48/23
53/13 58/20 60/25
63/11 65/14 65/19
66/16 70/6 76/20
78/9 78/10 79/6
80/12 80/17 80/25
82/24 88/6 88/17
89/22 110/24 120/6
**gotcha [2]** 56/24
114/3
**gotta [4]** 43/12
80/15 87/5 90/3
**gotten [1]** 73/23
**government [17]**
38/4 49/21 50/10
60/9 67/17 81/23
82/2 83/11 83/18
93/6 96/24 100/12
100/22 102/10
110/20 110/21
130/15
**government's [126]**
7/17 8/5 9/8 10/7
10/16 12/23 13/6
13/24 14/14 14/25
16/18 17/7 17/15
16/18 17/17 18/25

19/16 20/1 21/5
20/22 21/11 21/21
21/21 22/7 22/9 22/19
23/16 24/17 24/19
24/23 25/17 27/1
28/5 28/20 29/7
29/23 29/25 30/1
30/14 30/18 30/24
31/14 32/12 33/15
35/15 35/21 36/19
37/15 38/10 38/22
39/2 39/4 39/5
39/10 39/11 39/13
40/1 40/17 41/14
42/20 42/11 42/17
43/20 44/11 44/23
45/7 46/2 48/7
48/20 49/9 49/12
49/23 50/1 50/18
50/23 51/7 53/3
54/1 54/19 54/22
55/13 58/15 58/24
60/17 61/20 61/25
62/1 64/22 71/5
71/19 72/1 72/17
76/1 76/10 76/10
77/11 78/3 78/18
79/20 80/5 82/16
83/11 85/12 86/3
86/11 86/19 88/23
89/20 92/4 93/3
93/11 93/14 93/23
94/19 95/23 96/1
96/15 96/21 96/23
96/25 97/15 97/18
134/13 135/15
135/16 135/21
135/23
**Government's 103 [2]**
12/23 13/6
**Government's 106 [1]**
18/17
**Government's 108 [1]**
21/8
**Government's 113 [1]**
28/20
**Government's 114 [1]**
29/7
**grab [1]** 30/1
**graphic [1]** 33/23
**great [8]** 34/7 42/9
42/19 45/10 70/14
85/8 108/19 124/25
**greater [3]** 33/17
33/22 109/7
**greatest [2]** 28/23
34/2
**greatly [2]** 44/3
136/5
**green [3]** 11/25
12/2 24/24
**grid [7]** 23/5 23/6
23/8 34/2 38/19
54/6 57/12
**grip [7]** 79/8 79/8
79/12 84/4 84/17
88/10 89/17
**ground [1]** 11/19
**group [41]** 3/12 5/8
5/15 5/17 5/19 5/20
5/24 5/24 6/1 6/7
6/24 7/6 7/9 7/12
8/10 10/18 14/1
15/18 15/23 18/8
18/22 19/2 19/10

19/10 19/11 23/11
35/23 53/24 54/23
54/24 54/24 87/21
116/10 117/11
117/14 118/21
118/22 119/3 134/25
135/4 135/4
**groups [1]** 11/20
**grow [1]** 72/24
**guarantees [1]**
69/12
**guard [1]** 84/14
**Gucci [1]** 51/20
**guess [6]** 52/3 63/7
65/15 75/19 82/21
117/3
**guidance [1]** 132/6
**gun [7]** 46/17 47/17
55/9 57/12 79/24
89/4 89/18
**guy [6]** 18/13 18/14
40/6 43/15 47/2
47/4
**guys [5]** 7/24 11/10
19/21 42/7 54/15

**H**

**ha [22]** 34/9 34/9
38/15 38/15 38/16
38/16 46/7 46/7
56/17 56/17 56/23
56/23 61/1 61/1
83/6 83/6 87/19
87/19 96/8 96/8
96/11 96/11
**ha-ha [11]** 34/9
38/15 38/16 46/7
56/17 56/23 61/1
83/6 87/19 96/8
96/11
**had [52]** 4/22 5/21
7/15 9/19 9/21 10/2
14/8 15/13 21/8
28/3 28/4 32/8 36/5
36/6 36/12 45/22
46/11 49/13 53/10
61/16 61/17 62/7
65/10 65/11 66/15
72/12 72/13 72/14
75/19 77/24 77/24
83/22 83/24 86/15
95/20 111/15 112/5
117/4 118/4 118/11
120/23 121/5 121/8
122/18 125/2 126/4
128/4 128/18 129/20
131/9 131/12 135/18
**hadn't [1]** 66/7
**Hail [1]** 19/5
**half [8]** 26/2 26/3
26/6 35/14 65/21
65/21 68/25 87/18
**halfway [1]** 89/13
**Halloween [3]** 35/17
35/20 35/22
**hand [10]** 62/17
79/9 84/14 88/10
95/7 107/25 108/18
129/17 130/22
130/24
**hand-guard [1]**
84/14
**handing [1]** 129/15
**handle [4]** 84/13
85/24 88/7 89/10

**147**

# H

handler [1]   17/22
handwritten [1]
  128/24
hang [1]   43/13
happen [3]   46/3
  66/7 76/22
happened [3]   16/10
  57/13 82/20
happens [1]   111/4
happy [4]   18/23
  19/5 24/1 35/17
hard [11]   23/21
  46/16 46/24 56/17
  58/7 58/11 58/25
  59/5 62/19 97/3
  97/12
has [28]   11/4 17/1
  17/2 19/19 26/15
  26/16 27/22 31/4
  34/13 34/19 56/7
  57/21 58/22 59/7
  66/5 73/22 73/25
  74/4 84/9 84/18
  93/3 101/12 107/3
  108/22 117/15 121/7
  126/14 128/14
hasn't [1]   16/10
have [110]   4/8 4/18
  6/10 9/5 9/6 11/1
  15/3 16/6 18/4
  23/21 24/15 25/6
  27/2 27/10 30/4
  31/19 33/6 35/13
  44/15 49/13 52/13
  53/21 55/17 56/8
  57/1 57/8 58/25
  59/11 59/25 61/17
  61/22 62/15 64/2
  64/3 64/12 64/13
  65/8 65/8 65/15
  65/16 66/10 66/12
  68/3 68/5 68/9
  68/20 69/2 71/2
  71/4 71/6 72/6 72/9
  72/11 72/22 74/1
  74/2 74/3 74/7
  74/14 74/16 74/20
  75/5 75/6 77/3
  81/15 81/19 84/23
  84/25 84/25 85/8
  86/15 86/24 87/7
  87/8 90/14 91/20
  92/14 93/20 95/5
  96/9 97/3 97/25
  98/3 98/6 98/16
  99/7 101/24 102/1
  102/8 106/6 106/23
  106/24 107/8 107/25
  118/8 118/22 120/13
  124/10 125/13
  125/16 126/1 126/2
  128/18 128/25
  129/14 130/8 130/16
  132/20 136/8 138/13
haven't [6]   12/10
  53/18 73/9 73/23
  73/25 130/7
having [6]   66/9
  74/24 101/21 128/4
  129/19 133/9
he [117]   7/15 7/16
  11/17 12/20 15/12
  15/16 18/21 19/8
  19/19 23/24 24/2

25/9 25/14 25/25
  30/20 30/23 30/6
  34/8 35/23 36/14
  36/17 37/6 38/8
  40/7 40/7 40/15
  41/2 41/7 41/19
  43/8 43/15 43/19
  43/22 43/24 44/3
  44/6 46/21 51/9
  51/11 51/14 52/7
  56/6 58/11 64/7
  66/18 69/3 69/10
  69/17 69/18 70/3
  72/3 99/23 102/10
  102/11 108/2 108/24
  110/2 110/7 110/9
  110/12 110/13
  110/15 110/16
  110/19 110/20 111/1
  111/1 112/7 112/8
  115/5 115/8 115/9
  115/11 115/11
  115/13 115/25
  115/25 117/3 117/4
  117/5 117/6 117/11
  117/18 117/24 118/8
  118/10 118/22
  118/22 118/25
  118/25 119/1 119/7
  119/11 119/12
  119/13 119/17
  119/17 119/18
  119/18 119/21
  119/25 121/2 121/13
  121/14 122/2 123/20
  128/7 128/14 128/14
  132/6 132/8 132/10
  132/17 132/18
  132/22 135/9 136/4
he's [13]   18/14
  19/8 20/25 22/17
  69/9 69/11 70/11
  70/11 70/12 102/11
  119/4 121/15 128/13
head [3]   65/19 69/8
  69/9
headed [1]   101/21
hear [11]   19/8
  45/10 52/2 56/20
  60/25 61/2 63/5
  73/2 83/5 102/4
  102/5
heard [5]   67/3
  96/14 101/21 120/25
  135/3
hearing [1]   67/16
hearsay [1]   112/19
heat [4]   34/3 34/13
  34/19 37/12
heaven [1]   43/14
heavily [1]   117/8
held [12]   20/21
  26/18 50/7 68/16
  71/14 90/10 91/11
  100/5 101/8 105/3
  109/24 139/8
hell [3]   15/1 40/2
  47/15
help [14]   16/2 24/1
  28/1 38/15 46/9
  46/10 46/25 47/20
  61/6 61/14 64/25
  65/7 72/18 73/7
helped [1]   23/22
helpful [4]   21/20

52/18 65/2 92/6
helping [1]   55/23
  74/6
her [32]   47/18
  51/18 53/21 56/4
  56/4 56/11 56/12
  56/16 64/10 64/14
  64/18 65/14 65/18
  65/18 65/19 74/12
  74/24 82/8 82/10
  96/5 124/11 125/8
  125/9 125/10 125/14
  125/25 126/4 126/7
  126/13 126/13
  126/14 135/13
here [57]   8/5 9/2
  10/17 12/18 13/7
  13/12 13/25 14/21
  15/3 16/17 16/21
  17/8 17/14 17/23
  18/7 20/2 20/15
  22/6 22/14 22/25
  29/7 34/21 35/16
  35/25 42/18 43/14
  44/12 48/8 48/21
  49/9 50/24 51/8
  54/2 54/23 60/9
  60/17 62/11 62/12
  62/22 71/4 75/10
  76/2 76/11 78/4
  80/6 80/9 83/3
  86/22 87/24 88/23
  93/17 94/9 96/14
  107/7 108/20 132/16
  132/20
Here's [2]   40/20
  94/16
hereby [1]   139/6
Hey [11]   7/24 48/11
  53/8 54/8 60/21
  60/22 81/11 82/20
  99/16 117/5 127/6
high [5]   23/7 24/10
  24/13 63/7 95/5
high-voltage [1]
  24/13
highlighted [3]
  17/15 36/8 49/8
highway [3]   44/17
  44/19 58/22
him [39]   11/22 18/1
  18/4 18/15 19/5
  19/22 30/4 41/11
  45/2 47/3 64/7 68/5
  68/6 68/25 69/2
  69/7 70/12 100/13
  101/14 102/4 102/9
  115/2 116/23 116/25
  119/5 119/8 119/16
  120/15 120/23
  121/11 121/14
  122/10 122/20
  122/23 123/21
  127/21 127/24
  127/24 132/18
his [38]   11/14
  24/25 26/8 26/10
  29/3 40/7 40/15
  41/1 44/3 44/19
  45/16 61/19 69/7
  69/9 69/20 70/2
  70/11 72/4 100/13
  101/13 102/10 108/6
  108/25 109/1 110/2
  110/3 110/3 110/5

110/8 115/5 115/7
  115/23 115/24 117/7
  117/8 118/25 120/15
  121/12
hit [4]   28/9 80/9
  129/1 133/7
hitting [1]   28/13
Hmmm [1]   62/7
Hoffman [8]   52/4
  52/7 83/21 85/21
  85/22 86/4 86/5
  86/6
hold [4]   12/18 56/5
  116/13 137/5
hole [2]   64/24
  89/12
holes [1]   28/22
holster [7]   85/7
  85/8 85/9 88/7
  93/21 93/22 124/20
Holy [1]   41/7
home [3]   16/12 94/9
  96/8
homes [1]   34/4
Homonculus [1]   16/1
homunculus [92]   7/7
  7/9 7/14 7/23 8/16
  8/19 10/11 10/13
  10/20 11/4 11/5
  11/6 11/12 11/16
  11/21 12/5 12/9
  12/12 12/16 13/9
  13/22 14/2 14/9
  14/18 14/23 15/2
  15/6 15/8 15/11
  15/11 15/12 15/13
  16/6 16/9 16/12
  16/16 16/20 17/13
  17/23 17/23 18/12
  18/14 18/18 18/19
  18/23 19/3 19/7
  19/21 19/24 20/5
  20/25 21/24 53/6
  53/24 53/24 54/9
  54/14 54/25 86/10
  97/9 98/7 114/9
  114/14 114/17 115/1
  116/18 118/20
  120/21 122/10
  122/18 125/5 126/6
  126/14 127/7 127/9
  129/1 131/24 132/1
  132/2 134/3 134/24
  135/13 135/14
  136/17 136/23
  137/14 137/21 138/6
  138/8
honest [2]   65/2
  96/6
honestly [2]   12/10
  56/21
Honor [35]   3/3
  26/22 50/6 54/16
  67/19 67/25 68/2
  69/22 69/24 71/16
  90/7 90/13 91/8
  91/16 91/22 92/1
  98/25 100/8 100/12
  101/6 101/10 102/1
  102/4 102/8 105/7
  106/21 107/18 108/4
  109/15 125/19 129/7
  137/6 138/3 138/13
  138/16

110/8 115/5 115/7
  121/12
HONORABLE [4]   1/11
  91/13 107/20
honored [1]   73/7
hook [1]   43/18
hope [1]   11/1
hopefully [3]   30/14
  39/2 74/23
hoping [1]   74/22
hospital [1]   73/13
host [2]   8/7 14/13
hosted [1]   8/6
hour [5]   68/5 68/11
  68/25 77/4 91/4
hours [6]   39/24
  43/23 80/12 92/17
  124/12 124/14
house [1]   90/3
how [49]   4/8 4/18
  5/4 8/21 9/13 15/19
  18/15 20/8 22/3
  23/5 25/18 27/8
  30/11 34/6 41/3
  41/20 45/4 50/3
  55/18 60/22 60/24
  62/18 63/5 65/20
  66/18 68/3 72/3
  72/23 73/19 74/5
  74/14 76/18 76/22
  80/19 85/23 98/16
  99/7 99/8 101/19
  101/21 104/22
  105/10 107/16 127/4
  127/21 133/3 135/7
  135/12 136/16
however [4]   4/20
  69/20 113/13 120/14
huge [2]   59/15
  88/17
human [5]   3/23 3/25
  4/9 110/22 113/4
hundred [2]   104/24
  105/1
hurry [1]   88/17
Husher [1]   91/10

# I

I'd [18]   35/8 35/9
  45/24 47/2 66/1
  72/10 73/7 74/3
  74/16 80/9 84/17
  84/19 85/6 87/3
  116/21 118/1 123/3
  124/12
I'll [42]   9/23
  10/22 14/17 16/12
  20/1 23/15 24/23
  26/11 28/3 30/12
  30/13 31/19 39/11
  40/12 41/3 41/25
  42/19 42/24 43/12
  50/17 56/11 56/12
  56/21 70/17 75/6
  75/15 78/14 80/21
  80/23 81/1 88/9
  88/12 88/16 88/18
  88/19 91/9 94/13
  95/13 105/11 107/6
  115/1 137/11
I'm [136]   7/17 7/20
  8/23 9/8 9/12 11/3
  11/10 12/23 14/21
  15/16 16/12 17/7
  17/12 17/22 18/16
  18/16 20/11 21/5
  21/23 22/9 22/24

## I

**I'm... [10]**   1/10
26/9 29/9 30/25
30/25 31/6 34/16
35/15 36/19 36/25
37/8 37/16 37/20
37/21 39/10 39/22
40/22 43/9 43/14
43/21 44/18 44/20
51/5 51/5 51/5 51/5
51/15 53/3 55/3
55/7 55/8 55/14
55/17 56/1 56/4
56/21 57/22 58/2
58/5 59/19 60/23
61/20 61/25 63/17
64/1 65/15 65/23
66/6 71/3 71/4 72/1
72/10 72/23 72/23
73/2 73/4 74/6
74/18 74/22 74/25
75/4 75/4 75/17
75/18 77/10 78/18
79/9 80/11 81/3
83/3 84/13 84/20
84/24 85/1 85/5
85/18 86/18 86/21
87/2 87/16 87/17
88/17 90/2 92/22
92/24 93/13 94/8
94/11 94/19 95/25
96/8 96/21 96/23
97/17 97/21 98/12
100/8 101/1 102/4
105/7 107/4 108/14
108/18 109/3 110/15
110/16 111/17
115/16 121/6 125/11
125/12 128/24
128/25 132/20
135/16
**I've [20]**   4/20 4/22
18/13 24/25 52/5
52/12 53/13 57/1
58/20 61/2 63/11
64/6 72/7 72/8 74/4
83/23 88/6 95/3
95/13 107/23
**Ian [1]**   1/14
**ID [2]**   51/2 60/12
**idea [6]**   12/6 56/4
111/17 115/25
122/19 125/10
**ideas [3]**   11/20
115/5 115/7
**identical [1]**
107/12
**identification [1]**
102/3
**identified [1]**
46/15
**identifier [2]**
27/14 27/17
**identifiers [1]**
6/11
**identify [2]**   4/6
114/16
**identifying [3]**
100/10 101/17
101/23
**identity [5]**   105/11
105/11 108/6 108/14
121/13
**ideology [1]**   115/9
**idiots [1]**   12/16

**ignored [1]**   81/10
115/20 116/4/7
27/4 87/5 87/6
87/16 87/19 114/22
122/2
**illness [1]**   125/2
**image [7]**   12/20
13/3 29/21 29/25
32/15 33/7 87/20
**images [7]**   7/15 8/7
9/15 12/13 12/18
13/4 15/2
**imagine [1]**   65/20
**impact [3]**   45/17
66/10 123/25
**impactful [2]**   46/6
74/3
**impeachment [1]**
108/21
**implications [1]**
68/21
**implied [1]**   117/8
**implying [1]**   119/12
**important [5]**   29/16
30/7 40/3 56/19
74/19
**impossible [1]**   85/8
**impression [1]**
123/21
**inches [1]**   84/20
**incident [1]**   126/21
**incidents [1]**   45/6
**inclined [1]**   68/8
**include [2]**   8/19
36/20
**including [2]**   70/20
100/11
**incorrect [1]**   17/4
**independent [3]**
67/9 90/25 106/14
**INDEX [1]**   2/1
**indicated [4]**   21/9
77/24 92/5 92/12
**indicating [1]**
20/15
**individual [14]**
12/17 15/2 20/10
22/15 44/9 46/15
48/1 60/7 66/10
99/20 108/25 127/12
135/22 136/9
**individually [2]**
12/13 135/5
**individuals [5]**
49/16 105/15 124/3
126/21 136/13
**indulgence [7]**
54/16 54/20 82/12
98/23 133/24 135/16
138/11
**influenza [1]**   71/1
**informant [1]**   99/9
**information [31]**
22/18 36/20 39/8
39/16 97/6 100/10
101/17 101/24
105/13 107/3 115/23
115/25 119/5 119/7
119/9 121/15 121/19
122/11 122/12
122/23 123/14 127/2
127/7 127/8 127/10
127/23 128/3 128/5
131/16 131/19
135/21

**information in [1]**
107/24 108/15 109/2
**infra [1]**   22/21
40/18 40/20 41/10
94/16 96/17
**infrastructure [2]**
24/3 115/20
**initial [1]**   123/5
**initially [4]**   65/10
128/7 128/9 136/19
**initiated [2]**   95/18
112/14
**initiates [1]**   43/6
**initiatives [1]**
42/9
**inner [1]**   85/7
**inquire [2]**   104/17
110/1
**instance [4]**   8/24
19/14 86/17 120/3
**instead [2]**   10/23
53/12
**instructions [1]**
67/4
**intend [1]**   74/7
**intended [1]**   132/2
**intention [1]**   102/1
**intentional [1]**
123/11
**interact [6]**   5/4
11/22 13/16 27/4
60/6 114/13
**interacted [2]**   18/1
60/7
**interacting [1]**
22/8 138/9
**interaction [4]**
5/21 13/21 17/13
26/25
**interactive [1]**   5/9
**interest [2]**   8/18
102/8
**interested [3]**   6/22
99/11 124/24
**Interesting [1]**
10/25
**interests [1]**   69/14
**internet [5]**   67/10
91/2 106/15 107/4
116/4
**interpreted [1]**
95/8
**intervening [1]**
81/15
**introduced [1]**
125/8
**intuition [1]**   94/24
**investigation [9]**
67/9 90/25 98/21
106/14 114/1 121/8
122/25 128/16
132/23
**invited [1]**   6/24
**involved [4]**   99/17
110/9 122/10 122/20
**involvement [1]**
98/18
**irregular [1]**
113/14
**is [297]**
**isn't [7]**   33/6
43/21 56/16 73/18
82/21 110/14 121/19
**issue [8]**   59/13
70/9 101/12 106/6

107/24 108/15 109/2
**issues [5]**   89/10
67/6 90/22 106/12
108/19
**it [293]**
**It'll [1]**   106/17
**it's [70]**   3/12 6/4
6/4 11/16 11/7 13/5
15/22 17/2 20/18
21/1 21/13 22/19
22/19 23/9 25/2
34/11 34/18 34/20
37/2 37/5 37/25
40/19 42/18 47/4
47/18 52/10 52/12
55/22 57/2 57/3
57/19 58/7 58/11
58/19 58/20 62/12
64/11 64/13 65/7
65/16 65/23 70/13
71/20 72/12 75/21
76/4 76/5 77/4 77/7
77/7 80/24 83/6
84/9 84/12 84/13
85/7 85/9 87/1 87/5
87/6 88/15 94/20
99/19 106/22 107/1
107/15 110/13 119/5
121/20 134/7
**item [1]**   9/22
**items [1]**   41/3
**its [7]**   30/20 44/4
58/22 91/2 105/10
109/5 136/5
**itself [5]**   14/17
51/19 55/15 66/13
88/10

## J

**JACKSON [10]**   1/10
2/5 3/8 26/25 92/3
98/9 99/4 109/17
111/10 134/1
**JAMES [2]**   1/11
42/15
**JANUARY [15]**   1/11
2/2 37/7 48/9 51/9
61/12 61/23 61/23
77/20 80/8 85/14
93/17 98/1 124/9
124/10
**January 12th [3]**
48/9 61/23 61/23
**January 16th [1]**
77/20
**January 17 [1]**   80/8
**January 20th [1]**
51/9
**January 21st [1]**
85/14
**January 26 [1]**
93/17
**Japanese [1]**   53/9
**Jencks [7]**   105/14
106/20 107/9 107/12
107/23 107/25 108/7
**Jewish [1]**   73/20
**JKB [1]**   1/5
**job [4]**   62/11 62/23
101/4 112/12
**join [1]**   6/25
**joining [1]**   43/6
**joint [2]**   66/9
66/11

**Jonathan [1]**   1/19
**JP [1]**   1/16
**jotted [2]**   128/21
129/1
**JP [2]**   84/15 87/23
**Judge [2]**   50/9
107/10
**judgment [1]**   69/16
**Judicial [1]**   139/10
**jumbled [2]**   37/19
37/25
**June [4]**   7/11 9/5
17/16 74/22
**June 2022 [1]**   9/5
**June 2nd [1]**   17/16
**juror's [1]**   70/8
**jurors [1]**   70/6
**jury [18]**   67/12
67/13 67/24 71/9
71/11 71/12 91/5
91/6 91/15 91/7
91/18 91/19 106/17
106/19 109/10
109/11 109/12
121/22
**just [81]**   7/19 7/20
7/24 9/14 12/14
12/14 15/7 18/13
20/13 23/9 23/25
24/13 25/9 28/10
28/10 30/8 30/22
34/14 45/1 45/17
47/7 47/21 49/24
50/11 55/8 55/22
56/13 59/17 59/23
60/25 65/14 65/17
66/12 69/1 69/7
69/24 72/12 72/13
74/9 74/9 74/23
75/7 77/22 79/6
83/6 84/9 84/10
86/21 87/1 87/7
89/12 89/15 94/12
94/23 95/5 95/13
96/7 96/20 99/12
102/12 105/7 107/4
108/13 108/22
113/23 113/25 115/1
116/9 121/19 123/15
123/24 123/24
125/16 125/25
129/11 129/19
133/24 137/11

## K

**Kali [40]**   76/13
77/12 78/7 78/23
83/15 83/20 84/7
86/18 86/20 87/22
88/16 89/10 89/24
90/6 92/9 92/11
92/12 92/13 92/15
93/18 93/24 94/3
94/7 94/12 94/15
94/21 95/18 96/3
98/4 118/17 120/6
120/10 124/6 125/6
132/24 133/13
133/17 135/12 137/1
137/9
**Kali1889 [3]**   76/3
76/7 81/16
**keep [3]**   16/22
54/14 74/6

## K

**Keeping [1]**   41/20
**keeps [1]**   63/17
63/23
**kept [1]**   75/21
**kick [1]**   47/21
**kidneys [1]**   73/1
**kids [3]**   62/15
62/20 63/10
**kids' [1]**   89/13
**kikes [1]**   19/24
**kind [7]**   7/1 8/9
68/23 68/24 87/14
95/9 133/24
**kit [4]**   52/18 52/21
55/8 85/22
**knew [8]**   45/21
65/21 86/9 87/3
99/24 134/8 134/10
135/18
**know [75]**   6/4 6/25
9/23 18/12 18/15
20/16 25/18 25/21
27/8 27/25 32/21
33/4 38/16 38/18
39/5 39/14 43/8
43/14 43/17 43/25
44/15 45/24 46/1
46/8 54/8 54/14
55/11 58/1 58/4
59/23 62/15 62/18
63/18 65/1 66/5
68/23 69/18 70/12
72/1 74/5 75/13
76/23 77/22 78/6
78/11 79/15 80/19
80/23 81/7 84/11
86/25 87/5 87/12
94/23 94/24 95/1
97/1 102/12 116/21
116/21 118/10
118/24 119/3 128/8
128/12 128/21
128/22 129/1 129/1
129/12 132/20
132/21 134/1 135/25
136/13
**knowing [1]**   76/22
**knowledge [2]**   116/6
118/4
**known [2]**   64/6
136/8
**knows [2]**   11/16
73/10

## L

**lack [2]**   99/8
113/19
**ladies [4]**   66/25
90/18 106/6 106/18
**language [1]**   117/8
**laptop [8]**   8/13
8/14 8/25 9/3 13/15
13/16 32/6 36/7
**large [1]**   111/15
**largely [1]**   128/18
**larger [2]**   33/9
108/9
**last [12]**   4/19
13/10 48/12 52/17
61/24 63/3 74/1
77/14 92/3 92/5
92/10 105/12
**late [3]**   35/13 37/7
61/12

**lately [1]**   12/4
**late [1]**   85/16
**latest [1]**   41/20
75/23 81/14 88/16
88/18 128/22 128/22
**latest [1]**   74/23
**latitude [1]**   127/4
**latter [2]**   35/14
127/4
**law [11]**   1/19 1/19
67/4 67/9 79/16
86/25 87/5 87/13
90/25 106/14 133/10
**lawyer [2]**   129/17
130/25
**lawyers [1]**   106/7
**laziness [1]**   65/17
**lead [5]**   38/2
101/16 101/23 102/2
136/11
**leader [2]**   11/16
36/12
**leaders [1]**   11/17
**leading [4]**   136/10
137/15 137/23
137/24
**learn [5]**   121/14
123/2 134/20 135/12
136/16
**learner [1]**   94/11
**least [10]**   27/7
47/2 56/18 68/5
106/17 117/9 130/2
131/8 131/11 131/15
**leave [5]**   32/25
80/21 90/3 95/14
127/4
**led [1]**   48/17
**left [7]**   39/18
72/23 74/8 92/3
92/5 109/17 112/5
**leg [1]**   85/9
**legal [4]**   66/13
106/6 117/25 125/21
**legit [2]**   47/7
53/10
**Lemme [1]**   39/21
**length [3]**   70/14
84/1 108/22
**less [1]**   29/18
**lesson [1]**   38/19
**let [37]**   8/8 8/14
9/23 9/25 17/13
28/25 30/13 32/5
32/5 39/2 39/5
39/13 42/11 43/17
44/15 45/24 49/12
65/1 66/11 75/20
76/10 77/22 78/11
80/19 80/23 81/7
82/12 85/18 89/4
108/13 108/13 118/3
119/2 119/4 120/1
129/12 134/13
**let's [11]**   17/17
29/23 42/3 46/3
68/14 71/9 74/13
75/1 99/6 110/18
111/3
**letter [1]**   63/14
**level [1]**   5/21
**lib [1]**   43/14
**license [2]**   74/19
75/6
**lie [2]**   87/15 95/12

**life [7]**   31/24
74/1 74/3 74/3
97/23 97/23 74/4
**lightweight [1]**
79/7
**like [58]**   4/7 5/10
6/11 10/23 11/18
12/11 12/17 14/4
14/17 15/22 15/25
19/25 23/13 31/11
34/2 37/9 39/4
41/8 42/8 42/9 47/2
47/14 47/18 53/16
55/22 58/20 58/22
59/12 59/23 62/7
64/15 69/1 70/15
73/25 74/12 74/16
84/16 84/17 84/19
85/6 89/12 89/25
94/1 94/4 94/12
94/24 95/4 96/12
111/2 111/22 118/24
126/14 129/2 130/3
131/14 132/12
132/21 134/2
**like 45 [1]**   94/1
**likelihood [1]**   23/7
**likely [4]**   33/6
61/22 101/22 105/11
**limit [1]**   101/15
**limitations [1]**
5/18
**limited [1]**   108/6
**limits [2]**   69/23
101/24
**line [11]**   24/11
24/13 33/18 37/17
42/22 57/15 57/16
102/15 102/15
105/18 105/18
**lines [5]**   13/17
25/4 28/13 57/25
97/10
**link [33]**   8/6 9/16
9/17 9/19 9/20
12/19 12/21 14/20
15/3 16/17 16/20
17/5 17/9 21/21
24/15 28/1 30/11
38/6 40/9 40/11
40/18 41/10 54/4
79/1 79/10 79/14
87/21 87/22 88/24
89/9 93/18 94/15
95/13
**links [9]**   11/11
12/14 79/23 88/5
89/4 89/11 96/16
96/17 121/15
**list [7]**   38/24 41/8
83/23 85/19 85/20
87/3 120/11
**listed [4]**   17/15
22/6 85/13 94/21
**listen [6]**   49/13
49/20 81/19 92/20
95/21 97/18
**listening [2]**   68/25
96/20
**lists [2]**   39/21
40/3
**litigated [1]**   70/13
**little [15]**   13/12
29/10 29/11 37/19
37/25 41/21 71/5

72/15 73/8 76/19
94/2 94/20 96/20
100/22 106/8
**live [6]**   61/8 62/5
72/23 86/24 87/17
90/3
**lived [3]**   87/13
87/14 87/18
**living [4]**   62/2
73/18 74/13 111/18
**LMAO [2]**   66/18
75/13
**LMFAO [1]**   40/16
**locate [1]**   114/13
**located [1]**   36/21
**location [2]**   32/8
40/15 53/16 119/20
128/12
**locations [9]**   20/13
37/16 37/22 37/23
96/13 96/19 116/24
119/9 119/16
**locked [1]**   19/12
**logistically [1]**
55/4
**logo [1]**   11/8
**Lok [6]**   79/4 84/14
84/22 84/23 84/24
88/7
**LOL [15]**   12/15
43/15 47/4 47/14
60/23 61/2 61/7
62/7 63/6 63/16
75/22 86/16 94/11
95/6 95/9
**Lombard [1]**   1/24
**lone [2]**   64/2
125/25
**lone-wolf [1]**   64/2
**lonely [1]**   43/14
**long [16]**   4/8 48/25
50/3 56/5 61/3 63/5
65/7 72/4 72/23
73/4 74/14 83/10
90/4 98/16 107/16
121/8
**long-term [1]**   63/5
**longer [1]**   106/18
**look [31]**   13/13
23/10 26/12 28/18
31/11 31/20 33/23
39/4 39/12 39/21
40/8 57/5 58/13
59/1 67/10 71/21
91/1 94/10 94/16
97/4 106/15 114/21
119/10 119/12
119/14 129/11
129/16 130/16
130/19 131/14
132/21
**looked [2]**   119/13
134/2
**looking [16]**   26/11
26/13 39/5 41/7
44/20 44/24 44/25
54/12 55/8 57/22
114/5 114/18 123/2
129/15 131/8 131/19
**looks [8]**   13/12
14/4 29/16 40/13
47/14 58/20 83/23
89/22
**loop [1]**   31/21
**loose [1]**   123/15

**lose [1]**   41/19
**loser [1]**   90/3
**lost [3]**   81/14 82/6
82/17
**lot [10]**   11/20 41/2
52/13 55/3 65/4
72/8 82/24 95/2
122/9 124/11
**Lots [1]**   34/6
**Loud [1]**   102/6
**love [3]**   41/7 45/17
73/21
**Lovely [1]**   45/10
**Loving [1]**   53/9
**lower [10]**   51/1
51/19 79/6 79/11
79/12 79/24 83/22
84/3 85/21 88/10
**lowers [1]**   72/7
**lunch [5]**   68/7 68/8
68/10 90/19 91/4

## M

**M-Lok [6]**   79/4
84/14 84/22 84/23
84/24 88/7
**made [17]**   15/8 33/5
35/11 53/12 64/3
66/20 68/18 69/20
74/1 76/24 84/3
84/24 113/14 123/24
124/7 124/8 130/14
**magazines [3]**   79/14
79/25 85/1
**magnifier [1]**   65/19
**mags [5]**   79/15
85/16 86/25 87/4
88/6
**main [3]**   84/10
84/18 84/20
**mainly [1]**   119/5
**maintain [1]**   35/23
**major [2]**   23/25
58/22
**make [30]**   4/1 7/16
7/18 7/24 9/6 13/1
14/5 17/10 22/22
42/8 46/3 47/7
56/25 57/2 65/21
65/25 67/8 70/15
70/17 74/7 76/22
82/10 88/8 90/25
106/14 116/3 116/5
124/5 130/4 136/20
**makes [1]**   77/18
**making [7]**   42/19
47/15 47/15 49/6
70/11 102/11 132/12
**Maldeis [1]**   92/7
**man [7]**   24/4 42/3
42/9 47/15 51/17
51/22 51/25
**manage [1]**   66/18
72/3 74/2
**manipulations [1]**
65/3
**manually [3]**   77/2
77/6 77/7
**many [8]**   15/19 41/3
47/9 73/10 75/20
85/23 104/22 135/7
**map [18]**   22/20
22/21 28/18 32/7
40/18 40/20 41/9
41/10 57/5 57/23

**M**

**map... [8]** 94/16 94/16 96/17 119/10 119/12 119/13 119/14
**maps [7]** 31/20 36/6 40/9 40/11 58/13 58/16 58/19
**March [1]** 139/12
**mark [1]** 97/22
**MARYLAND [23]** 1/1 1/25 43/16 43/19 43/21 43/25 44/9 61/8 62/2 66/13 85/18 86/24 87/6 87/14 87/18 118/5 118/7 118/11 135/22 135/25 136/13 136/19 139/6
**mask [11]** 68/19 68/23 68/24 69/1 69/3 69/18 69/18 70/3 70/20 70/24 71/4
**masks [5]** 47/9 70/1 70/6 70/16 71/3
**Mason [1]** 42/2
**mass [2]** 33/8 33/12
**massive [1]** 73/21
**matching [1]** 79/11
**material [3]** 52/16 107/25 108/7
**materials [2]** 98/2 120/13
**matter [1]** 139/9
**matters [1]** 67/16
**max [2]** 37/18 43/23
**maximize [3]** 45/17 55/18 123/25
**may [26]** 15/10 26/14 27/21 30/4 41/6 50/5 68/12 71/4 77/11 90/7 91/7 91/23 100/3 104/17 109/14 112/20 118/8 118/8 120/2 129/7 129/8 129/9 130/21 137/16 138/2 138/15
**maybe [13]** 12/7 12/14 25/22 38/19 39/22 40/12 62/8 77/16 80/20 80/20 84/16 102/6 110/18
**me [126]** 6/22 8/8 8/14 9/23 9/25 14/16 16/2 17/13 19/24 28/25 30/13 30/17 31/24 32/4 32/5 32/5 38/19 39/2 39/5 39/13 40/13 42/11 42/19 43/17 44/15 45/24 46/25 49/9 49/12 52/23 56/7 58/9 58/14 60/18 60/21 61/5 61/18 62/15 63/13 63/15 65/1 65/9 65/25 66/5 66/11 68/20 68/24 70/7 72/5 73/4 73/9 73/11 74/5 74/6 74/25 75/3 75/20 76/10 77/22 77/22 78/9 78/11 80/10

80/19 81/7 81/7 82/12 82/12 84/1 85/17 85/19 86/22 87/15 88/5 89/4 89/25 90/6 92/10 92/13 93/18 94/5 94/9 94/12 95/9 96/15 96/19 99/21 102/5 102/11 107/11 108/13 108/13 109/21 115/13 117/4 117/11 117/18 118/3 119/11 119/1 119/2 119/4 119/19 120/14 120/15 120/16 120/18 124/7 125/8 125/11 126/5 126/11 128/5 128/7 128/8 128/10 128/14 129/12 131/25 132/6 132/13 132/21 134/13 135/9 135/23
**mean [14]** 36/10 56/13 58/12 72/25 77/7 94/24 96/8 101/3 110/1 118/23 118/25 119/11 127/8 127/9
**meaning [1]** 73/6
**meaningful [2]** 74/2 74/4
**means [5]** 24/10 24/12 24/14 36/11 73/12
**meant [5]** 66/6 68/23 68/23 69/1 73/25
**meantime [1]** 72/24
**medical [1]** 71/2
**meet [7]** 17/23 45/1 47/2 63/12 73/5 75/9 120/21
**meeting [4]** 5/2 68/9 75/1 75/4
**mega [4]** 14/4 14/7 14/12 14/21
**mega.nz [1]** 14/11
**melt [2]** 24/10 24/12
**member [7]** 5/13 7/6 42/1 42/8 42/20 43/15 46/20
**members [1]** 5/24
**membership [1]** 6/7
**meme [2]** 33/7 46/5
**meme'g [1]** 95/5
**memory [2]** 86/16 130/16
**mentally [5]** 55/4 56/5 76/20 76/21 77/15
**mention [3]** 43/24 63/13 135/24
**mentioned [6]** 59/4 59/4 59/10 84/4 97/11 126/10
**Merit [1]** 139/4
**message [68]** 5/7 6/4 10/25 11/5 11/6 12/4 13/8 14/6 14/7 15/5 15/25 16/14 18/19 21/20 22/16 22/17 24/24 25/10 26/10 27/10 31/9

35/9 36/4 36/25 37/24 38/4 39/2 44/19 44/24 45/3 45/16 47/13 51/10 52/20 55/2 55/3 58/10 58/16 58/18 60/18 62/2 62/6 62/14 62/22 63/6 63/9 63/22 64/5 64/10 64/14 65/6 74/12 74/24 76/16 77/2 77/5 78/9 79/18 79/22 81/2 83/20 84/7 96/5 116/7 136/5
**messaged [1]** 49/2
**messages [12]** 5/11 6/3 6/4 16/19 29/3 35/3 77/1 77/3 77/3 87/2 115/14 135/17
**messaging [2]** 3/12 3/13
**messed [2]** 78/9 78/10
**Metcalf [1]** 10/23
**Michael [1]** 1/16
**Mid [1]** 26/10
**Mid-Atlantic [1]** 26/10
**middle [2]** 32/13 41/18
**might [15]** 13/13 25/6 30/22 31/12 46/8 46/8 53/12 54/12 70/24 73/9 78/14 107/8 113/13 128/18 132/16
**mil [1]** 7/24
**mile [1]** 29/18
**miles [1]** 87/18
**milled [2]** 72/7 84/9
**millimeter [2]** 85/5 88/15
**milling [1]** 72/12
**mind [2]** 34/1 75/12
**mine [9]** 12/2 12/2 15/8 18/11 28/8 38/7 52/13 72/14 75/7
**minimally [1]** 109/1
**minute [5]** 58/9 58/14 77/4 94/5 97/22
**minutes [26]** 6/5 25/21 35/9 38/13 48/23 49/3 50/4 67/12 67/20 68/11 77/4 81/7 81/14 83/10 89/21 89/25 91/4 91/5 94/1 94/4 94/13 95/14 96/9 96/9 106/17 107/18
**mirrored [1]** 39/8
**misinterpreted [1]** 71/5
**miss [3]** 25/2 25/4 27/24
**missed [4]** 34/5 48/22 58/10 92/10
**missing [1]** 80/22
**mission [1]** 56/7
**misstatement [1]** 137/2

**mistake [1]** 62/11
**mixed [1]** 83/24
**model [6]** 85/2 85/3 85/3 88/15 93/21
**molded [1]** 79/12
**mom [1]** 89/24
**mom's [1]** 75/5
**moment [4]** 15/17 58/9 58/14 90/19
**money [5]** 4/18 46/14 46/16 56/17 66/6
**monitor [1]** 10/11
**monitoring [3]** 10/13 22/8 138/8
**months [7]** 25/22 41/12 62/16 65/17 72/16 72/22 127/11
**more [29]** 5/8 11/20 25/20 28/23 33/12 42/10 43/12 46/6 51/19 52/13 55/21 64/2 65/2 65/25 68/3 71/6 72/12 84/10 85/4 87/9 95/2 109/4 121/14 123/3 125/5 127/6 127/8 127/10 127/22
**morning [7]** 3/6 3/7 63/3 66/24 76/15 80/19 122/8
**Mornings [1]** 12/4
**most [9]** 27/10 30/7 37/18 38/24 56/18 65/22 74/7
**mostly [4]** 42/4 45/4 55/14 64/15
**mother [1]** 40/16
**mother's [3]** 65/13 66/1 66/4
**motion [2]** 70/14 107/1
**move [4]** 54/21 64/8 97/21 109/8
**moved [2]** 62/11 62/22
**movement [1]** 47/13
**moves [1]** 47/16
**moving [2]** 57/19 62/8
**Mr [4]** 2/6 2/6 3/5 121/25
**Mr. [33]** 3/8 20/24 21/2 26/25 66/23 67/16 67/18 67/24 68/1 68/18 71/15 90/12 91/15 91/25 92/3 98/9 99/4 100/7 101/19 101/20 101/21 101/25 104/17 105/5 109/3 109/14 109/17 111/7 111/10 115/23 117/23 134/1 138/15
**Mr. Aubin [13]** 20/24 21/2 26/23 67/16 67/24 68/18 71/15 90/12 91/15 91/25 100/7 101/20 105/5
**Mr. Goldstein [10]** 67/18 68/1 101/19 101/21 101/25 104/17 109/3 109/14

111/7 138/15
**Mr. Jackson [8]** 3/8 66/23 92/3 98/9 99/4 109/17 111/10 134/1
**Mr. Russell [2]** 115/23 117/23
**Ms. [1]** 92/7
**Ms. Maldeis [1]** 92/7
**much [26]** 4/18 23/9 25/18 31/22 31/24 34/21 46/6 51/19 52/25 56/16 57/1 63/13 63/14 65/2 66/5 66/10 68/3 72/14 73/8 73/24 74/1 74/5 74/22 108/19 129/16 130/23
**multi [1]** 17/17
**multi-page [1]** 17/17
**multiple [4]** 22/11 30/8 45/18 55/25
**murder [1]** 65/23
**must [2]** 23/24 67/2
**mutual [1]** 77/17
**my [117]** 4/24 6/15 6/15 12/4 12/4 15/11 17/17 18/19 22/9 23/19 26/5 29/17 32/9 33/11 33/11 33/18 37/4 37/21 37/21 37/23 38/22 40/15 43/7 44/5 44/14 44/15 44/18 44/24 45/3 45/9 45/13 51/17 51/22 51/24 52/5 52/20 54/20 55/2 55/3 55/9 56/17 56/19 56/22 57/19 58/4 58/18 60/3 62/6 62/11 62/12 62/14 62/14 62/22 62/22 63/6 63/10 63/22 64/5 65/3 65/4 65/6 65/13 66/1 66/4 66/16 66/16 67/3 69/16 69/25 69/25 72/3 72/21 73/1 73/6 73/11 73/13 73/22 73/24 73/25 74/4 74/19 75/5 75/6 75/7 75/18 76/20 77/15 79/9 80/11 82/10 82/21 84/7 84/18 85/8 86/22 87/18 88/1 89/13 89/13 93/3 93/24 94/2 101/4 107/14 112/11 115/21 116/6 119/7 119/15 123/13 125/13 126/20 130/16 131/5 131/17 132/4 134/13
**mylar [9]** 24/9 24/10 24/13 24/21 26/12 117/12 117/15 128/9
**myself [14]** 13/8 23/17 49/17 49/21 53/5 54/24 60/25

**M**

**myself...** [3] 30/23 75/14 95/14
76/13 78/6 78/22
119/14 129/2 131/12

**N**

**Nah** [1]   37/2
**name** [24]   6/12 6/15
7/12 7/22 20/9
21/12 21/19 22/1
22/5 27/2 27/13
27/16 48/1 65/13
66/1 66/4 66/13
72/20 75/7 86/9
109/5 111/14 114/15
119/20
**named** [2]   7/7
118/19
**names** [2]   6/14 27/4
**natural** [1]   95/6
**naturally** [1]   94/23
**nature** [9]   4/3 5/2
109/4 111/13 111/15
113/6 115/12 128/23
137/8
**Nazis** [1]   54/5
**near** [4]   24/13 29/5
38/17 62/5
**nearly** [1]   80/12
**necessarily** [2]
93/20 121/12
**need** [38]   6/8 14/12
16/9 28/9 30/22
33/1 46/9 46/10
51/18 52/6 55/10
59/8 65/24 66/12
72/24 74/14 77/15
82/24 87/3 88/7
88/8 88/14 89/11
93/20 93/21 94/5
106/21 106/22 107/4
107/14 115/23 117/7
123/3 127/6 129/16
130/5 130/23 133/24
**needed** [9]   5/1 5/1
11/1 41/22 54/6
64/25 65/7 127/23
131/21
**needs** [4]   14/9 24/2
46/21 61/5
**neither** [1]   73/24
**Neo** [1]   54/5
**Neo-Nazis** [1]   54/5
**nephew** [1]   66/16
**nephew's** [1]   76/20
**nervous** [1]   56/21
**never** [12]   25/1
26/13 63/12 63/25
64/12 64/15 95/4
95/5 117/5 122/19
126/10 131/17
**new** [7]   6/24 7/24
19/19 43/5 43/6
46/12 61/13
**news** [5]   45/14 67/5
79/19 90/21 106/11
**next** [36]   4/13 11/3
11/8 14/25 15/10
20/16 20/16 20/17
20/18 24/6 25/8
30/10 40/10 41/8
57/15 63/3 71/15
73/3 73/15 74/17
74/20 79/13 79/14
79/17 79/20 80/16

82/25 84/1 85/2
90/1 90/7 95/11
131/12
**nice** [3]   34/9 38/9
63/6
**night** [7]   48/12
55/22 61/24 63/3
77/14 86/23 88/17
**nine** [2]   50/4 58/3
**no** [56]   1/5 3/23
4/2 10/2 10/2 10/3
15/13 17/25 27/3
29/18 35/3 49/7
49/25 52/6 52/14
60/2 60/4 65/10
66/2 66/3 67/19
70/8 75/14 81/12
83/2 83/6 85/4
85/18 87/1 88/19
94/7 97/7 98/8
98/22 100/23 102/1
102/8 108/4 110/15
113/14 118/6 118/12
120/8 120/19 120/22
122/22 129/2 133/20
134/15 134/17 135/2
135/11 136/15
137/22 138/7 138/10
**Nobody** [1]   114/16
**None** [1]   67/17
**normal** [2]   34/12
34/19
**normally** [3]   37/6
64/1 95/8
**normies** [1]   12/7
**Norrisville** [1]
96/14
**north** [5]   21/21
36/3 57/13 58/1
62/9
**not** [111]   5/23 7/15
7/20 12/11 12/17
15/15 15/24 16/12
26/16 27/3 27/15
27/22 33/2 33/19
37/2 38/21 43/9
43/25 44/20 44/25
47/4 47/8 50/11
51/15 54/12 55/7
55/21 56/4 57/25
58/19 59/15 62/16
63/13 63/24 65/21
67/1 67/1 67/4 67/8
67/10 67/10 69/5
70/3 70/8 71/3
72/23 73/21 73/22
73/23 74/6 74/13
74/23 74/25 75/4
75/7 76/22 79/16
81/9 82/20 83/18
84/16 85/1 85/4
87/6 87/15 90/19
90/20 90/20 90/25
91/1 91/2 95/12
98/5 106/9 106/10
106/10 106/13
106/15 106/15 108/1
108/11 108/14
108/18 109/8 110/3
110/12 113/23
114/13 116/6 117/8
118/8 118/19 118/19
118/21 119/13
119/18 120/15

121/12 124/2 124/2
126/3 127/12 128/12
131/5 132/11 135/25
136/8 137/24
**note** [3]   69/24
130/4 131/12
**notes** [13]   1/22
128/17 128/24 129/3
129/5 129/13 129/21
129/25 129/25 130/3
130/13 130/20 131/6
**nothing** [9]   23/25
32/25 45/8 80/17
98/25 111/21 111/23
117/15 138/13
**notice** [5]   7/4
68/21 71/6
**November** [1]   35/22
**now** [66]   3/25 5/3
5/12 5/17 6/17 8/24
10/10 11/14 11/21
12/21 13/24 16/16
17/12 17/22 18/22
19/9 19/25 22/16
22/21 23/12 25/14
29/4 30/12 35/11
36/14 44/8 46/12
47/23 53/3 55/14
56/9 56/16 57/17
58/20 60/5 60/23
62/5 62/12 63/7
64/3 66/9 66/19
67/21 74/10 75/4
75/9 75/18 77/24
81/11 83/1 88/17
89/11 89/14 90/3
91/13 93/11 96/13
98/3 98/9 102/5
107/5 107/20 111/24
122/23 130/4 136/24
**NSRF** [4]   42/1 42/20
43/25 135/25
**nuked** [1]   14/11
**number** [8]   49/21
60/12 79/4 90/14
96/13 101/11 104/23
111/15
**numbered** [1]   85/20
**numbers** [1]   113/25
**numerous** [1]   123/17
**Nythra** [15]   60/8
60/10 98/4 118/17
120/7 120/10 124/6
124/21 125/6 126/19
135/12 137/9 137/12
137/12 137/13
**Nythra/Kali** [1]
137/9
**Nythra88** [11]   48/2
48/5 60/6 60/14
60/19 64/18 76/7
78/6 81/16 83/15
137/1
**Nythra88/Kali1889**
[1]   81/16

**O**

**oath** [1]   91/24
**object** [1]   50/9
**objecting** [1]   70/2
**objection** [22]
20/19 20/23 50/2
50/6 69/25 69/25
70/15 81/24 99/18

100/3 101/6 112/17
112/20 122/24 126/12
126/17 126/20 129/4
130/10 137/2 137/15
137/23
**observation** [1]
13/21
**observe** [2]   6/22
10/11
**observing** [1]   138/9
**obtain** [3]   131/16
131/19 131/20
**obtaining** [1]
123/14
**obvious** [2]   63/15
119/12
**obviously** [4]   63/20
64/6 79/6 113/9
**occasion** [2]   6/21
131/15
**occasions** [1]
123/17
**occur** [1]   19/14
**occurred** [2]   61/15
68/24
**occurring** [3]   35/5
35/7 35/12
**off** [21]   11/6 18/13
24/7 27/9 27/9
28/10 28/14 32/9
37/13 38/12 40/12
46/7 64/11 71/14
80/11 90/2 91/11
95/8 101/24 109/17
133/10
**offense** [1]   86/21
**offering** [1]   20/24
**office** [1]   106/24
**officer** [1]   91/10
**Official** [3]   1/24
139/1 139/16
**often** [1]   21/12
**oh** [10]   7/20 8/10
14/23 42/6 43/17
45/16 52/10 58/10
59/3 97/11
**okay** [72]   16/2 21/1
21/14 32/20 34/17
35/21 36/23 36/24
39/19 39/23 42/7
43/2 45/1 46/5
48/13 50/5 52/1
52/2 52/15 53/2
53/14 55/11 55/16
56/6 57/22 59/15
59/19 68/14 70/17
71/15 75/18 80/24
80/25 81/13 82/23
88/18 94/7 99/25
100/17 100/22 108/5
109/6 110/25 111/5
111/13 111/21 112/9
112/14 113/6 113/9
113/11 113/16
113/21 113/25 114/3
113/25 114/18 117/2
117/5 117/15 119/8
116/20 120/9 120/25
123/21 124/8 125/4
126/13 130/4 132/5
132/23 135/3
**old** [1]   75/18
**once** [15]   15/3
15/20 15/21 16/16
26/12 36/2 41/25

49/5 61/1 75/5
84/2 87/4 88/9
91/13 130/23
**one** [86]   3/20 3/20
5/6 5/10 5/10 9/12
9/12 9/23 11/17
14/18 17/3 24/25
30/8 31/4 33/1 40/8
42/18 42/24 43/8
46/4 46/12 46/17
47/5 52/5 52/17
57/8 58/1 58/2 58/5
58/7 58/11 59/3
59/4 59/4 59/5 59/7
62/17 63/25 66/3
66/15 70/16 72/12
73/23 77/1 77/2
77/4 77/13 79/8
83/2 84/3 85/8
85/20 86/22 87/9
88/6 94/18 95/18
97/11 97/12 97/12
97/21 98/17 99/15
106/24 107/15
107/15 107/25 111/2
113/1 117/11 118/25
119/1 119/21 120/3
120/10 120/19
120/23 120/25
124/14 124/25 130/2
130/2 131/8 131/11
131/15 132/4
**one-way** [1]   5/6
**ones** [7]   27/7 39/22
40/13 66/10 83/25
115/14 115/16
**ongoing** [1]   6/25
**online** [4]   4/5
10/14 18/12 114/21
**only** [20]   5/25
52/12 54/5 57/25
59/11 59/12 64/1
65/20 65/21 72/22
72/23 80/25 85/5
89/13 95/6 96/9
109/1 111/1 137/13
138/8
**Open** [5]   22/21
40/18 41/10 94/15
96/17
**opened** [2]   100/12
102/10
**openinframap.org** [7]
21/22 22/11 22/18
28/1 36/5 94/15
134/23
**operating** [2]   123/1
123/3
**opinion** [2]   56/19
109/1
**opportunity** [6]
34/5 49/13 68/20
81/19 95/21 101/13
**opposed** [3]   74/25
75/4 122/11
**opsec** [6]   45/12
45/16 55/18 64/12
75/2 94/22
**opticsplanet.com** [1]
87/22
**options** [1]   88/13
**orally** [1]   48/15
**order** [10]   47/12
57/19 87/2 87/8
100/9 100/10 107/13

# O

order... [1]
124/21 127/24

**order/print [1]**
87/2

**ordered [1]** 46/17

**ordering [2]** 88/6
88/19

**organic [4]** 7/1 7/3
114/7 114/10

**organically [1]**
123/5

**organization [1]**
105/15

**organizations [1]**
3/22

**original [2]** 14/21
36/6

**originally [1]**
123/3

**other [44]** 4/6 5/4
6/24 11/20 18/1
19/10 21/10 26/20
30/5 37/10 41/9
44/15 44/21 44/25
45/6 53/10 56/9
62/18 65/4 65/25
68/24 69/6 70/24
81/12 85/8 86/23
95/5 95/7 95/9
99/24 108/18 110/3
114/1 114/15 116/9
116/11 121/16
126/21 127/15
128/13 133/9 133/10
136/9 136/13

**others [5]** 7/1 43/8
54/13 59/18 69/20

**otherwise [1]** 19/12

**our [16]** 49/21
51/12 55/24 59/3
63/11 63/13 69/5
71/1 71/18 77/17
87/2 90/19 91/20
94/25 97/11 106/24

**ouroboros [34]**
19/19 20/7 21/15
22/2 22/7 22/17
22/22 23/2 23/3
23/13 23/18 23/21
27/5 27/19 27/20
31/16 34/16 34/23
35/23 36/1 36/2
36/12 36/15 48/4
48/15 49/18 60/3
61/17 61/18 61/24
86/9 86/9 118/20
121/25

**out [60]** 5/7 12/15
14/5 26/21 29/17
31/19 32/5 37/16
41/21 41/24 43/12
43/13 46/16 46/18
47/11 47/18 48/4
51/18 53/13 53/21
57/19 59/23 60/21
61/19 62/12 62/19
63/1 63/3 63/25
67/12 68/10 69/2
69/6 72/13 74/7
77/17 84/3 84/9
87/15 91/5 94/5
94/17 106/7 106/17
106/22 107/15 110/8
113/21 116/4 117/9

117/13 118/14

order... [1]
127/24 126/8 128/14
130/5 132/4 133/17

**outgoing [1]** 83/9

**outlet [1]** 134/10

**outright [1]** 117/8

**outside [1]** 67/16

**over [11]** 47/11
57/15 60/25 76/20
79/12 87/6 88/19
113/23 124/12
127/11 129/17

**over-molded [1]**
79/12

**overdo [1]** 59/24

**overpass [2]** 44/17
44/19

**Overruled [10]**
50/14 81/25 99/19
100/14 112/20
125/23 126/9 134/5
137/16 137/24

**overthinking [1]**
59/20

**own [6]** 3/21 73/24
115/21 122/24
125/13 126/7

**owner [5]** 5/6 5/20
6/1 14/19 16/4

# P

**p.m [8]** 91/6 91/14
91/14 91/19 106/19
107/22 107/22
109/12

**P80 [2]** 93/21 93/22

**pace [1]** 68/13

**page [203]**

**pages [7]** 12/25
87/24 101/11 106/22
107/17 108/11
108/12

**pages 5 [1]** 101/11

**paid [4]** 65/9 65/11
113/12 113/17

**pain [1]** 80/10

**Palmetto [4]** 79/1
79/10 79/14 79/23

**pants [1]** 85/7

**paper [3]** 128/18
128/21 130/24

**parameters [2]** 5/18
77/1

**paranoia [1]** 95/6

**paraphrasing [1]**
132/20

**parent [1]** 56/22

**parents [1]** 65/18

**part [24]** 6/25
25/25 26/9 28/10
32/14 36/4 49/16
50/11 53/18 55/20
55/21 57/7 58/25
59/8 65/18 80/2
87/17 89/18 92/10
97/3 117/20 122/4
126/20 130/9

**parte [1]** 107/8

**partially [2]** 71/18
108/9

**participant [1]**
108/24

**participants [6]**
67/7 67/8 90/23

90/24 91/2 106/13
117/23

participate... [1]
127/12

**participating [3]**
99/11 118/2 127/16

**particular [2]**
112/7 123/14

**parts [4]** 79/7
79/24 88/25 89/5

**Party [3]** 26/16
27/22 28/3

**pass [2]** 70/25
106/20

**Passed [1]** 63/3

**passionate [1]**
116/1

**past [2]** 91/5 108/1

**pause [2]** 30/13
91/16 95/25 96/23
97/17

**pausing [1]** 96/23

**pay [2]** 40/13 65/16

**payment [5]** 4/16
4/21 66/1 66/4
113/15

**PDF [9]** 7/24 13/1
14/12 14/16 14/20
38/16 38/18 38/25
40/6

**PDFs [1]** 8/7

**peace [1]** 73/4

**peak [1]** 34/5

**penetrating [1]**
33/12

**Pennsylvania [1]**
39/22 57/8

**people [29]** 3/19
6/1 10/23 14/11
15/19 19/11 37/11
37/18 41/19 43/5
43/6 46/16 47/18
47/21 52/13 63/18
71/2 73/10 73/10
95/2 104/22 116/9
116/11 116/15
118/15 121/17 127/16
128/13

**percent [3]** 46/1
55/7 65/16

**perfect [8]** 29/12
29/19 37/24 53/18
53/22 64/12 80/25
88/1

**perhaps [4]** 5/22
25/21 66/6 69/1

**period [2]** 81/15
71/3

**permit [2]** 70/23
71/3

**permitted [1]** 70/21

**person [29]** 6/21
17/24 27/8 34/14
45/25 46/8 47/24
56/6 61/5 61/24
64/7 65/22 65/24
70/22 72/14 74/18
75/9 96/7 112/2
114/15 118/3 118/19
120/21 121/2 123/9
124/6 134/23 136/19
138/8

**personal [1]** 101/23

**personally [5]**
11/17 52/13 101/17
122/21 131/9

**phase [1]** 108/25

philosophy [1]
54/22

**phone [31]** 4/24
4/24 8/12 9/2 13/15
13/19 18/14 32/5
35/8 50/19 50/20
65/4 82/1 82/5
83/14 89/24 90/2
92/23 92/25 93/2
93/5 93/7 93/10
93/12 95/3 95/24
96/19 96/22 97/16
97/23 124/12

**photo [5]** 10/18
29/9 31/15 32/4
40/21

**photograph [6]** 8/4
31/10 35/16 40/22
76/4 76/5

**photographs [6]**
10/2 10/14 29/5
32/8 35/4 35/6

**photos [3]** 9/14
29/8 132/10

**phrase [3]** 74/12
88/4 127/5

**physically [1]** 56/5

**pick [2]** 81/9 81/10

**picked [1]** 83/24

**picking [1]** 55/9

**picks [1]** 23/8

**pics [1]** 31/1

**picture [14]** 5/7
8/10 8/22 9/3 20/9
22/5 41/1 76/12
83/21 132/17 132/19
132/22 134/14
134/18

**pictures [9]** 5/25
8/7 8/25 31/4 32/9
44/2 44/6 136/3
136/6

**piece [1]** 128/21

**pissed [1]** 65/20

**pistol [1]** 93/21

**pit [1]** 87/4

**PLA [1]** 52/17

**place [8]** 21/10
22/19 25/5 27/24
53/12 61/10 70/20
76/21

**places [2]** 4/6
14/17

**Plaintiff [2]** 1/5
1/14

**PLAINTIFF'S [1]** 2/4

**plan [13]** 4/24
44/21 55/14 59/7
59/23 126/4 128/11
131/23 131/24 132/3
132/4 133/16 133/17

**Plane [1]** 5/1

**planned [1]** 128/12

**planning [12]** 28/24
44/25 62/8 74/14
77/16 101/20 118/7
118/9 118/10 124/17
126/6 136/9

**plans [2]** 45/22
135/19

**platform [1]** 60/6

**play [8]** 49/13
50/10 50/10 50/17
92/22 92/24 108/19

109/1

**playing [21]** 24/22
49/22 50/1 50/19
82/1 82/5 83/14
92/23 92/25 93/2
93/5 93/7 93/10
93/11 93/12 95/23
95/24 96/21 96/22
97/16 97/23

**please [20]** 14/3
16/3 40/25 44/14
53/7 56/15 57/6
60/20 67/15 68/15
69/24 72/2 76/14
85/15 86/21 91/9
91/20 106/20 109/13
112/21

**pleasure [1]** 73/24

**plot [1]** 124/17

**plum [1]** 130/16

**plumbing [1]** 134/10

**plus [2]** 12/17
36/25

**PMAGs [2]** 83/24
85/23

**pocket [1]** 113/21

**point [15]** 24/4
46/15 59/13 69/6
70/15 73/17 73/18
102/14 110/24
111/24 117/11
121/11 124/5 125/4
128/22

**pointed [3]** 115/11
116/18 127/12

**points [1]** 33/8

**pol [8]** 16/15 16/16
16/21 16/23 16/25
17/1 17/3 17/10

**policy [5]** 100/25
101/2 101/4 102/11
102/12

**politically [1]**
17/4

**popped [1]** 7/20

**populated [1]** 28/16

**portion [15]** 36/8
40/23 51/1 55/1
82/16 85/25 89/7
89/15 92/8 92/12
102/15 104/15
105/18 106/4 135/17

**portions [1]** 49/8

**position [5]** 100/25
10/2 110/3 110/4
110/6

**possess [1]** 87/6

**possible [3]** 74/22
79/8 85/7

**possibly [2]** 59/13
106/17

**post [35]** 5/22 6/2
8/2 12/12 12/13
12/14 12/25 13/3
13/4 13/4 15/4
15/12 16/11 16/17
16/20 17/9 17/10
18/11 22/10 23/1
24/7 24/8 24/20
24/25 25/13 26/3
26/6 28/8 36/6 54/3
54/8 54/9 70/19
135/5 135/7

**posted [12]** 6/4
15/3 16/20 28/1

**P**

posted... [also] 3/13
30/11 36/13 40/18
40/20 47/9 54/4
57/12

posting [10] 7/15
8/1 12/5 14/20
14/21 22/21 36/11
121/15 134/14 135/4

posts [3] 10/10
38/6 134/23

potentially [2] 4/6
105/15

power [9] 28/15
41/17 116/24 118/14
122/19 122/20
125/17 127/13
133/17

practically [1]
75/7

pre [1] 53/12

pre-made [1] 53/12

precise [3] 35/14
61/11 121/6

precisely [2] 14/5
28/11

preference [1]
55/10

prejudicial [1]
70/13

prematurely [1]
95/25

preparation [2]
49/20 81/18

prepared [1] 55/10

preparing [1] 55/4

present [3] 1/17
59/13 90/22

presents [2] 67/6
106/12

press [1] 50/17

pretend [1] 73/16

pretrial [3] 70/14
101/12 108/25

pretty [10] 34/21
36/6 51/20 52/25
58/21 63/15 72/7
73/22 87/16 108/6

previous [11] 9/16
10/25 18/19 26/3
26/8 28/8 35/3
37/17 37/21 49/18
136/5

previously [6]
31/16 37/4 61/21
79/23 101/24 108/2

Prewar [1] 53/9

price [2] 79/6 84/8

prices [2] 62/19
63/7

primary [1] 27/7

print [12] 38/8
52/16 55/6 55/9
84/2 84/4 85/6 87/2
88/10 106/22 107/15
107/17

printed [5] 52/5
72/6 83/21 85/21
85/23

printer [4] 38/14
42/23 83/22 106/23

printing [4] 51/11
51/20 53/12 83/22

prior [8] 35/2
71/23 96/2 109/18

---

110/3 110/5 110/12

private [21] 3/13
3/19 5/8 19/12
20/20 23/13 23/17
26/17 34/23 44/13
53/5 64/20 68/14
90/7 90/8 100/4
101/7 102/14 104/19
105/2 109/23

pro [1] 27/22

proactively [1]
123/8

probably [12] 37/7
38/14 40/4 43/3
54/14 55/17 59/17
59/20 68/7 88/14
92/6 107/18

problem [6] 49/7
69/2 69/12 75/15
81/12 94/7

problems [2] 52/14
70/22

proceed [1] 50/5

proceeding [1]
69/14

proceedings [2]
1/10 139/8

process [2] 69/7
74/18

procurement [1]
82/24

professionally [1]
98/11

profile [8] 20/3
20/9 21/10 21/25
22/5 50/25 60/10
76/3

progress [1] 126/22

promise [2] 74/2
74/6

promoting [2] 11/15
11/19

prop [1] 42/23

propaganda [1]
55/19

property [1] 62/20

protected [1] 40/4

provide [4] 89/4
97/6 128/3 128/5

provided [14] 10/2
32/15 105/14 106/25
107/2 107/9 107/12
120/11 120/17
120/18 121/19
121/20 122/12
130/15

providing [1] 119/4

provision [1] 69/19

proximity [1] 35/5

PSA [1] 85/20

PSI [1] 84/16

psychological [1]
65/3

public [6] 3/19
42/24 69/13 70/20
108/7 108/11

publication [1]
7/15

publications [1]
116/3

publicly [4] 115/18
116/6 132/8 132/11

pull [5] 25/4 27/24
46/7 100/8 107/6

---

pump [1] 119/8

pumping [1]
119/23

purchase [6] 60/9
65/24 66/1 72/5
93/18 136/20

purchased [1] 79/16

Purchasing [1] 4/24

purple [2] 31/8
31/12

purposes [2] 136/21
137/12

pursuant [1] 139/6

pursue [1] 127/21

push [1] 5/7

pushed [1] 63/12

put [10] 6/3 15/13
16/14 35/14 47/6
52/12 56/22 71/19
95/9 113/20

putting [3] 16/16
28/22 72/20

---

**Q**

qualification [1]
69/17

quarters [1] 11/18

question [27] 4/13
26/8 37/1 44/5 58/4
71/15 72/3 72/21
84/1 91/25 101/19
101/20 109/22 111/2
112/21 122/16
123/13 128/1 130/10
131/1 131/5 131/17
131/18 132/18 137/5
137/24 138/2

questions [32]
33/12 36/17 36/20
83/23 86/20 89/22
95/1 100/9 101/15
101/22 105/10 109/4
112/25 116/19
116/21 117/3 119/5
119/7 122/11 123/14
126/14 127/2 127/13
130/13 130/14
130/14 131/5 131/6
131/7 131/16 131/20
133/20

quick [3] 86/20
86/21 89/17

quickest [1] 84/8

quickly [2] 80/14
129/11

quite [5] 14/5
15/24 63/17 70/9
122/8

quote [2] 11/4
138/6

---

**R**

rabbit [1] 64/24

Raccoon [24] 21/19
22/1 22/10 27/6
49/18 61/5 63/15
63/20 64/5 64/25
65/6 73/10 86/10
96/7 114/9 118/20
126/6 126/14 126/14
126/17 127/7 127/9
127/18 128/4

Raccoon's [2] 85/22
86/1

Radian [4] 84/12
85/24 89/8 89/9

---

Raider [2] 19/17
72/10

raises [1] 9/22

ramping [1] 132/25

randomly [2] 15/7
15/9

range [1] 38/13

Ranson [1] 1/19

rape [2] 18/10
18/11

Rape/Cameron [1]
18/11

Raptor [3] 84/12
85/24 89/9

rather [3] 13/15
66/1 72/10

reach [3] 48/4
61/19 63/25

reached [1] 60/21

read [73] 7/22
10/20 12/3 14/3
15/18 16/1 16/18
17/14 18/10 18/13
18/17 19/3 19/7
19/17 21/18 23/3
23/9 23/19 23/21
23/24 24/2 25/23
26/5 29/1 29/10
31/9 32/3 33/16
35/25 38/4 38/10
38/11 39/20 41/14
42/5 43/1 44/14
48/10 51/1 51/1
51/4 53/7 55/1 57/1
57/15 60/12 60/20
64/22 76/14 78/8
78/24 82/19 85/12
86/12 86/19 88/1
88/2 89/7 89/15
92/8 94/21 95/2
96/5 97/1 97/1 97/2
97/10 121/22 122/6
122/7 135/17 135/22
136/2

read to [1] 121/22

reading [18] 14/15
15/10 24/24 28/21
30/21 31/18 40/25
41/6 41/24 56/15
68/6 71/23 72/2
77/21 85/15 89/7
89/21 122/7

reads [1] 84/21

ready [8] 9/24 49/2
51/15 67/24 81/8
87/4 91/15 96/11

real [3] 31/24
80/14 86/20

really [18] 11/15
31/12 31/24 43/10
51/5 52/12 53/18
55/8 56/8 56/23
57/13 76/21 84/18
108/18 108/22
123/22 125/4 128/8

Realtime [1] 139/5

reapply [1] 35/18

rear [1] 84/11

reason [7] 64/7
66/3 70/18 83/24
84/20 99/12 112/7

reasonably [3]
101/13 101/16
101/22

reasons [2] 63/16

---

72/10

recall [19] 4/18
71/7 71/9 7/12 9/4
9/20 25/20 25/22
35/11 35/19 41/11
48/1 61/9 97/24
98/7 120/15 122/3
122/7 137/9

recap [1] 85/19

receive [2] 4/15
75/24

received [2] 4/19
4/20

recent [1] 108/1

recently [2] 43/16
57/1

recess [13] 66/25
67/1 67/22 67/23
91/4 91/12 91/13
91/14 106/8 106/9
107/19 107/21
107/22

recognize [8] 9/10
9/13 10/7 12/25
17/18 17/20 24/8
78/19

recollection [8]
61/15 97/5 129/4
129/12 129/20
130/19 131/3 131/17

recommend [1] 85/19

recon [2] 55/18
133/3

reconvene [1]
107/19

record [8] 69/25
70/17 71/14 74/9
91/11 102/13 105/17
132/16

recorded [2] 49/10
92/15

recording [4] 49/14
49/16 49/24 60/14

recordings [1]
49/21

records [1] 108/23

recruited [5] 110/9
110/21 111/1 128/14
128/14

rectangles [1]
32/11

red [3] 31/8 31/11
40/24

redacted [2] 9/25
107/2

redactions [2] 10/2
10/3

Redirect [3] 2/6
133/21 133/22

reel [1] 27/23

refer [3] 116/19
117/7 120/13

reference [3] 7/18
7/21 28/2 35/11
40/22 42/19 43/19
66/21 76/24 86/4
86/5 86/6 96/24

referenced [6]
21/11 24/16 24/20
42/16 49/8 60/5

references [3]
22/22 96/13 105/14

referencing [1]
98/2

referred [2] 7/16

**R**

referred [26] 118/25
referring [4] 21/6 38/1 46/14 54/9
refers [2] 17/4 116/22
reflect [3] 68/20 74/10 90/5
refresh [5] 61/14 129/4 129/19 130/19 131/3
refreshes [1] 129/12
refunded [1] 65/15
refuse [1] 73/14
regard [7] 5/12 5/17 35/25 39/10 39/11 77/1 105/13
regarding [1] 121/22
regions [1] 23/6
Registered [1] 139/4
regulations [1] 139/10
reimbursements [2] 4/21 113/19
reinforcement [4] 52/18 52/20 55/8 85/22
Reisterstown [1] 96/14
relate [2] 67/7 90/23
related [3] 8/15 44/8 91/1
relates [1] 6/13
relationship [1] 99/7
relatively [1] 108/1
Relax [1] 59/22
release [1] 89/17
relevance [2] 108/19 134/4
relevancy [1] 109/2
relevant [3] 8/17 109/9 134/7
reliable [3] 52/11 72/11 72/19
reliably [1] 72/15
remain [1] 91/23
remaining [2] 53/24 102/14
remains [1] 27/12
remember [11] 45/12 61/12 62/9 62/23 89/11 119/11 119/21 121/23 124/8 130/17 131/8
remembered [1] 86/23
remind [1] 109/21
reminder [1] 129/2
remove [1] 75/20
repeat [1] 112/21
repenttotheprimitive [1] 6/15
rephrase [5] 109/22 122/15 128/1 136/11 137/5
replace [1] 33/5
replacements [1] 33/6

Replaying [1] 97/15
replied [144] 12/5 14/14 14/16 14/18 14/19 14/20 14/23 15/1 15/5 15/12 15/13 16/4 16/6 16/14 18/12 18/19 19/20 19/24 23/22 23/24 23/25 24/2 24/4 25/6 25/9 25/11 28/8 28/16 28/19 29/3 29/12 29/14 30/4 31/2 31/23 32/20 33/7 33/11 33/23 34/9 34/20 34/25 37/14 37/23 38/2 38/7 38/8 38/16 38/18 39/24 40/4 40/15 41/17 41/23 43/3 43/7 43/22 44/19 44/24 45/3 46/5 46/11 47/4 47/15 48/12 48/13 51/14 52/17 52/20 52/24 53/9 53/14 53/16 53/18 54/9 55/11 55/14 56/3 57/17 57/18 58/18 61/4 61/7 62/2 62/6 62/14 62/17 62/22 63/6 63/22 64/5 64/10 64/14 65/6 66/11 66/15 72/6 72/8 73/7 73/16 73/19 74/24 75/17 77/14 77/22 80/11 80/23 83/5 88/16 94/5 94/12 132/22
replies [4] 11/10 11/12 11/15 11/16 55/2 55/3 58/4
reply [4] 15/25 55/22 55/3 58/4
replying [15] 24/25 26/8 26/10 36/25 37/1 37/17 37/21 39/21 40/11 44/5 45/16 63/4 74/12 84/7 136/6
report [3] 65/14 66/2 79/19
reported [2] 1/23 139/8
Reporter [5] 1/24 139/1 139/4 139/5 139/16
reporting [1] 126/22
reports [5] 67/5 67/6 90/21 90/23 106/11
reposted [1] 14/11
represent [1] 96/16
request [6] 68/18 69/4 69/5 71/5 75/23 75/24
requested [1] 32/15 75/9
require [2] 6/10 75/9
requirements [1] 130/8
reread [2] 38/19 42/3
rerouting [1] 58/1

research [4] 30/23 70/6 98/13 98/23
researcher [2] 98/12 100/1
Reset [1] 23/21
resolve [1] 109/3
resolved [1] 95/13
resources [1] 74/3
respect [3] 3/16 69/20 117/12
respective [1] 76/7
respond [1] 96/2
responded [2] 11/6 77/14
responding [2] 10/25 116/25
response [8] 39/20 72/3 72/21 75/14 87/13 96/5 119/10 134/18
rest [2] 23/8 73/13
restate [1] 138/2
restocking [1] 65/16
restrict [1] 5/25
result [1] 10/10
resume [1] 91/23
reveal [1] 105/11
revealing [1] 108/14
review [4] 92/14 92/15 101/4 132/16
reviewed [3] 52/12 107/23 129/19
reviewing [1] 11/21
Revolution [1] 19/5
revolutionary [1] 11/19
rifle [11] 32/22 65/9 65/24 66/13 66/13 72/7 74/16 74/24 88/13 88/24 124/19
rifles [1] 86/24
right [67] 3/25 5/12 8/12 8/24 9/24 12/2 13/24 16/8 17/12 17/14 18/16 22/16 24/23 27/21 30/17 31/9 32/9 35/4 36/23 39/10 39/17 40/12 41/8 41/24 42/5 49/23 55/14 56/16 57/2 59/7 59/16 60/23 61/9 61/25 62/5 64/3 66/9 66/19 68/12 69/13 71/7 72/13 75/4 77/24 81/11 89/11 90/16 92/14 93/13 96/23 97/14 97/17 98/3 107/5 107/6 107/16 108/8 111/3 114/3 117/20 119/10 119/23 124/5 124/14 127/19 132/15 132/23
ringing [1] 83/6
riots [1] 11/1
rise [5] 67/21 71/11 91/18 107/20 109/11
risk [3] 55/21 64/13 64/13

RMR [2] 1/23 139/16
role [8] 27/9 118/21 118/22 118/23 119/3 126/20 127/15 127/17
roll [1] 25/3
Ronda [3] 1/23 139/4 139/16
room [1] 6/7
rough [2] 47/19 61/4
round [2] 33/12 85/16
rounds [4] 52/13 86/25 133/9 133/9
Rule [1] 130/8
ruled [1] 101/24
ruling [2] 101/12 101/18
run [3] 42/23 44/22 45/4
running [2] 72/10 123/15
rural [1] 58/21
RUSSELL [7] 1/7 18/23 19/4 60/1 115/23 117/23 133/16
RWBC [7] 7/13 16/4 16/11 18/9 19/2 19/20 19/22

**S**

sabotage [1] 128/9
sad [1] 47/17
safe [4] 25/12 42/24 63/17 63/23
safer [1] 72/19
safety [2] 64/1 64/10
said [225]
said/questions [1] 95/1
same [25] 10/3 10/4 22/4 26/6 27/8 27/12 37/20 40/20 44/1 45/18 60/7 63/24 69/19 78/6 79/23 81/24 87/21 94/20 96/6 116/16 128/14 136/1 136/4 136/14 137/14
sanctions [1] 111/20
satellite [1] 106/24
satisfied [1] 130/8
save [2] 12/20 56/17
saw [7] 7/9 26/3 31/16 35/7 35/10 108/10 117/10
say [18] 8/1 10/22 14/9 24/9 36/8 59/5 62/18 63/11 97/12 108/13 115/11 116/16 116/20 124/12 125/7 129/14 131/10 134/18
saying [43] 11/15 11/16 14/11 14/20 14/23 15/1 16/6 16/14 30/4 33/12

34/15 34/20 36/23 37/15 37/22 37/24 38/2 40/15 41/7 41/23 45/1 45/8 51/22 57/17 59/7 62/3 62/6 62/12 62/22 62/23 62/23 63/6 63/22 63/23 64/6 64/11 64/14 65/6 75/21 77/14 80/23 84/7
says [12] 11/7 24/12 36/9 55/1 82/17 86/1 87/8 92/8 92/11 92/12 96/25 99/16
scared [1] 65/14
scattering [1] 133/9
scene [1] 12/11
school [1] 89/13
scouted [1] 29/17
scouting [5] 29/11 37/16 40/12 44/22 45/4
scrap [1] 128/18
screen [14] 8/8 8/9 8/22 8/25 9/3 9/21 13/15 13/16 20/8 20/12 30/1 86/9 93/8 93/9
screenshot [13] 14/1 18/18 19/2 25/9 32/7 35/10 38/24 39/18 41/9 78/5 78/22 93/24 128/23
screenshots [1] 128/20
scroll [11] 17/17 37/8 38/21 39/12 40/10 54/7 71/19 72/1 73/3 77/10 96/24
scrolling [22] 26/5 28/5 30/24 31/14 34/8 37/15 39/10 39/19 42/2 51/13 52/9 52/19 54/11 58/24 59/2 59/9 62/1 82/19 86/3 87/11 92/4 134/22
sealed [7] 102/13 102/15 104/15 105/17 105/18 106/4 107/3
search [1] 39/22
seated [6] 67/15 68/15 91/9 91/20 106/20 109/13
sec [1] 14/18
second [13] 24/18 29/23 30/13 34/14 55/20 74/9 76/24 85/25 95/15 95/16 95/25 97/19 112/12
secondary [1] 93/19
seconds [1] 93/9
section [3] 24/3 51/4 84/21
security [5] 6/3 34/24 35/1 45/5 91/10
see [72] 8/8 9/2 10/1 11/5 11/7 11/14 12/15 13/7

155

**S**

**see...** [64] 7/8 21/25
22/6 22/14 22/25
24/7 25/13 29/7
29/9 29/21 30/3
32/14 35/9 35/16
35/25 36/7 37/12
40/19 44/11 45/8
45/23 47/8 48/20
48/22 49/3 50/23
51/7 54/1 54/22
55/22 55/25 56/1
57/21 57/25 59/10
60/9 71/13 76/2
76/11 77/5 77/17
78/4 79/21 80/5
83/9 87/20 87/24
88/23 91/9 92/6
92/6 93/17 94/16
96/14 96/18 105/10
107/6 108/13 111/3
123/19 129/9 130/2
132/19 134/16
135/19

**seeing** [11] 7/6 8/4
10/17 13/25 18/7
20/2 23/19 28/11
31/3 60/17 132/18

**seek** [1] 127/3

**seeking** [2] 110/8
122/11

**seem** [2] 42/9 108/6

**seemed** [2] 84/8
133/16

**seems** [4] 11/18
107/25 122/9 125/4

**seen** [3] 7/15 24/25
128/20

**selected** [6] 81/21
99/12 99/13 120/12
120/14 120/16

**sell** [2] 52/18 87/5

**send** [9] 5/25 14/17
88/5 88/18 88/19
94/9 94/13 120/15
135/8

**sense** [3] 65/25
73/24 77/18

**sensitive** [1]
108/17

**sent** [23] 15/7
25/14 31/1 31/15
32/4 32/7 33/23
35/10 44/2 44/5
51/9 60/18 75/23
79/10 83/20 87/22
89/22 93/18 94/15
107/1 135/9 136/3
136/6

**separate** [6] 4/24
8/22 8/24 9/21 21/9
95/20

**sequence** [1] 110/19

**serious** [1] 45/25

**seriously** [1] 94/22

**services** [1] 113/12

**set** [5] 5/18 77/1
77/3 84/24 133/24

**settings** [1] 51/21

**seven** [2] 83/9
89/21

**several** [8] 42/6
43/5 43/5 72/16
74/1 84/25 126/13
132/10

**shadows** [1] 32/17

**shows...** [54] 4/6
110/7 110/9 116/10

**sharing** [5] 8/6
9/16 9/17 14/7
115/25

**she** [41] 47/17
48/11 56/5 59/4
59/4 59/7 65/18
88/21 96/19 97/12
120/11 120/12
120/14 120/14
120/14 120/15
120/15 120/16
120/17 120/18 124/7
124/8 124/24 124/25
125/2 125/2 125/8
125/9 125/9 125/11
125/12 125/16
125/16 126/1 126/1
126/2 126/2 126/5
126/6 126/7 126/16

**shipped** [1] 65/11

**shit** [16] 12/15
24/1 28/4 41/7 41/8
41/19 43/1 43/17
45/12 46/9 53/9
59/3 73/20 73/20
76/22 97/11

**shithole** [1] 62/19

**shocked** [1] 86/22

**shoot** [1] 84/21

**shooting** [2] 118/14
128/10

**short** [6] 24/12
68/21 68/22 72/10
84/20 117/13

**shortly** [2] 49/2
61/16

**shots** [1] 126/13

**should** [23] 15/4
21/20 25/3 28/1
33/16 33/17 33/22
37/9 38/19 42/1
44/7 44/17 50/10
69/3 71/6 74/17
74/20 79/12 88/6
89/2 94/8 117/6
119/14

**shouldn't** [3] 46/24
48/25 51/19

**show** [22] 7/17 9/8
12/23 17/7 20/11
20/13 21/23 22/15
22/24 23/15 25/10
30/13 35/15 36/19
39/2 42/11 53/3
55/9 61/20 76/10
86/3 134/13

**showed** [4] 17/10
115/11 129/4 129/19

**showing** [56] 10/3
11/25 12/25 13/24
14/6 14/8 16/18
18/6 18/25 19/16
21/17 22/13 25/8
25/17 26/14 29/7
29/23 33/3 35/21
38/10 38/24 40/1
41/10 41/14 44/11
45/7 45/20 48/7
48/20 50/23 51/7
54/1 54/19 54/22
55/13 59/21 60/9
60/17 62/21 64/22

76/1 78/3 78/18
82/20 87/7 89/20
90/5 93/13 93/23
94/19 132/13 135/15
135/16

**shown** [1] 115/15

**shows** [4] 11/8 22/1
22/18 36/4

**sic** [1] 108/22

**sick** [6] 43/7 60/23
72/25 73/13 76/19
77/12

**side** [13] 29/24
29/24 30/5 30/14
30/14 39/2 39/2
42/11 42/11 53/13
59/14 61/13 69/7

**sidebar** [1] 67/14

**sided** [3] 58/25
97/3 119/22

**sides** [1] 59/11

**Siege** [4] 41/24
42/4 42/15 116/3

**sight** [1] 65/19

**sign** [1] 32/20

**signal** [1] 130/24

**significant** [1]
108/15

**silencer** [1] 85/6

**similar** [4] 9/14
84/2 116/13 131/11

**Similarly** [2]
134/22 135/7

**simplest** [1] 84/8

**simplify** [1] 65/8

**simultaneously** [3]
15/22 80/4 137/18

**since** [6] 45/13
52/22 66/1 80/9
84/9 87/2

**single** [1] 79/7

**single-stage** [1]
79/7

**sir** [10] 3/2 4/12
67/14 91/23 100/17
104/19 113/23 120/2
124/10 130/20

**sister** [1] 76/15

**site** [7] 8/6 14/7
14/7 14/12 14/13
17/9 54/4

**sitting** [1] 65/17

**situation** [1]
114/12

**situations** [2] 6/19
10/23

**six** [1] 124/12

**Sixth** [1] 69/12

**sketched** [2] 46/18
87/14

**ski** [2] 68/24 71/4

**skip** [3] 11/3 57/15
86/12

**skipped** [1] 42/4

**Skipping** [2] 47/11
87/24

**skyrocketing** [1]
62/20

**slack** [1] 23/9

**slash** [1] 22/18

**slightly** [3] 24/7
25/10 69/8

**small** [1] 21/13

**smaller** [2] 5/8

79/8

**Smart...** [2] 25/6 56/2

**smiley** [3] 54/9
54/15 55/11

**sniper** [1] 10/23

**snowing** [5] 36/24
37/2 37/10 37/12
55/2

**so** [107] 7/1 8/21
9/19 11/5 11/20
14/21 20/15 20/23
21/1 23/9 25/4
26/21 27/24 28/16
34/1 34/18 40/16
45/22 46/21 47/17
48/24 52/6 53/21
55/25 56/1 56/17
57/2 57/3 57/7
57/21 57/22 58/9
58/14 58/19 61/4
61/17 61/18 62/12
64/23 64/24 65/8
65/20 65/24 66/11
68/6 68/9 69/1 69/8
70/2 70/14 70/21
71/2 73/8 74/13
75/9 75/21 77/2
80/11 83/7 84/17
85/18 85/18 92/12
92/18 94/1 94/4
94/10 95/6 95/9
95/14 95/15 96/11
98/5 99/6 99/14
100/17 101/19
102/13 105/9 106/7
108/5 108/11 109/2
110/12 112/12
112/14 113/16
113/21 113/25 114/4
114/9 114/18 116/18
117/3 117/23 118/1
121/11 121/19 123/3
123/11 123/13 125/4
125/16 125/25
126/17 131/15
135/19

**society** [1] 47/20

**Solely** [1] 18/1

**solemn** [1] 74/1

**solicited** [1] 119/7

**solid** [1] 18/14

**solution** [1] 84/8

**some** [41] 5/25 7/1
12/7 15/23 23/23
28/15 29/5 40/12
41/9 43/1 43/12
61/5 64/25 65/7
66/3 68/6 68/23
68/24 72/7 73/18
74/4 77/17 79/9
79/18 79/19 84/23
85/19 88/13 88/14
89/19 90/15 99/22
99/17 108/22 111/24
115/11 118/1 124/5
128/8 128/18 128/22

**somebody** [3] 27/11
66/12 71/3

**somehow** [1] 96/7

**someone** [17] 14/16
15/14 15/24 16/13
19/18 28/23 43/25
45/21 46/21 52/21
63/18 63/24 65/8
65/24 66/16 135/18

135/24

**someone's** [1] 72/20

**something** [30] 5/2
14/10 15/25 17/14
23/8 38/12 48/23
53/12 55/9 56/8
56/14 57/8 65/22
69/1 72/11 72/19
73/5 73/9 82/21
84/2 99/10 117/5
127/5 128/21 128/23
128/25 129/2 131/9
132/12 134/10

**sometime** [1] 42/1

**sometimes** [6] 15/21
15/24 35/8 59/24
114/6 114/6

**somewhere** [1] 28/16

**son** [1] 80/11

**soon** [6] 35/7 35/10
43/6 62/16 63/1
78/15

**Sooner** [3] 51/17
51/22 51/24

**sorry** [24] 24/10
32/3 34/16 36/5
36/7 47/11 48/23
51/24 60/25 62/18
65/4 71/4 73/2
80/11 81/11 83/19
86/18 88/3 88/16
89/24 92/5 101/1
102/4 105/7

**sort** [8] 41/9 51/18
65/7 77/16 79/19
94/23 106/7 128/18

**sorted** [2] 53/13
53/21

**soul** [1] 41/24

**Sound** [1] 71/20

**sounds** [9] 42/19
42/25 52/1 52/2
52/23 53/14 74/25
80/25 90/16

**source** [7] 3/24
3/25 4/9 8/2 15/6
110/22 113/5

**south** [1] 87/18

**space** [1] 72/9

**spaces** [1] 4/5

**speak** [9] 28/11
48/14 99/14 112/8
117/17 117/25 118/8
121/6 130/17

**speaking** [6] 15/19
27/8 41/11 53/8
118/19 132/24

**special** [3] 1/18
1/18 70/22

**specific** [29] 6/21
16/20 20/4 22/19
22/19 28/9 40/19
41/10 57/4 83/25
96/18 97/21 114/15
117/7 120/4 122/3
123/17 123/18
123/18 125/6 127/6
127/10 127/22
131/16 131/16
131/17 131/18 132/3
132/25

**specifically** [15]
16/21 18/9 20/12
32/10 52/17 84/23
88/25 114/21 114/22

**S**

specifica... [5]
120/16 122/1 123/1
125/11 130/18
136/18
specifics [1]   123/3
specify [1]   127/9
speculate [1]   126/1
speculation [1]
126/8
speed [2]   45/23
135/20
spell [1]   24/1
spellings [1]   27/5
spending [1]   55/3
spent [4]   38/13
64/16 113/21 124/11
spicetac.com [1]
89/9
split [2]   75/2
95/20
spoke [3]   48/4 49/3
119/25
spook [1]   73/9
stable [1]   52/10
stage [3]   79/7
123/4 123/5
stakes [1]   95/6
stand [2]   69/11
91/23
standard [1]   52/24
standing [1]   70/15
stands [3]   67/21
91/13 107/20
start [11]   37/3
42/10 50/17 51/11
74/13 80/8 88/9
88/12 88/19 116/18
116/23
started [7]   52/3
85/19 110/16 111/2
114/25 115/2 115/2
starting [3]   11/10
18/10 66/6
starts [2]   37/10
37/12
state [8]   43/21
62/19 74/23 79/1
79/10 79/14 79/16
79/24
stated [52]   12/10
12/12 12/20 15/2
15/6 15/8 16/9
16/12 18/14 18/19
19/8 25/2 26/7 26/9
28/3 28/6 28/9
28/22 29/16 30/6
30/12 30/22 31/23
32/4 32/8 32/10
34/18 34/23 38/8
40/5 40/8 41/17
41/19 43/24 44/15
44/22 45/21 46/1
46/3 47/17 47/22
49/4 52/2 58/25
62/5 74/12 74/16
78/14 79/5 79/12
79/15 93/19
statement [2]
119/15 124/2
STATES [4]   1/1 1/4
139/5 139/11
stating [2]   28/13
64/5
stations [6]   116/24

118/14 122/19
130/6 136/17
137/13
status [1]   35/23
stay [3]   15/9 64/1
77/15
stenographically [1]
139/8
stenographically-rep
orted [1]   139/8
stenotype [1]   1/22
step [1]   35/8
Steve [1]   1/18
still [22]   41/24
44/21 45/9 46/16
48/24 55/9 56/11
72/24 74/18 76/19
77/12 80/9 80/13
83/6 93/25 94/1
94/4 96/8 96/12
112/4 112/6 130/4
stock [2]   79/8 88/8
stocked [1]   33/6
stolen [4]   46/12
47/18 65/15 66/2
stop [20]   18/16
24/17 24/23 26/17
29/23 34/14 56/18
58/1 59/19 64/17
66/23 70/7 71/7
74/9 76/24 85/25
89/4 89/15 119/2
119/4
stopped [3]   71/18
75/19 132/24
store [4]   4/25
24/14 46/17 65/11
story [3]   65/7 72/4
90/4
straight [1]   66/12
straightened [1]
26/21
strain [2]   23/5
34/2
strange [1]   99/15
Street [1]   1/24
stressful [1]   95/12
stressing [1]   59/19
strike [2]   48/17
115/2
strings [2]   25/4
27/24
strong [1]   77/15
struggling [1]
46/12
stuck [1]   80/12
studied [1]   57/3
stuff [13]   28/24
45/14 52/3 72/8
80/25 86/24 87/1
87/3 87/16 88/18
88/20 94/24 95/5
stupid [4]   65/10
65/13 66/16 79/16
style [1]   83/21
subforums [1]   17/3
subject [1]   73/20
subsequent [2]
93/14 97/10
subsequently [3]
79/22 128/10 128/15
substance [2]   92/17
129/3
substantial [1]
25/20

substation [20]
116/25 117/6 117/9
117/21 118/5 118/8
118/12 118/16 119/3
119/22 119/24
130/23 134/4 28/17
30/23 40/20 41/1
54/6 57/13 117/13
119/19 120/4 128/9
132/14 134/2 134/8
134/10 134/11
substations [11]
29/2 29/3 30/12
38/25 116/24 117/18
119/19 119/16 120/11
127/13 133/7
suburbs [3]   62/3
62/6 87/17
successfully [1]
52/6
such [1]   95/5
suck [1]   41/24
sucks [5]   32/5
63/24 80/13 83/8
85/8
suggested [1]   55/25
suggestion [2]
85/22 86/1
summer [1]   11/1
34/6 35/13
super [4]   34/7
34/11 40/3 46/5
supposed [2]   72/5
117/21
suppresser [1]
84/14
suppressors [1]
88/12
sure [17]   11/7
12/11 43/9 47/4
47/7 55/7 56/25
57/2 58/16 72/23
82/20 85/1 87/16
88/9 112/23 125/11
128/25
surgical [1]   69/18
surprised [3]   40/5
40/8 68/20
Surrounded [1]
29/12
survive [1]   73/12
sus [1]   11/11
suspicion [2]   63/17
63/22
sustained [3]   21/1
122/15 130/7
sweet [1]   14/23
system [3]   24/5
72/13 89/1

**T**

tactics [1]   65/4
tagged [1]   19/22
take [30]   8/22 8/25
9/3 10/14 33/5
35/10 39/4 39/12
40/8 51/19 59/22
64/13 66/24 66/25
67/12 68/8 68/9
86/21 90/19 91/5
94/10 94/22 106/7
106/17 107/16
107/17 129/11
129/11 129/16
130/22
taken [13]   7/4 9/4
9/5 13/14 25/9 32/8
66/17 67/23 81/21

91/14 107/22 128/22
136/14
takes [2]   28/23
73/12
taking [2]   35/6
128/16
talk [25]   5/9 41/25
42/7 42/19 45/1
47/2 48/23 49/4
58/16 63/13 74/17
78/10 78/14 78/17
80/9 80/13 81/6
82/24 94/4 95/15
96/8 96/9 96/9
116/11 117/10
talked [8]   37/10
62/7 62/23 95/4
114/19 115/5 115/9
118/13
talking [21]   23/25
38/20 45/14 55/24
58/2 58/5 63/14
94/10 95/12 115/16
119/13 120/4 121/14
124/11 125/9 125/14
128/13 128/24
131/24 132/1 132/3
target [1]   126/15
tasked [10]   4/5
6/19 6/20 114/21
122/25 123/13
123/19 127/15
131/15 136/18
tasking [1]   126/20
tasks [1]   123/17
team [1]   49/21
technically [1]
87/18
Teddy [2]   6/16 55/1
teddyk3489 [1]
75/17
telegram [35]   3/9
3/11 3/14 3/16 4/6
5/3 6/8 8/10 10/19
11/11 13/18 18/1
18/5 18/8 19/24
20/3 21/19 21/25
23/1 27/11 36/3
39/17 48/2 50/25
60/8 60/8 60/10
60/19 77/25 78/5
80/2 80/4 83/9
83/12 83/16
tell [18]   13/14
30/17 31/12 31/22
59/5 97/12 104/23
112/24 120/14
125/12 127/6 127/23
128/6 134/9 137/20
138/5
telling [2]   73/9
111/14
tells [1]   108/18
term [3]   63/5
113/20 115/8
terminal [1]   125/2
terms [2]   56/13
113/19
terribly [1]   109/9
Terrorbros [1]
14/22
terrorism [7]   98/14
99/17 111/21 111/23
114/5 115/7 116/19

TerryAnn [1]   1/18
Tesla [1]   38/12
testified [3]   9/1
108/22 113/16
testify [2]   68/25
69/4
testifying [5]   7/19
20/25 70/4 70/22
101/14
testimony [5]   1/10
20/19 81/18 99/6
110/20
text [8]   5/7 15/23
83/23 94/2 95/3
115/14 121/22 122/3
texts [2]   6/1 13/5
Thames [1]   1/18
than [18]   11/20
13/15 25/20 29/18
34/12 34/19 46/4
51/19 65/3 66/10
72/12 72/20 76/19
84/10 95/2 95/5
105/1 106/18
thank [28]   3/3 4/13
16/1 16/2 19/9
19/21 21/14 25/23
39/19 41/11 58/15
69/22 71/16 73/8
86/11 90/2 90/16
91/8 92/1 92/7
93/13 97/14 109/15
111/8 111/24 114/3
130/11 138/13
Thanks [2]   31/2
49/5
that [506]
That'd [1]   41/16
that's [52]   11/5
20/16 22/17 24/4
25/2 32/16 34/21
37/11 40/11 45/10
48/13 48/24 50/13
51/20 52/2 52/5
53/18 53/21 54/5
55/5 55/24 56/18
56/20 57/7 59/15
61/20 63/4 64/15
65/20 69/5 69/12
69/19 73/11 73/19
75/12 78/17 80/10
87/12 93/22 94/7
102/9 110/5 110/12
110/16 122/4 122/4
124/2 124/16 124/19
126/5 137/2 137/24
that,' [1]   12/17
their [12]   6/2
11/16 27/9 34/3
41/19 45/22 46/9
46/11 62/2 66/13
127/17 135/19
them [47]   11/15
17/3 25/4 25/19
26/15 26/16 27/22
27/23 27/24 28/3
28/4 33/1 39/24
41/25 42/8 42/19
44/16 46/16 47/21
59/1 75/20 87/8
87/8 90/2 95/14
97/4 99/14 111/25
119/17 119/21
120/14 120/15
120/16 120/17

them... [1]
120/25 127/18 128/4
128/10 129/9 129/16
129/16 129/17
130/16 132/20
136/20 136/20

**theme [1]** 117/19

**then [69]** 5/9 8/1
9/21 11/11 11/12
14/10 14/17 14/19
24/2 25/25 26/2
26/10 28/1 28/8
32/7 32/14 33/17
33/22 37/1 37/12
37/23 40/20 43/24
44/5 44/22 45/1
45/3 45/17 46/3
47/5 47/10 47/18
51/11 51/12 52/3
52/7 52/15 55/3
55/5 55/11 61/4
61/22 62/15 63/11
65/6 65/18 66/7
68/13 72/14 75/14
75/23 76/16 78/17
79/10 79/21 80/23
81/6 81/14 83/9
84/2 86/14 88/12
90/3 94/9 122/4
129/15 132/17 136/4
136/6

**there [97]** 5/5 5/5
5/7 5/9 5/18 6/21
7/20 10/25 11/18
11/22 11/25 12/4
12/10 12/16 14/23
15/21 18/16 18/22
19/11 21/9 23/6
23/7 23/12 24/23
25/14 27/12 28/9
28/25 29/4 29/22
30/3 30/4 30/7 30/8
31/21 33/5 36/11
36/24 38/5 44/8
56/11 56/12 56/16
58/10 58/11 60/5
61/14 61/22 64/17
65/17 66/2 66/19
66/23 71/1 71/7
71/14 75/12 75/19
79/3 82/6 83/24
85/16 85/18 85/25
87/13 87/17 88/12
88/14 88/21 89/4
90/4 91/11 95/16
95/17 96/13 96/23
97/17 99/12 107/9
108/9 112/7 113/13
113/14 116/10
117/10 119/2 119/4
120/24 122/19
122/21 126/3 127/16
128/13 128/20
128/25 130/2 130/2

**there's [14]** 5/22
6/19 27/14 34/2
40/9 63/10 73/21
78/11 79/3 85/20
85/25 109/2 128/11
128/25

**these [37]** 5/17
5/18 5/20 7/3 7/6
9/14 10/10 10/22
11/10 11/20 15/21

28/13 29/8 29/22
31/6 33/19
44/17 54/14 54/25
70/16 79/15 83/25
89/4 96/17 100/9
114/5 114/19 116/15
118/13 121/15
121/16 128/4 129/13
133/17 134/16
137/12

**they [127]** 4/23 6/6
12/18 16/5 22/16
24/12 24/14 25/4
27/1 27/3 28/4
31/23 32/17 32/23
33/6 34/1 37/12
39/8 39/15 42/25
43/2 45/5 45/23
46/1 46/3 46/8
46/10 46/11 46/15
46/17 46/18 46/19
47/5 48/2 50/10
52/18 52/24 52/25
54/4 55/5 55/25
58/19 58/25 59/11
60/8 60/23 61/2
62/5 62/6 62/14
62/17 62/22 63/2
63/6 64/5 65/6
65/19 66/7 66/15
70/12 70/25 72/8
72/25 73/4 73/8
73/19 74/16 75/3
75/13 75/14 75/18
76/16 76/19 77/22
78/12 78/17 79/10
79/15 79/22 80/11
80/14 80/17 80/21
80/25 81/3 81/6
81/9 81/13 83/1
83/4 85/1 85/4
86/15 86/17 87/12
89/2 89/10 90/2
96/18 97/3 99/12
111/15 111/25
112/14 112/16
112/16 112/23
112/24 113/3 113/4
113/6 116/13 118/4
118/7 127/4 127/6
127/21 127/23 128/5
128/5 128/6 128/6
128/10 131/19
132/21 135/19
137/12

**they'll [1]** 15/25

**they're [8]** 11/18
28/6 40/2 40/3
47/21 54/8 126/25
127/2

**they've [2]** 45/22
135/18

**thing [24]** 12/4
28/23 30/7 37/10
44/1 44/2 44/5
44/21 44/25 46/21
53/10 55/4 56/7
56/19 65/23 68/24
69/6 85/5 90/1
108/7 128/14 136/1
136/3 136/6

**things [21]** 23/13
51/18 56/11 66/6
75/2 84/11 84/18
85/19 87/4 88/5

94/3 95/1 95/7 95/9
116/17 116/24 117/22
132/8

**think [40]** 11/10
26/15 26/16 27/21
27/22 30/4 31/21
34/6 34/11 34/11
34/18 37/9 42/22
43/15 45/25 49/1
53/11 54/8 56/9
57/23 62/25 65/25
66/20 69/3 69/4
69/8 70/13 74/17
79/5 82/23 83/1
90/14 99/15 105/13
106/21 107/15
107/24 110/24
121/25 131/20

**thinking [9]** 37/11
55/14 55/18 84/12
84/15 89/2 112/8
131/10 131/14

**third [2]** 29/9
97/25

**this [267]**

**Thomas [3]** 1/23
139/4 139/16

**those [37]** 4/7 12/1
12/2 13/16 15/4
23/4 27/6 32/11
35/6 36/20 38/17
40/2 54/14 55/21
69/23 84/18 85/4
95/13 96/16 96/18
101/22 113/25
115/16 115/18
115/21 115/21 116/4
116/25 117/9 117/13
124/16 129/25
130/14 131/8 131/8
131/11 133/13

**though [20]** 10/22
12/11 15/14 25/1
28/22 33/20 38/18
40/4 42/5 56/21
58/7 59/11 59/15
65/14 65/16 66/5
75/21 80/15 80/21
82/24

**thought [18]** 37/4
37/21 38/20 40/7
41/1 42/22 44/3
44/18 44/20 45/8
45/13 52/5 72/6
72/8 77/14 110/19
110/20 123/15

**Thoughts [1]** 84/1

**thousands [4]**
104/25 105/1 105/6
105/9

**thread [3]** 15/24
16/2 16/22

**threaded [2]** 88/15
93/19

**three [11]** 11/18
15/22 27/6 27/7
29/8 39/24 58/25
59/11 79/23 97/3
119/22

**three-quarters [1]**
11/18

**three-sided [3]**
58/25 97/3 119/22

**through [30]** 9/23

13/19 17/18 18/1
19/2 29/9 18/25
55/22 64/23 66/4
67/14 68/6 68/7
70/25 71/18 73/17
80/2 82/22 88/2
88/4 88/5 95/3
102/15 105/18
114/18 122/9 131/10
131/14 131/20 136/2

**throughout [11]**
13/21 22/8 26/25
29/1 35/22 36/14
53/23 76/6 95/17
98/20 117/19

**throw [1]** 133/10

**thrown [2]** 45/22
135/19

**thumbnail [2]** 30/15
31/16

**thumbs [4]** 25/13
49/1 49/5 81/2

**thumbs-up [1]** 81/2

**Thursday [1]** 93/17

**tickets [1]** 5/1

**tie [1]** 27/23

**till [2]** 28/15
34/12

**tilting [1]** 69/7

**time [70]** 7/9 9/23
11/22 18/22 19/25
23/12 25/14 25/18
28/25 29/4 29/17
36/14 37/20 45/14
45/18 45/23 49/6
51/20 53/23 55/4
60/5 61/3 61/18
63/24 64/16 66/5
66/19 68/22 72/10
77/23 78/11 81/3
82/6 82/23 86/8
88/21 90/6 90/13
94/6 95/17 100/2
100/18 100/20 108/2
109/20 110/2 110/9
110/12 110/19 112/4
112/6 113/11 114/14
116/5 116/5 116/8
117/18 121/12 122/1
124/11 128/12
129/11 129/16
130/23 131/23 132/1
134/20 134/24
135/20 137/14

**timeline [3]** 72/18
72/21 74/25

**timer [1]** 77/4

**times [9]** 19/11
22/11 42/6 122/25
123/1 123/2 123/19
127/8 135/7

**timing [3]** 44/7
82/24 90/15

**tiny [1]** 34/1

**tip [1]** 27/23

**title [2]** 8/3 17/10

**today [6]** 37/5
38/13 76/18 78/8
81/18 89/14

**together [2]** 84/10
133/3

**told [20]** 52/21
61/5 61/18 61/23
63/15 65/14 65/18
73/10 113/11 120/11

120/14 120/16 125/2
126/1 126/5 127/18
131/21 135/13
136/17

**tomfoolery [1]** 34/2

**tomorrow [4]** 80/17
80/18 80/19 129/2

**ton [2]** 55/21 84/25

**tonight [6]** 77/16
78/10 80/13 80/22
88/17 94/4

**too [26]** 10/20
10/22 12/6 15/4
23/9 28/2 29/16
31/22 37/16 43/3
44/18 46/24 48/25
53/15 53/16 62/12
63/7 64/24 65/20
70/24 72/13 72/14
72/14 73/4 74/19
75/20

**took [15]** 8/10 9/15
10/18 29/5 29/8
29/17 31/4 39/17
49/16 61/9 72/16
76/12 126/13 132/10
132/17

**tools [1]** 72/9

**top [23]** 7/22 14/3
18/10 21/18 23/20
25/23 26/2 27/13
30/18 32/3 38/11
41/15 53/7 60/20
76/14 79/21 83/21
86/19 90/5 92/5
92/8 92/12 94/21

**topic [2]** 116/25

**touch [5]** 67/5
90/22 98/13 106/12
120/6

**touching [1]** 36/7

**tough [1]** 62/13

**toward [2]** 80/8
132/23

**towards [1]** 11/2

**towns [2]** 55/22
64/16

**trade [1]** 64/11

**trade-off [1]** 64/11

**traffic [1]** 80/12

**train [1]** 72/24

**transcript [2]**
139/8 139/9

**transcription [1]**
1/22

**transformer [4]**
30/6 33/1 134/14
134/20

**transformers [6]**
24/12 28/22 31/13
32/18 41/2 132/19

**transition [2]**
17/12 17/22

**transitioned [2]**
125/5 136/25

**travel [1]** 44/18

**treeline [1]** 59/13

**trial [1]** 1/10
49/20 67/8 69/13
90/24 106/13

**tricky [1]** 21/12

**tried [3]** 25/1 83/2
119/8

**trigger [9]** 79/8
84/15 84/16 84/16

T

trigger... [1]
85/21 87/23 88/25
89/1 89/3
trip [1] 28/14
trouble [1] 31/22
true [2] 47/13
139/7
trust [1] 96/7
trusted [2] 45/25
46/4
try [10] 26/7 26/10
26/13 28/3 55/25
78/14 83/3 94/17
102/7 122/9
trying [12] 56/1
58/16 58/18 62/12
64/8 75/18 100/8
102/2 107/4 111/17
121/12 128/13
tube [1] 72/13
tube/system [1]
72/13
turned [1] 102/7
turning [1] 105/7
turns [1] 28/15
Tweet [1] 12/14
twice [1] 135/9
twine [2] 25/3
27/23
two [24] 6/19 15/22
21/9 23/6 37/20
41/8 46/4 46/16
47/18 53/10 77/4
80/12 87/24 92/17
95/20 98/19 108/10
112/25 118/15
120/24 124/14
130/17 132/24 135/1
type [9] 4/23 7/24
51/10 64/2 71/3
79/18 100/24 102/12
128/9
typical [1] 30/23
typing [1] 65/4

U

U.S.C [1] 139/7
Ugh [1] 72/6
ultimately [2]
118/13 120/10
under [2] 86/25
91/24
undercover [1]
70/16
underground [1]
47/13
underneath [1]
135/17
understand [7] 23/5
33/24 68/22 73/16
80/24 114/24 126/20
understanding [5]
23/11 76/25 119/15
123/1 124/24
understood [5]
33/14 42/15 113/13
120/4 130/11
undertaken [1]
124/17
unfortunately [5]
15/16 45/22 64/3
73/25 135/19
unique [4] 6/11
27/14 27/17 43/1

UNITED [4] 1/1 1/4
units [1] 94/6
unless [1] 16/6
46/7 63/18
Unread [1] 16/19
135/17
until [10] 33/17
33/22 34/18 37/9
59/5 67/2 75/10
91/5 97/12 129/14
up [64] 7/21 11/15
11/25 14/11 16/17
20/11 23/8 25/13
29/2 33/4 34/13
34/19 37/21 38/14
43/14 43/18 45/1
45/23 48/23 49/1
49/5 53/8 54/15
55/9 56/5 57/8 58/1
58/20 60/21 67/10
71/19 75/1 75/2
75/4 75/5 75/10
75/12 78/9 78/10
80/15 80/21 81/2
81/9 81/10 82/21
91/1 100/8 102/7
106/15 106/20 107/6
111/3 115/2 117/1
117/4 129/11 130/14
131/7 131/9 132/25
133/17 133/25
135/20 136/4
upfront [1] 86/21
upgrade [1] 79/7
Upgraded [1] 85/20
upload [1] 14/21
uploaded [1] 14/9
upon [5] 67/5 90/22
106/12 131/21
132/18
upper [8] 52/24
79/2 79/2 79/4 79/5
79/24 85/20 88/6
ups [1] 58/22
URL [1] 40/19
us [8] 11/7 53/10
56/1 63/17 63/23
92/14 108/19 111/14
use [12] 3/14 3/16
3/18 4/25 6/8 8/22
8/24 13/22 24/9
42/24 65/3 81/16
used [6] 9/2 16/7
48/2 74/4 80/4
115/8
user [211]
username [15] 6/2
6/11 6/12 6/14 6/15
11/14 20/6 20/7
22/1 22/6 27/11
27/15 48/2 60/5
114/15
users [3] 5/4 76/6
77/8
using [8] 6/2 16/5
34/3 37/18 52/3
65/13 69/7 134/24
UTG [2] 89/16 89/17
utility [1] 108/5

V

vacillated [1]
77/25
vague [1] 102/11

value [1] 108/21
vaporized [1]
variety [2] 17/1
17/2
various [3] 4/22
4/25 27/5
variously [1] 49/17
vehicle [2] 75/5
75/6
very [14] 23/7
24/14 27/7 29/16
38/9 52/3 56/6
61/11 61/22 73/22
94/22 102/11 117/9
132/25
via [2] 83/15 128/9
viable [3] 39/25
40/13 45/9
video [8] 24/20
24/22 25/15 30/9
30/11 30/19 57/10
57/12
view [3] 9/6 31/15
32/8
viewing [2] 35/4
81/23
violence [1] 4/7
violent [1] 114/22
Virginia [7] 39/21
41/8 62/8 63/9
64/14 64/15 87/7
visible [2] 21/21
36/4
visit [1] 40/14
visual [1] 94/11
voice [7] 18/5
74/18 75/1 77/16
81/15 120/23 120/24
voltage [2] 24/10
24/13
volume [1] 102/7
voluminous [1]
108/23
voluntarily [1]
122/12
vouch [1] 63/18
vouched [2] 63/20
64/6
VPN [1] 16/5
vs [1] 1/6
vulnerable [1]
40/16

W

wagey [1] 28/15
wait [7] 33/16
33/17 33/22 34/18
37/9 67/2 75/10
waiting [1] 134/1
walk [1] 71/3
walls [1] 59/10
Walmart [5] 26/15
26/16 27/21 27/22
28/3
want [42] 5/3 10/16
32/14 34/1 42/10
45/17 50/14 52/22
56/25 57/2 62/17
62/18 63/23 63/25
64/25 65/22 69/21
70/7 72/19 74/9
76/24 79/6 80/13
84/11 84/22 84/23
88/8 88/13 90/15

94/17 94/17 96/24
123/24 123/24 127/5
129/12
wanted [6] 6/22
45/5 87/1 110/1
124/21 128/6
wanting [1] 23/5
wants [5] 19/18
51/12 69/17 70/19
73/11
warm [2] 37/2 37/5
wary [1] 63/15
was [277]
wasn't [4] 109/1
117/23 119/17
133/18
watch [3] 30/9
30/12 57/10
watched [1] 57/22
Watching [1] 57/17
watermarks [1] 43/1
way [17] 5/6 8/8
11/18 16/7 22/4
34/12 36/25 56/10
57/8 66/7 74/5
75/12 87/10 107/23
109/3 126/23 136/2
ways [2] 5/5 21/9
we [121] 7/20 8/4
8/4 8/8 10/17 11/1
11/14 13/7 14/12
14/24 15/3 15/18
16/9 17/8 18/7 20/2
22/3 22/6 22/14
22/25 23/19 26/3
29/7 31/3 31/16
33/16 33/17 33/22
35/4 35/16 35/25
36/7 37/10 38/20
42/1 44/7 44/11
46/7 47/20 47/21
48/12 48/20 49/3
50/23 51/7 54/1
54/22 55/18 55/24
55/25 59/15 60/9
60/17 61/22 62/23
64/24 66/7 66/23
67/24 68/1 68/3
68/5 69/12 69/14
69/16 70/13 71/18
71/19 74/9 74/10
74/14 74/14 74/17
75/1 76/2 76/11
76/13 77/15 77/16
78/4 78/10 80/14
80/19 82/23 82/23
83/1 84/21 87/20
87/24 88/23 90/7
91/15 91/20 92/3
92/3 92/5 93/17
94/10 95/15 95/16
96/14 96/20 99/24
100/3 106/24 107/2
107/2 108/16 109/17
110/18 110/24
118/13 118/23 120/4
120/25 121/22
124/17 126/4 129/14
130/25 131/13
we'll [17] 18/6
45/23 48/3 54/21
68/9 68/10 71/7
86/11 91/4 102/13

106/21 106/21
106/17 106/17 109/7
110/19 135/19
we're [11] 13/25
66/25 69/14 81/23
85/18 90/13 94/10
106/7 109/8 110/19
134/1
we've [6] 56/17
62/7 69/16 70/6
114/19 115/14
weaker [1] 72/24
weakest [1] 24/4
weapon [1] 46/12
wear [3] 69/17
70/20 70/24
wearing [5] 70/1
70/2 70/6 70/16
71/2
weather [1] 36/20
website [2] 88/24
121/16
websites [3] 115/11
115/13 115/18
week [4] 37/9 53/11
77/4 97/25
weekend [1] 25/7
weeks [6] 25/21
74/17 74/20 84/3
124/13 127/11
weird [2] 13/17
95/7
weirdly [2] 37/2
37/5
Welcome [1] 19/22
well [47] 3/20 6/19
8/14 9/13 13/16
13/19 17/13 17/18
21/13 23/4 23/24
28/13 28/25 40/2
40/12 41/21 52/12
57/20 60/12 60/15
60/23 63/6 65/13
66/3 72/22 73/22
74/3 74/16 74/20
80/4 84/25 92/5
99/15 107/11 108/13
110/15 110/18 111/3
116/4 116/23 118/22
121/17 121/22 122/6
123/5 125/12 127/11
went [12] 14/9 23/6
26/11 37/11 45/4
49/17 80/11 93/8
93/9 114/4 114/25
122/9
were [107] 5/12
6/13 7/1 7/1 7/3
7/18 9/15 9/25
12/21 17/5 18/15
18/20 19/11 19/11
19/12 21/6 27/8
35/1 35/4 35/5
36/21 37/19 38/20
44/8 46/11 46/19
47/23 48/12 48/14
49/16 49/18 55/24
60/8 66/6 76/13
81/21 82/8 82/10
92/7 92/20 95/8
96/7 96/13 96/20
100/1 100/2 100/17
100/18 100/22
100/24 111/17 112/4
112/10 112/23

**W**

**were... [26]** 6/24 18/7
113/11 113/17 114/1
114/5 114/21 115/15
116/3 116/15 117/20
117/20 118/3 118/7
118/19 119/16 120/4
120/24 121/5 121/25
122/23 122/23 123/8
123/13 123/15
123/22 125/13
127/16 128/16
129/25 130/2 130/14
130/14 131/6 131/6
131/7 131/13 131/15
131/19 132/8 132/10
132/13 132/24
132/25 133/3 133/5
133/7 133/10 136/18
136/24 137/4 137/8
137/12 138/8
**West [4]** 62/8 63/9
64/14 64/15
**what [197]**
**what's [7]** 11/15
38/4 48/7 53/8 57/7
60/21 78/19
**whatever [10]** 12/13
69/18 70/18 73/12
88/8 107/11 115/20
118/24 121/16
123/15
**when [65]** 5/1 8/14
9/4 9/24 23/12
25/14 27/10 27/20
30/25 34/2 34/3
34/11 34/12 35/5
35/5 35/12 35/19
37/3 37/12 37/18
39/5 39/14 47/17
47/21 49/2 51/5
51/5 51/22 56/7
61/9 61/15 61/13
62/23 63/14 66/19
68/7 70/21 71/1
77/7 81/5 81/7 82/6
92/3 98/18 108/1
109/17 112/23 114/4
114/9 114/25 119/4
119/8 119/11 119/16
121/15 121/22 124/8
124/16 124/18
124/19 125/9 125/13
126/17 128/3 129/17
**whenever [1]** 51/15
**where [30]** 11/22
15/5 18/22 19/11
20/13 22/17 23/8
26/8 29/4 36/21
37/19 38/7 40/7
40/23 43/11 60/5
82/16 88/21 92/5
92/8 92/11 94/21
95/18 96/25 101/21
111/11 121/13
123/19 131/19
132/13
**Whereupon [18]**
20/21 21/3 26/18
26/23 50/7 50/15
68/16 71/8 90/10
90/17 100/5 100/15
101/8 104/16 105/3
106/5 109/24 111/6
**whether [11]** 3/12

4/5 5/24 7/3 27/15
70/10 74/9 75/21
78/6 94/9 120/24
**which [39]** 5/6 6/17
6/20 16/12 16/16
17/9 18/12 18/19
21/12 23/22 24/14
25/11 29/14 29/19
30/9 31/23 33/6
39/17 41/21 44/3
46/19 49/1 51/9
54/8 54/9 59/5
61/13 64/25 72/25
89/13 94/8 97/12
101/24 108/24
117/19 120/3 120/11
133/7 136/5
**while [10]** 44/21
45/15 65/4 69/11
70/3 95/12 110/13
112/10 133/16 134/1
**who [30]** 6/6 6/6
6/17 11/12 11/14
15/8 22/15 26/20
34/14 40/6 43/15
49/16 49/16 49/17
51/22 70/19 72/4
72/14 78/6 86/7
86/17 97/8 99/21
101/5 102/9 105/15
105/15 114/9 120/10
134/23
**who's [3]** 34/14
63/24 134/22
**whoever [1]** 121/25
**whole [4]** 41/17
56/7 131/23 132/1
**whose [1]** 11/25
12/1 136/22
**why [16]** 13/13
15/15 16/11 25/2
31/20 33/2 46/18
47/8 47/20 55/21
66/23 87/12 87/17
99/12 122/12 126/17
**Wi [1]** 82/21
**Wi-Fi [1]** 82/21
**wife [1]** 56/17
**Wiki [1]** 23/10
**Wikipedia [1]** 38/6
**will [24]** 6/4 12/17
16/17 26/13 28/19
30/25 32/16 33/19
34/6 39/22 41/19
41/23 42/7 43/6
44/3 66/10 75/6
78/12 85/1 87/3
94/9 107/14 130/25
136/5
**willing [2]** 45/24
73/19
**winky [2]** 32/25
53/15
**winter [3]** 33/19
41/12 70/25
**wire [28]** 25/24
60/7 66/20 75/3
75/11 75/14 75/17
75/23 75/24 76/3
76/12 77/1 77/2
77/25 78/7 78/23
80/2 80/9 83/2 83/7
83/16 83/20 85/10
87/25 90/6 93/18
93/24 96/3

**wires [1]** 24/13
**wished [1]** 18/23
**wishes [1]** 15/9
**within [5]** 30/1
61/17 74/16 74/20
121/13
**without [5]** 6/2
28/11 31/22 98/2
111/14
**witness [17]** 3/2
68/4 68/19 69/11
70/13 70/18 71/10
91/21 100/11 105/11
108/2 108/15 109/10
120/1 130/9 130/22
138/15
**witness's [3]**
101/17 101/23 102/2
**witnesses [4]** 2/4
70/16 70/24 101/14
**Woed [2]** 19/17
19/18
**wolf [2]** 64/2
125/25
**woman [1]** 96/11
**won't [5]** 14/10
59/17 70/14 70/23
73/16
**wooded [2]** 29/13
58/21
**woods [2]** 29/18
32/9
**word [4]** 99/8
105/12 131/18
131/18
**words [3]** 24/3 78/8
110/3
**work [17]** 4/22 6/25
30/12 52/24 59/8
59/16 78/13 88/14
98/20 105/15 109/18
111/10 111/11 112/9
112/11 113/4 114/1
**worked [11]** 4/8
56/17 72/13 98/16
100/2 102/11 104/19
104/22 105/16
109/19 111/14
**working [19]** 4/15
6/17 8/23 56/18
75/19 88/12 100/18
108/3 110/2 110/7
110/13 110/13
110/16 110/22
111/24 112/4 112/6
112/10 113/21
**works [2]** 23/5
77/22
**worried [5]** 45/11
45/13 56/4 73/8
94/25
**worries [1]** 88/19
**worry [5]** 53/17
53/20 55/20 56/9
87/3
**worst [1]** 61/2
**worth [1]** 84/13
**worthwhile [1]** 73/5
**worthy [1]** 74/3
**would [82]** 4/7 6/24
6/25 8/7 8/18 9/5
10/23 12/5 14/5
15/14 20/13 20/15

23/7 27/13 30/8
42/8 42/9 44/25
45/17 50/9 55/17
58/21 61/14 61/17
61/19 61/22 63/2
63/4 63/7 65/21
65/25 68/6 69/6
69/17 69/24 70/15
72/19 75/9 78/12
79/5 80/17 87/19
92/6 97/25 99/10
102/2 104/24 104/24
104/24 105/1 105/11
108/6 108/21 113/4
113/7 113/14 113/20
114/16 117/7 118/24
119/12 120/13
123/11 124/10 125/6
125/13 126/1 126/2
127/5 129/4 129/6
130/3 130/16 130/19
131/14 131/19 132/4
132/21 136/8
**wouldn't [4]** 35/8
66/7 75/20 125/13
**Wow [3]** 41/2 80/13
86/15
**wrench [2]** 45/22
135/18
**write [3]** 11/13
20/12 101/4
**writing [2]** 129/25
131/6
**written [3]** 28/4
95/17 129/20
**wrong [4]** 36/7 47/5
47/6 108/3
**wrote [23]** 19/18
21/19 35/17 36/24
37/9 37/16 39/21
39/23 40/2 40/6
41/16 47/5 47/10
51/9 54/8 54/14
59/19 76/15 76/16
86/20 87/1 94/3
130/13

**Y**

**yea [14]** 12/9 16/6
23/24 37/11 37/14
38/18 40/15 45/16
46/19 47/4 48/25
75/11 94/8 97/11
**yeah [38]** 14/17
15/1 24/4 28/18
32/23 33/25 34/20
41/23 42/3 42/6
42/24 47/15 53/20
55/7 56/13 57/3
58/20 58/25 59/3
59/17 59/22 61/2
62/14 62/25 63/17
66/15 70/2 75/13
77/22 80/14 83/8
84/8 86/6 87/12
96/11 97/1 97/3
127/23
**year [6]** 33/5 35/14
61/1 61/1 61/13
98/17
**years [10]** 4/10
4/11 4/19 12/10
56/18 64/7 74/1
98/19 113/24 130/17

**yellow [2]** 31/8
91/5
**yep [5]** 32/24 62/3
87/10 98/24 108/10
**yes [189]**
**yesterday [1]** 19/4
**yet [8]** 16/10 36/24
43/9 46/8 51/15
62/16 74/7 126/15
**you [779]**
**you'd [3]** 34/1 40/5
40/7
**you'll [3]** 24/7
29/9 50/13
**you're [24]** 5/6
9/24 39/5 39/14
41/24 41/25 53/23
70/2 85/3 99/25
107/11 119/5 124/3
125/9 126/17 126/22
127/11 127/12
129/17 130/23
131/23 131/24 132/1
132/3
**you've [8]** 15/23
42/5 67/3 73/16
95/20 97/1 118/24
128/20
**your [110]** 3/2 3/3
3/21 4/3 6/10 6/13
7/14 15/11 15/23
19/10 22/8 26/22
26/25 27/15 27/15
39/20 50/6 50/13
54/16 56/10 56/13
57/15 60/14 61/14
63/25 67/19 67/25
68/2 69/4 69/22
69/24 71/16 72/18
72/21 76/6 76/25
81/18 85/10 85/16
85/19 87/13 90/1
90/7 90/13 91/8
91/16 91/22 92/1
92/14 96/5 97/5
98/3 98/13 98/16
98/18 98/20 98/25
99/6 99/25 100/8
100/12 101/6 101/10
102/1 102/4 102/6
102/8 105/7 106/21
107/18 108/4 109/15
109/17 109/18
111/10 112/9 113/12
113/21 118/4 122/24
124/2 124/24 125/5
125/19 126/22
126/22 127/18
128/16 129/4 129/14
129/7 129/12 129/15
129/20 130/13
130/19 130/20 131/3
131/24 132/3 132/23
133/16 134/2 137/6
137/9 137/11 138/3
138/5 138/13 138/16
**yours [2]** 99/23
131/6
**yourself [5]** 3/14
73/20 129/25 130/13
131/6
**yourselves [6]** 67/2
67/4 90/20 90/21
106/10 106/11
**YouTube [3]** 30/11

**Y**

**YouTube..say** 30/19 57/12
**Yup [1]** 52/25

**Z**

**zoom [6]** 31/6 32/10
40/22 41/3 59/5
97/13
**zoomed [2]** 32/15
40/23
**zoomed-in [2]** 32/15
40/23