# Direct Examination of C. Jackson

```
1   (9:48 a.m.)
2          THE COURT:  Your witness, sir.
3          MR. AUBIN:  Thank you, Your Honor.
4                   DIRECT EXAMINATION
5   BY MR. AUBIN:
6   Q.   Good morning.
7   A.   Good morning.
8   Q.   Mr. Jackson, are you familiar with the application
9   Telegram?
10  A.   Yes.
11  Q.   What is Telegram?
12  A.   It's an application for messaging whether in group or
13  private messaging.
14  Q.   Do you use Telegram yourself?
15  A.   Yes.
16  Q.   With respect to this case, did you use Telegram?
17  A.   Yes.
18  Q.   What did you use it for?
19  A.   I communicated with people in both public and private
20  chats as well as one-on-one communications.
21  Q.   Did you do that on your own or was it in conjunction with
22  any organizations?
23  A.   No, I did it on behalf of the FBI as a confidential human
24  source.
25  Q.   All right.  Now, as a confidential human source, does that
```

1  make you an employee of the FBI?
2  A.    No.
3  Q.    Can you describe the nature of your arrangement with the
4  FBI?
5  A.    I am essentially tasked to go into online spaces, whether
6  it be on Telegram or in other places, to identify potentially
7  illegal activity or those that would like to do violence.
8  Q.    About how long have you worked with the FBI as a
9  confidential human source?
10 A.    Around four years.
11        THE COURT:   Four years?
12        THE WITNESS:   Yes, sir.
13        THE COURT:   Thank you.  Next question.
14 BY MR. AUBIN:
15 Q.    In working on behalf of the FBI, did you ever receive
16 payment?
17 A.    Yes.
18 Q.    Do you recall approximately how much money you have
19 received in the last four years?
20 A.    I've received approximately $70,000.  However, about
21 40,000 of that was actual payment; 30,000 was reimbursements
22 for various expenses that I've had in the course of this work.
23 Q.    What type of expenses?  What do they cover?
24 A.    Keeping my phone plan active.  Purchasing a separate phone
25 for use in this.  Apple store credit for various apps, if

1  needed, in the course of this.  Plane tickets when needed to go
2  to a meeting or something of that nature.
3  Q.   Now, I want to direct you back to Telegram.  Can you
4  describe how you interact with other users on the app?
5  A.   There are a couple of different ways that you can.  There
6  are channels which are one-way broadcast if you're -- the owner
7  of that can push out a message or a picture or text.  There are
8  private chats or group chats that are smaller and are more
9  interactive.  You can talk back and forth.  And then there are
10 like I described before one-on-one communications, direct
11 messages.
12 Q.   All right.  Now, with regard to channels, were you a
13 member of any channels?
14 A.   Yes.
15 Q.   What about the group chats?
16 A.   Yes.
17 Q.   Now, with regard to these group chats and channels, are
18 there limitations or parameters that anyone can set for these
19 channels or group chats?
20 A.   Yes.  The owner of these group chats or channels can
21 control the level of interaction that can be had and channels
22 that you can perhaps comment on a post, but there's as I said
23 not that back and forth.
24      In group chats you can change whether members of the group
25 chat are allowed to send pictures.  Some restrict you to only

# Cross Examination of C. Jackson

```
 1  one.
 2  BY MR. GOLDSTEIN:
 3  Q.    What did they ask of you?
 4  A.    They asked if I would want to work as a confidential human
 5  source.
 6  Q.    Okay.  Did they explain to you the nature of what you
 7  would be doing?
 8  A.    Yes.
 9  Q.    Okay.  And obviously you agreed to do it, correct?
10  A.    Correct.
11  Q.    Okay.  At the time, were you told that you were going to
12  be paid for your services?
13  A.    I understood there might be compensation.  However, it was
14  made clear that it would be irregular and there was no formal
15  agreement for payment.
16  Q.    Okay.  So you testified on direct examination that you
17  were paid approximately $70,000; is that correct?
18  A.    I actually -- 30,000 of that was, as I described,
19  reimbursements.  In terms of what I actually, for lack of a
20  better term, put in the bank, it would be around $40,000.
21  Q.    Okay.  So you spent $30,000 out of your pocket working on
22  this case?
23  A.    Not just on this case, sir.  That was over the course of
24  four years.
25  Q.    Okay.  So those numbers don't just apply to this
```

1  investigation?  You were doing other work?
2  A.    Correct.
3  Q.    Gotcha.  Okay.  Thank you.  All right.
4        So you said on direct examination that when you went into
5  these chatrooms and you were looking for domestic terrorism,
6  sometimes it was directed by the FBI and sometimes it was
7  organic, correct?
8  A.    Yes.
9  Q.    So when you came across Homunculus or Raccoon, who -- was
10 that an organic --
11 A.    Yes.
12 Q.    -- situation?
13 A.    Yes.  I was not directed to locate or find or interact
14 with the user Homunculus at that time.
15 Q.    Okay.  Or any other specific username or name of a person?
16 A.    Correct.  Nobody that I would identify with the user
17 Homunculus.
18 Q.    Okay.  So you come across this, basically looking through
19 these chatrooms that we've talked about?
20 A.    Correct.
21 Q.    And you were tasked with going online specifically to look
22 for illegal activity and specifically violent activity,
23 correct?
24 A.    As I understand it, yes.
25 Q.    And when you went into this chatroom, and you started

# Defense Closing Argument

beliefs, but he speaks about them openly with other like-minded individuals. You'll recall Dr. Perliger was the first individual to testify in this case. He testified about this issue, and what did he tell you? Not everyone who holds accelerationist's views acts on them. That is the government's own witness.

The person who wanted to act was Sarah Clendaniel because she thought she was dying and she thought that this would be one, great heroic act for her to undertake, something to be remembered by. As crazy as that sounds, that was her motivation.

And I told you that you would see lots of chat messages where both Brandon and Sarah and others were espousing these Neo-Nazi views to one another on line. I told you that these beliefs were repulsive to most and it would make you angry, but I asked you to set your personal feelings aside. I told you that the evidence would show that this conspiracy consisted of two individuals, Sarah Clendaniel and a person working for the government who we now know as Mr. Jackson, an individual the government paid tens of thousands of dollars for working for the FBI in an effort to trap Brandon Russell to make him a part of this conspiracy.

Sarah Clendaniel and Mr. Jackson planned to target and destroy five power substations throughout the Greater Baltimore area. That is the conspiracy that we're here about. Not