Honorable James K. Bredar
101 West Lombard Street
Chambers 5A
Baltimore, Md 21202

Dear Judge,

I am writing with hopes, you would have leniency on
BRANDON CLINT RUSSELL ( he is my grandson)on charges of conspiracy.

The things I saw in court, the writings, is not the Brandon I know.
Brandon , was always a nice, lovingly and empathetic person.
I do not believe with all my heart, he would ever commit a crime
to such an extent of what he was found guilty of.

When Brandon was born, his mother came back to the Bahamas for a few years and stayed with us.
He was with us for almost five years. We became so attached to him, he felt like our son.
Both Brandon and his mother moved to Orlando and he did his elementary schooling there.
Brandon was a very hyper child. His mom enrolled him in various after school sports. Flag football,
soccer and karate, all in which he enjoyed. He was so hyper we thought this would help.

When it was time for Brandon to go to high school, they moved to Nassau. His mom's brother
opened a store and wanted her to work with him.
While living in Nassau , Brandon had many friends, different races, colors and religion.
None of it mattered, they all got along and slept at each other's homes. Brandon enjoyed being with
his friends.

Brandon grew up without a father.  His mom and dad never married. His dad never wanted Brandon
to be born.
He did eventually at times, see Brandon, not that often. At times he would say he doesn't even have
a son. He was in and out of Brandon's life. I know this affected him. He asked me numerous times
why his dad didn't love him.
As  Brandon got older, his father did the same thing but wanted to be more of a friend.  At this point
Brandon didn't need a friend.

During college Brandon seemed to have gotten into the wrong crowd, and his ideologies changed.
When I think  back, Brandon must have wanted to be noticed. I really don't know.
I know we showed him all the love we could have.
He didn't finish college and decided to join THE NATIONAL GUARD.

His poppa and I thought, this was the greatest thing that could happen to him. He excelled in this. When he graduated, he worked with the National Guard.

Not until be got arrested the first time did we realize he professed to being a white supremest and had Neo-Nazi beliefs. (Which I believe the jury had him guilty before hearing anything else, once they labeled him as such.)

He has been diagnosed with ADHD since he was really young and some psychiatrist thought he could be bipolar. I really feel Brandon needs psychiatric help.

I once again plead leniency for him.

Thank you for your consideration.

Molly Russell

*[signature: Molly Russell]*