

**Department of Public Safety and Correctional Services**

**Division of Pretrial Detention and Services**
**Chesapeake Detention Facility**
401 EAST MADISON STREET • BALTIMORE • MARYLAND 21202
(410) 539-5445 • FAX (410) 332-4561 • TOLL FREE (877) 379-8636 • V/TTY (800) 735-2258 • www.dpscs.maryland.gov

STATE OF MARYLAND

WES MOORE
GOVERNOR

ARUNA MILLER
LT. GOVERNOR

CAROLYN J.
SCRUGGS
SECRETARY

ANTHONY A.
GASKINS
CHIEF OF STAFF

JOSEPH SEDTAL
ACTING DEPUTY
SECRETARY
ADMINISTRATION

ANNIE D. HARVEY
DEPUTY SECRETARY
OPERATIONS

ANGELINA GUARINO
ASSISTANT
SECRETARY
DATA, POLICY AND
GRANTS

RENARD E. BROOKS
ASSISTANT
SECRETARY
PROGRAMS,
TREATMENT &
RE-ENTRY SERVICES

To:    IAN@IANGOLDSTEINLAW.COM

From: Richia Condrey-Case Management

Date: **04/24/2025**

Re:    Brandon Russell SID#5348309

☒ FYI    ☐ For Your Approval    ☐ Respond    ☐ Forward    ☐ Handle    ☐ Other:

**Good Afternoon,**

**The above Justice Involved Individual has been housed at Chesapeake Detention Facility since 03/06/2023 and has no negative infraction history on file. The individual has no negative infraction history on file. He is currently housed in Administrative Segregation for his safety and has exhibited positive behavior since his arrival.**

**If you have any questions or concerns, Please do not hesitate to contact me.**

**Richia Condrey** | Case Manager Specialist II | Administrative Case Manager
Richia.condrey@maryland.gov | 410-625-5231 **Certified Notary Public, State of Maryland**
**Maryland Department of Public Safety & Correctional Services**
**Chesapeake Detention Facility, Case Management**
401 E. Madison Street Baltimore, MD 21202