

# WHITE PRISON NEWSLETTER

## Issue 2

Our History

Our World

Our Struggle

Our Heart

Our Voice

## Defeat Never, Victory Forever

If you would like to subscribe and receive further issues, or submit your own material, contact us at:

WPN

PO Box 86

Lake Zurich, IL 60047

"
*The whole apparatus of de-Nazification is powerless against those of us who, whatever their official status in life, admit no ties—no allegiance to anyone, save to Adolf Hitler; no personal love, save for him and for his other followers; no interest, save that of the Movement, that of the Idea for which he stands. Such ones are free, even behind bars. Such ones are strong, even when their bodies are broken. They stand beyond the reach of threat and bribery. But they are the minority among a minority—naturally. Pure gold always is.*

- Savitri Devi, Gold in the Furnace (1952)

# Contents

**3**.....**Hitlerian Histories** - The 100 Year Anniversary of Mein Kampf

**4**.....**Review of the Worldview** - Our Sacred Mission

**7**......Suggested Reading List

**8**.....**Symbols of the Struggle** - Rorke's Drift: The Warrior's Will

**12**...**The Idea at Heart** - Purpose in Life

**18**...**Voices from the Inside** - Learn a Trade!

**19**...**Voices from the Inside** - White Unity?

**20**...**Voices from the Inside** - NSDAP's Conception of the State

**23**...Crossword

## *Want to Support the WPN?*

Do you want to support the WPN? You can do so by sending us feedback or your writings, whether they be essays, comments, questions, prose/stories, or poems to be featured in future issues.  You can also spread word about our newsletter and discuss the ideas mentioned in this issue to your fellow inmates or friends and family.

**WPN**
**PO Box 86**
**Lake Zurich, IL 60047**

# Hitlerian Histories

# The 100 Year Anniversary of Mein Kampf
## *Anonymous NS Federal Prisoner*

On July 18th, 1925, the most important book in history was published. In a small cell in Landsberg Prison, Germany, Adolf Hitler wrote *Mein Kampf*, My Struggle. This book was a culmination of all of the young revolutionary's experiences, from his childhood, to his rejection from art school, to his time as a homeless youth, to a soldier on the Western Front of World War 1, to his disillusionment with the establishment powers. Following its release, the words and message inside this text inspired a whole nation, and generations afterward, to adopt the National Socialist ideology, and all of its solutions, its challenges, and its liberating ideas.

Just like Hitler, many of our incarcerated comrades have been persecuted and imprisoned for political reasons. Thus, due to the background of the piece, and the perspective of where it came from, many amongst our incarcerated audience may find some solidarity in its text. Some amongst our audience may find themselves in extremely restrictive, suffocating situations, so perhaps it is worth picking up and reading what George Lincoln Rockwell, founder of the American Nazi Party, described as "mental sunshine."

The upcoming anniversary marks a call to action: to read *Mein Kampf*, to learn our history, to learn our foundation, and to re-learn about a liberating, alternative solution to the degenerate establishment. It is the text that has built the foundation for our worldview, and that which we will use to continue our march forward, into the future! It will be our shield from the deceptive threats, and alluring traps of the crumbling, modern world.

The following piece on the right, written by an incarcerated contributor, explains the importance of this anniversary, and the call to read and share the message of this book.

The chances are, everyone you and everyone you know, has at the very least heard of Adolf Hitler's book *Mein Kampf*. It is, afterall the most important books in history, being translated into more languages than even the Christian *Bible*! While many have heard of it, few have actually read this timeless, sacred book, which covers a wide range of issues that are shocking just as relevant today in America as they were 100 years ago in Germany. This year, 2025, marks the 100 year anniversary of when *Mein Kampf* was first published, written while Hitler was in prison at the time. It is our sincere hope that all of you (granted if you haven't already), and your family and friends on the outside read *Mein Kampf* this year for its 100th birthday. Encourage one another to read this timeless book and discuss how incredibly relevant it still is to this day amongst one another.

Heil Hitler!



Adolf Hitler's cell in Landsberg Prison, where he spent 9 months writing *Mein Kampf* before his parole and release.

# <u>Review of the Worldview</u>

# Our Sacred Mission - The American Futurist

## *Ryan Arthur, 10 April 2024*

This next piece comes to use from our friends at The American Futurist, a National Socialist publication that writes pieces about the movement's political philosophy. All of their articles are very well written, and contain plenty of great information to where one is bound to learn at least one thing from every article. In this work, author Ryan Arthur discusses how difficult, philosophical topics, like doubt and inevitability, should not sway one from the righteous National Socialist worldview.



In Friedrich Nietzsche's book **"*The Joyous Science*"**, he poses a question: if a demon were to appear to you, and tell you that you are destined to eternally re-live your entire life in the exact same way, with the same thoughts, pains, joys, and sufferings, would you recoil in anguish and beg for another fate? Or, would you bravely accept this fate, affirming your life and your existence?

This is a difficult question. I would like to pose a similar one: what if an otherworldly figure appeared to you, and told you that, despite whatever effort you may put in, despite the millenia-long struggle of the Aryan race for supremacy, that we are destined to lose, and that the most evolved being yet known to the Universe will disappear forever into the hideous mixture of red, black, yellow and brown? Would you give up the fight forever, knowing that you were wasting your time? Or, would you, despite it all, continue the struggle?

We must know in our heart of hearts that, if that dilemma were posed to us, we would pledge to continue the racial struggle.

We must strive to purge all self-doubt. We must be incapable of ignoring what we know is wrong. Good must be upheld, and evil must be opposed. We have not become National Socialists for material reasons; we are National Socialists because we recognize that National Socialism represents Natural Law and Eternal Truths. We are National Socialists because we are truly in touch with our collective race-souls, and we know that our path is the RIGHT one. Just as an animal is bound to follow its nature, so are we bound to follow ours.

If our nature leads us to ultimately be fighters for a losing cause, if our fate is that of the famous Roman soldier, who died at his post after the eruption of Mount Vesuvius after no superior officer relieved him, so be it. We will have had the honor and the privilege of fulfilling our racial duty, of fighting for the most noble cause in the known history of the universe.

But, we are certain that this terrible path is not preordained. The Aryan Race has overcome more obstacles than any other species known to man: the tough climate of Europe, the asiatic invasions, the black plague, etc. Despite this, our inherent quality, our natural strength and nobility have allowed us to struggle through these challenges, and to reach a level of evolution yet unparalleled.

As of now, we may be down, but we are not out. As long as one of us is still breathing, still able to continue the fight, and still wholly dedicated to Total Aryan Victory, we are not defeated. We can NEVER allow doubt to creep in- it is more destructive than any weapon that the enemies possess , more insidious than any technique that the system has honed. The fight against the enemy is tough, but the internal struggle may be even tougher. We must always seek to AFFIRM the holy nature of our struggle. We do not represent a simple political movement, dedicated only to short-term issues. We represent the first conscious effort to EVOLVE, to willingly seek to ascend past what we are now.

If we are victorious, we will not only rule the Earth. Eventually, the cosmos itself will be ours, and we will have crossed the bridge from man to superman. When we look at the goals of our enemies, and contrast them with our lofty task, do we see any room for doubt? Or, do we see goals that are worth fighting for, win or lose? I know what my answer is.



I would like to add a bit of post-commentary to this piece.

The philosophical topic and discussion of inevitability may be a difficult one for many people to approach. No one likes to hear that whatever they strive for, it will all be for nought. However, I think that applying the word "inevitable" to most actions or outcomes is ultimately irrelevant. There are some universal certainties in which an action will result in a logical, well-established, "inevitable" outcome. For example, an apple that falls from a tree will inevitably fall downwards, or at the very least feel the effects of gravity. As another example, it is inevitable for a man's physical body to die, either through violence or by age. Such outcomes are simply part of uncontestable, universal law.

In other scenarios, those that are driven by the determination of man, the application of "inevitability" is more questionable. For example, I could say that if I perform well at a job, it can be logically determined that my managers will be happy with my performance, and thus it is inevitable that they will allow me to keep doing said job. It is a basic line of thinking, but it does not account for human error or chaos. Returning to the example, I could perform well at a job to appease my managers, but a third party could intervene and convince my managers to have me fired, regardless of my performance. Thus, despite me performing well at a job, I could still be fired, completely unaware (before or after the matter) of the interaction between my manager and the third party. Although such an interaction is not guaranteed, there is no definitive way of knowing whether or not said interaction will take place, and no definitive way of knowing whether or not it will result in me losing that job.

In our case, to say that our cause will inevitably fail is but a scare tactic by those who oppose us, as what was similarly stated in Arthur's piece. To declare the fate of any movement, including our own, is to do so in a vacuum; it will not account for human chaos, changing perceptions, and sudden developments over time.

Many great movements and ideas started off as small bands of people, which grew to encompass thousands or millions of adherents. Many of these movements even had to face brutal persecutions, whether they be social ostracization, imprisonments, or even executions. However, many were able to survive these challenges, and they passed the torch along to the next generation of adherents who did the same. Some may have thought that their ideas may die with them, but they stood firm, unrelentingly, and continued onward, doing whatever work they could for their idea before their bodies perished.

Many seem to forget the perspective that National Socialism is still a rather new idea relative to human history. Many ideas and movements needed many hundreds of years in order to grow to the size they are now. As of writing, National Socialism will be approaching one hundred years since its conception, and although we are not to the size that we were in the 1930s, or to that compared to other movements now, many people are coming to us for solutions that others cannot provide. We are not a dying movement.

Even if our future is uncertain, the work that we do now, the literature we produce, and the ideas that we refine will eventually resonate with at least one person in the future. In turn, they will do works that resonate with another, and the cycle will continue in a domino effect that can lead to an exponential growth of our cause. It will take time, and there is no certainty of success or failure, but we do this for these reasons: it is true, it is good, it is the path towards greatness, and it builds us upwards to excellence. It is a cause that is worth the struggle for.

Knowing all of this is the greatest defense we have against the system's psychological warfare.



**//**
In the midst of that corrupt city, [Hitler] surrounded himself with a wall of unshakeable principles which enabled him to build up an inner freedom, in spite of the dangers around him. He was afraid of infection, as he often said. Now I understand that he meant, not only venereal infection, but a more general infection, namely, the danger of being caught up in the prevailing conditions and finally being dragged down into a vortex of corruption. It is not surprising that no one understood him, that they took him for an eccentric, and that those few who came in contact with him called him presumptuous and arrogant.

But he went his way, untouched by what went on around him...

*-August Kubizek*

# Suggested Reading List



**Hitler's Table Talks**
*Martin Bormann, et. al.*
298 pgs.
Available at **The Barnes Review**



**Life in the Third Reich:
Hitler's Germany**
*Mike Walsh*
120 pgs.
Available at **The Barnes Review**



**The Anti-Christ**
*Friedrich Nietzsche*
86 pgs.
Available at **Amazon**



**Might is Right**
*Ragnar Redbeard*
111 pgs.
Available at **Noontide Press**



**Victory or Violence**
*Arthur Kemp*
302 pgs.
Available at **The Barnes Review**



**Harassment Architecture**
*Mike Ma*
147 pgs.
Available at **Amazon**



**Metaphysics of War**
*Julius Evola*
150 pgs.
Available at **Amazon**



**Defiance**
*Savitri Devi*
416 pgs.
Available at **Counter-Currents**



**Gold in the Furnace**
*Savitri Devi*
302 pgs.
Available at **Counter-Currents**



**Hitler's Revolution**
*Richard Tedor*
293 pgs.
Available at **The Barnes Review**

## Advanced Reading

These are freely available in PDF format for download and printing on the listed websites below. If you are interested, consider asking a friend or family member on the outside to print some pages out for you to read.



**Siege**
*James Mason*
298 pgs.
Available at **The American Futurist**



**The Movementarian Menace**
*Vincent Snyder*
120 pgs.
Available at **The American Futurist**



**The Futurist State**
*Timothy Turtle*
86 pgs.
Available at **The American Futurist**

## Coming Soon

These are works are in development and will be released soon.



**The History of the Atomwaffen Division**
*The American Futurist Staff*



**The Sword Has Been Drawn**
*Brandon Clint Russell*

# <u>Symbols of the Struggle</u>

## Rorke's Drift: The Warrior's Will

*Stefan Solaire*

The year was 1878, and the British Empire was expanding in Africa. The empire had mostly secured the southernmost bottom of the African continent, which was divided into Cape Colony and The Colony of Natal. With aspirations of expanding their empire to acquire more fine goods, the British looked towards conquering and annexing more territories north and east of their colonies. While most of the native peoples were easily squashed under the technological, militaristic, and political superiority of the British, one power was of great concern to them: The Zulu Kingdom.

Starting as a small tribe, the Zulus were able to conquer their neighboring tribes, and expand their territories, becoming a great political and military power by 1822. Much of their territory was rich in natural resources, but the Zulus were unaware of how important these resources were to the European powers. Due to this, as well as their great territorial control, the Zulus found themselves embroiled in conflict with settlers who arrived on the continent, including the Dutch and British.

On December 11, 1878, The British sent an ultimatum to the Zulu king, Cetshwayo kaMpande, which detailed impossible demands to be met within 30 days that would have severely weakened the kingdom. Outraged, the Cetshwayo refused to comply with these demands, and allowed the deadline to come without taking action. On January 11, 1879, The British declared war on the Zulus, and marched into Zululand, thus beginning the Anglo-Zulu War!

The British, led by Major General Lord Chelmsford, decided to split the British army into thirds, planning on recoverging to surround the Zulu capital. As they encamped in a small, hilly region known as Isandlwana, Chelmsford decided to split his main force again, intending on searching for a Zulu force that he believed was nearby. Only 1,800 men were left behind to maintain and provide a basic defense of the encampment.

On January 22, 1879, a small reconnaissance force accidentally came across a large, 20,000 strong Zulu army, which was still preparing to attack the Isandlwana encampment. Although both sides were prematurely caught off guard, the Zulus descended upon the encampment while the British set up a desperate defense. Although the British fought heroically, the Zulus managed to overwhelm the defenders, destroying the encampment, killing over 1,300 soldiers, and looting any equipment they could.

What made the Zulus incredibly effective in wiping out the technologically superior British was a single, simple encirclement strategy referred to as the "buffalo horns" formation. This entailed a four part battle formation, with each part being a reference to the body parts of a buffalo. The main force, or the "chest," would charge forward, which the enemy would react similarly to. Once close enough, flanking forces, known as the "horns" would extend outwards, and surround the enemy, very similar to a standard "pincer" attack. The "loins" were the reserve forces that stayed behind the chest, reinforcing any lost ranks, or otherwise being guided where they were needed. Although this strategy may seem archaic, even for the time, it was able to help the Zulus to conquer and retain their empire, including being effective in defeating the British in Isandlwana.



A few British survivors were able to cross their way back into Imperial territory in Natal, making their way to a small hospital and Church mission known as Rorke's Drift. The survivors brought news of the destruction at Isandlwana, and fearing another assault, they encouraged the station to evacuate. Rorke's Drift was only stationed by around 140 men, with some being part of the under-experienced Commissariat or the Royal Engineer Corps. A small portion were combat-ready soldiers, but plenty were also sick and injured. The commanders stationed there, Lieutenant John Chard of the Royal Engineers, Lieutenant Gonville Bromhead, and Assistant Commissary James Dalton met to discuss the situation and any plans at a defense or retreat. Dalton noted that attempting to retreat with slow, sick and injured soldiers would only result in the Zulu catching up to them faster, which meant that a fighting defense was the only plan that could be enacted. Swiftly, the small garrison collected any ration containers they could, including corn bags, biscuit boxes, and crates of tinned meat, and formed barricades around the station. Buildings had loopholes or firing holes knocked through them, and any furniture was used to reinforce external walls and doors.

News eventually reached the station that a large force of Zulus were close to descending upon Rorke's Drift. This force was the loins of the army at Isandlwana. They were commanded by Prince Dabulamanzi kaMpande, the half brother of King Cetshwayo, and a less disciplined, rash commander compared to his peers. Although he was given orders to only chase the British to the outside of the kingdom's borders and to not cross it, Dabulamanzi ignored these commands, and led the reserve force of 4,000 strong to raid Rorke's Drift. While most of the warriors held the standard assegai short spear and cowhide shield, a few wielded looted rifles from Isandlwana, although they were considerably undertrained in how to operate them.

At 4:30pm on January 22, the same day as the Battle of Isandlwana, the Zulus attacked Rorke's Drift. The battle was brutal, with many Zulus dying as they charged into British volley fire. The hospital was assailed by Zulu warriors, and the defenders put up a valiant defense until a fire started. This prompted the hospital to be evacuated by the defenders. Four soldiers and patients in the hospital were killed in the defense. With the hospital burnt down, the defensive perimeter was shortened, and fighting was moved to the cattle pens.

As the Zulus closed the distance upon the small British force, hand-to-hand combat was inevitable. British bayonets clashed with the Zulu assegais, and the melee fighting between the two was brutal. The only saving grace that the British had was that the buffalo horns formation could not be applied in this scenario. The tactic was optimal on open, clear land like that at Isandlwana. However, in enclosed spaces, such as that at Rorke's Drift, which had buildings and barricades as obstacles, such a tactic was impossible to implement.

Inch by inch, the British desperately fought until they were pushed into a final, hastily built bastion around the storehouse. Throughout the night, the Zulus continued to push their assault until 2:00am when the warriors pulled back. After some harassing fire from Zulu gunmen, the battle was finally over by 4:00am; almost 12 hours of nonstop fighting.

9

In the end, only 17 British soldiers were killed and 15 were wounded. Of the 20,000 rounds of ammunition that were stored at Rorke's Drift, around 900 were left by battle's end. Comparatively, the Zulus suffered 351 confirmed deaths, although some estimates put the number of those killed as high as 875, with 500 also wounded in the battle. Among the British survivors, eleven were awarded the Victoria Cross, the highest decoration amongst the British armed forces. Among the eleven recipients, seven belonged to the 2nd/24th Foot Infantry regiment, which marks a record as the most Victoria Crosses awarded to one regiment for a single action.



Despite its fame, the Battle of Rorke' Drift is actually rather inconsequential, as it did not affect or greatly contribute to the ultimate victory of the British Empire in the Anglo-Zulu War. However, the reason this battle is remembered and celebrated is because of the aspects many people admire in an event such as this. The defenders were incredibly outnumbered, most of the men were not prepared to fight, and their ranks included the sick and injured (referred to as "walking wounded"). Yet, despite these decisive conditions, it was a successful last stand, repelling the enemy before the defenders were totally annihilated. The defenders of Rorke's Drift were the underdogs, and they survived when they should have failed.

From our standpoint, however, we view the Battle of Rorke's Drift in a more "symbolic" fashion. To us, Rorke's Drift represents the situation that Whites have been embroiled in for years, and what it will take in order to survive and succeed in this struggle. The founder of the National Alliance and author of The Turner Diaries, William Luther Pierce, said "In every revolution, in every great movement for human renewal, symbols are every bit important as guns and money and manpower." Expanding on this statement, we look at Rorke's Drift as symbolic of where we are today, and what it will take in order to achieve victory against the overwhelming odds we are faced with. Much like the background of the battle, Whites are finding themselves trapped and besieged by non-Whites on all sides. We are and have been confronted by a growing horde of anti-White peoples, degenerates, and mixers that want to dispossess us from our own homes and lands.

The unfortunate truth is that for years, due to political factors outside of the common man's control, Whites are finding themselves quickly outnumbered compared to the horde. Even worse, those who are actively aware of our situation are a small fraction of our own, with most either having their minds poisoned by establishment and controlled media propaganda, or too sedated by mass, pleasurable entertainment to consider thinking beyond what they've been told. Not only this, but we don't have the means to effectively fight back. When others find out who we are, they cut off our resources, they seize our hard-earned funds, and they direct harassment and slander campaigns against us.

Unlike the battle, among us are Liberals and Progressives that believe that we shouldn't fight back or resist the horde, but instead, try to appease and integrate the horde into our own populace. But like the battle, those with common sense understand that trying to negotiate, appease, or retreat from those that are looking forward to our downfall would only mean that, at best, our demise is delayed, while at worst, it will accelerate our demise, like welcoming robbers and murderers into our homes.

The only solution we have is to take inspiration from the defenders of Rorke's Drift, and adopt the warrior spirit to actively fight back and resist the horde. We may not have sufficient numbers, or the right experience, or the right means to put up an effective defense, but neither did those at the small mission station. What we have is the determination and will to continue to struggle and fight for the future of the young and of the generations to come. We may be surrounded on all sides, and we may be fighting a struggle in which we are severely and disproportionately outnumbered by those who actively work for our demise, but we cannot retreat, we cannot give in, and we cannot lose the battle. Like Rorke's Drift, we must take a valiant stand to ensure that we won't fall!



*"*

The most precious possession you have in this world is your own people. And for this people, and for the sake of this people, we will struggle and fight, and never slacken and never tire, and never lose courage, and never lose faith.

*-Adolf Hitler*

# The Idea at Heart

# Purpose in Life - National Vanguard Magazine

## *Dr. William Luther Pierce, June 1982*

Many people among the general populace of today, especially the youth, experience a sense of existential uncertainty. American cultural and social institutions are plagued by post-Modernism thought (referring to a rejection of that which is objective or historically significant), leading to many feeling as if there is no place for them in the world or the wider universe. They have no drive or perspective outside of what controlled, social media personalities tell them to devote their daily mental power with. As evidence, rates of depression have only risen through the past ten years. People, especially young people, lack true purpose, they lack the assurance in themselves, they lack a reason to strive for excellence. The writer of this next piece saw these same conditions over 40 years ago, and he proposes an argument for an alternative to this malaise.

This essay was written by a protege of George Lincoln Rockwell, the founder of the National Alliance, and author of *The Turner Diaries*, Dr. William Luther Pierce. In his time, Dr. Pierce also witnessed how his society lacked a common drive that was worth dedicating one's life to. He saw how many decided to waste their limited time in life to pursue pointless goals or immersing themselves in fruitless hobbies. However, Pierce suggests that the solution to these misguided thoughts come from understanding our place in the universe, in history, and in the future to come.



What the lack of any national purpose is doing to America as a nation is painfully evident to everyone willing to see. It may be less evident, however, what the lack of a meaningful purpose in life is doing to millions of the best men and women of our race as individuals. That is because most of these believe, mistakenly, that they do have purpose in their lives.

What they really have is a plan or program for attaining certain personal goals they have convinced themselves are worthwhile. For example, a young man may have decided in his late teens that his goal in life is to have a career in a profession which will provide him with both stimulating activity and security, with social prestige, perhaps with a certain degree of independence or opportunity for travel, and with enough income to own all those things which are generally believed to be desirable: an expensive, late-model automobile or two; stylish clothes; a nice home in the suburbs or a fashionable condominium in the city; and, eventually, an attractive wife to give him pleasure and companionship and to evoke the admiration and envy of his peers.

In order to achieve these goals he maps out a program: first get into the right college; then earn good enough grades for admission to law school or medical school or graduate school, as the case may be; then open a practice or find employment in congenial surroundings, where he can meet the sort of people who can help him with career advancement; and so on.

There are many individual variations on this theme, of course. For some the principle goal may be to secure employment which allows the maximum amount of free time to pursue some cherished hobby, whether it be skiing or beekeeping.



For a woman it may be the wholly admirable goal of bearing and raising four or five beautiful and healthy children, and her program might involve such things as diet-and-exercise regimens or vacations in areas of high bachelor density, in order to improve her chances of finding a desirable father for her anticipated children.

There is nothing inherently wrong with most of these goals. They are the sorts of goals that normal, healthy men and women of our race have always had. And the people who have them today certainly seem to be in better moral and spiritual condition, on the average, than those with no goals at all, who live only for the day. We must also rate them above persons with the vapid, ill-defined goals one expects a teenaged beauty contestant or television game show contender to admit to, such as "helping others," or "finding true happiness."

So why are so many of these best of our people, those with normal goals and sensible plans for achieving them, in a state of spiritual distress today? Why has their suicide rate skyrocketed in the last three decades? Why are alcohol and illegal drug abuse taking such a toll of them? Why are the brown-skinned swamis and slant-eyed messiahs who are peddling freaky, Asiatic cults among them doing such a land-office business?

There are two answers to these questions, one fairly obvious and one a bit less so. First, most people's goals do not exist in a vacuum, but are dependent on the social and economic milieu in which the programs for achieving them are to be carried out. A man whose aim in life is to spend as much time skiing as possible or who lives only to complete his collection of Civil War regimental insignia may not be greatly concerned that the world is falling apart around him, but the perceptive man with a long-term career program and the intelligent woman with serious family plans certainly are. And the more perceptive, intelligent, and sensitive they are, the greater must be their concern.

A personal goal which requires a large investment of effort and self-denial over a period of several years may be perfectly tenable in a stable society, but it becomes much less so in a society with a future as uncertain as ours today. When people lose confidence in their ability to predict what the future holds for them, anxiety, inner turmoil, and even desperation rise right along with interest rates. These feelings may be repressed, even kept entirely below the level of conscious consideration, but they have their effect nevertheless.

It is not just that carefully made plans must often be changed to meet changing circumstances, or that planning has become more complicated, with every career plan requiring two different contingency plans to go with it; for many people the entire framework within which they have built their plans has begun to crumble, as they are forced to question the feasibility or even the value of the only goals which are meaningful to them.

Learning a craft or art which requires years of practice before it can be mastered certainly seems to be less justifiable in an era when society's appreciation of excellence — and even the ability to recognize it — is in decline, and when both technique and public taste are changing so rapidly that one may very well end up as master of an anachronism, unneeded and unesteemed.

Even more corrosive of enthusiasm and ambition is the individual's loss of appreciation and esteem for the society in which he is living. Most people with goals in life have more than a purely egoistic motivation for achieving them. A writer, an artist, or a craftsman, may want to become a part of a cultural tradition which he reveres; a man in public life may aspire to being remembered as a contributor to the greatness of the nation; even the most mediocre careerist generally has some respect and affection for his chosen profession, for its immemorial usages and customs, for his more accomplished colleagues — but much less so today than a generation ago, and undoubtedly even less so in the foreseeable future.



As for the most important profession of all, motherhood, any intelligent young woman must have at least some misgivings today about devoting her whole heart and mind and body to the task of bearing sons and daughters to carry on a family tradition when they reach adulthood and bring pride and honor to their parents. Not only have such nondemocratic concepts as family tradition and family pride fallen into general disfavor, while motherhood itself has lost much of the honor formerly associated with it, but more and more prospective mothers are having qualms about bringing children into a world which seems to have such a bleak future.

Misgivings about what the future holds seem to depend little on reason or ideology, with liberals and conservatives alike sharing them, but more on a generalized pessimism, which in many amounts to a gloomy foreboding, based on an instinctive or intuitive feeling that the world is badly out of kilter. In any event, every recent poll taken shows that the misgivings are very widely spread among the American public and are growing.

And is it not entirely proper that the pessimism should be rampant and that people should be filled with foreboding and should question their goals in such times as these? Would it not be a sign of a far worse sickness among our fellow citizens if the best of them were wholly oblivious to the ominous trends all around them and were able to pursue conventional goals with false certainty and baseless optimism?

The race still retains a modicum of healthy instinct, and that is good. But it will be much better if some of those who are now questioning their goals will take the next step, which is to become conscious of the fact that, beyond the life of the individual and his personal ambition and goals, there is an all-encompassing Life, and that Life has a purpose, which is its own self-evolution.

That is to say, no individual is complete in himself, but he is a part of a hierarchy of larger entities: his family, his nation, his race, the order Primates, and so on. The largest of these entities is the living universe of matter and spirit, of animate and inanimate Life. And the most fundamental process in the living universe is its evolution from the simple to the complex, from the inanimate to the animate, from the unconscious to the conscious, and from lower to higher levels of existence at each of these stages.

This is the purpose of Life, and it can become the purpose of the life of the individual man or woman who becomes conscious of it and who coordinates his personal goals with it. This fundamental truth has been stated in many different ways by many different men of our race over the years.

In 1913 an Oxford scholar, Allen G. Roper, wrote a prize essay on eugenics, in which he said it about as well as anyone has: "Organic evolution has changed our whole perspective. We see our wills as temporary manifestations of a greater Will: our sense of time and causation has opened out to the infinite, and we are learning to subordinate the individual lot to the destiny of the species."

The German philosopher of history, Oswald Spengler (1880-1936), hinted at the same truth throughout his writings, though from a different viewpoint than Roper's. Two of Spengler's aphorisms illustrate this: "You are caught in the current of unceasing change. Your life is a ripple in it. Every moment of your conscious life links the infinite past with the infinite future. Take part in both and you will not find the present empty…

"This is our task: to make as meaningful as possible this life that has been bestowed upon us, this reality with which fate has surrounded us; to live in such a way that we can be proud of ourselves; to act in such a way that some part of us lives on."



It is the poets, perhaps, who have sensed, even more surely than the men of science and the philosophers, the purposeful nature of the universe around them and of man's unity with that universe. The Roman Marcus Annaeus Lucanus (39-65 AD), known to history as Lucan, was one of the first of these whose words have survived until our time, but we know that he only expressed what many before him had spoken and written. During his brief life Lucan wrote: "Is not God only the earth and sea and air and sky and virtue? Why further do we seek the deity? Whatever thou dost behold and whatever thou dost touch, that is Jupiter."

More than 18 centuries later D.H. Lawrence (1885-1930), the English novelist, essayist, and poet, wrote: "We and the cosmos are one. The cosmos is a vast living body, of which we are still parts. The sun is a great heart whose tremors run through our smallest veins. The moon is a great gleaming nerve center from which we quiver forever."

The same feeling was expressed over and over again by the Romantic poets, of whom William Wordsworth (1770-1850) was one of the most eloquent: "…And I have felt/A presence that disturbs me with the joy/Of elevated thoughts; a sense sublime/Of something far more deeply interfused./Whose dwelling is the light of setting suns,/And the round ocean and the living air,/And the blue sky, and in the mind of man:/A motion and a spirit, that impels/All thinking things, all objects of all thought,/And rolls through all things…"

The great German poet Johann Wolfgang von Goethe (1749-1832) wrote: "When in the sphere of the Moral, through belief in God, Virtue, and Immortality, we do indeed raise ourselves into a higher sphere where it is granted to us to approach the primordial Essence, so may it be in the sphere of the Intellectual, that through the perception of an ever-creating Nature we make ourselves worthy for a spiritual participation in her productions."

George Bernard Shaw (1856-1950), the greatest British playwright since William Shakespeare, spelled out with especial clarity the message that this "participation in her productions" is the only proper role in life for the best men and women.

The only thing which makes life meaningful for those exceptional few who have risen above a purely mechanical, unconscious, and animalistic existence, he pointed out, is the conscious service of the Life Force, as he called it: that all-pervading "primordial Essence," to use Goethe's words, that "deeply interfused…motion and spirit" which not only evoked Wordsworth's poetry and which impels the universe, but which eternally strives toward its own self-realization through the attainment of higher and higher forms of life, higher and higher levels of consciousness.

To Shaw, being fully a man meant transcending all those personal goals of happiness, success, and security sought so feverishly by others; it meant, he said in the preface of *Man and Superman*, being conscious of living and acting as a "force of Nature," of "being used for a purpose recognized by yourself as a mighty one": namely, for the purpose of advancing the race the next step along the path to Superman.

The man who, more than anyone else, devoted his life to the enunciation of this single message was the great German teacher Friedrich Nietzsche (1844-1900). In his *Ecce Homo* he wrote: "My life task is to prepare for humanity a moment of supreme self-consciousness, a Great Noontide when it will gaze both backward and forward, when it will…for the first time pose the question of Why and Wherefore of humanity as a whole."

Nietzsche taught that man's consciousness of his role as a part of the Whole, of the Creator, was as yet a rare, incomplete, and uncertain faculty which would become fully developed only in the Superman: "Consciousness is the last and latest development of the organic and consequently also the most unfinished and least powerful of these developments." (*Joyful Wisdom*)

Nietzsche's message was one of evolutionary change, of man's progress toward full consciousness, and he taught that the whole value and meaning of a man's life lies in his participation in this progress, in his contribution to it: "Man is a rope, fastened between animal and Superman — a rope over an abyss… What is great in man is that he is a bridge and not a goal…" (*Thus Spoke Zarathustra*)

A hundred generations, or a thousand, might be required for the crossing of the abyss and the coming of the Great Noontide (assuming that we do not end up at the bottom of the abyss long before that), but the going-across is something which is underway now. It is something in which the partly conscious few, the best men and women of our race, can participate now, can make the purpose of their lives now.

And if this era of uncertainty and disillusionment and pessimism, in which so many are questioning the meaning of their goals in life, sees more of these best of our race finding their way to a real purpose, to the only truly meaningful purpose, then everything is to the good.

It should be repeated, however: purpose in life is only for the few. The best that can be expected of most men and women is that they hold to personal goals which keep them socially responsible by giving them a stake in the future. As the disintegration of the society around them becomes more apparent, an increasing number of them are abandoning long-term goals and seeking immediate rather than deferred gratification — and this is accelerating the pace of disintegration.

But here and there are those who, jarred loose by today's chaotic conditions from the conventional pursuit of happiness, will not simply grasp for some quicker and surer gratification, as predictably as a rat in a Skinner box or the average voter in a democracy. They will examine their souls and realize, perhaps with surprise, that for them pain and pleasure are not the ultimate determinants of the value of their lives; that what is of immensely greater importance is meaning; and that the finite life of the individual man or woman can acquire true meaning only when it partakes in the Infinite, only when it becomes a conscious part of the Whole.

Then for those growing few purpose supplants purposelessness, and personal goals acquire an absolute significance by being coordinated with the everlasting goals of higher life and higher consciousness.

The young man with career plans still must study diligently and work hard, choosing each step with care. Schooling, job performance, and personal contacts are still just as important. And money, prestige, and other amenities may still be concomitants of career activity beyond a certain stage of achievement. But no longer are these things the goal; they are in themselves a matter of indifference, and are valued only for their utility. The career goal itself has now become the use of the training, influence, resources, and capabilities acquired through the career in the service of Life.

The young woman with family plans still must concern herself with her health and attractiveness, and the search for the right mate becomes even more demanding than before: now she is looking not only for a companion, protector, and provider to become the father of her children, but also, more than anything else, for the bearer of the right genes to be mixed with hers and carried forward into the next generation.

She still has joy in her role as mother and teacher, but it is no longer a role entered into — as by so many women today — in order to indulge herself in the "experience of motherhood." And no longer are children regarded as an interesting new hobby, or as an outlet for frustrated affection, to be petted, pampered, and adored, like precious playthings. They are her contribution to Life, and it is their biological quality and the qualities of character which she is able to reinforce in them through early training, not their emotional relationship with her, which have become supremely important.

The particular way in which a man or woman renders his service to Life must depend, of course, not only on the particular capabilities, inclinations, and circumstances of the individual, but also on the physical and spiritual milieu in which he finds himself. In this era of self-indulgence and egoism some will have the desire to live purposefully, but they will not have the strength to overcome fully a lifetime of bad habits and decadence; their service will necessarily be sporadic. Others may be able to serve steadfastly by themselves, making solitary contributions which advance the purpose for which they live.

More, especially in these times, will find their service — whether it be physical combat against the agents of decay or participation in an educational effort or the breeding of the next generation — far more effective as members of a community of consciousness, serving side by side with others who share their purpose.

However they serve, this growing few men and women of purpose, they are blessed with the certainty that, unlike the billions who live and die with no more sense of identity or mission than sheep or cattle, their lives have *meaning*; that they do not live and dream and struggle and suffer in vain; that their existence *counts* for something: for it is their consciousness and their purpose which will determine the form and the spirit of the new order which will one day rise on this earth, and it is their descendants who will take the next step within that new order toward the Superman.



Dr. William Luther Pierce (1933 - 2002), Founder of the National Alliance

# Voices from the Inside

## Learn a Trade!

### *Anonymous NS Federal Prisoner*

In the modern world, which is rapidly developing in terms of technology, our society has increasingly become more reliant on computers and digital spaces. White-collar workers have greatly outnumbered blue-collar workers, and an accompanying cultural shift has placed a higher social status on white-collar labor over any others. The problem with this way of thinking is that it is impossible for humans to solely rely on computers to survive. Computers cannot maintain roads, ship and supply food, or build, maintain, and repair the infrastructure and buildings that hold them. The labor needed for this is spearheaded by blue-collar, trade workers: the overshadowed minority that thanklessly upkeep the societal skeleton.

This following piece is from one of our incarcerated contributors who, like many others, decided to pursue a trade profession rather than one that requires a degree. He hopes to inspire or convince his fellow incarcerated comrades, especially those who are soon to be released, to take up work with a trade for various beneficial and revolutionary reasons. In order to build our own spaces, to build our own thriving communities, to successfully secede from a system that increasingly disregards and forsakes Whites, we will need those that have trade skills.



If you're getting out soon, we highly recommend going to trade school when you get home. You can learn a number of different trades at trade school such as welding, HVAC, electrician, plumbing, mechanic, and more. You have many options.

We recommend trade school for a number of reasons:

1) The money is great.
2) Trade schools are highly subsidised and more often than not, attending them will be free through grants and other financial aid. In some cases, you'll even get paid to attend.
3) Trade skills are always in high demand, no matter where you live.
4) Employers for people who know trade skills and are certified don't care if you're a felon.
5) Trade skills are also useful in a revolutionary context. We need people who can work with their hands, fix, and build things without having to rely on outside help. If enough of us know trade skills, we can more effectively build our own communities.

## Learn a trade!

# Voices from the Inside

## White Unity?

### *Anonymous NS Federal Prisoner*

This piece comes from a frequent contributor, and currently incarcerated comrades within the prison system. The work discusses one of his concerns which is a major source of annoyances and setbacks for the greater movement at large: disunity and factionalization. Although this particular problem has originated for us even before George Lincoln Rockwell's time, it remains a pervasive plague, kept alive by many subversive factors. However, in the case of bridging the gap between those on the outside and those who are incarcerated, our comrade and contributor has thought of a few solutions to the issue.



For decades many in our movement have sounded the clarion call for "White Unity," but we have seen little of this materialize. Drama, petty arguments, ego, and other nonsense have stood firmly in the way of unity in our movement. Our movement is rife with factionalism and cliches that are often at each other's throats, when they could get a lot more accomplished if they put their differences aside for a moment for the sake of the greater good. While admittedly, our movement is a lot more united than it was 10-15 years ago, there is still a lot more work that needs to be done. One thing that I propose, keeping with the spirit of this very newsletter, is to foster more unity of the movement on the outside and inside (of prison). I know from firsthand experience that from prisons across the country, there are brothers and sisters eager to do what they can to support the White movement. Unfortunately, those on the inside are, for the most part, isolated from the movement on the outside. How can we best remedy this issue?

How can we unite the inside and outside? While I certainly don't have all the answers, perhaps a few suggestions would be in order:

1) Newsletters like this one can help with information and guidance on how to become integrated with the outside movement for those getting out soon.
2) Newsletters like this one can continue to share ideological knowledge relevant to our movement to those on the inside.
3) There are many individuals on the inside that are very enterprising entrepreneurs, which can provide funding for the outside movement, which is particularly broke, thus opening up possibilities.
4) Those on the inside can make ideological education a prime tenant of their daily lives from interacting with others.

These are just a few suggestions that come to mind when trying to figure out how to make the relationship between the inside and outside movements more symbiotic. If we work together, we can achieve great things and reach new heights!

*Outside movement refers to political activists of the White movement, not referring to any outside extensions of prison organizations.* (19)

# <u>Review of the Worldview</u>

## The NSDAP's Conception of the State - Politische Fibel

### *Hansjoerg Maennel, 1940; Translated by Hadding Scott, 2009*

This next article is a translation from the 1940 edition of *Politische Fiebel* (Political Fibula) by Hansjoerg Maennel. It was translated by Hadding Scott in 2009. It describes the idea of the nation-state, the importance of national sovereignty, and the Reich's place in the world.

An extremely common mistake that people tend to make is conflating Fascism and National Socialism to be one in the same. Although the two forms of thought do intersect at various points and characteristics, they are still different enough to where they remain two distinct forms of thought. Fascism puts a heavy emphasis on state-based centralization, while National Socialism puts a much heavier emphasis on communal, racial well-being. This piece helps to explain how, while National Socialism believes that a strong, central state is important, it is but a means to an end, and not the main focus of thought.



*The state is an organization whose purpose is the preservation of the folk.* (Organization is the binding together of human beings for a specified purpose.) The state is always a means to an end, never an end in itself. We do not serve the state for the state's sake, but for the sake of the German folk.

This principle has not been observed in the last thousand years of German history. The mediaeval Roman idea of the state saw as its task the erection of a supranational Christian World Empire. Absolutism saw it as service to the prince. Liberalism and Marxism shifted the individual and his economic interests into the foreground. Some advocated the unimportance or even the abolition of the state (anarchy); others advocated the state as an end in itself.

National-Socialism combats all these false views and shifts the state into its proper perspective: it is a form, which has to embrace and protect its content, the folk, just as a vessel carries liquid. The state is thus important, but the ultimate and highest value is the nation. Adolf Hitler gives the state an exalted task: *the maintenance of the type*. The preservation and advancement of the best racial forces of its ethnicity is the highest duty of the National-Socialist state.



The state possesses the right of political sovereignty. [....] If it loses this right of sovereignty, it becomes a colony. Adolf Hitler has turned Germany from an international colony back into a nation-state, into a true Reich. The National-Socialist state

protects the folk community internally and externally. The aim is: socialist justice and cohesion internally, nationalist freedom and power externally.

Every German folk-comrade and citizen has the duty to support the National-Socialist state leadership in the accomplishment of this aim.

A citizen of the state [*Staatsbürger*] is a folk-comrade with political rights.

Hitherto the following conception prevailed: everyone could become a citizen of the state. One could buy for oneself the right of citizenship (*Ostjuden* and other racial aliens). This principle must inevitably lead to the ruin of the folk and along with that, the state. (Example: Rome). The National-Socialist conception opposes that: only a German folk-comrade can be a citizen of the German State; all people of alien race are foreigners. Through birth only, as a matter of principle, can nationality [*Staatsangehörigkeit*] be

> **"**
> **A citizen can only be someone who is a folk comrade (*Volksgenosse*). A folk-comrade can only be someone of German blood, without regard to religious denomination.**
> *-Point 4 of the 25-Point Program of the NSDAP*

obtained. The national who has fulfilled his duty to the folk (labor-service and military obligations) can become a citizen of the Reich [*Reichsbürger*]. First comes duty, then, only as a consequence of that, comes the right. Racial aliens may hold no public office (*cf.Program*, Points 4, 5, 6, 7, 8, 23; Adolf Hitler, *Mein Kampf*, Vol.II, chapter 3).

Through the *Reich Citizenship Law* of September 15, 1935 these principles have already been actualized. This law distinguishes foreigners, nationals, and citizens of the Reich. Only the national of German or kindred blood who shows that he is willing and qualified to serve the German folk and Reich becomes a citizen of the Reich. The *Reichsbürger* alone is the bearer of public political rights. With that the National-Socialist racial idea has triumphantly prevailed in the German state. Germany is a folkish state.

> **"**
> **The state is a means to an end. Its purpose is the preservation and advancement of a community of physically and spiritually homogeneous life-essences.**
> *-Adolf Hitler*

The relation between *Party and State* is important. Here we must distinguish between the state in the broad sense, *i.e.* the entire organization of the people, and the state in the narrower sense, *i.e.* the state authorities, the administrative bureaucracy of the state, and the bearer of supreme power in the state. The Party is the most important pillar of the National-Socialist state (in the broad sense). The NSDAP is bearer of the German state idea (*Law for the Guarantee of the Unity of Party and State*).

For the relation between party and state authorities (state in the narrower sense) this principle applies: *the Party commands the State*. This does not mean that every party comrade can issue commands to every public official. This means rather that the higher leaders of the National-Socialist movement, above all the Leader, simultaneously are higher state officials […] and give to officials the binding guidelines of National-Socialist rule. The Party has rescued the state and shapes it for all time according to its principles.

Adolf Hitler: "We are one folk and we want to live in one Reich!"

The National-Socialist state is "total" in the sense that there is only one single will in it, that of National-Socialism, which is embodied in our Leader. Instead of clashes of interest between classes, regions, and religious denominations, a single interest now prevails: that of the entire German people.

National-Socialism does not, however, strive for the "total state" in the sense of an absolutist guardian that would supervise every aspect of private life. The state is rather a servant of the National-Socialist Idea and therewith of the German people. We do not represent the totality of the state, rather the totality of the National-Socialist worldview in the state.

National-Socialism brings to all spheres of public life *unity* instead of division. The eternal longing of the best Germans for a united Reich is finally actualized through Adolf Hitler. There is now only a single state, the German Reich; the tribal districts [*die Gaue*] are important building-blocks of the Reich. The reorganization of the Reich is one of the German People's mightiest tasks, which the National-Socialist state-leadership is discharging purposefully and masterfully. The unity of the Reich is personified above all through the one Leader, and concurrently through the one worldview which the German People determines and welds together for all future.

Adolf Hitler has not only raised up our fatherland out of a slavish existence to national self-sufficiency (*Selbstständigkeit*); he has formed it furthermore into a true *Reich*. The "Reich" is far more than a "state." The *Reich* is for us Germans the powerful expression of our type, the highest expression of the German essence. Consequently even the German word "Reich"cannot be rendered into other languages; it means something completely different from the English or French "Empire."

The German-English War is really nothing other than a struggle between the Idea of Empire and the Idea of the Reich. And concurrently between ownership (Besitz) and achievement (Leistung), between gold and blood. We National-Socialists are no imperialists; *i.e.,* we do not intend to oppress and to exploit alien peoples who inhabit remote regions and have done us no harm. Rather the Reich has the great task of being the leading and guiding power of all small peoples within the German sphere of life and culture [*innerhalb des deutschen Lebens- und Kulturraumes*].

Filled with this lofty mission, Adolf Hitler is implementing a true and just new order of Europe. The basis of all European policy in the future will be only one force: the Germanic Reich of the German Nation!



## Across

**3.** The most precious possession you have in this world.

**4.** Last name of the American president that William Luther Pierce heavily criticized for war crimes during the Yugoslavian Wars (1991-2001).

**7.** The number of months that Hitler was imprisoned for before his parole.

**8.** To National Socialists, the state is but a means to the ___.

**10.** In English, the book which is approaching its 100 year anniversary since publication: My ___

**11.** An "effect" type phenomena that proposes that one action will lead to a chain reaction and culminate in an ultimate outcome.

**13.** The acronym for the organization founded by Brandon Clint Russell, and the subject to an upcoming book.

**15.** An acronym that refers to a residential conditioning/comfort system, which also is the subject of a good trade field.

**16.** The number of original number of years Hitler was sentenced to serve for the Beer Hall Putsch.

**18.** One of the system's "big D's" in physiological warfare. The feeling of uncertainty in oneself, that which we must eliminate.

**20.** The month Mein Kampf was published.

**21.** Last name of the Italian author and philosopher that described himself as a "superfascist."

**22.** Along with the British, they were settlers in South Africa in the 1800s.

## Down

**1.** The title used to describe a legendary Macedonian/Greek king in ancient history.

**2.** A major African kingdom, also the name of the movie in which the Rorke's Drift article was inspired by.

**5.** Which part of the Buffalo's Horns formation attacked Rorke's Drift?

**6.** Last name of William L Pierce's mentor, co founder of the John Birch Society, and whose first and last name are palindromes.

**9.** National Socialism is a relatively ___ idea in human history.

**10.** How George Lincoln Rockwell described reading Mein Kampf: mental ___.

**12.** The type of spirit that should be adopted to resist anti-White attacks.

**14.** Last name of the author that conceptualized the "Man in Time," "Man above Time," and "Man against Time" concepts.

**17.** The name of a volcano that is responsible for the destruction of Roman city of Pompeii

**19.** The colored collar type that refers to manual, hand-based labor rather than office/computer based labor.

The answers will be revealed in the next issue.

23

# **Answers for Last Crossword (Puzzle 1)**

## Answers for Puzzle 2 are on the next page



## Answers for Last Crossword (Puzzle 2)

## Answers for Puzzle 1 are on the previous page



# We Value Your Input!

If you are subscribing, please fill out and send us this survey

## **What would you like to see more of?**

☐ Political Articles

☐ Current Event Coverage

☐ Short Stories (Fictional)

☐ Poetry/Art

☐ History of the Movement

☐ Games/Activities (ex. Crosswords)

☐ Q&A

- - -

☐ Review of the Worldview

☐ Words From the Inside

☐ Other: _____

Other Comments: _____

_____

_____

_____